## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

GTECH CORPORATION,

               Plaintiff,

         v.

SCIENTIFIC GAMES INTERNATIONAL, INC.;
SCIENTIFIC GAMES HOLDINGS
CORPORATION; SCIENTIFIC GAMES
FINANCE CORPORATION; and SCIENTIFIC
GAMES CORPORATION,

               Defendants.

Civil Action No. 04-138-JJF

## MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission

*pro hac vice* of Larissa A. Soccoli to represent GTECH Corporation in this matter.

Pursuant to Standing Order for District Court Fund, the annual fee of $25.00 per attorney

is enclosed with this motion.

YOUNG CONAWAY STARGATT & TAYLOR, LLP

Dated: March 1, 2005

Josy W. Ingersoll (#1088)
Karen E. Keller (#4489)
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, Delaware 19899-0391
Telephone: 302-571-6600
Facsimile: 302-571-1253

OF COUNSEL:

Thomas J. Meloro
Robert A. Whitman
Larissa A. Soccoli
Andrew L. Reibman
KENYON & KENYON
One Broadway
New York, New York 10004
Telephone: (212) 425-7200
Facsimile: (212) 425-5288


     IT IS HEREBY ORDERED that counsel's motion is granted and the foregoing attorney
is admitted *pro hac vice.*


Dated: _____    _____
                            United Stated District Court Judge

63055.1001

## **CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

       Pursuant to Local Rule 83.5, I, Larissa A. Soccoli, certify that I am eligible for admission to this Court, that I am admitted, practicing, and in good standing as a member of the Bar of New York, and, pursuant to Local Rule 83.6, that I submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules.

Dated: February 24, 2005      Signed: _____

                                     Larissa A. Soccoli
                                     Kenyon & Kenyon
                                     One Broadway
                                     New York, New York 10004
                                     (212) 425-7200

## CERTIFICATE OF SERVICE

I hereby certify that on March 1, 2005, I caused to be electronically filed a true and correct copy of the MOTION FOR ADMISSION PRO HAC VICE with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

> Jack B. Blumenfeld, Esquire
> Morris, Nichols, Arsht & Tunnell
> 1201 N. Market Street
> Wilmington, DE 19801

I further certify that on March 1, 2005, I caused a copy of the MOTION FOR ADMISSION PRO HAC VICE to be served by hand-delivery on the following counsel of record:

> Jack B. Blumenfeld, Esquire
> Morris, Nichols, Arsht & Tunnell
> 1201 N. Market Street
> Wilmington, DE 19801

YOUNG CONAWAY STARGATT & TAYLOR, LLP

Karen E. Keller (No. 4489)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801

P.O. Box 391
Wilmington, DE 19899-0391
(302) 571-6600
kkeller@ycst.com

*Attorneys for GTECH Corporation*