IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GTECH CORPORATION,<br><br>            Plaintiff,<br><br>      v.<br><br>SCIENTIFIC GAMES INTERNATIONAL, INC., SCIENTIFIC GAMES HOLDINGS CORPORATION, SCIENTIFIC GAMES FINANCE CORPORATION, and SCIENTIFIC GAMES CORPORATION,<br><br>            Defendants. | C.A. No. 04-138-JJF |

### NOTICE OF DEPOSITION OF ROBERT NEALON

TO:    Josy W. Ingersoll, Esquire           Thomas J. Meloro, Esquire
        Young Conaway Stargatt & Taylor, LLP  Kenyon & Kenyon
        The Brandywine Building               One Broadway
        1000 West Street, 17th Floor             New York, NY 10004
        Wilmington, DE 19801

        PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 30, defendants Scientific Games International, Inc., Scientific Games Holdings Corporation, Scientific Games Finance Corporation and Scientific Games Corporation, through their attorneys, will take the deposition upon oral examination of Robert Nealon, beginning at 9:00 a.m. on March 28, 2005, at the offices of Morris, Nichols, Arsht & Tunnell, 1201 N. Market Street, Wilmington, Delaware 19801, or at such other time and place as the parties may agree.

        The deposition will be taken before an officer authorized to administer oaths by the laws of the United States and will be recorded by stenographic and/or videographic means. The deposition will continue from day to day until completed.

- 2 -

You are invited to attend.

                                      MORRIS, NICHOLS, ARSHT & TUNNELL

                                      /s/    Jack B. Blumenfeld
                                      Jack B. Blumenfeld (#1014)
                                      Rodger D. Smith II (#3778)
                                      1201 N. Market Street
                                      P.O. Box 1347
                                      Wilmington, DE  19899
                                      (302) 658-9200
                                        Attorneys for Defendants

March 2, 2005

453143