IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GTECH CORPORATION,<br><br>        Plaintiff,<br><br>        v.<br><br>SCIENTIFIC GAMES INTERNATIONAL, INC., SCIENTIFIC GAMES HOLDINGS CORPORATION, SCIENTIFIC GAMES FINANCE CORPORATION, and SCIENTIFIC GAMES CORPORATION,<br><br>        Defendants. | C.A. No. 04-138-JJF |

### NOTICE OF DEPOSITION OF BRIAN ROBERTS

TO:    Josy W. Ingersoll, Esquire        Thomas J. Meloro, Esquire
        Young Conaway Stargatt & Taylor, LLP    Kenyon & Kenyon
        The Brandywine Building                    One Broadway
        1000 West Street, 17th Floor               New York, NY 10004
        Wilmington, DE 19801

        PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 30, defendants Scientific Games International, Inc., Scientific Games Holdings Corporation, Scientific Games Finance Corporation and Scientific Games Corporation, through their attorneys, will take the deposition upon oral examination of Brian Roberts, beginning at 9:00 a.m. on March 29, 2005, at the offices of Morris, Nichols, Arsht & Tunnell, 1201 N. Market Street, Wilmington, Delaware 19801, or at such other time and place as the parties may agree.

        The deposition will be taken before an officer authorized to administer oaths by the laws of the United States and will be recorded by stenographic and/or videographic means. The deposition will continue from day to day until completed.

- 2 -

You are invited to attend.

                          MORRIS, NICHOLS, ARSHT & TUNNELL

                          /s/    Jack B. Blumenfeld
                          Jack B. Blumenfeld (#1014)
                          Rodger D. Smith II (#3778)
                          1201 N. Market Street
                          P.O. Box 1347
                          Wilmington, DE  19899
                          (302) 658-9200
                            Attorneys for Defendants

March 2, 2005

453143