IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GTECH CORPORATION,<br><br>  Plaintiff,<br><br>v.<br><br>SCIENTIFIC GAMES INTERNATIONAL, INC., SCIENTIFIC GAMES HOLDINGS CORPORATION, SCIENTIFIC GAMES FINANCE CORPORATION, and SCIENTIFIC GAMES CORPORATION,<br><br>  Defendants. | C.A. No. 04-138-JJF |

## NOTICE OF SUBPOENAS

TO:  Josy W. Ingersoll, Esquire         Thomas J. Meloro, Esquire
  Young Conaway Stargatt & Taylor, LLP   Kenyon & Kenyon
  The Brandywine Building          One Broadway
  1000 West Street, 17th Floor        New York, NY 10004
  Wilmington, DE 19801

PLEASE TAKE NOTICE that the attached Subpoenas will be served on:

Robert L. Burr (Tab A)
7515 Charmant Drive, Suite 1407
San Diego, CA 92122

Alfred L. Fulton (Tab B)
9423 O'Jay Drive
Huntsville, AL 35803

Ed Turek (Tab C)
5691 Kugler Mill Road
Cincinnati, OH 45236

Laird A. Campbell (Tab D)
Route 2, Box 223
Laceys Spring, AL 35754

- 2 -

Donald H. Keagle (Tab E)
2018 Hansel Avenue
Huntsville, AL  35802

        MORRIS, NICHOLS, ARSHT & TUNNELL

        /s/ Jack B. Blumenfeld
        Jack B. Blumenfeld (#1014)
        Rodger D. Smith II (#3778)
        1201 N. Market Street
        P.O. Box 1347
        Wilmington, DE  19899
        (302) 658-9200
          Attorneys for Defendants

March 2, 2005