IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| GTECH CORPORATION,<br><br>      Plaintiffs,<br><br>  v.<br><br>SCIENTIFIC GAMES INTERNATIONAL, INC., SCIENTIFIC GAMES HOLDINGS CORPORATION, SCIENTIFIC GAMES FINANCE CORPORATION, and SCIENTIFIC GAMES CORPORATION,<br><br>      Defendants. | )<br>)<br>)<br>)<br>) Civil Action No. 04-138-JJF<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF DEPOSITION OF VIC COLLUCCI

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 30, Plaintiff GTECH Corporation, through its attorneys, will take the deposition upon oral examination of Vic Collucci, commencing at 9:00 a.m. on April 1 at the offices of Kenyon & Kenyon, One Broadway, New York, NY 10004, or at such time and place as may be agreed to among counsel.

This deposition will be taken before a notary public or other officer duly authorized to administer oaths and take testimony, and will be recorded by stenographic and/or videographic means.

The deposition will continue from day to day until completed, with such adjournments as to time and place as may be necessary.

You are invited to attend.

Dated: March 9, 2005                By: _____/s/ Karen E. Keller_____
                                    Josy W. Ingersoll (#1088)
                                    Karen E. Keller (#4489)
                                    YOUNG CONAWAY STARGATT & TAYLOR, LLP
                                    The Brandywine Building
                                    1000 West Street, 17th Floor
                                    P.O. Box 391
                                    Wilmington, Delaware 19899-0391
                                    Telephone: 302-571-6600
                                    Facsimile: 302-571-1253

OF COUNSEL:

Thomas J. Meloro
Larissa A. Soccoli
Andrew L. Reibman
KENYON & KENYON
One Broadway
New York, New York 10004
Telephone: (212) 425-7200
Facsimile: (212) 425-5288

## CERTIFICATE OF SERVICE

I hereby certify that on March 9, 2005, I caused to be electronically filed a true and correct copy of the NOTICE OF DEPOSITION OF VIC COLLUCCI with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

>Jack B. Blumenfeld, Esquire
>Morris, Nichols, Arsht & Tunnell
>1201 N. Market Street
>Wilmington, DE 19801

I further certify that on March 9, 2005, I caused a copy of the NOTICE OF DEPOSITION OF VIC COLLUCCI to be served by hand-delivery on the following counsel of record:

>Jack B. Blumenfeld, Esquire
>Morris, Nichols, Arsht & Tunnell
>1201 N. Market Street
>Wilmington, DE 19801

>YOUNG CONAWAY STARGATT & TAYLOR, LLP

>/s/ Karen E. Keller
>Karen E. Keller (No. 4489)
>The Brandywine Building
>1000 West Street, 17th Floor
>Wilmington, DE 19801

>P.O. Box 391
>Wilmington, DE 19899-0391
>(302) 571-6600
>kkeller@ycst.com

>*Attorneys for GTECH Corporation*