IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GTECH CORPORATION,<br><br>      Plaintiffs,<br><br>  v.<br><br>SCIENTIFIC GAMES INTERNATIONAL, INC., SCIENTIFIC GAMES HOLDINGS CORPORATION, SCIENTIFIC GAMES FINANCE CORPORATION, and SCIENTIFIC GAMES CORPORATION,<br><br>      Defendants. | Civil Action No. 04-138-JJF |

## NOTICE OF DEPOSITION OF KRISTOPHER JOHNSON

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 30, Plaintiff GTECH Corporation, through its attorneys, will take the deposition upon oral examination of Kristopher Johnson, commencing at 9:00 a.m. on April 6, 2005 at the offices of Kenyon & Kenyon, One Broadway, New York, NY 10004, or at such time and place as may be agreed to among counsel.

This deposition will be taken before a notary public or other officer duly authorized to administer oaths and take testimony, and will be recorded by stenographic and/or videographic means.

The deposition will continue from day to day until completed, with such adjournments as to time and place as may be necessary.

You are invited to attend.

Dated: March 11, 2005          By: *Karen E. Keller* (signature)
                               Josy W. Ingersoll (#1088)
                               Karen E. Keller (#4489)
                               YOUNG CONAWAY STARGATT & TAYLOR, LLP
                               The Brandywine Building
                               1000 West Street, 17th Floor
                               P.O. Box 391
                               Wilmington, Delaware 19899-0391
                               Telephone: 302-571-6600
                               Facsimile: 302-571-1253

OF COUNSEL:

Thomas J. Meloro
Larissa A. Soccoli
Andrew L. Reibman
KENYON & KENYON
One Broadway
New York, New York 10004
Telephone: (212) 425-7200
Facsimile: (212) 425-5288

## CERTIFICATE OF SERVICE

I hereby certify that on March 11, 2005, I caused to be electronically filed a true and correct copy of the NOTICE OF DEPOSITION OF KRISTOPHER JOHNSON with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

> Jack B. Blumenfeld, Esquire
> Morris, Nichols, Arsht & Tunnell
> 1201 N. Market Street
> Wilmington, DE 19801

I further certify that on March 11, 2005, I caused a copy of the NOTICE OF DEPOSITION OF KRISTOPHER JOHNSON to be served by hand-delivery on the following counsel of record:

> Jack B. Blumenfeld, Esquire
> Morris, Nichols, Arsht & Tunnell
> 1201 N. Market Street
> Wilmington, DE 19801

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Karen E. Keller*
Karen E. Keller (No. 4489)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801

P.O. Box 391
Wilmington, DE 19899-0391
(302) 571-6600
kkeller@ycst.com

*Attorneys for GTECH Corporation*