IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GTECH CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>SCIENTIFIC GAMES INTERNATIONAL, INC., SCIENTIFIC GAMES HOLDINGS CORPORATION, SCIENTIFIC GAMES FINANCE CORPORATION, and SCIENTIFIC GAMES CORPORATION,<br><br>Defendants. | C.A. No. 04-138-JJF |

### NOTICE OF DEPOSITION OF DAVID WAGONER

TO:   Josy W. Ingersoll, Esquire           Thomas J. Meloro, Esquire
      Young Conaway Stargatt & Taylor, LLP  Kenyon & Kenyon
      The Brandywine Building               One Broadway
      1000 West Street, 17th Floor          New York, NY 10004
      Wilmington, DE 19801

   PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 30, defendants Scientific Games International, Inc., Scientific Games Holdings Corporation, Scientific Games Finance Corporation and Scientific Games Corporation, through their attorneys, will take the deposition upon oral examination of David Wagoner, beginning at 9:00 a.m. on April 8, 2005, at the offices of Morris, Nichols, Arsht & Tunnell, 1201 N. Market Street, Wilmington, Delaware 19801, or at such other time and place as the parties may agree.

   The deposition will be taken before an officer authorized to administer oaths by the laws of the United States and will be recorded by stenographic and/or videographic means. The deposition will continue from day to day until completed.

- 2 -

You are invited to attend.

                                        MORRIS, NICHOLS, ARSHT & TUNNELL

                                        /s/      Rodger D. Smith II
                                        Jack B. Blumenfeld (#1014)
                                        Rodger D. Smith II (#3778)
                                        1201 N. Market Street
                                        P.O. Box 1347
                                        Wilmington, DE  19899
                                        (302) 658-9200
                                          Attorneys for Defendants

March 14, 2005

## CERTIFICATE OF SERVICE

I, Rodger D. Smith II, hereby certify that on March 14, 2005 I electronically filed Notice Of Deposition Of David Wagoner with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following:

>Josy W. Ingersoll
>Young, Conaway, Stargatt & Taylor, LLP
>The Brandywine Building
>1000 West Street, 17th Floor
>P.O. Box 391
>Wilmington, DE  19899

and that I caused copies to be served on upon the following in the manner indicated:

### BY HAND

>Josy W. Ingersoll
>Young, Conaway, Stargatt & Taylor, LLP
>The Brandywine Building
>1000 West Street, 17th Floor
>P.O. Box 391
>Wilmington, DE  19899

### BY FEDERAL EXPRESS

>Thomas J. Meloro, Esquire
>Kenyon & Kenyon
>One Broadway
>New York, NY  10004

>/s/    Rodger D. Smith II
>Rodger D. Smith (#3778)
>Morris, Nichols, Arsht & Tunnell
>1201 N. Market Street
>P.O. Box 1347
>Wilmington, DE  19899
>(302) 658-9200
>rsmith@mnat.com