IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| GTECH CORPORATION,<br><br>      Plaintiff,<br><br>    v.<br><br>SCIENTIFIC GAMES INTERNATIONAL, INC.,<br>SCIENTIFIC GAMES HOLDINGS<br>CORPORATION, SCIENTIFIC GAMES<br>FINANCE CORPORATION, and SCIENTIFIC<br>GAMES CORPORATION,<br><br>      Defendants. | )<br>)<br>)<br>)<br>)<br>) Civil Action No. 04-138-JJF<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF SERVICE

The undersigned, counsel for Plaintiff GTECH Corporation, hereby certifies that copies of Plaintiff's Second Set of Requests for the Production of Documents and Things (Nos. 82 – 91) were caused to be served on March 16, 2005, in the manner indicated below:

**BY HAND DELIVERY**

    Jack B. Blumenfeld, Esquire
    Morris, Nichols, Arsht & Tunnell
    1201 N. Market Street
    Wilmington, DE 19801

  Additionally, the undersigned certifies that copies of this Notice of Service were caused to be served on March 16, 2005 upon the above-listed counsel of record using CM/ECF, which will send notification that such filing is available for viewing and downloading.

Dated: March 16, 2005

*/s/ Karen E. Keller*
Josy W. Ingersoll (#1088)
Karen E. Keller (#4489)
YOUNG CONAWAY STARGATT & TAYLOR, LLP
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, Delaware 19899-0391
Telephone: 302-571-6600
kkeller@ycst.com

OF COUNSEL:

Thomas J. Meloro
Robert A. Whitman
Andrew L. Reibman
KENYON & KENYON
One Broadway
New York, New York 10004
Telephone: (212) 425-7200