IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GTECH CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>SCIENTIFIC GAMES INTERNATIONAL, INC., SCIENTIFIC GAMES HOLDINGS CORPORATION, SCIENTIFIC GAMES FINANCE CORPORATION, and SCIENTIFIC GAMES CORPORATION,<br><br>Defendants. | C.A. No. 04-138-JJF |

### NOTICE OF DEPOSITION OF DONALD KEAGLE

TO:  Josy W. Ingersoll, Esquire         Thomas J. Meloro, Esquire
     Young Conaway Stargatt & Taylor, LLP   Kenyon & Kenyon
     The Brandywine Building            One Broadway
     1000 West Street, 17th Floor       New York, NY 10004
     Wilmington, DE 19801

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 30 and 45, defendants Scientific Games International, Inc., Scientific Games Holdings Corporation, Scientific Games Finance Corporation and Scientific Games Corporation, through their attorneys, will take the deposition upon oral examination of Donald Keagle, beginning at 9:00 a.m. on April 5, 2005, at the Radisson Suites Hotel Huntsville, 6000 Memorial Parkway South, Huntsville, AL 35802, or at such other time and place as the parties may agree.

The deposition will be taken before an officer authorized to administer oaths by the laws of the United States and will be recorded by stenographic and/or videographic means. The deposition will continue from day to day until completed.

- 2 -

You are invited to attend.

MORRIS, NICHOLS, ARSHT & TUNNELL

/s/   Rodger D. Smith II
Jack B. Blumenfeld (#1014)
Rodger D. Smith II (#3778)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200
  Attorneys for Defendants

March 29, 2005

457496

## CERTIFICATE OF SERVICE

I, Rodger D. Smith II, hereby certify that on March 29, 2005, I caused to be electronically filed the Notice Of Deposition Of Donald Keagle with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

>Josy W. Ingersoll
>Young, Conaway, Stargatt & Taylor, LLP
>The Brandywine Building
>1000 West Street, 17th Floor
>P.O. Box 391
>Wilmington, DE  19899

and that I caused copies to be served on upon the following in the manner indicated:

**BY HAND**

>Josy W. Ingersoll
>Young, Conaway, Stargatt & Taylor, LLP
>The Brandywine Building
>1000 West Street, 17th Floor
>P.O. Box 391
>Wilmington, DE  19899

**BY FEDERAL EXPRESS**

>Thomas J. Meloro, Esquire
>Kenyon & Kenyon
>One Broadway
>New York, NY  10004

>/s/   Rodger D. Smith II
>Rodger D. Smith II (#3778)
>Morris, Nichols, Arsht & Tunnell
>1201 N. Market Street
>P.O. Box 1347
>Wilmington, DE  19899
>(302) 658-9200
>rsmith@mnat.com