IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GTECH CORPORATION,<br><br>                  Plaintiff,<br><br>      v.<br><br>SCIENTIFIC GAMES INTERNATIONAL, INC.; SCIENTIFIC GAMES HOLDINGS CORPORATION; SCIENTIFIC GAMES FINANCE CORPORATION; and SCIENTIFIC GAMES CORPORATION,<br><br>                  Defendants. | C.A. No. 04-138-JJF |

**STIPULATION AND ORDER**

IT IS HEREBY STIPULATED AND AGREED, subject to the approval of the Court, that:

1. The Court's July 14, 2004 Rule 16 Scheduling Order (D.I. 12), the Court's July 14, 2004 Memorandum Order (D.I. 13), and the Court's November 4, 2004 Order (D.I. 25) are amended as follows:

    a. Defendants shall make their election whether to rely on the advice of counsel defense by April 15, 2005.

    b. Exchange and completion of contention interrogatories and identification of fact witnesses shall be commenced so as to be completed by April 29, 2005.

- 2 -

        c.     All motions to amend the pleadings shall be filed on or before April 29, 2005.

        d.     All fact discovery shall be commenced so as to be completed by May 27, 2005.

        e.     Expert reports required by Fed. R. Civ. P. 26(a)(2) are due on issues on which a party bears the burden of proof by June 20, 2005, with the exception of plaintiff's expert report on damages issues which is due by June 24, 2005. Rebuttal expert reports are due by July 22, 2005, with the exception of defendants' rebuttal expert report on damages issues which is due by July 27, 2005.

        f.     Summary judgment motions and supporting papers are due on August 17, 2005. The opposing party's Counter-Statements of disputed facts are due on September 2, 2005. The moving party's Responses to the Counter-Statements of disputed facts are due on September 12, 2005.

        g.     Opening briefs concerning claim construction are due on August 17, 2005, and answering briefs are due on September 2, 2005.

2. All other provisions of the Court's July 14, 2004 Rule 16 Scheduling Order (D.I. 12), the Court's July 14, 2004 Memorandum Order (D.I. 13), and the Court's November 4, 2004 Order (D.I. 25) remain in full force and effect.

| YOUNG, CONAWAY, STARGATT & TAYLOR | MORRIS, NICHOLS, ARSHT & TUNNELL |
|---|---|
| */s/ Josy W. Ingersoll* | */s/ Rodger D. Smith II* |
| Josy W. Ingersoll (#1088) | Jack B. Blumenfeld (#1014) |
| John W. Shaw (#3362) | Rodger D. Smith II (#3778) |
| Karen E. Keller (#4489) | 1201 N. Market Street |
| 1000 West Street, 17th Floor | P.O. Box 1347 |
| P.O. Box 391 | Wilmington, DE 19899 |
| Wilmington, DE 19899 | (302) 658-9200 |
| (302) 571-6600 | Attorneys for Defendants |
| Attorneys for Plaintiff | |

OF COUNSEL:

Thomas J. Meloro
Larissa A. Soccoli
Andrew L. Reibman
KENYON & KENYON
One Broadway
New York, New York 10004
(212) 425-7200

SO ORDERED this ___ day of April 2005.

_____
United States District Court Judge

457993