IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| GTECH CORPORATION, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No 04-138 (JJF) |
| | ) | |
| SCIENTIFIC GAMES INTERNATIONAL, | ) | |
| INC., SCIENTIFIC GAMES HOLDINGS | ) | |
| CORPORATION, SCIENTIFIC GAMES | ) | |
| FINANCE CORPORATION, and | ) | |
| SCIENTIFIC GAMES CORPORATION, | ) | |
| | ) | |
| Defendants. | ) | |

**NOTICE OF SERVICE**

The undersigned hereby certifies that copies of Scientific Games' Supplemental Response To Plaintiff's Interrogatory No. 5 and Scientific Games' Responses To Plaintiff's Second Set Of Requests For Production Of Document And Things (Nos. 82-91) were caused to be served on April 15, 2005 upon the following in the manner indicated:

**BY HAND**

Josy W. Ingersoll
Young, Conaway, Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE  19801

**BY FEDERAL EXPRESS**

Thomas J. Meloro
Kenyon & Kenyon
One Broadway
New York, NY  10004

MORRIS, NICHOLS, ARSHT & TUNNELL

*/s/ Rodger D. Smith II*

---
Jack B. Blumenfeld (#1014)
Rodger D. Smith II (#3778)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE  19899
rsmith@mnat.com
  Attorneys for Defendants

April 15, 2005
417553

**CERTIFICATE OF SERVICE**

I, Rodger D. Smith II, hereby certify that on April 15, 2005, I caused to be electronically filed the aforementioned Notice of Service with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

>Josy W. Ingersoll
>Young, Conaway, Stargatt & Taylor, LLP
>The Brandywine Building
>1000 West Street, 17th Floor
>P.O. Box 391
>Wilmington, DE  19899

and that I caused copies to be served upon the following in the manner indicated:

**BY HAND**

>Josy W. Ingersoll
>Young, Conaway, Stargatt & Taylor, LLP
>The Brandywine Building
>1000 West Street, 17th Floor
>P.O. Box 391
>Wilmington, DE  19899

**BY FEDERAL EXPRESS**

>Thomas J. Meloro, Esquire
>Kenyon & Kenyon
>One Broadway
>New York, NY  10004

>*/s/ Rodger D. Smith II*
>Rodger D. Smith II (#3778)
>Morris, Nichols, Arsht & Tunnell
>1201 N. Market Street
>P.O. Box 1347
>Wilmington, DE  19899
>(302) 658-9200
>rsmith@mnat.com
>   Attorneys for Defendants