IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GTECH CORPORATION,<br><br>Plaintiffs,<br><br>v.<br><br>SCIENTIFIC GAMES INTERNATIONAL, INC., SCIENTIFIC GAMES HOLDINGS CORPORATION, SCIENTIFIC GAMES FINANCE CORPORATION, and SCIENTIFIC GAMES CORPORATION,<br><br>Defendants. | Civil Action No. 04-138-JJF |

**APPENDIX: EXHIBITS FOR PLAINTIFF GTECH'S MOTIONS TO COMPEL DISCOVERY PURSUANT TO FED. R. CIV. P. RULE 37(a) (RE: SOFTWARE AND RELATED DOCUMENTATION) AND (RE: PATENT APPLICATIONS AND RELATED DOCUMENTATION)**

Dated: April 22, 2005

                                                           Josy W. Ingersoll (#1088)
                                                           Karen E. Keller (#4489)
                                                           YOUNG CONAWAY STARGATT & TAYLOR, LLP
                                                           The Brandywine Building
                                                           1000 West Street, 17th Floor
                                                           P.O. Box 391
                                                           Wilmington, Delaware 19899-0391
                                                           Telephone: 302-571-6600
                                                           Facsimile: 302-571-1253

OF COUNSEL:
Thomas J. Meloro
Larissa A. Soccoli
Andrew L. Reibman
KENYON & KENYON
One Broadway
New York, New York 10004
Telephone: (212) 425-7200
Facsimile: (212) 425-5288

## TABLE OF EXHIBITS

A. U.S. Patent No. 5,222,624

B. U.S. Patent No. 4.982,337

C. *Defendant's Initial Disclosures Pursuant to Fed. R. Civ. P. 26(a)(1)*

D. Letter from Soccoli to Smith of 3/24/05

E. Letter from Soccoli to Smith of 4/1/05

F. Letter from Soccoli to Smith of 4/12/05

G. *Plaintiff GTECH Corporation's First Set of Requests for the Production of Documents and Things*

H. *Scientific Games' Responses to Plaintiff's First Set of Requests for Production of Documents and Things*

I. Letter from Smith to Soccoli of 4/15/05

J. Letter from Soccoli to Smith of 4/19/05

K. Letter from Soccoli to Smith of 4/20/05

L. Letter from Smith to Soccoli of 4/22/05