IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GTECH CORPORATION, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )  C.A. No 04-138 (JJF) |
| | ) |
| SCIENTIFIC GAMES INTERNATIONAL, | ) |
| INC., SCIENTIFIC GAMES HOLDINGS | ) |
| CORPORATION, SCIENTIFIC GAMES | ) |
| FINANCE CORPORATION, and | ) |
| SCIENTIFIC GAMES CORPORATION, | ) |
| | ) |
| Defendants. | ) |

NOTICE OF SERVICE

The undersigned hereby certifies that copies of Scientific Games' Second Request for Production of Documents and Things Directed to Plaintiff (No. 50) and Scientific Games' Second Set of Interrogatories to Plaintiff (Nos. 15-22) were caused to be served on April 27, 2005 upon the following in the manner indicated:

BY HAND

Josy W. Ingersoll
Young, Conaway, Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE  19899

BY FEDERAL EXPRESS

Thomas J. Meloro
Kenyon & Kenyon
One Broadway
New York, NY  10004

                                    MORRIS, NICHOLS, ARSHT & TUNNELL

                                    /s/  Jack B. Blumenfeld
                                  Jack B. Blumenfeld (#1014)
                                  Maryellen Noreika (#3208)
                                  1201 N. Market Street
                                  P.O. Box 1347
                                  Wilmington, DE  19899
                                  jblumenfeld@mnat.com
                                    Attorneys for Defendants

April 28, 2005