IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GTECH CORPORATION,<br><br>    Plaintiff,<br><br>    v.<br><br>SCIENTIFIC GAMES INTERNATIONAL, INC., SCIENTIFIC GAMES HOLDINGS CORPORATION, SCIENTIFIC GAMES FINANCE CORPORATION, and SCIENTIFIC GAMES CORPORATION,<br><br>    Defendants. | C.A. No. 04-138-JJF |

**NOTICE OF DEPOSITION OF PATRICK COSTAREGNI**

TO: Josy W. Ingersoll, Esquire   Thomas J. Meloro, Esquire
   Young Conaway Stargatt & Taylor, LLP Kenyon & Kenyon
   The Brandywine Building    One Broadway
   1000 West Street, 17th Floor   New York, NY 10004
   Wilmington, DE  19801

    PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 30 and 45, defendants Scientific Games International, Inc., Scientific Games Holdings Corporation, Scientific Games Finance Corporation and Scientific Games Corporation, through their attorneys, will take the deposition upon oral examination of Patrick Costaregni, beginning at 9:30 a.m. on May 19, 2005, at the offices of Morris, Nichols, Arsht and Tunnell, 1201 N. Market Street, Wilmington, DE 19801, or at such other time and place as the parties may agree.

    The deposition will be taken before an officer authorized to administer oaths by the laws of the United States and will be recorded by stenographic and/or videographic means. The deposition will continue from day to day until completed.

You are invited to attend.

                                      MORRIS, NICHOLS, ARSHT & TUNNELL

                                      /s/    Jack B. Blumenfeld
                                      Jack B. Blumenfeld (#1014)
                                      Rodger D. Smith II (#3778)
                                      1201 N. Market Street
                                      P.O. Box 1347
                                      Wilmington, DE  19899
                                      (302) 658-9200
                                        Attorneys for Defendants

May 3, 2005

## CERTIFICATE OF SERVICE

I, Jack B. Blumenfeld, hereby certify that on May 3, 2005, I caused to be electronically filed Notice of Deposition of Patrick Costaregni with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

>Josy W. Ingersoll
>Young, Conaway, Stargatt & Taylor, LLP

and that I caused copies to be served upon the following in the manner indicated:

### BY HAND

Josy W. Ingersoll
Young, Conaway, Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE  19899

### BY FEDERAL EXPRESS

Thomas J. Meloro, Esquire
Kenyon & Kenyon
One Broadway
New York, NY  10004

>*/s/ Jack B. Blumenfeld*
>Jack B. Blumenfeld (#1014)
>Morris, Nichols, Arsht & Tunnell
>1201 N. Market Street
>P.O. Box 1347
>Wilmington, DE  19899
>(302) 658-9200
>jblumenfeld@mnat.com
>    Attorneys for Defendants