IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GTECH CORPORATION,<br><br>　　　　　　Plaintiff,<br><br>　　　v.<br><br>SCIENTIFIC GAMES INTERNATIONAL, INC., SCIENTIFIC GAMES HOLDINGS CORPORATION, SCIENTIFIC GAMES FINANCE CORPORATION, and SCIENTIFIC GAMES CORPORATION,<br><br>　　　　　　Defendants. | C.A. No. 04-138-JJF |

### NOTICE OF DEPOSITION OF GEORGE VOUTES

TO:　　Josy W. Ingersoll, Esquire　　　　　　Thomas J. Meloro, Esquire
　　　　Young Conaway Stargatt & Taylor, LLP　　Kenyon & Kenyon
　　　　The Brandywine Building　　　　　　　　One Broadway
　　　　1000 West Street, 17th Floor　　　　　　New York, NY 10004
　　　　Wilmington, DE 19801

　　　　PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 30 and 45, defendants Scientific Games International, Inc., Scientific Games Holdings Corporation, Scientific Games Finance Corporation and Scientific Games Corporation, through their attorneys, will take the deposition upon oral examination of George Voutes, beginning at 9:30 a.m. on May 18, 2005, at the offices of Morris, Nichols, Arsht and Tunnell, 1201 N. Market Street, Wilmington, DE 19801, or at such other time and place as the parties may agree.

　　　　The deposition will be taken before an officer authorized to administer oaths by the laws of the United States and will be recorded by stenographic and/or videographic means. The deposition will continue from day to day until completed.

- 2 -

You are invited to attend.

                                      MORRIS, NICHOLS, ARSHT & TUNNELL

                                      /s/    Jack B. Blumenfeld
                                      Jack B. Blumenfeld (#1014)
                                      Rodger D. Smith II (#3778)
                                      1201 N. Market Street
                                      P.O. Box 1347
                                      Wilmington, DE  19899
                                      (302) 658-9200
                                        Attorneys for Defendants

May 3, 2005

**CERTIFICATE OF SERVICE**

I, Jack B. Blumenfeld, hereby certify that on May 3, 2005, I caused to be electronically filed Notice of Deposition of George Voutes with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

> Josy W. Ingersoll
> Young, Conaway, Stargatt & Taylor, LLP

and that I caused copies to be served upon the following in the manner indicated:

**BY HAND**

Josy W. Ingersoll
Young, Conaway, Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE  19899

**BY FEDERAL EXPRESS**

Thomas J. Meloro, Esquire
Kenyon & Kenyon
One Broadway
New York, NY  10004

> /s/ Jack B. Blumenfeld
> Jack B. Blumenfeld (#1014)
> Morris, Nichols, Arsht & Tunnell
> 1201 N. Market Street
> P.O. Box 1347
> Wilmington, DE  19899
> (302) 658-9200
> jblumenfeld@mnat.com
>     Attorneys for Defendants