
# EXHIBIT

# 1



**Intellectual Property Law**

Larissa A. Soccoli
Direct 212.908.6449
lsoccoli@kenyon.com

One Broadway
New York, NY 10004-1007
212.425.7200
Fax 212.425.5288

April 4, 2005

*By Facsimile*

Rodger D. Smith, Esq.
Morris, Nichols, Arsht & Tunnel
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347

Re:   *GTECH Corp. v. Scientific Games International, Inc., et al.*
       *(D. Del. C.A. No. 04-138-JJF)*

Dear Rodger:

We have your March 31, 2005 letter. It is our understanding that we have received all of the *Pollard* litigation documents and have produced those to you, with the exception of those containing confidential information of parties not within our control which are covered by the protective order entered in that case. If we locate anything further, we will let you know.

As for the document subpoenas of Messrs. Turek, Fulton and Burr, you already have Mr. Turek's documents. They were produced with bates numbers GTECH 36095-38158 on March 23, 2005. Mr. Fulton has no responsive documents except the videotape of his deposition in the *Pollard* litigation which we are reviewing. As for Mr. Burr, as you know per his March 31, 2005 email to you, he is in the process of gathering relevant, responsive documents. We will process and produce those to you shortly after we receive them.

Sincerely,

Larissa A. Soccoli

New York   Washington, DC   Silicon Valley   www.kenyon.com

TOTAL P.02