IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

GTECH CORPORATION,                          :
                                            :
        Plaintiff,                          :
                                            :
    v.                                      : Civil Action No. 04-138 JJF
                                            :
SCIENTIFIC GAMES INTERNATIONAL,             :
INC.; SCIENTIFIC GAMES HOLDINGS             :
CORPORATION; SCIENTIFIC GAMES               :
FINANCE CORPORATION; and                    :
SCIENTIFIC GAMES CORPORATION,               :
                                            :
        Defendants.                         :

## O R D E R

WHEREAS, Defendants have filed a Motion To Compel Plaintiff To Produce Documents And Other Materials From The Earlier Pollard Litigation (D.I. 55);

WHEREAS, Plaintiff has responded that it essentially has produced what it had from <u>Pollard</u> (D.I. 63 at 1);

WHEREAS, The Court finds based on the representations of Plaintiff that its production in response to Defendants' request has been complete;

NOW THEREFORE, IT IS HEREBY ORDERED that Defendants' Motion To Compel Plaintiff To Produce Documents And Other Materials From The Earlier Pollard Litigation (D.I. 55) is **DENIED**. Further, Defendants' request for a stay of discovery is **DENIED**.

May 6, 2005                                  /s/ Joseph J. Farnan
DATE                                         UNITED STATES DISTRICT JUDGE