IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

GTECH CORPORATION,                      :
                                        :
        Plaintiff,                      :
                                        :
    v.                                  : Civil Action No. 04-138 JJF
                                        :
SCIENTIFIC GAMES INTERNATIONAL,         :
INC.; SCIENTIFIC GAMES HOLDINGS         :
CORPORATION; SCIENTIFIC GAMES           :
FINANCE CORPORATION; and                :
SCIENTIFIC GAMES CORPORATION,           :
                                        :
        Defendants.                     :

## MEMORANDUM ORDER

The Court has resolved several Rule 37 motions with regard to discovery disputes in this lawsuit. The Court did not assess costs and/or sanctions in its decisions. If a second motion is presented on the same subject or one reasonably related, the opposing party shall advise the Court that a similar motion had been considered by the Court without the imposition of costs and/or sanctions.

So Ordered.

May 6, 2005
DATE

UNITED STATES DISTRICT JUDGE