```
         IN THE UNITED STATES DISTRICT COURT
            FOR THE DISTRICT OF DELAWARE
```

GTECH CORPORATION,                :
                                  :
        Plaintiff,                :
                                  :
    v.                            : Civil Action No. 04-138 JJF
                                  :
SCIENTIFIC GAMES INTERNATIONAL,   :
INC.; SCIENTIFIC GAMES HOLDINGS   :
CORPORATION; SCIENTIFIC GAMES     :
FINANCE CORPORATION; and          :
SCIENTIFIC GAMES CORPORATION,     :
                                  :
        Defendants.               :

### MEMORANDUM ORDER

Plaintiff has filed a Motion To Compel Discovery (D.I. 52). The motion seeks the production of Defendants' patent applications, inventions, records, and related documents, which purportedly concern Defendants' accused product, PlayCentral.

Defendants offer several arguments in their opposition (D.I. 58). Defendants note the direct competitor status of Plaintiff and Defendants and that the relevant patent applications are not related to the patents-in-suit. In response to Plaintiff's contentions that the documents sought will assist Plaintiff in understanding how the accused product works, Defendants assert that they have produced over 100,000 pages of documents concerning the accused product and the documents sought will not add to Plaintiff's knowledge.

I agree with Defendants that the accused product operates on mechanical engineering principles and with the documents already

produced, Plaintiff is able to understand how the PlayCentral works.  Thus, the Motion To Compel Discovery (D.I. 52) is **DENIED**.

May 6, 2005
DATE

_____
UNITED STATES DISTRICT JUDGE