IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

GTECH CORPORATION,                  :
                                    :
          Plaintiff,                :
                                    :
     v.                             : Civil Action No. 04-138 JJF
                                    :
SCIENTIFIC GAMES INTERNATIONAL,     :
INC.; SCIENTIFIC GAMES HOLDINGS     :
CORPORATION; SCIENTIFIC GAMES       :
FINANCE CORPORATION; and            :
SCIENTIFIC GAMES CORPORATION,       :
                                    :
          Defendants.               :

## MEMORANDUM ORDER

Plaintiff has filed a Motion To Compel (D.I. 53) certain source codes and related documentation of software related to the accused PlayCentral product.

Defendants answer that the accused product works on principles of mechanical engineering and that production sought is not relevant to the asserted patent claims. Defendants offer a claim construction brief submitted to a Magistrate Judge in the Northern District of Ohio by GTECH's predecessor, Interlott Technologies, Inc., to demonstrate the lack of relevance.

Because I agree with Defendants that Plaintiff's present request (D.I. 53 at 4) is overly broad, I must deny the Motion To Compel (D.I. 53) in its entirety.

So Ordered.

May ⌑, 2005                    _____
DATE                           UNITED STATES DISTRICT JUDGE