IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| GTECH CORPORATION, | ) | |
| | ) | |
| Plaintiff, | ) | C. A. No. 04-138 (JJF) |
| | ) | |
| v. | ) | |
| | ) | |
| SCIENTIFIC GAMES INTERNATIONAL, | ) | |
| INC., SCIENTIFIC GAMES HOLDINGS | ) | |
| CORPORATION, SCIENTIFIC GAMES | ) | |
| FINANCE CORPORATION, and | ) | |
| SCIENTIFIC GAMES CORPORATION, | ) | |
| | ) | |
| Defendants. | ) | |

**NOTICE OF SERVICE**

The undersigned hereby certifies that copies of Scientific Games' Supplemental

Response To Plaintiff's Interrogatory No. 1 was caused to be served on May 9, 2005 upon the

following in the manner indicated:

**BY HAND**

Josy W. Ingersoll, Esquire
Young, Conaway, Stargatt & Taylor LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE  19801

**BY FEDERAL EXPRESS**

Thomas J. Meloro, Esquire
Kenyon & Kenyon
One Broadway
New York, NY  10004

MORRIS, NICHOLS, ARSHT & TUNNELL

*/s/ Rodger D. Smith II*

Jack B. Blumenfeld (#1014)
Rodger D. Smith II (#3778)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE  19801
rsmith@mnat.com
  Attorneys for Defendants

May 12, 2005
417553

### CERTIFICATE OF SERVICE

I, Rodger D. Smith II, hereby certify that on May 12, 2005, I caused to be electronically filed the aforementioned Notice of Service with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

Josy W. Ingersoll, Esquire
Young, Conaway, Stargatt & Taylor LLP
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE  19899

*/s/ Rodger D. Smith II*
Rodger D. Smith II (#3778)
Morris, Nichols, Arsht & Tunnell
1201 N. Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200
rsmith@mnat.com
    Attorneys for Defendants