IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GTECH CORPORATION,<br><br>                 Plaintiff,<br><br>      v.<br><br>SCIENTIFIC GAMES INTERNATIONAL, INC.,<br>SCIENTIFIC GAMES HOLDINGS<br>CORPORATION, SCIENTIFIC GAMES<br>FINANCE CORPORATION, and SCIENTIFIC<br>GAMES CORPORATION,<br><br>                 Defendants. | Civil Action No. 04-138-JJF |

## NOTICE OF SERVICE

The undersigned, counsel for Plaintiff GTECH Corporation, hereby certifies that copies of the following documents were caused to be served on May 27, 2005, in the manner indicated:

1. Plaintiff's Supplemental Responses to Defendants' First Set of Interrogatories (No. 4) and Second Supplemental Responses to Defendants' First Set of Requests for the Production of Documents and Things (Nos. 8, 9, and 11)

2. Plaintiff's Response to Scientific Games' Second Set of Interrogatories to Plaintiff (Nos. 15-22)

3. Plaintiff's Response to Scientific Games' Second Request for Production of Documents and Things Directed to Plaintiff (No. 50)

                      **BY HAND DELIVERY**

                      Jack B. Blumenfeld, Esquire
                      Morris, Nichols, Arsht & Tunnell
                      1201 N. Market Street
                      Wilmington, DE 19801

Additionally, the undersigned certifies that copies of this Notice of Service were caused to be served on June 1, 2005 upon the above-listed counsel of record using CM/ECF, which will send notification that such filing is available for viewing and downloading.

Dated: June 1, 2005

*[signature]*

Josy W. Ingersoll (#1088)
John W. Shaw (#3362)
YOUNG CONAWAY STARGATT & TAYLOR, LLP
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, Delaware 19899-0391
Telephone: 302-571-6600
jshaw@ycst.com

OF COUNSEL:

Thomas J. Meloro
Larissa A. Soccoli
Andrew L. Reibman
KENYON & KENYON
One Broadway
New York, New York 10004
Telephone: (212) 425-7200

WP3:1117070.1                                                                63055.1001