# EXHIBIT K



