IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| GTECH CORPORATION,<br><br>       Plaintiff,<br><br>    v.<br><br>SCIENTIFIC GAMES INTERNATIONAL, INC., SCIENTIFIC GAMES HOLDINGS CORPORATION, SCIENTIFIC GAMES FINANCE CORPORATION, and SCIENTIFIC GAMES CORPORATION,<br><br>       Defendants. | Civil Action No. 04-138-JJF |

## NOTICE OF SERVICE

The undersigned, counsel for Plaintiff GTECH Corporation, hereby certifies that a copy of Plaintiff GTECH Corporation's Supplemental Responses to Defendants' First Set of Interrogatories (No. 1) was caused to be served upon the following counsel of record on June 10, 2005, in the manner indicated:

**BY ELECTRONIC MAIL**

    Rodger D. Smith, Esquire
    Morris, Nichols, Arsht, & Tunnell
    1201 N. Market Street
    Wilmington, DE 19801

And upon the following counsel of record on June 11, 2005 in the manner indicated:

**BY OVERNIGHT COURIER**

Jack B. Blumenfeld, Esquire
Morris, Nichols, Arsht, & Tunnell
1201 N. Market Street
Wilmington, DE 19801

Additionally, the undersigned certifies that copies of this Notice of Service were caused to be served by CM/ECF and hand delivery on June 15, 2005 upon the above-listed counsel of record.

                                      */s/ Karen E. Keller*
                                    Josy W. Ingersoll (#1088)
                                    John W. Shaw (#3362)
                                    Karen E. Keller (#4489)
                                    YOUNG CONAWAY STARGATT & TAYLOR, LLP
                                    The Brandywine Building
                                    1000 West Street, 17th Floor
                                    P.O. Box 391
                                    Wilmington, Delaware 19899-0391
                                    Telephone: 302-571-6600
                                    kkeller@ycst.com

OF COUNSEL:

Thomas J. Meloro
Larissa A. Soccoli
Andrew L. Reibman
KENYON & KENYON
One Broadway
New York, New York 10004
Telephone: (212) 425-7200

Dated: June 15, 2005