IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

GTECH CORP.,                        :
                                    :
      Plaintiff,                    :
                                    :
  v.                                : Civil Action No. 04-138-JJF
                                    :
SCIENTIFIC GAMES INTERNATIONAL      :
INC., et al.,                       :
                                    :
      Defendants.                   :

### O R D E R

WHEREAS, the Court held a discovery hearing on Monday, June 13, 2005;

NOW THEREFORE, IT IS HEREBY ORDERED that, for the reasons stated on the record during the June 13 discovery hearing:

1) Defendants' Emergency Motion To Preclude Plaintiff From Asserting New Patent Claims Or, In The Alternative, To Amend The Scheduling Order (D.I. 84) is **GRANTED**;

2) Defendants' Motion To Preclude Plaintiff From Relying On Undisclosed Contentions (D.I. 64) is **DENIED**;

3) Plaintiff's Motion To Compel Discovery Pursuant To Fed. R. Civ. P. 37(a) (Re: "Burster" Design Documents) (D.I. 65) is **DENIED**;

4) Defendants' Motion To Compel Plaintiff To Produce A Properly Prepared Rule 30(b)(6) Witness (D.I. 72) is **DENIED**;

5) Defendant's Motion For Protective Order To Preclude

Plaintiff From Disclosing Scientific Games' Confidential Information To Joseph C. Perin, Jr. (D.I. 81) is **DENIED**.

June 14, 2005
DATE

[signature]
UNITED STATES DISTRICT JUDGE