IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| GTECH CORP., | : | |
| Plaintiff, | : | |
| v. | : | Civil Action No. 04-138-JJF |
| SCIENTIFIC GAMES INTERNATIONAL INC., et al., | : | |
| Defendants. | : | |

O R D E R

WHEREAS, the Court held a discovery hearing in the above-captioned case on Monday, June 13, 2005;

NOW THEREFORE, IT IS HEREBY ORDERED that:

1) A Markman hearing will be held on **Thursday, October 13, 2005, at 3:00 p.m.** in Courtroom No. 4B on the 4th floor, United States Courthouse, Boggs Federal Building, Wilmington, Delaware.

2) Case dispositive motions must be filed **no later than Thursday, November 10, 2005.**

3) The parties shall agree to a day during **the week of December 12, 2005,** on which the Court can schedule a Pretrial Conference.

_June 14, 2005_
DATE

_Joseph J. Farnan_
UNITED STATES DISTRICT JUDGE