IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GTECH CORPORATION, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> SCIENTIFIC GAMES INTERNATIONAL, INC., ) <br> SCIENTIFIC GAMES HOLDINGS ) <br> CORPORATION, SCIENTIFIC GAMES ) <br> FINANCE CORPORATION, and SCIENTIFIC ) <br> GAMES CORPORATION, ) <br> ) <br> Defendants. ) <br> ) | Civil Action No. 04-138-JJF |

**STIPULATION TO EXTEND TIME**

The parties hereby stipulate, subject to the approval of the Court, that: (a) plaintiff GTECH Corporation may file its opposition to Defendants' Motion for Protective Order to Preclude Plaintiff From Disclosing Scientific Games' Confidential Information to J. Kent Lowman (D.I. 90) on or before Tuesday, July 5, 2005; and (b) defendants may file any motion to preclude GTECH from disclosing Scientific Games' Confidential Information to Shelia Smith on or before Tuesday, July 5, 2005.

/s/
_____
Jack B. Blumenfeld (#1014)
Rodger D. Smith, II (#3778)
MORRIS, NICHOLS, ARSHT & TUNNELL
1201 N. Market Street
Wilmington, DE 19801
(302) 575-7291
*Attorneys for Defendants*

_____
John W. Shaw (#3362)
YOUNG CONAWAY STARGATT &
  TAYLOR, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801
(302) 571-6672
*Attorneys for Plaintiff*

SO ORDERED this ____ day of _____, 2005.

_____
United States District Court

WP3:1126531.1                                                      63055.1001