## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| GTECH CORPORATION, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil Action No. 04-138-JJF |
| | ) | |
| v. | ) | |
| | ) | |
| SCIENTIFIC GAMES INTERNATIONAL, INC.; | ) | |
| SCIENTIFIC GAMES HOLDINGS | ) | |
| CORPORATION; SCIENTIFIC GAMES | ) | |
| FINANCE CORPORATION; and SCIENTIFIC | ) | |
| GAMES CORPORATION, | ) | |
| | ) | |
| Defendants. | ) | |

### MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission

*pro hac vice* of Douglas E. Ringel, Esquire to represent GTECH Corporation in this matter.

YOUNG CONAWAY STARGATT & TAYLOR, LLP

Dated: July 7, 2005

Josy W. Ingersoll (#1088)
Karen E. Keller (#4489)
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, Delaware 19899-0391
jingersoll@ycst.com
Telephone: 302-571-6600

IT IS HEREBY ORDERED that counsel's motion is granted and the foregoing attorney
is admitted *pro hac vice*.

Dated: _____        _____
                                United Stated District Court Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I, Douglas E. Ringel, Esquire, certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the District of Columbia, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with the Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 will be submitted to the Clerk's Office upon the filing of this motion.

Douglas E. Ringel
KENYON & KENYON
1500 K Street NW
Washington, DC 20005
Tel.: (202) 220-4200
Fax: (202) 220-4201

July 1, 2005

## CERTIFICATE OF SERVICE

I, Josy W. Ingersoll, Esquire, hereby certify that on July 7, 2005, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

> Jack B. Blumenfeld Esquire
> Morris Nichols Arsht & Tunnell
> 1201 North Market Street
> Wilmington, DE 19801

I further certify that on July 7, 2005, I caused a copy of the foregoing document to be served by hand delivery on the above-listed counsel of record.

YOUNG CONAWAY STARGATT & TAYLOR, LLP

Josy W. Ingersoll (No. 1088)
Karen E. Keller (No. 4489)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
(302) 571-6600
jingersoll@ycst.com

Attorneys for GTECH Corporation