# UNDER SEAL DOCUMENT