IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GTECH CORPORATION,<br><br>        Plaintiff,<br><br>    v.<br><br>SCIENTIFIC GAMES INTERNATIONAL, INC., SCIENTIFIC GAMES HOLDINGS CORPORATION, SCIENTIFIC GAMES FINANCE CORPORATION, and SCIENTIFIC GAMES CORPORATION,<br><br>        Defendants. | )<br>)<br>)<br>)<br>)<br>) Civil Action No. 04-138-JJF<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**ORDER**

At Wilmington this ____ day of _____, 2005.

IT IS HEREBY ordered that *Plaintiff's Motion for Reconsideration of the Court's July 11th order (D.I. 96) Granting Defendants' Motion to Compel Plaintiff to Produce On-Point's Opinions of Counsel* is granted.

_____
United States District Judge

WP3:1131982.1

63055.1001