IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GTECH CORPORATION, | |
| Plaintiff, | |
| v. | C.A. No. 04-138-JJF |
| SCIENTIFIC GAMES INTERNATIONAL, INC.; SCIENTIFIC GAMES HOLDINGS CORPORATION; SCIENTIFIC GAMES FINANCE CORPORATION; and SCIENTIFIC GAMES CORPORATION, | |
| Defendants. | |

## STIPULATION AND ORDER

IT IS HEREBY STIPULATED AND AGREED, subject to the approval of the Court, that the Court's April 19, 2005 Order (D.I. 50) and the Court's June 14, 2005 Order (D.I. 88) are amended as follows:

1. Expert reports required by Fed. R. Civ. P. 26(a)(2) are due on issues on which a party bears the burden of proof by August 12, 2005. Rebuttal expert reports are due by September 16, 2005.

2. All expert discovery concerning liability issues shall be completed by September 30, 2005. All expert discovery concerning damages issues shall be completed by October 14, 2005.

3. Opening briefs concerning claim construction are due on October 14, 2005, and answering briefs concerning claim construction are due on October 28, 2005.

- 2 -

    4.    The Court will hold a *Markman* hearing on November 18, 2005, at 11:00 a.m., in Courtroom No. 4B on the 4th floor, United States Courthouse, Boggs Federal Building, Wilmington, Delaware.

    5.    Summary judgment motions and supporting papers are due on November 10, 2005. Answering briefs in opposition to motions for summary judgment are due on November 30, 2005. Reply briefs in support of motions for summary judgment are due on December 9, 2005.

    6.    The Court will hold a Final Pretrial Conference on December 15, 2005, at _____, in Courtroom No. 4B on the 4th floor, United States Courthouse, Boggs, Federal Building, Wilmington, Delaware.

| YOUNG, CONAWAY, STARGATT & TAYLOR | MORRIS, NICHOLS, ARSHT & TUNNELL |
|---|---|
| */s/ Glenn C. Mandalas* | */s/ Rodger D. Smith II* |
| Josy W. Ingersoll (#1088) | Jack B. Blumenfeld (#1014) |
| John W. Shaw (#3362) | Rodger D. Smith II (#3778) |
| Glenn C. Mandalas (#4432) | 1201 N. Market Street |
| 1000 West Street, 17th Floor | P.O. Box 1347 |
| P.O. Box 391 | Wilmington, DE 19899 |
| Wilmington, DE 19899 | (302) 658-9200 |
| (302) 571-6600 | Attorneys for Defendants |
| Attorneys for Plaintiff | |

SO ORDERED this ___ day of August 2005.

_____
United States District Court Judge

475690