IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GTECH CORPORATION,<br><br>          Plaintiff,<br><br>    v.<br><br>SCIENTIFIC GAMES INTERNATIONAL, INC., SCIENTIFIC GAMES HOLDINGS CORPORATION, SCIENTIFIC GAMES FINANCE CORPORATION, and SCIENTIFIC GAMES CORPORATION,<br><br>          Defendants. | C.A. No. 04-138-JJF |

**SCIENTIFIC GAMES' REPLY IN SUPPORT OF ITS MOTION TO STRIKE GTECH'S REPLY BRIEF REGARDING ITS MOTION FOR RECONSIDERATION OF THE COURT'S JUNE 14th ORDER GRANTING DEFENDANTS' MOTION TO PRECLUDE GTECH FROM ASSERTING NEW CLAIMS**

In its Opposition to Scientific Games' Motion to Strike GTECH's Reply Brief Regarding Its Motion For Reconsideration, GTECH states that "[e]ven if the Court had not requested that a Reply Brief be filed, GTECH would have filed a motion for leave to file such a Reply Brief to address and clarify certain facts and issues that were misrepresented in Scientific Games' opposition brief . . ." (D.I. 102 at 2). That statement, however, is contradicted by the email that GTECH sent to the Court -- before filing its Reply Brief -- which stated that "briefing on Plaintiff' Motion for Reconsideration . . . is complete and the motion is ready for decision" (D.I. 100, Ex. A).

For the reasons set forth in Scientific Games' Motion to Strike (D.I. 100), GTECH's "Reply Brief" in support of its motion for reconsideration was improper and should be stricken. *See* D. Del. L.R. 7.1.5 ("The Court will determine from the motion and answer whether reargument will be granted."); *see also StairMaster Sports/Medical Prods., Inc. v. Groupe*

2

*Procycle, Inc.*, 25 F. Supp. 2d 270, 292 (D. Del. 1998) ("Local Rule 7.1.5 . . . permits filing only one brief per side with an emphasis on brevity.").

                                      MORRIS, NICHOLS, ARSHT & TUNNELL

                                      */s/ Rodger D. Smith II*
                                      Jack B. Blumenfeld (#1014)
                                      Rodger D. Smith (#3778)
                                      Morris, Nichols, Arsht & Tunnell
                                      1201 N. Market Street
                                      P.O. Box 1347
                                      Wilmington, DE  19899
                                      (302) 658-9200
                                      rsmith@mnat.com
                                        Attorneys for Defendants

August 2, 2005
476891

**CERTIFICATE OF SERVICE**

I, Rodger D. Smith II, hereby certify that on August 2, 2005, I caused to be electronically filed Scientific Games' Reply In Support Of Its Motion To Strike GTECH's Reply Brief Regarding Its Motion For Reconsideration Of The Court's June 14th Order Granting Defendants' Motion To Preclude GTECH From Asserting New Claims with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

> Josy W. Ingersoll
> Young, Conaway, Stargatt & Taylor, LLP
> The Brandywine Building
> 1000 West Street, 17th Floor
> P.O. Box 391
> Wilmington, DE 19899

and that I caused copies to be served upon the following in the manner indicated:

**BY HAND**

> Josy W. Ingersoll
> Young, Conaway, Stargatt & Taylor, LLP
> The Brandywine Building
> 1000 West Street, 17th Floor
> P.O. Box 391
> Wilmington, DE 19899

**BY FACSIMILE**

> Thomas J. Meloro, Esquire
> Kenyon & Kenyon
> One Broadway
> New York, NY 10004

>     */s/ Rodger D. Smith II*
> Rodger D. Smith II (#3778)
> Morris, Nichols, Arsht & Tunnell
> 1201 N. Market Street, P.O. Box 1347
> Wilmington, DE 19899
> (302) 658-9200
> rsmith@mnat.com
>   Attorneys for Defendants