IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GTECH CORPORATION,<br><br>       Plaintiff,<br><br>      v.<br><br>SCIENTIFIC GAMES INTERNATIONAL, INC.,<br>SCIENTIFIC GAMES HOLDINGS<br>CORPORATION, SCIENTIFIC GAMES<br>FINANCE CORPORATION, and SCIENTIFIC<br>GAMES CORPORATION,<br><br>       Defendants. | Civil Action No. 04-138-JJF |

## NOTICE OF SERVICE

The undersigned, counsel for Plaintiff GTECH Corporation, hereby certifies that copies of (1) Expert Report of Joseph C. Perin, Jr., P.E., (2) Expert Report of Sheila Smith, and (3) Expert Report of John C. Jarosz were caused to be served on August 12, 2005 in the manner indicated below:

**BY OVERNIGHT COURIER**

Jack B. Blumenfeld, Esquire
Morris, Nichols, Arsht & Tunnell
1201 N. Market Street
Wilmington, DE 19801

Additionally, the undersigned certifies that copies of this Notice of Service were caused to be served on August 16, 2005 upon the above-listed counsel of record using CM/ECF, which will send notification that such filing is available for viewing and downloading.

Dated: August 16, 2005

/s/ Josy W. Ingersoll
Josy W. Ingersoll (#1088)
Karen E. Keller (#4489)
YOUNG CONAWAY STARGATT & TAYLOR, LLP
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, Delaware 19899-0391
Telephone: 302-571-6600
jingersoll@ycst.com

OF COUNSEL:

Thomas J. Meloro
Robert A. Whitman
Andrew L. Reibman
KENYON & KENYON
One Broadway
New York, New York 10004
Telephone: (212) 425-7200