IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GTECH CORPORATION, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C. A. No. 04-138 (JJF) |
| ) | |
| SCIENTIFIC GAMES INTERNATIONAL, ) | |
| INC., SCIENTIFIC GAMES HOLDINGS ) | |
| CORPORATION, SCIENTIFIC GAMES ) | |
| FINANCE CORPORATION, and ) | |
| SCIENTIFIC GAMES CORPORATION, ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of (1) the Opening Expert Report of Michael Keefe, Ph.D., P.E., and (2) the Opening Expert Report of Brad A. Myers, Ph.D. were caused to be served on August 12, 2005 upon the following in the manner indicated:

**BY U.S. MAIL**

Josy W. Ingersoll, Esquire
Young, Conaway, Stargatt & Taylor LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801

**BY FEDERAL EXPRESS**

Thomas J. Meloro, Esquire
Kenyon & Kenyon
One Broadway
New York, NY 10004

2

        MORRIS, NICHOLS, ARSHT & TUNNELL

        */s/ Rodger D. Smith II*
        _____
        Jack B. Blumenfeld (#1014)
        Rodger D. Smith II (#3778)
        1201 N. Market Street
        P.O. Box 1347
        Wilmington, DE  19801
        rsmith@mnat.com
           Attorneys for Defendants

August 19, 2005
417553

**CERTIFICATE OF SERVICE**

   I, Rodger D. Smith II, hereby certify that on August 19, 2005, I caused to be electronically filed the aforementioned Notice of Service with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

> Josy W. Ingersoll, Esquire
> Young, Conaway, Stargatt & Taylor LLP
> The Brandywine Building
> 1000 West Street, 17th Floor
> P.O. Box 391
> Wilmington, DE 19899

              */s/ Rodger D. Smith II*
              Rodger D. Smith II (#3778)
              Morris, Nichols, Arsht & Tunnell
              1201 N. Market Street
              P.O. Box 1347
              Wilmington, DE 19899
              (302) 658-9200
              rsmith@mnat.com
               Attorneys for Defendants