IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

GTECH CORPORATION,                     )
                                       )
              Plaintiff,               )
                                       )
      v.                               )          C. A. No. 04-138 (JJF)
                                       )
SCIENTIFIC GAMES INTERNATIONAL,        )
INC., SCIENTIFIC GAMES HOLDINGS        )
CORPORATION, SCIENTIFIC GAMES          )
FINANCE CORPORATION, and               )
SCIENTIFIC GAMES CORPORATION,          )
                                       )
              Defendants.              )

### NOTICE OF SERVICE

The undersigned hereby certifies that copies of (1) the Rebuttal Expert Report of Michael Keefe, Ph.D., P.E.; (2) the Rebuttal Expert Report of Brad A. Myers, Ph.D.; and (3) the Rebuttal Report of Marion B. Stewart were caused to be served on September 16, 2005 upon the following in the manner indicated:

### BY U.S. MAIL

Josy W. Ingersoll, Esquire
Young, Conaway, Stargatt & Taylor LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801

### BY FEDERAL EXPRESS

Thomas J. Meloro, Esquire
Kenyon & Kenyon
One Broadway
New York, NY 10004

MORRIS, NICHOLS, ARSHT & TUNNELL

*/s/ Rodger D. Smith II*

_____
Jack B. Blumenfeld (#1014)
Rodger D. Smith II (#3778)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE  19801
rsmith@mnat.com
    Attorneys for Defendants

September 16, 2005
417553

## CERTIFICATE OF SERVICE

I, Rodger D. Smith II, hereby certify that on September 16, 2005, I caused to be electronically filed the foregoing Notice of Service with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

> Josy W. Ingersoll, Esquire
> Young, Conaway, Stargatt & Taylor LLP
> .

and that I caused copies to be served upon the following in the manner indicated:

### BY U.S. MAIL

Josy W. Ingersoll, Esquire
Young, Conaway, Stargatt & Taylor LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE  19801

### BY FEDERAL EXPRESS

Thomas J. Meloro, Esquire
Kenyon & Kenyon
One Broadway
New York, NY  10004

_/s/ Rodger D. Smith II_
Rodger D. Smith II (#3778)
Morris, Nichols, Arsht & Tunnell
1201 N. Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200
rsmith@mnat.com
  Attorneys for Defendants