# DECLARATION FOR PATENT APPLICATION AND POWER OF ATTORNEY

(Under 37 CFR 1.63; includes reference to PCT International Applications)

CURTIS, MORRIS & SAFFORD, P.C. File No. 3390-2030

As a below named inventor, I hereby declare that:

My residence, post office address and citizenship are as stated below next to my name.

I believe I am the original, first and sole inventor (if only one name is listed below) or an original, first and joint inventor (if plural names are listed below) of the subject matter which is claimed and for which a patent is sought on the invention ENTITLED:

TICKET DISPENSING MACHINE AND METHOD

the specification of which

☒ is attached hereto.

☐ was filed on ........ as ☐ PCT International / ☐ United States Application, No. ..................

with amendment(s) through ........................................(if applicable, give details).

I hereby state that I have reviewed and understand the contents of the above identified specification, including the claims, as amended by any amendment referred to above.

I acknowledge the duty to disclose information which is material to the examination of this application in accordance with Title 37, Code of Federal Regulations, §1.56 (a).

I hereby claim foreign priority benefits under Title 35, United States Code, §119 of any foreign application(s) for patent or inventor's certificate or of any PCT international application(s) designating at least one country other than the United States of America listed below and have also identified below any foreign application for patent or inventor's certificate or any PCT international applications designating at least one country other than the United States of America filed by me on the same subject matter having a filing date before that of the application(s) of which priority is claimed:

Prior Foreign/PCT Application(s) [list additional applications on separate page]:

| Country (or PCT) | Application Number: | Filed (Day/Month/Year): | Priority Claimed: Yes | No |
|---|---|---|---|---|
| | | | ☐ | ☐ |
| | | | ☐ | ☐ |

I hereby claim the benefit under Title 35, United States Code, §120 of any United States application(s) or PCT international application(s) designating the United States of America that is/are listed below and, insofar as the subject matter of each of the claims of this application is not disclosed in that/those prior application(s) in the manner provided by the first paragraph of Title 35, United States Code §112, I acknowledge the duty to disclose material information as defined in Title 37, Code of Federal Regulations, §1.56(a) which occurred between the filing date of the prior application(s) and the national or PCT international filing date of this application:

Prior U.S. (or U.S.-designating PCT) Application(s) [list additional applications on separate page]:

| U.S. Serial No.: | Filed (Day/Month/Year): | PCT Application No. | Status (patented, pending, abandoned): |
|---|---|---|---|

I hereby appoint Gregor N. Neff, Registration No. 20,596 (301), and .................. and CURTIS, MORRIS & SAFFORD, P.C., Registration No. 12761, or their duly appointed associate, my attorneys, with full power of substitution and revocation, to prosecute this application, to make alterations and amendments therein, to file continuation and divisional applications thereof, to receive the Patent, and to transact all business in the Patent and Trademark Office and in the Courts in connection therewith, and specify that all communications about the application are to be directed to the following correspondence address:

Gregor N. Neff, Esq.
c/o CURTIS, MORRIS & SAFFORD, P.C.
530 Fifth Avenue
New York, New York 10036

Direct all telephone calls to: (212) 840-3333 to the attention of Gregor N. Neff

I hereby declare that all statements made herein of my own knowledge are true and that all statements made on information and belief are believed to be true; and further that these statements were made with the knowledge that willful false statements and the like so made are punishable by fine or imprisonment, or both, under Section 1001 of Title 18 of the United States Code and that such willful false statements may jeopardize the validity of the application or any patent issued thereon.

INVENTOR(S):

Signature: [signature] Date: Feb 15, 1989

Full name of sole or first inventor: Robert L. Burr

Residence: 7515 CHARMANT DR SUITE 1407 SAN DIEGO, CA 92122

Citizenship: U.S.A.

Signature: .................. Date: ..................

Full name of 2nd joint inventor (if any):

Residence:

Citizenship:

Signature: .................. Date: ..................

