# Morris, Nichols, Arsht & Tunnell

1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347

302 658 9200
302 658 3989 Fax

Rodger D. Smith II
302 351 9205
302 498 6209 Fax
rsmith@mnat.com

October 28, 2005

<u>BY E-FILING</u>

Peter T. Dalleo, Clerk
United States District Court
844 King Street
Wilmington, DE  19801

   Re: GTECH Corp. v. Scientific Games International, Inc., et al.,
      C.A. No. 04-138-JJF

Dear Dr. Dalleo:

  In preparing its Answering Claim Construction Brief (which is due today), Scientific Games identified two typographical errors in its Opening Claim Construction Brief (D.I. 110) on pages 3 and 38. Scientific Games is this morning filing a Corrected Opening Claim Construction Brief to address those typographical errors. We apologize for any inconvenience.

                Respectfully,

                /s/ Rodger D. Smith II

                Rodger D. Smith II

cc: The Honorable Joseph J. Farnan, Jr. (By E-Filing)
   Josy W. Ingersoll, Esquire (By E-Filing)
   Thomas J. Meloro, Esquire (By Facsimile)

490225