# Exhibit AA

# Public Gaming

The Professional Magazine of North American State and Provincial Lotteries

4/85

## Oregon Starts With a Bang!

## California to Begin With Instants

## Iowa Joins Lottery States

# INSTANT Ticket Technology

**Including New Distribution Systems and The New On-line Tickets**

SGI105549