# THE COMPLETE ON-LINE SYSTEM

### TIME TESTED—FIELD PROVEN
### HARDWARE—SOFTWARE—TELECOMMUNICATIONS



## ESI 800 SERIES

### Agent Activated

The ESI 800 is the fastest, most reliable Agent Terminal available today. Its high speed telecommunications as well as mass storage and memory expansion capabilities allows the ESI 800 to be part of an On-Line, Off-Line or Store and Forward system. The ESI 800 offers any combination of present and future lottery products, including Lotto, Daily Numbers, Sports Pool Betting, Weekly and Instant games.

## VAULT™



### Player Activated

The VAULT (Videoscreen Activated User Lottery Terminal) is an essential part of any complete on-line lottery system. The VAULT expands present lottery products and reaches a new market of video oriented lottery players. The VAULT terminal allows the player to select their choice of games via a user friendly touch screen. The VAULT issues a printed lottery ticket for Lotto or Daily Numbers and can mechanically dispense Instant Tickets.

The ESI 800 agent terminal and VAULT player terminal provide the winning combination for a complete on-line State Lottery system.

SGI105563



# Electro-Sport Inc.

A California Corporation

## THE COMPLETE SYSTEM

3170 Airway • Costa Mesa, California 92626
Telephone: (714) 979-1550  1-800-367-1035  Telex 706982 ESI CA UD

*Associate Member, North America Association of State Lotteries—Associate Member International Association of State Lotteries*

©1985 ESI