IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GTECH CORPORATION,<br><br>    Plaintiff,<br><br>  v.<br><br>SCIENTIFIC GAMES INTERNATIONAL, INC.; SCIENTIFIC GAMES HOLDINGS CORPORATION; SCIENTIFIC GAMES FINANCE CORPORATION; and SCIENTIFIC GAMES CORPORATION,<br><br>    Defendants. | C. A. No. 04-138-JJF |

### ORDER

This \_\_\_\_ day of November 2005, IT IS ORDERED that plaintiff's motion for reconsideration (D.I. 101) is denied, and plaintiffs shall produce their opinions of counsel to defendants by November 14, 2005.

_____      _____
   DATE              UNITED STATES DISTRICT JUDGE

490890