# YOUNG CONAWAY STARGATT & TAYLOR, LLP

JOSY W. INGERSOLL (NO. 1088)
DIRECT DIAL: 302-571-6672
DIRECT FAX: 302-576-3301
jingersoll@ycst.com

THE BRANDYWINE BUILDING
1000 WEST STREET, 17TH FLOOR
WILMINGTON, DELAWARE 19801

P.O. BOX 391
WILMINGTON, DELAWARE 19899-0391

(302) 571-6600
(302) 571-1253 FAX
(800) 253-2234 (DE ONLY)
www.youngconaway.com

November 2, 2005

**BY E-FILING**

The Honorable Joseph J. Farnan, Jr.
United States District Court
844 King Street
Wilmington, DE 19801

      Re:    GTECH Corporation v. Scientific Games International, Inc., et al.
               Civil Action No. 04-138-JJF

Dear Judge Farnan:

      We write on behalf of GTECH in response to the letter from counsel for Scientific Games submitted earlier today concerning GTECH's pending motion for reconsideration [D.I. 101] of the Court's July 11th Order [D.I. 96] regarding production by GTECH of opinions of counsel. In that letter, counsel for Scientific Games stated that GTECH "declined to produce the opinions, because 'the Order did not specify a time frame within which production of the . . . opinions must be made.'" In actuality, the reason that GTECH has not produced the opinions is that GTECH's pending motion for reconsideration is based on a claim of attorney client privilege. The motion for reconsideration would be rendered moot if GTECH were forced to produce those opinions prior to a decision on its pending motion for reconsideration. For this reason, GTECH requested on page 1 of its motion for reconsideration that the production order be stayed pending resolution of the motion for reconsideration. (D.I. 101 at 1 and fn. 1).

      We thank the Court for the opportunity to clarify this issue.

                                                   Respectfully submitted,

                                                   Josy W. Ingersoll (No. 1088)

JWI:cg
cc:    Clerk of the Court (by electronic filing and hand delivery)
        Jack B. Blumenfeld, Esquire (by electronic filing and hand delivery)