servicing at frequent intervals, and provides major maintenance cost advantages.

Apparatus Claim 35 has the same advantages and is patentable over the references for the same reasons as Claim 21.

In view of the foregoing, the claims have been distinguished from the cited references and are believed to be allowable.

Therefore, it is respectfully requested that the application be allowed and passed to issue.

Respectfully submitted,

Gregor N. Neff
Registration No. 20,596
Attorney for Applicant
530 Fifth Avenue
Curtis, Morris & Safford, P.C.
New York, New York  10036
(212) 840-3333

c:\wp51\bam\amen.3390

16

*Part of #6*

Sheet 1 of ___1___

MAIL ROOM
JUN 24
1991
78
TRADEMARK

Based on Form PTO-1449
(9/90)

**LIST OF REFERENCES CITED BY APPLICANT**
(Use several sheets if necessary)

| ATTY. DOCKET NO. 3390-2030 | SERIAL NO. 07/312,111 |
|---|---|

| APPLICANT Robert L. Burr, et al. | |

| FILING DATE February 17, 1989 | GROUP 311 |

## U.S. PATENT DOCUMENTS

| EXAMINER INITIAL | | DOCUMENT NUMBER | DATE | NAME | CLASS | SUBCLASS | FILING DATE IF APPROPRIATE |
|---|---|---|---|---|---|---|---|
| DHB | AA | 4,738,384 | April 19, 1988 | Tigner | — | — | — |
| DHB | AB | 4,858,806 | August 22, 1989 | Schafer | — | — | — |
| DHB | AC | 4,982,337 | January 1, 1991 | Burr et al. | — | — | — |
| | AD | | | | | | |
| | AE | | | | | | |
| | AF | | | | | | |
| | AG | | | | | | |
| | AH | | | | | | |
| | AI | | | | | | |
| | AJ | | | | | | |
| | AK | | | | | | |

## FOREIGN PATENT DOCUMENTS

| | | DOCUMENT NUMBER | DATE | COUNTRY | CLASS | SUBCLASS | TRANSLATION | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | YES | NO |
| | AL | | | | | | | |
| | AM | | | | | | | |
| | AN | | | | | | | |
| | AO | | | | | | | |
| | AP | | | | | | | |

## OTHER PRIOR ART (Including Author, Title, Date, Pertinent Pages, Etc.)

| | AR | Public Gaming International magazine, dated November, 1989, page 10 |
|---|---|---|
| | AS | |
| | AT | |

| EXAMINER D. Bollinger | DATE CONSIDERED 9/13/91 |
|---|---|

# HIGH QUALITY INSTANT TICKET DISPENSERS



OUR DISPENSERS
ARE USED BY 15 U.S.
LOTTERIES AND
RETAIL AGENTS IN
ALL U.S. LOTTERY
JURISDICTIONS

# TAKE-A-TICKET, INC.

1035 NORTH ALBANY ROAD    •    ALBANY, OREGON 97321    •    (503) 967-0433

10

31 X Bollinger

311
#7
8-29-91

PATENT
3390-2030

MAIL ROOM
AUG 23 1991
PAT. & T.M.

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

Applicant      :    Robert L. Burr et al.

Serial No.     :    07/312,111

Filed          :    February 17, 1989

For            :    TICKET DISPENSING MACHINE AND METHOD

Group No.      :    311

RECEIVED AUG 28 1991

                        530 Fifth Avenue
                        New York, New York  10036
                        (212) 840-3333

                        August 21, 1991

I hereby certify that this correspondence
is being deposited with the United States
Postal Service as first class mail in an
envelope addressed to:
Commissioner of Patents and Trademarks
Washington, D.C.  20231, on August 21, 1991

Gregor N. Neff, Esq.
Name of Applicant, Assignee or Registered
Representative

_Gregor Neff_
Signature
        August 21, 1991
Date of Signature

### FILING OF FORMAL DRAWINGS

Honorable Commissioner of Patents and Trademarks
Washington, D.C.  20231

Dear Sir:

        Enclosed herewith are six (6) sheets of formal drawings

to be made of record in the above-identified patent application.

                Respectfully submitted,

                _Gregor Neff_
                Gregor N. Neff
                Registration No. 20,596
                Attorney for Applicant



LOTTERY TICKETS

A    B    C    D

LCI

FIG.1



F I G. 2



FIG. 5

FIG. 6

FIG. 3



F I G. 4



FIG. 7



F I G.8

F I G.9

F I G.10



UNITED STATES DEPARTMENT OF COMMERCE
Patent and Trademark Office
Address : COMMISSIONER OF PATENTS AND TRADEMARKS
Washington, D.C. 20231

| SERIAL NUMBER | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. |
|---|---|---|---|
| 07/312,111 | 02/17/89 | BURR | R    33902030 |

| EXAMINER |
|---|
| BOLLINGER, D |

| ART UNIT | PAPER NUMBER |
|---|---|
| 311 | 8 |

GREGOR N. NEFF
C/O CURTIS, MORRIS & SAFFORD
530 FIFTH AVENUE
NEW YORK, NY 10036

DATE MAILED:     10/11/91

This is a communication from the examiner in charge of your application.
COMMISSIONER OF PATENTS AND TRADEMARKS

☒ This application has been examined     ☒ Responsive to communication filed on _27 June 1991_     ☒ This action is made final.

