



**THE GRABBER**

Optional LED display presents messages that stimulate the impulse buyer.

**PRESENTATION MODES**

- Wipe left to right
- Dissolve/Maximize
- Extend each character
- Flash on and off
- Wipe up and down
- Scroll up and down
- Travel right to left
- Variable speeds
- Uproll
- Pause
- Auto centering
- Twinkle
- Split screen
- Blink on and off

**MEMORY FEATURES**

- 7000 messages on most standard library
- Downloadable LED displays using exclusive popup lines
- Messages may be changed at any time from Lottery headquarters to an agent or all the agents

# ITR™-7000 ADVANTAGES

## TO THE LOTTERY

- Increase Sales
- Security
- Multi-game Sales (up to 8 games/unit)
- Daily Sales Information
  **BY: Agent**
      **Classification**
      **Geographical**
- LED Sign Downloadable
- Total Accounting And Inventory Control
- Increased Efficiency And Cost Effective Marketing
  **FOR: Promotion**
      **Incentive Programs**
      **Advertising**
- Messages On Terminal Downloadable From Central Computer
  **FOR: Individual Agents or all the Agents**
- Complete Close-out Of Game
- Total Control Of System (via dial-up communication)
- Real Time Clock (allows automatic communications)
- Information Contained In ITR™
- Battery Backup (in the event of power loss)
- Daily Inventory And Sales Reports (insure ticket availability)
- No Out Of Stock Situations
- Opportunity For New Sales Outlets

## TO THE AGENT

- Increase Sales
- Security
- Total Accounting And Inventory Control
- Reports
  **Current day sales**
  **Daily sales for two days**
  **Weekly sales for two weeks**
  **Invoices**
- Automatic Reordering Of Tickets
- Point Of Sale Advertising
- Hard Copy Sales Reports
- RS232 Port For Central Control
- Ability To Sell Tickets Anywhere
- Ergonomically Designed Unit
- Automatic Agent ID Imprint (optional)
- Easy To Operate
- Consumer Oriented
- Holds 3,000 Instant Tickets For Each Game
- Small Footprint
- Does Not Require A Sales Clerk
- Contains Its Own Cash Compartment
- Double Security Locks
- Heavy Steel Construction
- Multi-game Sales (up to 8 games unit)

## TO THE CONSUMER

- Availability
- Convenience
- Ability To Purchase A Ticket Anywhere
- Ease Of Purchase
- Choice Of Instant Lottery Game



**ITR™-7000 VERSATILITY**
Standard bill acceptor with installation of optional coin acceptor greatly enhances ticket buyer convenience by offering a multitude of currency choices.

# SPECIFICATIONS

| | Height | *Width | Depth |
|---|---|---|---|
| ITR™-7000-2 | 27.25″ | 15.25″ | 18.0″ |
| ITR™-7000-4 | 27.25″ | 21.25″ | 18.0″ |
| ITR™-7000-6 | 27.25″ | 27.25″ | 18.0″ |
| ITR™-7000-8 | 27.25″ | 33.25″ | 18.0″ |

115 or 240V AC 47 or 60 Hz 2 Amp
*Optional coin acceptor (-C) adds 4.0″ to overall width.

**ITR™-7000 VERSATILITY**
Accepts any size tickets with widths from 2″ to 4″ and lengths from 1¼″ to 6″.

# LEI FILE SERVER™

As depicted in the diagram, every ITR™-7000 is capable of interrogating over thirty other ITR™-7000's via its smart modem. This feature permits the central PC (at Lottery headquarters or other remote locations) to collect all of the sales and inventory information from any one city or local with a single phone call, thus reducing the necessity of tying up a large number of 800 or WATS lines. Considering connect time, it is estimated that a PC with dual modems can interrogate over 21,000 ITRs™ in a seven hour time span. All communications are done on a dial-up basis eliminating costly dedicated phone lines.

Timely reports are broken down into agent categories, i.e. convenience stores, bars, nightclubs, etc, and also by geographic location. This permits the lottery to pinpoint advertising, agent training or special promotions.

In addition, special messages may be automatically downloaded to the optional LED sign during the interrogation of the ITR™. Messages may be sent to specific agents or to the entire state.

