

UNITED STATES DEPARTMENT OF COMMERCE
Patent and Trademark Office

Address: Box ISSUE FEE
COMMISSIONER OF PATENTS AND TRADEMARKS
Washington, D.C. 20231

GREGOR N. NEFF
C/O CURTIS, MORRIS & SAFFORD
530 5TH AVE.
NEW YORK, NY 10036

## NOTICE OF ALLOWANCE AND ISSUE FEE DUE

☐ Note attached communication from the Examiner
☐ This notice is issued in view of applicant's communication filed ____________

| SERIES CODE/SERIAL NO. | FILING DATE | TOTAL CLAIMS | EXAMINER AND GROUP ART UNIT | | DATE MAILED |
|---|---|---|---|---|---|
| 07/912,005 | 07/10/92 | 024 | BOLLINGER, D | 3101 | 12/21/92 |

First Named Applicant: BURR, ROBERT

TITLE OF INVENTION: TICKET DISPENSER MACHINE AND METHOD

| | ATTY'S DOCKET NO. | CLASS-SUBCLASS | BATCH NO. | APPLN. TYPE | SMALL ENTITY | FEE DUE | DATE DUE |
|---|---|---|---|---|---|---|---|
| 3 | 3390-2030 | 221-001.000 | I98 | UTILITY | YES | $585.00 | 03/26/93 |

***THE FEE DUE IS THE AMOUNT IN EFFECT AT THIS TIME. IF THE AMOUNT OF THE ISSUE FEE INCREASES PRIOR TO PAYMENT, APPLICANT WILL BE NOTIFIED OF THE BALANCE OF ISSUE FEE DUE.***

***THE APPLICATION IDENTIFIED ABOVE HAS BEEN EXAMINED AND IS ALLOWED FOR ISSUANCE AS A PATENT.***

***PROSECUTION ON THE MERITS IS CLOSED.***

***THE ISSUE FEE MUST BE PAID WITHIN THREE MONTHS FROM THE MAILING DATE OF THIS NOTICE OR THIS APPLICATION SHALL BE REGARDED AS ABANDONED. THIS STATUTORY PERIOD CANNOT BE EXTENDED.***

## *HOW TO RESPOND TO THIS NOTICE:*

I. Review the SMALL ENTITY Status shown above. If the SMALL ENTITY is shown as YES, verify your current SMALL ENTITY status:

  A. If the status is changed, pay twice the amount of the FEE DUE shown above and notify the patent and Trademark Office of the change in status, or
  B. If the Status is the same, pay the FEE DUE shown above.

If the SMALL ENTITY is shown as NO:
A. Pay FEE DUE shown above, or
B. File verified statement of Small Entity Status before, or with, pay of 1/2 the FEE DUE shown above.

II. Part B of this notice should be completed and returned to the Patent and Trademark Office (PTO) with your ISSUE FEE. Even if the ISSUE FEE has already been paid by charge to deposit account, Part B should be completed and returned. If you are charging the ISSUE FEE to your deposit account, Part C of this notice should also be completed and returned.

III. All communications regarding this application must give series code (or filing date) and serial number. Please direct all communications prior to issuance to Box ISSUE FEE unless advised to contrary.

***IMPORTANT REMINDER: Patents issuing on applications filed on or after Dec. 12, 1980 may require payment of maintenance fees. It is patentee's responsibility to ensure timely payment of maintenance fees when due.***

585-242 B

# PART B—ISSUE FEE TRANSMITTAL

***MAILING INSTRUCTIONS:*** This form should be used for transmitting the ISSUE FEE. Blocks 2 through 6 should be completed where appropriate. All further correspondence including the Issue Fee Receipt, the Patent, advances orders and notification of maintenance fees will be mailed to addressee entered in Block 1 unless you direct otherwise, by (a) specifying a new correspondence address in Block below; or (b) providing the PTO with a separate "FEE ADDRESS" for maintenance fee notifications with the payment of Issue Fee or thereafter. **See reverse for Certificate of Mailing.**

MAIL ROOM FEB 17 1993 PAT. & TRADEMARK OFF. 84

1. CORRESPONDENCE ADDRESS

GREGOR N. NEFF
C/O CURTIS, MORRIS & SAFFORD
530 5TH AVE.
NEW YORK, NY 10036

2. INVENTOR(S) ADDRESS CHANGE (Complete only if there is a change)

INVENTOR'S NAME
Street Address
City, State and ZIP Code
CO-INVENTOR'S NAME
Street Address
City, State and ZIP Code

☐ Check if additional changes are on reverse side

| SERIES CODE/SERIAL NO. | FILING DATE | TOTAL CLAIMS | EXAMINER AND GROUP ART UNIT | DATE MAILED |
|---|---|---|---|---|
| 07/912,005 | 07/10/92 | 024 | | February 12, 1993 |

First Named Applicant: BURR, ROBERT

TITLE OF INVENTION: TICKET DISPENSER MACHINE AND METHOD

Gregor N. Neff, Esq.

| ATTY'S DOCKET NO. | CLASS-SUBCLASS | BATCH NO. | APPLN. TYPE | SMALL ENTITY | FEE DUE | DATE DUE |
|---|---|---|---|---|---|---|
| 3390-2030 | 221-001.000 | 198 | UTILITY | YES | $585.00 | |

3. Correspondence address change (Complete only if there is a change)

4. For printing on the patent front page, list the names of not more than 3 registered patent attorneys or agents OR alternatively, the name of a firm having as a member a registered attorney or agent. If no name is listed, no name will be printed.

