

PTO UTILITY GRANT
Paper Number 20

## The Commissioner of Patents and Trademarks

*Has received an application for a patent for a new and useful invention. The title and description of the invention are enclosed. The requirements of law have been complied with, and it has been determined that a patent on the invention shall be granted under the law.*

*Therefore, this*

## United States Patent

*Grants to the person or persons having title to this patent the right to exclude others from making, using or selling the invention throughout the United States of America for the term of seventeen years from the date of this patent, subject to the payment of maintenance fees as provided by law.*



*Acting Commissioner of Patents and Trademarks*

*Attest*

The United States of America

PTO-1584

DSD.



# CHANGE OF CORRESPONDENCE ADDRESS

## FOR PATENTS

Patent No.        : 5222624

Issue Date        : 06/29/93

Application No.   : 912005

Filing Date       : 07/10/92

First Named
  Inventor        : BURR RL

Case Number       : 3345-2050


Assistant Commissioner for Patents
Washington, D.C. 20231

Dear Sir:

　　　　Please change the Correspondence Address for this application to:

　　　　　　Gregor N. Neff, Esq.
　　　　　　Whitman Breed Abbott & Morgan
　　　　　　200 Park Avenue
　　　　　　New York, New York 10166

Tele No.: (212) 351-3000
Fax No. :

I am the attorney of record.

| Typed or Printed Name | Gregor N. Neff, Reg. No. 20,596 |
|---|---|
| Signature | /Gregor Neff/ |
| Date | 19/1/98 |



PATENT
3345-2050

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

Applicant      :   R. L. Burr

Patent No.     :   5,222,624

For            :   Windows Ticket Dispenser

Issued         :   6/29/93

                                    919 Third Avenue
                                    New York, NY 10022-3852

I hereby certify that this correspondence
is being deposited with the United States
Postal Service as first class mail in an
envelope addressed to:
Asst. Commissioner for Patents
Washington, D.C. 20230

Gregor N. Neff - Registration No. 20,596
Name of Applicant, Assignee or Registered
                   Representative

_____
                Signature

_____10 apr 01_____
              Date of Signature

### NOTICE OF CHANGE OF ADDRESS

Assistant Commissioner for Patents
Washington, D.C.  20231

Sir:

      Please change the Correspondence Address for this application to:

- 1 -

KL3:2094262.1

PATENT<br>3345-2050

*Gregor N. Neff*
*Kramer Levin Naftalis & Frankel LLP*
*919 Third Avenue*
*New York, NY 10022-3852*
*Direct Dial:    212 715 9202*
*Facsimile:     212 715 8000*

I am the attorney of Record.

        Respectfully submitted,

        KRAMER LEVIN NAFTALIS & FRANKEL LLP

By: _____
        Gregor N. Neff
        Registration No. 20,596
        (212) 715-9202

KL3:2094262.1

*U.S. GOVERNMENT PRINTING OFFICE: 1990-258-989

| PATENT NUMBER | ORIGINAL CLASSIFICATION | |
|---|---|---|
| | CLASS | SUBCLASS |
| | 221 | 1 |

| APPLICATION SERIAL NUMBER | CROSS REFERENCE(S) | | | | |
|---|---|---|---|---|---|
| 912005 | CLASS | SUBCLASS (ONE SUBCLASS PER BLOCK) | | | |
| APPLICANT'S NAME (PLEASE PRINT) | 221 | 2 | 8 | 13 | 25 |
| Burr | 221 | 124 | 129 | 155 | |

IF REISSUE, ORIGINAL PATENT NUMBER

| INTERNATIONAL CLASSIFICATION (INT. CL. 4) |
|---|
| G 0 7 F  11/00 |

GROUP ART UNIT: 3101

ASSISTANT EXAMINER (PLEASE STAMP OR PRINT FULL NAME)

PRIMARY EXAMINER (PLEASE STAMP OR PRINT FULL NAME): David H. Bollinger

PTO 270 (10-84)