Full name of 3rd joint inventor:

Residence:

Citizenship:

[Similarly list additional inventors on separate page]

Post Office Address(es) of inventor(s):

[if different from residence]

Note: In order to qualify for reduced fees available to Small Entities, each inventor and any other individual or entity having rights to the invention must also sign an appropriate separate "Verified Statement (Declaration) Claiming [or Supporting a Claim by Another for] Small Entity Status" form [e.g. for Independent Inventor, Small Business Concern, Nonprofit Organization, individual Non-Inventor].

07 312111

Applicant or Patentee : Robert L. Burr — Curtis, Morris & Safford, P.C.
Serial or Patent No. : — File No. 3390-2030
Filed or Issued :
For : TICKET DISPENSING MACHINE AND METHOD

FEB 17 1989 PAT. & TRADEMARK OFF.

# VERIFIED STATEMENT (DECLARATION) CLAIMING SMALL ENTITY STATUS (37 CFR 1.9(f) and 1.27 (b)) — INDEPENDENT INVENTOR

As a below-named inventor, I hereby declare that I qualify as an independent inventor as defined in 37 CFR 1.9(c) for purposes of paying reduced fees under Section 41(a) and (b) of Title 35, United States Code, to the Patent and Trademark Office with regard to the invention, entitled

TICKET DISPENSING MACHINE AND METHOD

described in

- ☒ the specification filed herewith.
- ☐ application serial no. ______, filed ______.
- ☐ patent no. ______, issued ______.

I have not assigned, granted, conveyed or licensed and am under no obligation under contract or law to assign, grant, convey or license, any rights in the invention to any person who could not be classified as an independent inventor under 37 CFR 1.9(c) if that person had made the invention, or to any concern which would not qualify as a small business concern under 37 CFR 1.9(d) or a nonprofit organization under 37 CFR 1.9(e).

Each person, concern or organization to which I have assigned, granted, conveyed, or licensed or am under an obligation under contract or law to assign, grant, convey, or license any rights in the invention is listed below:

- ☒ no such person, concern, or organization
- ☐ persons, concerns or organizations listed below*

**NOTE:* Separate verified statements are required from each named person, concern or organization having rights to the invention averring to their status as small entities. (37 CFR 1.27)

FULL NAME ______
ADDRESS ______
☐ INDIVIDUAL ☐ SMALL BUSINESS CONCERN ☐ NONPROFIT ORGANIZATION

FULL NAME ______
ADDRESS ______
☐ INDIVIDUAL ☐ SMALL BUSINESS CONCERN ☐ NONPROFIT ORGANIZATION

FULL NAME ______
ADDRESS ______
☐ INDIVIDUAL ☐ SMALL BUSINESS CONCERN ☐ NONPROFIT ORGANIZATION

I acknowledge the duty to file, in this application or patent, notification of any change in status resulting in loss of entitlement to small entity status prior to paying, or at the time of paying, the earliest of the issue fee or any mainenance fee due after the date on which status as a small entity is no logner appropriate. (37 CFR 1.28(b))

I hereby declare that all statements made herein of my own knowledge are true and that all statements made on information and belief are believed to be true; and further that these statements were made with the knowledge that willful false statements and the like so made are punishable by fine or imprisonment, or both, under Section 1001 of Title 18 of the United States Code, and that such willful false statements may jeopardize the validity of the application, any patent issuing thereon, or any patent to which this verified statement is directed.

| Robert L. Burr | | |
|---|---|---|
| NAME OF INVENTOR | NAME OF INVENTOR | NAME OF INVENTOR |
| [signature] | | |
| Signature of Inventor | Signature of Inventor | Signature of Inventor |
| Feb 15, 1989 | | |
| Date | Date | Date |



LOTTERY TICKETS
A
B
C
D

FIG 1

GTech v. Scientific Games
04-128-JJF

GTECH 000138



3390-2630
3/2/11
36
38
Lucky Four WIN UP TO $500
BLAST! WIN UP TO $1,000
72
62
52
54
A
B
74
76
44
46
64
CLOVER CLUB WIN $100 WIN
WIN LIVE! UP TO $5,000
56
58
78
80
C
D
48
50