A shortened statutory period for response to this action is set to expire ___3___ month(s), _____ days from the date of this letter.
Failure to respond within the period for response will cause the application to become abandoned. 35 U.S.C. 133

**Part I   THE FOLLOWING ATTACHMENT(S) ARE PART OF THIS ACTION:**

1. ☐ Notice of References Cited by Examiner, PTO-892.
2. ☒ Notice re Patent Drawing, PTO-948.
3. ☒ Notice of Art Cited by Applicant, PTO-1449.
4. ☐ Notice of Informal Patent Application, Form PTO-152
5. ☐ Information on How to Effect Drawing Changes, PTO-1474.
6. ☐ _____

**Part II   SUMMARY OF ACTION**

1. ☒ Claims _1 – 49_ are pending in the application.

   Of the above, claims _____ are withdrawn from consideration.

2. ☐ Claims _____ have been cancelled.

3. ☒ Claims _11,12, 29 – 32 , 38 – 45 and 47_ are allowed.

4. ☒ Claims _1 –10,13,14, 16 – 28, 34 – 37, 46, 48 and 49_ are rejected.

5. ☒ Claims _15 and 33_ are objected to.

6. ☐ Claims _____ are subject to restriction or election requirement.

7. ☐ This application has been filed with informal drawings under 37 C.F.R. 1.85 which are acceptable for examination purposes.

8. ☐ Formal drawings are required in response to this Office action.

9. ☒ The corrected or substitute drawings have been received on _26 Aug. 1991_. Under 37 C.F.R. 1.84 these drawings are ☐ acceptable; ☒ not acceptable (see explanation or Notice re Patent Drawing, PTO-948).

10. ☐ The proposed additional or substitute sheet(s) of drawings, filed on _____ has (have) been ☐ approved by the examiner; ☐ disapproved by the examiner (see explanation).

11. ☐ The proposed drawing correction, filed _____, has been ☐ approved; ☐ disapproved (see explanation).

12. ☐ Acknowledgement is made of the claim for priority under U.S.C. 119. The certified copy has ☐ been received ☐ not been received ☐ been filed in parent application, serial no. _____; filed on _____.

13. ☐ Since this application appppears to be in condition for allowance except for formal matters, prosecution as to the merits is closed in accordance with the practice under Ex parte Quayle, 1935 C.D. 11; 453 O.G. 213.

14. ☐ Other

EXAMINER'S ACTION

PTOL-326 (Rev.9-89)

Serial No. 312111                                -2-

Art Unit    311

1.    Claims 1-10 are rejected under 35 U.S.C. § 112, second

paragraph, as being indefinite for failing to particularly point

out and distinctly claim the subject matter which applicant

regards as the invention.

          In claim 1 lines 5-8, it is not clearly understood whether

there is a single means for moving the strip of tickets and

dispensing them or if there are means for moving the strip and

means for dispensing the tickets.  It would appear to be more

accurate and clear to recite separate means for these functions

since that is what is disclosed.

2.    The following is a quotation of 35 U.S.C. § 103 which forms
the basis for all obviousness rejections set forth in this Office
action:

          A patent may not be obtained though the invention is not
          identically disclosed or described as set forth in section
          102 of this title, if the differences between the subject
          matter sought to be patented and the prior art are such that
          the subject matter as a whole would have been obvious at the
          time the invention was made to a person having ordinary
          skill in the art to which said subject matter pertains.
          Patentability shall not be negatived by the manner in which
          the invention was made.

          Subject matter developed by another person, which qualifies
          as prior art only under subsection (f) or (g) of section 102
          of this title, shall not preclude patentability under this
          section where the subject matter and the claimed invention
          were, at the time the invention was made, owned by the same
          person or subject to an obligation of assignment to the same
          person.

3.    This application currently names joint inventors.  In
considering patentability of the claims under 35 U.S.C. § 103,
the examiner presumes that the subject matter of the various
claims was commonly owned at the time any inventions covered
therein were made absent any evidence to the contrary.  Applicant
is advised of the obligation under 37 C.F.R. § 1.56 to point out

Serial No. 312111                          -3-

Art Unit    311


the inventor and invention dates of each claim that was not
commonly owned at the time a later invention was made in order
for the examiner to consider the applicability of potential 35
U.S.C. § 102(f) or (g) prior art under 35 U.S.C. § 103.

4.    Claims 23-28, 36, 37, 46 and 48 are rejected under 35 U.S.C.
§ 103 as being unpatentable over Groves.

Groves teaches a article vending machine comprising:  a
housing 20; display means (unnumbered) for display of the types
of articles available; means 50 for receiving and accepting a
means of monetary exchange; and means for dispensing the articles
in a number corresponding to the amount of money input to the
machine.  Further, the arrays of articles in Groves comprise a
web of articles separated at intervals by lines of perforations
and that such articles may be a variety of articles.

Groves fails to teach the articles being lottery tickets
and providing the machine with a message display advertising the
articles.

The specific articles being lottery tickets in considered
an obvious matter of choice and the provision of advertising
displays on a vending machine is notoriously well known in the
art.

5.    Claims 1-8, 10, 13, 14, 16-18, 22 and 49 are rejected under
35 U.S.C. § 103 as being unpatentable over Groves as applied to
claims 23-28, 36, 37, 46 and 48 above, and further in view of
Knee '935.