**Lottery Enterprises, Inc.**
**Corporate Headquarters**
7372 Convoy Court
San Diego, California 92111
Tel. (619) 569-5266    Fax (619) 569-9157
Toll Free (800) 879-ITR7
         (800) 879-4877

**East Coast Office**
74 Branch St. #17
Scituate, Massachusetts 02066
Tel. (617) 545-4829    Fax (617) 545-4477



**The Leader In Instant Ticket Dispensing Technology**

©1991 LEI    LEI01912500

Exhibit E

# I T R 5000™

## INSTANT TICKET RETAILER

ITR COMBINES ERGONOMIC DESIGN AND ADVANCED TECHNOLOGY FOR INCREASING SALES AND REDUCING COSTS ASSOCIATED WITH DISPENSING INSTANT LOTTERY TICKETS.

FEATURES:

- HOLDS UP TO 1500 INSTANT TICKETS.



- ACCOUNTING AND INVENTORY CONTROL FOR LOTTERY AND AGENT.

- ENHANCED SECURITY.

- LCD (LIQUID CRYSTAL DISPLAY) PROGRAMMABLE FOR ADVERTISING.

- DIAL-UP COMMUNICATIONS TO CENTRAL COMPUTER.

- AGENT AND CONSUMER ORIENTED.

- INSTANT SALES AND INVENTORY REPORTS.

- INCREASED SALES OPPORTUNITIES.

- AUTOMATIC AGENT ID IMPRINT.

- EASY FOR AGENT TO OPERATE.

- DISPENSES ANY SIZE TICKET UP TO 2″ × 4″.

LOTTERY CONCEPTS INTERNATIONAL, INC.

# I T R 5000™

## INSTANT TICKET RETAILER

The ITR terminal has a small foot print to fit in tight selling areas such as encountered in convenience stores yet is able to promote the instant ticket product, especially with the LCD option.

The ITR terminal has a 16 key keypad and an LCD display for the agent. The agent need only key in the number of tickets required and depress "enter" to dispense the tickets to the customer. The keypad uses membrane technology for trouble free operation, and is laid out in two sections. The first section is numbered 0-10, and "CE" (clear entry), the remaining four keys are labled "SIGN ON", "REPORT", "CASH", AND "ENTER". The logical, ergonomic design of the keypad insures all functions available are initiated with simple, easy to follow key strokes.

The agent LCD is used to display the dollar amount to be collected. All report functions can be written on this 16 character display.

An adjustable ticket bin is provided to accomodate tickets from 2.0″ to 4.0″ wide, and fan folded in sections of five tickets each, to a maximum of 1500 tickets. An alarm will sound when out of stock or a power low (brown out) condition. The change of ticket size can be accommodated by the terminal with only simple adjustments which can be carried out by an agent or lottery representative.

A real time clock is supplied for time and date tracking (24-hour). The clock can be used for many communication functions such as auto dial out to host computer for sales reporting, allow communications only at specified times, time stamp certain transactions, and dial-up for after hours data collection.

No marks, holes, or notches of any kind are required on the ticket stock.

A compact printer is available to give a hard copy of the sales reports. This option is extremely important where agents need to reconcile sales after each shift, or verify transactions of a previous date.

## SPECIFICATIONS

Height: 12.0″    Width: 9.0″    Length: 15.0″

Weight: 16 lbs.

115 VAC 60 Hz 50 Watts  .50 Amps

Capacity: 1500 tickets

Ticket Sizes: 1.25″ to 2.00″ long. 2.75″ to 4.00″ wide.

## OPTIONS

1200-baud modem.

20 Colume thermal printer.

80 character backlit programmable LCD customer display.

Marketed exclusively by:
Lottery Concepts International
74 Branch Street  Suite 17
Scituate, MA 02066
(617) 545-4829

West Coast Office:
7515 Charmant Drive Suite 1407
San Diego, CA 92122
(619) 546-7601

© 1987 LCI
9/87 - 1000

Exhibit F



Union-Tribune / JAMES SKOVMAND

**Local jackpot:** *Robert Burr, president of Lottery Enterprises Inc., demonstrates the machine that dispenses scratch-off lottery tickets.*

# State awards $15 million contract for lottery ticket vending devices

**By CRAIG D. ROSE,** Staff Writer

A small San Diego company has won a $15 million state contract to supply thousands of scratch-off lottery ticket vending machines, with the first machines expected in local Vons and Ralphs grocery stores by next week.

Lottery Enterprises Inc., a 2-year-old company in Kearny Mesa, said the initial order calls for up to 2,000 of its vending machines to be installed around the state by November. Options included in the five-year contract could lead to the installation of 4,500 to 6,500 more vending units, said Robert Burr, the company's chief executive officer.