1 Gregor N.Neff, Esq.
Reg. No. 20,596
2 Curtis, Morris & Safford
Reg. No. 12,761
3

DO NOT USE THIS SPACE

RP14526 02/24/93 07912005 03-3925 140 561 30.00CH
040 TD 02/24/93 07912005 1 242 585.00 CK

5. ASSIGNMENT DATA TO BE PRINTED ON THE PATENT (print or type)

(1) NAME OF ASSIGNEE: Donald Sutherland, Trustee of the Ralph L. Evans Trust

(2) ADDRESS: (CITY & STATE OR COUNTRY) Box 2348, Rancho Santa Fe, California 92067

(3) STATE OF INCORPORATION, IF ASSIGNEE IS A CORPORATION

A. ☐ This application is NOT assigned.
☒ Assignment is being previously submitted to the Patent and Trademark Office.
☐ Assignment is being submitted under separate cover. Assignments should be directed to Box ASSIGNMENTS.

***PLEASE NOTE:*** Unless an assignee is identified in Block 5, no assignee data will appear on the patent.nclusion of assignee data is only appropriate when an assignment has been previously submitted to the PTO or is being submitted under separate cover. Completion of this form is NOT a substitute for filing an assignment.

6a. The following fees are enclosed:
☒ Issue Fee ☐ Advanced Order - # of Copies (Minimum of 10)

6b. The following fees should be changed to:
DEPOSIT ACCOUNT NUMBER 03-3925
(ENCLOSED PART C)
☐ Issue Fee ☒ Advanced Order - # of Copies 10 (Minimum of 10)
☐ Any Deficiencies in Enclosed Fees

The COMMISSIONER OF PATENTS AND TRADEMARKS is requested to apply the Issue Fee to the application identified above.

(Signature of party in interest of record) [signature] (Date) 2/12/93

NOTE: The Issue Fee will not be accepted from anyone other than the applicant; a registered attorney or agent; or the assignee or other party in interest as shown by the records of the Patent and Trademark Office.

**TRANSMIT THIS FORM WITH FEE-CERTIFICATE OF MAILING ON REVERSE**

PTOL-85B (REV.7-92)(OMB Clearance is pending)

## Certificate of Mailing

I hereby certify that this correspondence is being deposited with the United States Postal Service with sufficient postage as first class mail in an envelope addressed to:

Box ISSUE FEE
Commissioner of Patents and Trademarks
Washington, D.C. 20231

on February 12, 1993
(Date)

(Signature)

Gregor N. Neff, Esq.
(Typed or Printed Name)

February 12, 1993
(Date)

RECEIVED FEB 19 93 INITIAL REVIEW BRANCH CORRESPONDENCE MAIL DIV.

RECEIVED FEB 18 93 INITIAL REVIEW CORRESPONDENCE MAIL DIV.

Note: If this certificate of mailing is used, it can only be used to transmit the Issue Fee. This certificate cannot be used for any other accompanying papers. Each additional paper, such as an assignment or formal drawing, must have its own certificate of mailing.

This form is estimated to take 20 minutes to Complete. Time will vary depending upon the needs of the individual applicant. Any comments on the amount of time you require to complete this form should be sent to the Office of Management and Organization, Patent and Trademark Office, Washington, D.C. 20231 and to the Office of Information and Regulatory Affairs, Office of Management and Budget, Washington, D.C. 20503.



55-215 GP311
#19

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | | |
|---|---|---|
| Applicant | : | Robert L. Burr, et al. |
| Serial No. | : | 07/912,005 |
| Filed | : | July 10, 1992 |
| For | : | TICKET DISPENSER MACHINE AND METHOD |
| Art Unit | : | 3101 |
| Examiner | : | D. Bollinger |
| Batch No. | : | I98 |

RECEIVED
APR -7 1993
GROUP 310

530 Fifth Avenue
New York, New York 10036

**PETITION UNDER 37 C.F.R. §1.136(a) and 1.17(a)**

Honorable Commissioner of Patents and Trademarks
Washington, D.C. 20231

Sir:

Pursuant to §1.136(a) applicants hereby request a one month extension of the period for filing formal drawings in response to the December 16, 1992 Notice of Allowability, Part II, i.e., up to and including April 16, 1993.

Enclosed herewith is a check for $55.00 in payment of the fee set forth in §1.17(a) for a small entity for a one month extension under §1.136(a), 37 C.F.R.