ISSUE CLASSIFICATION SLIP

U.S. DEPARTMENT OF COMMERCE
PATENT AND TRADEMARK OFFICE

# PATENT APPLICATION FEE DETERMINATION RECORD
### Effective December 16, 1991

**Application or Docket Number:** 07/912005

## CLAIMS AS FILED - PART I

| FOR | NUMBER FILED (Column 1) | NUMBER EXTRA (Column 2) | SMALL ENTITY RATE | SMALL ENTITY FEE | OR | OTHER THAN SMALL ENTITY RATE | OTHER THAN SMALL ENTITY FEE |
|---|---|---|---|---|---|---|---|
| BASIC FEE | | | | $345.00 | OR | | $690.00 |
| TOTAL CLAIMS | 24 minus 20 = | *4 | x $10= | 40 | OR | x $20 = | |
| INDEPENDENT CLAIMS | 7 minus 3 = | *4 | x 36 = | 144 | OR | x 72 = | |
| MULTIPLE DEPENDENT CLAIM PRESENT | | | + 110 = | | OR | + 220 = | |
| | | | TOTAL | 529 | OR | TOTAL | |

* If the difference in column 1 is less than zero, enter "0" in column 2

## CLAIMS AS AMENDED - PART II

### AMENDMENT A

| | CLAIMS REMAINING AFTER AMENDMENT (Column 1) | | HIGHEST NUMBER PREVIOUSLY PAID FOR (Column 2) | PRESENT EXTRA (Column 3) | RATE | ADDITIONAL FEE | OR | RATE | ADDITIONAL FEE |
|---|---|---|---|---|---|---|---|---|---|
| Total | *24 | Minus | **24 | — | x $10= | | OR | x $20 = | |
| Independent | *9 | Minus | ***7 | 2 | x 36 = | 72.00 | OR | x 72 = | |
| FIRST PRESENTATION OF MULTIPLE DEPENDENT CLAIM | | | | | + 110 = | | OR | + 220 = | |
| | | | | | TOTAL ADDIT. FEE | | OR | TOTAL ADDIT. FEE | |

### AMENDMENT B

| | CLAIMS REMAINING AFTER AMENDMENT (Column 1) | | HIGHEST NUMBER PREVIOUSLY PAID FOR (Column 2) | PRESENT EXTRA (Column 3) | RATE | ADDITIONAL FEE | OR | RATE | ADDITIONAL FEE |
|---|---|---|---|---|---|---|---|---|---|
| Total | * | Minus | ** | = | x $10 = | | OR | x $20 = | |
| Independent | * | Minus | *** | = | x 36 = | | OR | x 72 = | |
| FIRST PRESENTATION OF MULTIPLE DEPENDENT CLAIM | | | | | + 110 = | | OR | + 220 = | |
| | | | | | TOTAL ADDIT. FEE | | OR | TOTAL ADDIT. FEE | |

### AMENDMENT C

| | CLAIMS REMAINING AFTER AMENDMENT (Column 1) | | HIGHEST NUMBER PREVIOUSLY PAID FOR (Column 2) | PRESENT EXTRA (Column 3) | RATE | ADDITIONAL FEE | OR | RATE | ADDITIONAL FEE |
|---|---|---|---|---|---|---|---|---|---|
| Total | * | Minus | ** | = | x $10 = | | OR | x $20 = | |
| Independent | * | Minus | *** | = | x 36 = | | OR | x 72 = | |
| FIRST PRESENTATION OF MULTIPLE DEPENDENT CLAIM | | | | | + 110 = | | OR | + 220 = | |
| | | | | | TOTAL ADDIT. FEE | | OR | TOTAL ADDIT. FEE | |

* If the entry in column 1 is less than the entry in column 2, write "0" in column 3.
** If the "Highest Number Previously Paid For" IN THIS SPACE is less than 20, enter "20".
*** If the "Highest Number Previously Paid For" IN THIS SPACE is less than 3, enter "3".
  The "Highest Number Previously Paid For" (Total or Independent) is the highest number found in the appropriate box in column 1.