FIG. 2

GTech v. Scientific Games
04-128-JJF

GTECH 000139



3390-2030
3/2/11
34
94
5
101
105
106
105
106
52
103
102
118
101
100
96
26
110
172
174
112
5
106
158
170
108
104
103
102
118
98
62
110
172
174
112
68
22
20
158
154
160
176
170
108
24
LOTTERY
12

FIG. 4

312 111
3390-2030
FIG. 5
FIG. 6
FIG. 3
1
2
3
A
4
5
6
B
7
8
9
C
CLEAR
0
*
D

GTech v. Scientific Games
04-128-JJF

GTECH 000141



3390-2030
SERVICE KEYPAD
191
BILL RECEIVER
22
30
CREDIT: 20
36
38
CPU
190
130
130
28
KEYPAD
40
RS 232
BAR CODE READER
32
200
MODEM
192
PRINTER
208
42
130
130
10
202
SLAVE 1
194
SLAVE 2
196
SLAVE 3
198
MODEM
205
VENDING UNIT # 2
10
CENTRAL COMPUTER
204
KEYBOARD
206
PRINTER
208
VENDING UNIT # 3
10
210
SLAVE 1
SLAVE 2
212
SLAVE 3
214
FIG. 7

GTech v. Scientific Games
04-128-JJF

GTECH 000142



FIG. 8
FIG. 9
FIG. 10
SERVICE KEYPAD
DISPLAY
BILL RECEIVER
CPU 190
KEYPAD
VIDEO MEMORY
BAR CODE READER
MODEM
PRINTER
CENTRAL COMPUTER 204
KEYBOARD 206

GTech v. Scientific Games
04-128-JJF

GTECH 000143



Print Of Drawing
As Original Filed
LOTTERY TICKETS
LCI
A
B
C
D
FIG 1

GTech v. Scientific Games
04-128-JJF

GTECH 000144

Print Of Drawing
As Original Filed

3/29/2005
58
38
Lucky Four WIN UP TO $500
BLAST! WIN UP TO $1,000
72
62
52
54
A
B
74
76
44
46
64
CLOVER CLUB WIN $100 WIN
WIN LIVE! UP TO $5,000
56
C
D
78
80
48
50

FIG. 2

GTech v. Scientific Games
04-128-JJF

GTECH 000145



Print Of Drawing
As Original Filed
LOTTERY
FIG. 4

GTech v. Scientific Games
04-128-JJF

GTECH 000146

Print Of Drawing
s Original Filed

512 111

3390-2030

105
104
118
122
141
62
107
116
124
148
150
72
102
118
184
182
180
178
137
188
186
178
188
134
134
137
134
135
154
154
132
135
72
137
62
134
178
118
112
144
135
162
164
152
154
156
82
28
1
2
3
A
84
126
151
166
160
168
4
5
6
B
86
128
142
136
7
8
9
C
88
13
138
CLEAR
0
*
D
90
92
130
140
64
FIG. 5
FIG. 6
FIG. 3

GTech v. Scientific Games
04-128-JJF

GTECH 000147



Print of Drawing
Original Filed
3390-2030
SERVICE KEYPAD
191
CREDIT: $20
30
36
38
BILL RECEIVER
CPU 190
130
28
KEYPAD
RS 232
40
42
BAR CODE READER
32
200
MODEM
192
PRINTER
208
10
202
SLAVE 1 194
SLAVE 2 196
SLAVE 3 198
MODEM
203
VENDING UNIT # 2
CENTRAL COMPUTER 204
KEYBOARD 206
PRINTER 208
VENDING UNIT # 3
210
SLAVE 1
SLAVE 2
SLAVE 3
212
214

FIG. 7

GTech v. Scientific Games
04-128-JJF

GTECH 000148



Original Filed
FIG. 8
FIG. 9
SERVICE KEYPAD
DISPLAY
BILL RECEIVER
CPU 190
KEYPAD
VIDEO MEMORY
BAR CODE READER
MODEM
PRINTER
MODEM
CENTRAL COMPUTER 204
KEYBOARD 206
FIG. 10

GTech v. Scientific Games
04-128-JJF

GTECH 000149