Groves fails to teach the display means being windows past

Serial No. 312111                              -4-

Art Unit    311

which the articles are transported to be viewed while dispensing.
Groves further fails to teach separating means for separating the
articles from one another.

Knee '935 teaches display means comprising a window
allowing for viewing of the articles and their movement for
dispensing.  Knee '935 also teaches providing separating means
comprising bursting means 51, 54, 65 to insure positive
separation of articles from one another.

It would have been obvious to one of ordinary skill in the
art to employ windows to view the articles as the display means
in Groves and to provide separating means in Groves to insure
positive separation of the articles from one another for
dispensing.

6.    Claims 9 and 19 are rejected under 35 U.S.C. § 103 as being
unpatentable over Groves in view of Knee '935 as applied to
claims 1-8, 10, 13, 14, 16-18, 22 and 49 above, and further in
view of Awane et al.

Groves in view of Knee '935 fails to show the monetary
exchange means selected from currency detector and a credit card
reader and the specific means for receiving and accepting the
monetary exchange means.

Awane et al teaches providing a vending machine with means
for receiving and accepting currency having means to display the
amount of credit due the customer and reducing the amount due the

Serial No. 312111                              -5-

Art Unit    311

customer corresponding to the number of articles dispensed.

In view of the teachings of Awane et al, it would have been obvious to one having to one having ordinary skill in the art to provide the vending machine of Groves with means for receiving and accepting a monetary exchange means having display means to display the credit due a customer.

7.   Claim 20 is rejected under 35 U.S.C. § 103 as being unpatentable over Groves in view of Knee '935 as applied to claims 1-8, 10, 13, 14, 16-18, 22 and 49 above, and further in view of O'Neil et al.

Groves in view of Knee '935 fails to teach providing a bar code on the articles and a bar code reader positioned to read the bar code as they are dispensed.

O'Neil et al teaches providing in a vending machine a bar code 102 on each article to be vended to provide information with regard to the article and a bar coded reader positioned within the machine to read the bar code as the articles are vended.

It would have been obvious to one of ordinary skill in the art to provide the Groves vending machine with bar codes on the articles and bar code readers to provide information regarding the articles as they are dispensed.

8.   Claim 21 is rejected under 35 U.S.C. § 103 as being unpatentable over Groves in view of Knee '935 as applied to claims 1-8, 10, 13, 14, 16-18, 22 and 49 above, and further in

Serial No. 312111                          -6-

Art Unit    311


view of Cedrone et al.

Groves in view of Knee '935 fails to teach providing a
plurality of vending machines and communicating data regarding
operation to a central location.

Cedrone et al teaches providing a group of vending
machines and communicating data regarding operation of the
machine to a central location.

It would have been obvious to one of ordinary skill in the
art to provide plural machines of Groves-Knee '935 and
communicate data regarding their operation to a central location
in view of the teaching of Cedrone et al.

9.   Claim 34 is rejected under 35 U.S.C. § 103 as being
unpatentable over Groves as applied to claims 23-28, 36, 37, 46
and 48 above, and further in view of Awane et al.

Awane et al as applied above in paragraph 8.

10.  Claim 35 is rejected under 35 U.S.C. § 103 as being
unpatentable over Groves as applied to claims 23-28, 36, 37, 46
and 48 above, and further in view of Cedrone et al.

Cedrone et al as applied above in paragraph 8.

11.  Claims 15 and 33 are objected to as being dependent upon a
rejected base claim, but would be allowable if rewritten in
independent form including all of the limitations of the base
claim and any intervening claims.

12.  Claims 11, 12, 29-32, 38-45 and 47 are allowable over the

Serial No. 312111                           -7-

Art Unit    311

prior art of record.

13.  Applicant's arguments filed 27 June 1991 have been fully

considered but they are not deemed to be persuasive.

14.  Applicant's amendment necessitated the new grounds of

rejection.  Accordingly, **THIS ACTION IS MADE FINAL.**  See M.P.E.P.

§ 706.07(a).  Applicant is reminded of the extension of time

policy as set forth in 37 C.F.R. § 1.136(a).


    A SHORTENED STATUTORY PERIOD FOR RESPONSE TO THIS FINAL
ACTION IS SET TO EXPIRE THREE MONTHS FROM THE DATE OF THIS
ACTION.  IN THE EVENT A FIRST RESPONSE IS FILED WITHIN TWO MONTHS
OF THE MAILING DATE OF THIS FINAL ACTION AND THE ADVISORY ACTION
IS NOT MAILED UNTIL AFTER THE END OF THE THREE-MONTH SHORTENED
STATUTORY PERIOD, THEN THE SHORTENED STATUTORY PERIOD WILL EXPIRE
ON THE DATE THE ADVISORY ACTION IS MAILED, AND ANY EXTENSION FEE
PURSUANT TO 37 C.F.R. § 1.136(a) WILL BE CALCULATED FROM THE
MAILING DATE OF THE ADVISORY ACTION.  IN NO EVENT WILL THE
STATUTORY PERIOD FOR RESPONSE EXPIRE LATER THAN SIX MONTHS FROM
THE DATE OF THIS FINAL ACTION.

15.  Any inquiry concerning this communication should be directed

to David Bollinger at telephone number (703) 308-1113.