The contract means the company will hire more than 100 people at its local facility and statewide to service the machines, Burr said. Lottery Enterprises currently employs 25 persons in Kearny Mesa, where the machines are manufactured, and 20 in Virginia, where it has installed 1,300 machines.

The California order also is likely to boost em-

ployment at companies that supply Lottery Enterprises with materials and components. Many of those companies are local, minority-owned businesses, Burr added.

State lottery authorities estimate that 400 new jobs will result from the contract.

Lottery Enterprises earlier won contracts to install scratch-off lottery-ticket machines in Delaware, Vermont and Colorado. The Canadian province of Ontario also is currently evaluating company's units, as are authorities in Spain, Iceland and England, Burr said.

Lottery Enterprises says its machines are more convenient than over-the-counter sales and have increased ticket sales dramatically in other states.

"We've seen that every place we've put them in, the tickets are an impulse buy, and our machines are designed with windows so the tickets

See **Lottery** on Page C-2

ernment is starting to explain what it will do to stimulate Japan's ailing economy, the Tokyo Stock Exchange is showing signs of life.

After the Nikkei Stock Average capped a prolonged decline Tuesday with a plunge to a six-year low, Finance Minister Tsutomu Hata hurriedly pledged action to prop up stock prices.

He proclaimed the nation's financial crisis, marked by plummeting stocks, sick banks and anemic corporate earnings, "the most severe since World War II."

The Nikkei soared more than 13 percent over the next three days, ending the week at 16,216.88, its highest close in more than a month. While some of the gain was for technical reasons, analysts agree that investors found Hata's comments reassuring.

"The government and papers correctly have created the impression that the situation is turning around," said Paul Mig-

behind. Now it may go beyond just reacting, and people are happy the government is governing again."

Many investors are now

### The Nikkei ended the week at 16,216.88, its highest close in more than a month.

waiting expectantly for next Friday, when Prime Minister Kiichi Miyazawa is expected to announce an emergency government spending package of as much as $55.4 billion to stimulate the sluggish economy.

market's rebound may be short-lived. There's great potential for disappointment.

Hata said Tuesday the government would enact measures to discourage financial firms from selling shares to realize capital gains. He also suggested there would be tax relief for banks burdened with bad debts.

The proposal that has raised the most interest involves creating a syndicate to buy either real estate used as collateral in loans that have gone bad or the loans themselves.

"It looks as if a safety net is being built," Migliorato said.

Japan's economy is expected to grow about 2 percent this year, a sharp decline from last year's 4.5 percent rate.

# Lottery

### San Diego company gets state contract

Continued from Page C-1

pass by as you purchase them," Burr said.

The machines also can provide customers with a choice of up to eight different types of instant tickets. A California test, Burr said, found the machines increased sales by 80 percent.

Lottery Enterprise hopes to introduce later this year a machine to dispense break-open tickets, which are sold by several Western states.

The privately held company, financed by the Ralph L. Evans Trust in Rancho Santa Fe, declined to disclose its sales and income figures.

# Ships

### Navy repair contract to help U.S. shipyards

Continued from C-1

all repairs and modifications to be done by American shipyards. Eight ships hired in late July will be reflagged as U.S. vessels and will be modified in the United States, he stated.

Donovan said the earlier contract allowed foreign repairs because the Navy believed U.S. shipyards would be unable to complete the work because of

pending Navy warship repairs. He changed the policy after the Navy determined that American ship repair firms would be able to satisfy future sealift contracts.

The ships, chartered for at least 17 months, are stationed near potential hot spots, such as the Mideast or Asia. If a conflict occurs, the prepositioned ships would sail to the troubled area, where troops flown in from the United States would pick up their equipment and heavy weapons.

At the beginning of the Persian Gulf crisis, several such ships delivered war material to Saudi Arabia in the weeks following Iraq's invasion of Kuwait.