The Commissioner is hereby authorized to charge any deficiencies or credit any overpayment in the petition fee to Deposit Account No. 03-3925.

070 AA 04/05/93 07912005 1 215 55.00 CK

PATENT
3390-2030

A duplicate of this petition is enclosed.

Respectfully submitted,

CURTIS, MORRIS & SAFFORD, P.C.

By

Gregor N. Neff, Esq.
Registration No. 20,596
(212) 840-3333

Enclosures
- Transmittal letter
- Formal Drawings (6 sheets)
- Check ($55.00)

c:\wp51\LEI\2030.Pet



IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | | |
|---|---|---|
| Applicant | : | Robert L. Burr, et al. |
| Serial No. | : | 07/912,005 |
| Filed | : | July 10, 1992 |
| For | : | TICKET DISPENSER MACHINE AND METHOD |
| Art Unit | : | 3101 |
| Examiner | : | D. Bollinger |
| Batch No. | : | I98 |

RECEIVED
APR -7 1993
GROUP 310

530 Fifth Avenue
New York, New York 10036

**PETITION UNDER 37 C.F.R. §1.136(a) and 1.17(a)**

Honorable Commissioner of Patents and Trademarks
Washington, D.C. 20231

Sir:

Pursuant to §1.136(a) applicants hereby request a one month extension of the period for filing formal drawings in response to the December 16, 1992 Notice of Allowability, Part II, i.e., up to and including April 16, 1993.

Enclosed herewith is a check for $55.00 in payment of the fee set forth in §1.17(a) for a small entity for a one month extension under §1.136(a), 37 C.F.R.

The Commissioner is hereby authorized to charge any deficiencies or credit any overpayment in the petition fee to Deposit Account No. 03-3925.

PATENT
3390-2030

A duplicate of this petition is enclosed.

Respectfully submitted,

CURTIS, MORRIS & SAFFORD, P.C.

By

Gregor N. Neff, Esq.
Registration No. 20,596
(212) 840-3333

Enclosures
- Transmittal letter
- Formal Drawings (6 sheets)
- Check ($55.00)

c:\wp51\LEI\2030.Pet



IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | | |
|---|---|---|
| Applicant | : | Robert L. Burr, et al. |
| Serial No. | : | 07/912,005 |
| Filed | : | July 10, 1992 |
| For | : | TICKET DISPENSER MACHINE AND METHOD |
| Art Unit | : | 3101 |
| Examiner | : | D. Bollinger |
| Batch No. | : | 198 |

530 Fifth Avenue
New York, New York 10036

**LETTER TRANSMITTING FORMAL DRAWINGS**

Honorable Commissioner of Patents and Trademarks
Washington, D.C. 20231

Attention: Official Draftsman

Sir:

Pursuant to Part II of the December 16, 1992 Notice of Allowability, with the term for reply having been extended one month, enclosed are six (6) sheets of formal drawings to be made of record in the above-identified patent application.

Respectfully submitted,

CURTIS, MORRIS & SAFFORD, P.C.

By____________________
Gregor N. Neff, Esq.
Registration No. 20, 596
(212) 840-3333

Enclosures
- Drawings (6 sheets)



912.005

5222624

F I G. 1



912,005

LUCKY FOUR
WIN UP TO $ 500
BLAST!
WIN UP TO $1000
CLOVER CLUB
WIN
$ 100
LIVE!
UP TO $ 5000
A
B
C
D
FIG. 2
36
72
62
38
52
54
74
44
76
46
64
56
58
78
48
80
50

912,005



94
5
5
34
105
106
104
105
106
102
52
101
103
100
118
96
174
172
110
112
26
LOTTERY
158
176
170
106
104
108
102
103
118
98
62
100
110
174
172
68
108
22
112
158
20
160
154
176
170
24
12

FIG. 4



CREDIT: $20.
36
38
SERVICE
KEYPAD
30
191
22
BILL
RECEIVER
C P U
190
130
130
RS
232
40
28
KEYPAD
BAR
CODE
READER
132
MODEM
192
42
130
200
208
PRINTER
130
202
10
203
MODEM
VENDING
UNIT
# 2
10
SLAVE 1
194
CENTRAL
COMPUTER
204
KEYBOARD
206
SLAVE 2
196
PRINTER
208
SLAVE 3
198
210
10
SLAVE 1
212
VENDING
UNIT
# 3
SLAVE 2
214
SLAVE 3

FIG. 7

FIG.8
218
34
216
30
28
A
D
B
E
C
F
22
24
220
64
64
222
FIG.9
225
224
126
136
227
64
226
112
140
229
228
191
SERVICE KEY PAD
218
DISPLAY
30
22
BILL RECEIVER
CPU
190
KEYPAD
28
VIDEO MEMORY
230
112
112
BAR CODE READER
132
200
MODEM
192
130
130
PRINTER
208
202
CENTRAL COMPUTER
204
KEY-BOARD
208
MODEM
203
FIG.10