Form PTO-875  *U.S. Government Printing Office: 1992 — 308-890  Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
(Rev. 12-91)



| POSITION | INIT. | | DATE |
|---|---|---|---|
| CLASSIFIER | | | |
| EXAMINER | | | |
| TYPIST | | 343 | 7-28-92 |
| VERIFIER | | V42 | 7-29-92 |
| CORPS CORR. | | | |
| SPEC. HAND | | | |
| FILE MAINT. | | | |

## INDEX OF CLAIMS

| Claim Final | Original | Date 8/11/92 | 12/2/92 | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 1 | (1) | ✓ | = | | | | | | |
| 2 | 2 | ✓ | ≈ | | | | | | |
| 3 | 4 | ✓ | = | | | | | | |
| 4 | 5 | ✓ | = | | | | | | |
| 5 | 6 | ✓ | = | | | | | | |
| | 9 | | | | | | | | |
| 6 | 10 | ✓ | = | | | | | | |
| 7 | (11) | = | ≈ | | | | | | |
| 8 | 12 | = | = | | | | | | |
| 9 | (16) | ✓ | = | | | | | | |
| 10 | 18 | ✓ | = | | | | | | |
| 12 | 21 | ✓ | = | | | | | | |
| 11 | 22 | ✓ | = | | | | | | |
| 13 | (29) | = | = | | | | | | |
| 14 | 30 | = | = | | | | | | |
| 15 | 31 | ✓ | = | | | | | | |
| 17 | (32) | = | = | | | | | | |
| 16 | 33 | ✓ | = | | | | | | |
| 18 | 38 | = | = | | | | | | |
| 19 | 39 | = | ≈ | | | | | | |
| 20 | 40 | = | = | | | | | | |
| 21 | (43) | = | = | | | | | | |
| 22 | 44 | = | = | | | | | | |
| 23 | (45) | = | = | | | | | | |
| 24 | 47 | = | ≈ | | | | | | |
| | 50 | | | | | | | | |

| Claim Final | Original | Date | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | 51 | | | | | | | | |
| | 52 | | | | | | | | |
| | 53 | | | | | | | | |
| | ... | | | | | | | | |
| | 100 | | | | | | | | |

SYMBOLS
✓ ............. Rejected
= ............. Allowed
- (Through numeral) Canceled
+ ............. Restricted
N ............. Non-elected
I ............. Interference
A ............. Appeal
O ............. Objected

## SEARCHED

| Class | Sub. | Date | Exmr. |
|---|---|---|---|
| 221 | 1, 2, 3, 8, 9, 10, 13, 25, 26, 30, 92, 123, 124, 129-131, 155, 191, 194, 195, 206, 207 | 8/10/92 | DHB |
| 235 | 375 | | |
| 364 | 479 | | |
| above search updated | | 12/2/92 | DHB |

*from parent*

## SEARCH NOTES

| | Date | Exmr. |
|---|---|---|

## INTERFERENCE SEARCHED

| Class | Sub. | Date | Exmr. |
|---|---|---|---|
| 221 | 1, 2, 8, 13, 25, 124, 129, 155 | 12/11/92 | DHB |

APPROVED FOR LICENSE ☐

INITIALS _____

07/912005

| Entered or Counted | | CONTENTS | Received or Mailed |
|---|---|---|---|
| | | 1. Application _____ papers. | |
| 13 | 2. | Pre Amdt B | July 10, 1992 |
| 14 | 3. | Pre Amdt C | July 10, 1992 |
| 15 | 4. | Rej3dl & Interview Summary | SEP 14 1992 |
| 16 | 5. | Declaration & Exhibit | Oct. 5, 1992 |
| 17 | 6. | Amdt D | Oct. 5, 1992 DEC 16 |
| 18 | 7. | Examiner's Amdt | 12/14 |
| 4/19/93 19 | 8. | Formal drwg 6 shts (1 ext) | 3/23/93 |
| 20 | 9. | PTO GRANT JUN 9 1993 | |
| 21 | 10. | | |
| 22 | 11. | | |
| 23 | 12. | | |
| 24 | 13. | | |
| 25 | 14. | | |
| 26 | 15. | | |
| 27 | 16. | | |
| 28 | 17. | | |
| 29 | 18. | | |
| 30 | 19. | | |
| 31 | 20. | | |
| 32 | 21. | | |
| 33 | 22. | | |
| 34 | 23. | | |
| 35 | 24. | | |
| 36 | 25. | | |
| 37 | 26. | | |
| 38 | 27. | | |
| 39 | 28. | | |
| 40 | 29. | | |
| 41 | 30. | | |
| 42 | 31. | | |
| 43 | 32. | | |