                                    /DAVID H. BOLLINGER  10/11/91
                                    PRIMARY EXAMINER
Bollinger:np                        GROUP 310
September 16, 1991
October 08, 1991

PTO FORM 948
(REV. 5-90)

U.S. DEPARTMENT OF COMMERCE
Patent and Trademark Office

| ATTACHMENT TO PAPER NUMBER |
| --- |
| *8* |

| APPLICATION NUMBER |
| --- |
| *3 12 111* |

# NOTICE OF DRAFTSMAN'S PATENT DRAWING REVIEW

**THE PTO DRAFTSMEN REVIEW ALL ORIGINALLY FILED DRAWINGS REGARDLESS
OF WHETHER THEY WERE DESIGNATED AS INFORMAL OR FORMAL.**

The drawings filed    *8/26/91*

A.  ☐ are approved.

B.  ☑ are objected to under 37 CFR 1.84 for the reason(s) checked below. The examiner will require submission of new, corrected drawings at the appropriate time. Corrected drawings must be submitted according to the instructions listed on the back of this Notice.

1. Paper and ink. 37 CFR 1.84(a)    *copier marks*
   ☑ Sheet(s) *Fig. 2, 5, 4, 7* Poor.

2. Size of Sheet and Margins. 37 CFR 1.84(b)
   Acceptable Paper Sizes and Margins

   | Margin | 8 1/2 by 14 inches | 8 1/2 by 13 inches | DIN size A4 21 by 29.7 cm. |
   | --- | --- | --- | --- |
   | | | | Paper Size |
   | Top | 2 inches | 1 inch | 2.5 cm. |
   | Left | 1/4 inch | 1/4 inch | 2.5 cm. |
   | Right | 1/4 inch | 1/4 inch | 1.5 cm. |
   | Bottom | 1/4 inch | 1/4 inch | 1.0 cm. |

   ☐ Proper Size Paper Required.
   All Sheets Must be Same Size.
   Sheet(s) _____
   ☐ Proper Margins Required.
   Sheet(s) _____
   ☐ TOP    ☐ RIGHT
   ☐ LEFT    ☐ BOTTOM

3. Character of Lines. 37 CFR 1.84(c)
   ☐ Lines Pale or Rough and Blurred.
   Fig(s)_____
   ☐ Solid Black Shading Not Allowed.
   Fig(s)_____

4. Hatching and Shading. 37 CFR 1.84(d)
   ☐ Shade Lines are Required.
   Fig(s) _____
   ☐ Criss-Cross Hatching Not Allowed.
   Fig(s) _____
   ☐ Double Line Hatching Not Allowed.
   Fig(s) _____
   ☐ Parts in Section Must be Hatched.
   Fig(s) _____

5. Reference Characters. 37 CFR 1.84(f)
   ☐ Reference Characters Poor or Incorrectly Sized.
   Fig(s) _____
   ☐ Reference Characters Placed Incorrectly.
   Fig(s) _____

6. Views. 37 CFR 1.84(i) & (j)
   ☐ Figures Must be Numbered Properly.
   _____
   ☐ Figures Must Not be Connected.
   Fig(s) _____

7. ☐ Photographs Not Approved.
   _____

8. ☐ Other.
   _____

Telephone inquires concerning this review should be directed to the Chief Draftsman at telephone number (703) 557-6404.

_____    *8/30/91*
Reviewing Draftsman    Date

5=⁵ᵒ 215                          311

**PATENT**                         #9
3390-2030                          Ext. of
                                   time
                                   (1 mo)
**IN THE UNITED STATES PATENT AND TRADEMARK OFFICE**    3-2-92

| | | |
|---|---|---|
| Applicant | : | Robert L. Burr, et al |
| Serial No. | : | 07/312,111 |
| Filed | : | February 17, 1989 |
| For | : | TICKET DISPENSER MACHINE AND METHOD |
| Group Art Unit | : | 311 |
| Examiner | : | D. Bollinger |

                              530 Fifth Avenue
                              New York, New York   10016

I hereby certify that this correspondence
is being deposited with the United States
Postal Service as first class mail in an
envelope addressed to:
Hon. Commissioner of Patents and Trademarks
Washington, D.C. 20231, on <u>February 11, 1992</u>

                Gregor N. Neff
Name of Applicant, Assignee or Registered
                Representative

                Signature

            Date of Signature

    <u>REQUEST FOR EXTENSION OF TIME UNDER 37 C.F.R. 1.17(a)</u>
                <u>FOR SMALL ENTITY</u>

Hon. commissioner of Patents
 and Trademarks
Washington, D.C.   20231

Sir:

        Transmitted herewith is a Notice of Appeal in the

above-identified application.  The Notice of Appeal is being

filed within the first month and it is thereby requested that the

term be extended accordingly.  The fee of $55.00 for the request

of one month extension of time is paid herewith.

080 KJ 02/28/92 07312111          1 215      55.00 CK

CLERK, GROUP 310

TO
EXTENSION OF TIME GRANTED
FEEAPPLIED under 37 CFR 1.136(a)

Please charge any additional fees incurred by reason of this response, or credit any over-payment, to Deposit Account No. 03-3925.