[Stock market tabular data — small-print financial listings, illegible]

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | | |
|---|---|---|
| Applicant | : | Robert L. Burr |
| Serial No. | : | 07/912,005 |
| Filed | : | July 10, 1992 |
| For | : | TICKET DISPENSER MACHINE AND METHOD |
| Group Art Unit | : | 3101 |
| Examiner | : | D. Bollinger |

530 Fifth Avenue
New York, New York    10036

I hereby certify that this correspondence
is being deposited with the United States
Postal Service as first class mail in an
envelope addressed to:
Hon. Commissioner of Patents and Trademarks
Washington, D.C. 20231, on <u>October 1, 1992</u>

<u>    Gregor N. Neff, Reg. No. 20,596    </u>
Name of Applicant, Assignee or Registered
Representative

<u>                                        </u>
Signature

<u>    October 1, 1992                    </u>
Date of Signature

### AMENDMENT

Hon. Commissioner of Patents and Trademarks
Washington, D.C. 20231

Sir:

In response to the Official Action mailed September 14, 1992, please enter the following amendment of the above-identified patent application:

### IN THE CLAIMS:

Rewrite claims 1 and 16 as follows:

GNN9:2030.SPA                    -1-

PATENT
3390-2030

1.  (Twice Amended)  A ticket dispensing machine, comprising, in combination, a housing, at least one window in said housing through which tickets inside said housing can be seen but not touched by a person outside said housing, a dispensing outlet in said housing, electrically powered means for moving a continuous strip of tickets past said window, and for dispensing through said outlet a pre-determined number of said tickets to an operator of said machine[, and protective means for deterring the operator of the machine from withdrawing from said machine more than said pre-determined number of tickets].

16.  (Twice Amended)  A ticket vending method, said method comprising the steps of:

(a)  utilizing electrically powered drive means for moving a strip of mutually-attached tickets past a viewing window in a housing in a manner such that the tickets can be seen from outside said housing, and

(b)  issuing from said housing a pre-determined number of tickets from said array which are ordered by an operator[, and operating means for deterring said operator from withdrawing more than said number of tickets].

Claim 10, line 2, change "protective" to --dispensing--;

Claim 1, line 1, change "26" to --29--.

Claim 32, line 5, change "say" to --said--.

Claim 33, line 1, change "26" to --29--.

GNN9:2030.SPA                          -2-

PATENT
3390-2030

## <u>REMARKS</u>

The undersigned attorney would like to take this opportunity to thank the Examiner for the courtesies extended to him and Mr. Robert L. Burr, the inventor, during the interview which took place on August 26, 1992.

During the interview, the facts and Exhibits in the accompanying Declaration Under Rule 132 were explained to the Examiner to demonstrate the commercial success which has been achieved by the invention. In particular, the test results set forth in Exhibit D were offered to show the impressive ticket sales increases achieved by the machine using the invention.

As it was explained during the interview, the commercial success of the invention, which is far in excess of what might be expected, demonstrates the unobviousness of the invention. The Groves and Knee references simply do not show or suggest the extraordinary increase of ticket sales produced by driving an array of tickets past a window in the dispensing device.

As to the assertion of indefiniteness of claims 1, 2, 4-6, 31 and 33, it is believed that the claims are sufficiently definite. Whether there is a single mechanism for moving the strip and dispensing the tickets, or separate means for each function is not believed to be important to the patentability of the invention because the movement of the ticket array past the window is at the heart of the commercial success, and the means

GNN9:2030.SPA                          -3-

PATENT
3390-2030

disclosed is properly recited as means for performing the moving and dispensing.

Claims 1 and 16 have been sharpened by elimination of the protective means (Claim 1) and the protective step (Claim 16) for preventing unauthorized withdrawal of tickets because that feature is off the main point of the invention. It is believed that the Examiner concurred with this proposal during the interview.

In accordance with the foregoing, and the comments in the Examiner Interview Summary Record, it is believed that the patent application is in condition for allowance.

Accordingly, it is respectfully requested that the application be allowed and passed to issue.

Respectfully submitted,

CURTIS, MORRIS & SAFFORD, P.C.
Attorneys for Applicant

By _____
     Gregor N. Neff
     Reg. No. 20,596
     (212) 840-3333

GNN9:2030.SPA                    -4-



**UNITED STATES DEPARTMENT OF COMMERCE**
**Patent and Trademark Office**
Address: COMMISSIONER OF PATENTS AND TRADEMARKS
Washington, D.C. 20231

| SERIAL NUMBER | FILING DATE | FIRST NAMED APPLICANT | ATTORNEY DOCKET NO. |
|---|---|---|---|
| 07/912,005 | 07/10/92 | BURR | R    3390-2030 |

|  |  |
|---|---|
|  | **EXAMINER** |
|  | BOLLINGER, D |

| ART UNIT | PAPER NUMBER |
|---|---|
| 3101 | 18 |

GREGOR N. NEFF
C/O CURTIS, MORRIS & SAFFORD
530 5TH AVE.
NEW YORK, NY 10036

**DATE MAILED:**
12/16/92

## NOTICE OF ALLOWABILITY

**PART I.**

1. ☒ This communication is responsive to *the communications filed 5 October 1992* .