Respectfully submitted,

By _____

Gregor N. Neff
Registration No. 20,596
Attorney for Applicant
530 Fifth Avenue
New York, New York 10016
(212) 840-3333

130.00 '19                    311

PATENT
3390-2030    #10
3-25 92

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | | |
|---|---|---|
| Applicant | : | Robert L. Burr, et al. |
| Serial No. | : | 07/312,111 |
| Filed | : | February 17, 1989 |
| For | : | TICKET DISPENSER MACHINE AND METHOD |
| Group Art Unit | : | 311 |
| Examiner | : | D. Bollinger |

530 Fifth Avenue
New York, New York   10016

I hereby certify that this correspondence
is being deposited with the United States
Postal Service as first class mail in an
envelope addressed to:
Hon. Commissioner of Patents and Trademarks
Washington, D.C. 20231, on February 11, 1992

Gregor N. Neff
Name of Applicant, Assignee or Registered
Representative

_____
Signature

_____
Date of Signature

## NOTICE OF APPEAL

Hon. commissioner of Patents
 and Trademarks
Washington, D.C.  20231

Sir:

Applicant hereby appeals to the Board of Patent Appeals

and Interferences from the decision of the Primary Examiner dated

October 11, 1991.

Claims 11, 12, 29-32, 38-45 and 47 stand allowed.

Applicant appeals from the rejection of Claims 1-10, 13-28, 33-

37, 46, 48 and 49.

080 KJ 02/28/92 07312111          1 219     130.00 CK

A check is enclosed to cover the $130.00 small entity appeal fee required by 37 C.F.R. §1.17(e).

A petition for a one month extension of time and a check of $55.00 for the applicable extension fee also is enclosed.

Please charge any additional fees or credit any overpayment for this application to Deposit Account No. 03-3925.

Respectfully submitted,

CURTIS, MORRIS & SAFFORD, P.C.

By _____
Gregor N. Neff, Esq.
Registration No. 20,596
(212) 840-3333

# 405.00 - 217 - Pp 3/1

RECEIVED                          3390-2030
                                 7/10/92
1992 JUL 23  PM 1: 06

MAIL ROOM
36  JUL 10 1992
P.O. & TRADEMARK OFF.

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

Applicants  :  Robert L. Burr, et al.

Serial No.  :  07/312,111

Filed       :  February 17, 1989

For         :  TICKET DISPENSER MACHINE AND METHOD

Examiner    :  D. Bollinger

Art Unit    :  311

                              530 Fifth Avenue
                              New York, New York 10036
                              (212) 840-3333

### EXPRESS MAIL

Mailing Label Number  RB823828192US
Date of Deposit _____ July 10, 1992
I hereby certify that this paper or fee is being
deposited with the United States Postal Service
"Express Mail Post Office to Addressee" Service
under 37 CFR 1.10 on the date indicated above and
is addressed to the Commissioner of Patents and
Trademarks, Washington, D.C. 20231

_____Harry Bates_____
(Typed or printed name of person
        mailing paper or fee)

_____
(Signature of person mailing paper or fee)

Hon. Commissioner
 of Patents and Trademarks
Washington, D.C.  20231

## PETITION FOR EXTENSION OF TIME

Sir:

        Under the provisions of 37 CFR 1.136.(a), applicant

hereby petitions for an extension of time to file an Appeal Brief

due July 11, 1992 in the above-identified application.

        The requested extension of time is three months, i.e., to

July 11, 1992 and applicant encloses herewith a check in the amount

070 MG 07/20/92 07312111                    1 217      405.00 CK

of $405.00 in payment of the statutory fee therefor.  Please charge
any additional fees or credit any excess to our Deposit Account No.
03-3925.

Respectfully submitted,

Gregor N. Neff, Esq.
Registration No. 20,596
Curtis, Morris & Safford, P.C.
Attorneys for Applicant
(212) 840-3333

Enclosures
   -  Check (three month extension of time)
   -  Filing fee
   -  Claims fee
GN6\2030 CIP



**UNITED STATES DEPARTMENT OF COMMERCE**
**Patent and Trademark Office**
Address : COMMISSIONER OF PATENTS AND TRADEMARKS
Washington, D.C. 20231

| SERIAL NUMBER | FILING DATE | FIRST NAMED APPLICANT | ATTORNEY DOCKET NO. |
|---|---|---|---|
| 07/312,111 | 02/17/89 | BUER | R 33902030 |

GREGOR N. NEFF
C/O CURTIS, MORRIS & SAFFORD
530 FIFTH AVENUE
NEW YORK, NY 10036

| EXAMINER |  |
|---|---|
| BOLLINGER, D |  |
| ART UNIT | PAPER NUMBER |
| 3101 | 12 |

DATE MAILED:
08/06/92

## NOTICE OF ABANDONMENT

This application is abandoned in view of:

1. ☐ Applicant's failure to respond to the Office letter, mailed _____ .

2. ☒ Applicant's letter of express abandonment which is in compliance with 37 C.F.R. 1.138, *as per FWC.*

3. ☐ Applicant's failure to timely file the response received _____ within the period set in the Office letter.

4. ☐ Applicant's failure to pay the required issue fee within the statutory period of 3 months from the mailing date of _____ of the Notice of Allowance.

   ☐ The issue fee was received on _____ .
   ☐ The issue fee has not been received in Allowed Files Branch as of _____ .

   In accordance with 35 U.S.C. 151, and under the provisions of 37 C.F.R. 1.316(b), applicant(s) may petition the Commissioner to accept the delayed payment of the issue fee if the delay in payment was unavoidable. The petition must be accompanied by the issue fee, unless it has been previously submitted, in the amount specified by 37 C.F.R. 1.17 (l), and a verified showing as to the causes of the delay.