2. ☒ All the claims being allowable, PROSECUTION ON THE MERITS IS (OR REMAINS) CLOSED in this application. If not included herewith (or previously mailed), a Notice Of Allowance And Issue Fee Due or other appropriate communication will be sent in due course.

3. ☒ The allowed claims are *1,2,4-6,10-12,16,18,21,22,29-33,35-40,43-45 & 47* .

4. ☐ The drawings filed on _____ are acceptable.

5. ☐ Acknowledgement is made of the claim for priority under 35 U.S.C. 119. The certified copy has [...] been received. [...] not been received. [...] been filed in parent application Serial No. _____, filed on _____.

6. ☒ Note the attached Examiner's Amendment.

7. ☐ Note the attached Examiner Interview Summary Record, PTOL-413.

8. ☐ Note the attached Examiner's Statement of Reasons for Allowance.

9. ☐ Note the attached NOTICE OF REFERENCES CITED, PTO-892.

10. ☐ Note the attached INFORMATION DISCLOSURE CITATION, PTO-1449.

**PART II.**

A SHORTENED STATUTORY PERIOD FOR RESPONSE to comply with the requirements noted below is set to EXPIRE THREE MONTHS FROM THE "DATE MAILED" indicated on this form. Failure to comply will result in the ABANDONMENT of this application. Extensions of time may be obtained under the provisions of 37 CFR 1.136(a).

1. ☐ Note the attached EXAMINER'S AMENDMENT or NOTICE OF INFORMAL APPLICATION, PTO-152, which discloses that the oath or declaration is deficient. A SUBSTITUTE OATH OR DECLARATION IS REQUIRED.

2. ☒ APPLICANT MUST MAKE THE DRAWING CHANGES INDICATED BELOW IN THE MANNER SET FORTH ON THE REVERSE SIDE OF THIS PAPER.

   a. ☒ Drawing informalities are indicated on the NOTICE RE PATENT DRAWINGS, PTO-948, attached hereto or to Paper No. ___8___. CORRECTION IS REQUIRED.

   b. ☐ The proposed drawing correction filed on _____ has been approved by the examiner. CORRECTION IS REQUIRED.

   c. ☐ Approved drawing corrections are described by the examiner in the attached EXAMINER'S AMENDMENT. CORRECTION IS REQUIRED.

   d. ☒ Formal drawings are now REQUIRED.

------------------------------------------------------------------------------------------------

Any response to this letter should include in the upper right hand corner, the following information from the NOTICE OF ALLOWANCE AND ISSUE FEE DUE: ISSUE BATCH NUMBER, DATE OF THE NOTICE OF ALLOWANCE, AND SERIAL NUMBER.

**Attachments:**
✔ Examiner's Amendment
__ Examiner Interview Summary Record, PTOL-413
__ Reasons for Allowance
__ Notice of References Cited, PTO-892
__ Information Disclosure Citation, PTO-1449

__ Notice of Informal Application, PTO-152
__ Notice re Patent Drawings, PTO-948
__ Listing of Bonded Draftsmen
__ Other

PTOL-37 (REV. 4-89) ✳                                                                    USCOMM-DC 89-3789

Serial No. 912005                                    -2-

Art Unit    3101


    Applicant's directions to amend claim 1 line 1 to change

"26" to --29--, on page 2 of the amendment filed 5 October 1992,

are defective as "26" does not appear in line 1 of claim 1,

therefore; this portion of the above mentioned amendment has not

been entered.

    An Examiner's Amendment to the record appears below.  Should

the changes and/or additions be unacceptable to applicant, an

amendment may be filed as provided by 37 C.F.R. § 1.312.  To

ensure consideration of such an amendment, it MUST be submitted

no later than the payment of the Issue Fee.

    In the claims:

      claim 31 line 1 "26" has been changed to --29--.

    This amendment has been made to correct the dependency of

claim 31 so as not to depend from a canceled claim.  Further, it

was agreed to make such a correction in the interview of

26 August 1992.

    Any inquiry concerning this communication should be directed

to David Bollinger at telephone number (703) 308-1113.


                           *David H. Bollinger* 12/14/92
                           DAVID H. BOLLINGER
                           PRIMARY EXAMINER
                           GROUP 310

dhb
December 12, 1992