   If applicant(s) never received the Notice of Allowance, a petition for a new Notice of Allowance and withdrawal of the holding of abandonment may be appropriate in view of Delgar Inc. v. Schuyler, 172 U.S.P.Q. 513.

5. ☐ Applicant's failure to timely correct the drawings and/or submit new or substitute formal drawings by _____ as required in the last Office action.
   ☐ The corrected and/or substitute drawings were received on _____ .

6. ☐ The reason(s) below.

DAVID H. BOLLINGER   8/4/92
PRIMARY EXAMINER
GROUP 310

PTO-1432 (REV. 5-83)

| FORM PTO-447A (REV. 1-85) | U.S. DEPARTMENT ...MERCE PATENT AND TRADEMARK OFFICE | 1. REQUEST DATE 5/16/89 | 2. SERIAL NO. 312111 |
|---|---|---|---|

**APPLICATION TRANSFER REQUEST**

| 3. TO GROUP ART UNIT 237.5 | 4. EXAMINER (if known) | 5. | TRANSFER IS REQUESTED FROM | CLASS 221 | TO | CLASS/SUB 235/31 R |
|---|---|---|---|---|---|---|

6. REASON(S) (give details where possible)

Claims are directed to a ticket dispenser wherein the dispenser has a bar code reader for reading a bar code on a ticket.

| 7. EXAMINER Ammeen | 8. GROUP ART UNIT 311 |
|---|---|

**DISPOSITION OF APPLICATION BY RECEIVING GROUP ART UNIT**

| 9. ☑ ACCEPTED    ☐ FORWARDED TO THE    ☐ NOT ACCEPTED    FOLLOWING DOC. DIV. | | BY (Examiner) | DATE 4/26/89 |
|---|---|---|---|

10. REASON(S)

**DISPOSITION OF APPLICATION BY DOCUMENTATION**

| 11. ☐ TRANSFER NOT APPROVED, RETURNED    TO ORIGINATING GROUP    ☐ TRANSFER APPROVED    FORWARDED TO: ➡ | | GROUP ART UNIT | CLASS/SUB |
|---|---|---|---|

12. REASON(S) ☐ AS SET FORTH BY ORIGINATING GROUP.    ☐ OTHER:

| 13. CLASSIFIER | 14. DOCUMENTATION DIV. | 15. DATE | 16. CONCURRING CLASSIFIER |
|---|---|---|---|

| FORM PTO-875 (REV. 1-85) | U.S. DEPARTMENT OF COMMERCE PATENT AND TRADEMARK OFFICE | SERIAL NO. 3/2 /// | FILING DATE 2/17/89 |
|---|---|---|---|
| **PATENT APPLICATION FEE DETERMINATION RECORD** | | APPLICANT (FIRST NAMED) Burr, R. L. | |

## CLAIMS AS FILED - PART I

| FOR | NO. FILED | NO. EXTRA | | SMALL ENTITY | | | OTHER THAN A SMALL ENTITY | |
|---|---|---|---|---|---|---|---|---|
| | | | | RATE | FEE | OR | RATE | FEE |
| BASIC FEE | | | | | $170 | OR | | $340 |
| TOTAL CLAIMS | 49 | -20- | 29 | X6= | $174 | OR | X12= | |
| INDEP. CLAIMS | 5 | -3- | 2 | X17= | $34 | OR | X34= | |
| MULTIPLE DEPENDENT CLAIM PRESENT | | | | X55= | $ | OR | X110= | |
| * If the difference in col. 1 is less than zero, enter "0" in col. 2 | | | | TOTAL | $328 | OR | TOTAL | $ |

## CLAIMS AS AMENDED - PART II

| | | (1) CLAIMS REMAINING AFTER AMENDMENT | | (2) HIGHEST NO. PREVIOUSLY PAID FOR | (3) PRESENT EXTRA | SMALL ENTITY | | | OTHER THAN A SMALL ENTITY | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | RATE | ADDIT. FEE | OR | RATE | ADDIT. FEE |
| **AMENDMENT A** | TOTAL | 49 | MINUS | ** 49 | — | · 5 · | $ | OR | · 10 · | $ |
| | INDEP. | 12 | MINUS | *** 5 | 7 | 55· | $10.00 | | · 30 · | $ |
| | ⁒ FIRST PRESENTATION OF MULTIPLE DEP. CLAIM | | | | | · 50 · | $ | | · 100 · | $ |
| | | | | | | TOTAL ADDIT. FEE | $ | OR | TOTAL | $ |

| | | CLAIMS REMAINING AFTER AMENDMENT | | HIGHEST NO. PREVIOUSLY PAID FOR | PRESENT EXTRA | RATE | ADDIT. FEE | OR | RATE | ADDIT. FEE |
|---|---|---|---|---|---|---|---|---|---|---|
| **AMENDMENT B** | TOTAL | | MINUS | ** | - | · 5 · | $ | | · 10 · | $ |
| | INDEP. | | MINUS | *** | - | · 15 · | $ | | · 30 · | $ |
| | FIRST PRESENTATION OF MULTIPLE DEP. CLAIM | | | | | · 50 · | $ | | · 100 · | $ |
| | | | | | | TOTAL ADDIT. FEE | $ | OR | TOTAL | $ |

| | | CLAIMS REMAINING AFTER AMENDMENT | | HIGHEST NO. PREVIOUSLY PAID FOR | PRESENT EXTRA | RATE | ADDIT. FEE | OR | RATE | ADDIT FEE |
|---|---|---|---|---|---|---|---|---|---|---|
| **AMENDMENT C** | TOTAL | | MINUS | ** | - | · 5 · | $ | | · 10 · | $ |
| | INDEP. | | MINUS | *** | - | · 15 · | $ | | · 30 · | $ |
| | FIRST PRESENTATION OF MULTIPLE DEP. CLAIM | | | | | · 50 · | $ | | · 100 · | $ |
| | | | | | | TOTAL ADDIT. FEE | $ | OR | TOTAL | $ |

* If the entry in Col. 1 is less than the entry in Col. 2, write "0" in Col. 3
** If the "Highest No. Previously Paid For" IN THIS SPACE is less than 20, enter "20"
*** If the "Highest No. Previously Paid For" IN THIS SPACE is less than 3, enter "3"
The "Highest No. Previously Paid For" (Total or Indep.) is the highest number found in the appropriate box in Col. 1.

PTO-1130
(REV. 8-87)

# U.S. DEPARTMENT OF COMMERCE—PATENT & TM OFFICE

# PALM III APPLICATION FILE DATA CODING SHEET

**FORMAT NO. 2**  SERIAL NO.  TYPE APPL.

**07**  |  | 7 | 1 | 9 | 2 | 0 | 3 | 0 | 2 |

FILING DATE — Month / Year: 3 | 1 | 8 | 9 | 1

ATTORNEY DOCKET NUMBER (12 spaces)

SPECIAL HANDLING: 3

**FORMAT NO. 3**  GROUP ART UNIT: 2 | 2 | 1 | 1

CLASS

Atty.'s Reg. Nos.
☐ APPL. PAPERS
☐ CODING SHEET

**FORMAT NO. 4**  SHEETS OF DRAWINGS: 6  ☐ Applicant's Name & Address  ☐ APPL. PAPERS  ☐ CODING SHEET

ASGT?: N

TOTAL CLAIMS: 4 9

INDEPENDENT CLAIMS: 5

**FORMAT NO. 5** Title of Invention  ☐ APPL. PAPERS  ☐ CODING SHEET

SMALL ENTITY?: Y

**FORMAT NO. 6&7** Correspondence Address  ☐ APPL. PAPERS  ☐ CODING SHEET

FILING FEE RECEIVED: 3 7 8

SECURITY FOREIGN CASE? / LICENSE?: N / Y

PREPARED BY

DATE: 5/12

---

## FORMAT NO. 8
☐ MORE ON SUPPLEMENTAL CODING SHEET

CONTINUITY CODE | PARENT APPLICATION SERIAL NUMBER | PARENT FILING DATE (Month/Day/Year) | STATUS CODE | PARENT PATENT NUMBER

| | | | |
|---|---|---|---|
| RECORD | 8 | 1 | 0 |
| RECORD | 8 | 0 | 9 |
| RECORD | 8 | 0 | 8 |
| RECORD | 8 | 0 | 7 |
| RECORD | 8 | 0 | 6 |
| RECORD | 8 | 0 | 5 |
| RECORD | 8 | 0 | 4 |
| RECORD | 8 | 0 | 3 |
| RECORD | 8 | 0 | 2 |
| RECORD | 8 | 0 | 1 |

(CONTINUITY CODE column values: 0, 0, 0, 0, 0, 0, 0)

---

## FORMAT NO. 9
☐ MORE ON SUPPLEMENTAL CODING SHEET

COUNTRY CODE | PCT/FOREIGN APPLICATION SERIAL NUMBER | FILING DATE (Month/Day/Year)

| | | | |
|---|---|---|---|
| RECORD | 9 | 0 | 1 |
| RECORD | 9 | 0 | 2 |
| RECORD | 9 | 0 | 3 |
| RECORD | 9 | 0 | 4 |
| RECORD | 9 | 0 | 5 |
| RECORD | 9 | 0 | 6 |
| RECORD | 9 | 0 | 7 |
| RECORD | 9 | 0 | 8 |
| RECORD | 9 | 0 | 9 |
| RECORD | 9 | 1 | 0 |

FOREIGN PRIORITY CLAIMED?
☐ YES
☐ NO

☐ APPLICATION PAPERS
☐ MORE ON SUPPLEMENTAL CODING SHEET

**Staple Issue Slip Here**

# INDEX OF CLAIMS

| Final | Original | Date | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | (1) | ✓ | ✓ | | | | | |
| | 2 | ✓ | ✓ | | | | | |
| | 3 | ✓ | ✓ | | | | | |
| | 4 | ✓ | ✓ | | | | | |
| | 5 | ✓ | ✓ | | | | | |
| | 6 | ✓ | ✓ | | | | | |
| | 7 | ✓ | ✓ | | | | | |
| | 8 | ✓ | ✓ | | | | | |
| | 9 | ✓ | ✓ | | | | | |
| | 10 | ✓ | ✓ | | | | | |
| | (11) | O | = | | | | | |
| | 12 | O | = | | | | | |
| | 13 | ✓ | ✓ | | | | | |
| | 14 | ✓ | ✓ | | | | | |
| | 15 | O | O | | | | | |
| | (16) | ✓ | ✓ | | | | | |
| | 17 | ✓ | ✓ | | | | | |
| | 18 | ✓ | ✓ | | | | | |
| | 19 | ✓ | ✓ | | | | | |
| | 20 | ✓ | ✓ | | | | | |
| | 21 | ✓ | ✓ | | | | | |
| | 22 | ✓ | ✓ | | | | | |
| | (23) | ✓ | ✓ | | | | | |
| | 24 | ✓ | ✓ | | | | | |
| | 25 | ✓ | ✓ | | | | | |
| | 26 | ✓ | ✓ | | | | | |
| | 27 | ✓ | ✓ | | | | | |
| | 28 | ✓ | ✓ | | | | | |
| | (29) | O | = | | | | | |
| | 30 | O | = | | | | | |
| | 31 | O | = | | | | | |
| | (32) | O | = | | | | | |
| | 33 | O | O | | | | | |
| | 34 | ✓ | ✓ | | | | | |
| | 35 | ✓ | ✓ | | | | | |
| | 36 | ✓ | ✓ | | | | | |
| | 37 | ✓ | ✓ | | | | | |
| | (38) | O | = | | | | | |
| | 39 | O | = | | | | | |
| | 40 | O | = | | | | | |
| | (41) | ✓ | = | | | | | |
| | 42 | ✓ | = | | | | | |
| | (43) | O | = | | | | | |
| | 44 | O | = | | | | | |
| | (45) | O | = | | | | | |
| | (46) | O | = | | | | | |
| | (47) | O | = | | | | | |
| | 48 | ✓ | ✓ | | | | | |
| | 49 | | | | | | | |
| | 50 | ✓ | ✓ | | | | | |

| Final | Original | Date | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | 51 | | | | | | | |
| | 52 | | | | | | | |
| | 53 | | | | | | | |
| | 54 | | | | | | | |
| | 55 | | | | | | | |
| | 56 | | | | | | | |
| | 57 | | | | | | | |
| | 58 | | | | | | | |
| | 59 | | | | | | | |
| | 60 | | | | | | | |
| | 61 | | | | | | | |
| | 62 | | | | | | | |
| | 63 | | | | | | | |
| | 64 | | | | | | | |
| | 65 | | | | | | | |
| | 66 | | | | | | | |
| | 67 | | | | | | | |
| | 68 | | | | | | | |
| | 69 | | | | | | | |
| | 70 | | | | | | | |
| | 71 | | | | | | | |
| | 72 | | | | | | | |
| | 73 | | | | | | | |
| | 74 | | | | | | | |
| | 75 | | | | | | | |
| | 76 | | | | | | | |
| | 77 | | | | | | | |
| | 78 | | | | | | | |
| | 79 | | | | | | | |
| | 80 | | | | | | | |
| | 81 | | | | | | | |
| | 82 | | | | | | | |
| | 83 | | | | | | | |
| | 84 | | | | | | | |
| | 85 | | | | | | | |
| | 86 | | | | | | | |
| | 87 | | | | | | | |
| | 88 | | | | | | | |
| | 89 | | | | | | | |
| | 90 | | | | | | | |
| | 91 | | | | | | | |
| | 92 | | | | | | | |
| | 93 | | | | | | | |
| | 94 | | | | | | | |
| | 95 | | | | | | | |
| | 96 | | | | | | | |
| | 97 | | | | | | | |
| | 98 | | | | | | | |
| | 99 | | | | | | | |
| | 100 | | | | | | | |

**SYMBOLS**

| | | |
|---|---|---|
| – | ............ | Rejected |
| = | ............ | Allowed |
| – (Through numeral) | | Cancelled |
| + | ............ | Restricted |
| N | ............ | Non-elected |
| I | ............ | Interference |
| A | ............ | Appeal |
| O | ............ | Objected |

| SEARCHED | | | |
|---|---|---|---|
| Class | Sub. | Date | Exmr. |
| 221 | 1, 2, 3, 8, 9, 10, 13, 25, 26, 30, 92, 123, 124, 129-131, 155, 191, 194, 195, 206, 207 | 1/10/91 | DHB |
| 235 | 375 | | |
| 364 | 479 | | |
| above search updated | | 9/13/91 | DHB |



| SEARCH NOTES | | |
|---|---|---|
| | Date | Exmr. |
| | | |

| INTERFERENCE SEARCHED | | | |
|---|---|---|---|
| Class | Sub. | Date | Exmr. |
| | | | |

07 **312111**

*T305*

APPROVED FOR LICENSE ☐
INITIALS
GROUP 310
FEB 2 48916

| Entered or Counted | CONTENTS | Received or Mailed |
|---|---|---|
| | 1. Application ✓ papers. | |
| | 2. Status Letter | 9-12-90 |
| | 3. Rej 317 | FEB 11 1991 |
| | 4. Ext. of Time (1mo) | June 27 1991 granted 9-11-91 |
| | 5. Prior Art | June 27 1991 |
| | 6. Amdt A & Art | June 27 1991 |
| | 7. Formal Drwgs (6 Sheets) | Aug 26 1991 |
| | 8. Final Rej 3m | OCT 11 1991 |
| | 9. Ext. of Time (1mo) (fm 2-11-92) | Feb 21 1992 granted to 12-11-92 |
| | 10. Notice of Appeal (fm 2-11-92) | Feb 21 1992 |
| | 11. Req for Time | July 10, 1992 ext to 7-21-92 |
| | 12. Notice of Abandonment | Aug 3, 1992 |
| | 13. | |
| | 14. | |