PATENT
332-2130

strip of tickets 50 from dispensing path 57 in response to

pressure exerted by the burster wheel 68. This slight

deflection provides a highly advantageous and novel

alignment system in accordance with the present invention.

The alignment system operates as follows.

In order for burster wheel 68 to effectively burst the

leading ticket 54 from stream tickets 50 at line of weakness

56, it must be sufficiently aligned with lines of weakness

56 at least close to the line. ~~so as to exert pressure almost directly thereon.~~

~~Clearly, if burster wheel 68 is brought into bursting contact with leading tickets 54 at a middle portion thereof, leading tickets 54 will either be torn or bent and almost certainly will not be properly dispensed.~~ A separate

alignment mechanism, discussed below, is used to bring

line of weakness 56 to within at least a predetermined

incremental distance of bursting position 70. Even

within this incremental distance it is still advantageous to

have line of weakness 56 precisely aligned with bursting

position 70 for best results. As in any such system which tends to prevent perfect alignment there is a certain amount of slippage and tolerance. In

accordance with the present invention, the very action of

burster wheel 68 in combination with exit

rollers 64, 66 and feed rollers 60, 62

provides a mechanical alignment to correct any errors within

the incremental distance. Specifically, as illustrated in

Fig. 8A, the force from burster wheel 68 is exerted at

bursting position 70 along the direction of arrow A. In

Fig. 8A, it is assumed that line of weakness 56 has fallen

short of bursting position 70 by a distance a. Since the

-23-

PATENT
332-2130

force from burster wheel 68 is not exerted directly on ~~the~~ line

of weakness 56, ~~line of weakness 56~~ *the tickets* will not immediately

begin to burst apart but instead ~~tickets 52 and 54~~ will be

deflected slightly ~~from dispensing path 57, as indicated in~~ *downwardly from*

~~a solid line,~~ and will tend to bend first at *the* line of

weakness 56 into a V shaped configuration indicated in ~~a~~

dashed ~~line.~~ *lines in the drawings.* Consequently, tickets 52 and 54 will tend to

slip *longitudinally along the* dispensing path 57 so as to bring the low point

of the V-shaped *ticket-array* into contact with *the* burster wheel. (In Fig.

8A, ~~tickets 52 and 54 will tend to move,~~ *the ticket strip 50 moves* in the direction of

arrow B, ~~feeding forward stream of tickets 50~~ until *the* line of

weakness 56 is properly aligned with bursting position 70.

Correspondingly, as shown in Fig. 8B, when *the* line of weakness

56 is slightly in advance of *the* bursting position 70 by

distance b, the force of burster wheel 68 will cause ~~tickets~~ *the strip 50*

~~52 and 54~~ to move slightly along the dispensing path in the

direction of arrow C, *reverse - feeding the strip* ~~reverse feeding stream of tickets~~ 50

to again bring line of weakness 56 into precise alignment

with bursting position 70.  This is an advantage of the

burster mechanism, ~~in accordance with~~ *of* the present invention

~~which is totally unavailable in any prior systems using a~~

~~cutting blade to separate tickets or the like from a stream~~

~~and represents an important feature of the present~~

~~invention.~~ *reflected slightly downward.*

~~It will be clear that if,~~ *SL* tickets 49 are always of

a predetermined, uniform length, the position of burster

wheel 68 along dispensing path 57 could be predetermined and

the mechanical self-alignment action just described could be

sufficient to maintain proper alignment.  The system

-24-

PATENT
332-2130

according to the present invention has the additional
feature, however, of accepting and dispensing tickets of
different lengths and includes an alignment mechanism for
bringing line of weakness 56 to within at least a
predetermined incremental distance of bursting position 70
regardless of the length of tickets 49. (As illustrated in
Fig. 5, a ticket sensor 76 is positioned along dispensing
path 57 at a sensing position 78 downstream from bursting
position 70 and upstream of the upper and lower exit rollers 64, and
66. Ticket sensor 76 operates as a leading edge detector to
detect the leading edge 80 of leading ticket 52 (Fig. 6)
after the previous leading ticket has been separated and
dispensed by the action of upper and lower exit rollers 64,
66 while the upper and lower feed rollers 60, 62 are held
stationary. (As shown in Fig. 6, ticket sensor 76 is a
conventional optical sensor having a U-shaped cavity 82
through which the ticket strip stream of tickets 50 passes to interrupt a
light beam supplied to a light sensor 84. In accordance
with known principles, light sensor 84 will detect the light
beam from the time when the previous leading ticket is
dispensed until the time that leading edge 80 of leading
ticket 52 enters cavity 82 to interrupt the light beam. The
distance between ticket sensor 76 and bursting position 70
is predetermined in the construction of the dispensing remote unit 14. If
this predetermined distance is, for example, 1/2 inch and
tickets 49 are identified as 2 inches long, then detection
of leading edge 80 will indicate that the strip stream of tickets 50
must be driven an additional 1½ inch to bring line of
weakness 56 to bursting position 70. The spacing of upper

-25-

PATENT
332-2130

~~and lower~~ exit rollers 64, 66 relative to ~~upper and lower~~
feed rollers 60, 62 is advantageously such that both leading
ticket 52 and next following ticket 54 will be respectively
gripped thereby regardless of the length of leading ticket
52.  The length of tickets 49 may therefore vary ~~from fan~~
~~fold to fan fold~~, but only within a predetermined range, for
example, 1-1/4 inches to 2 inches.  The length may be
entered on control panel 32 by actuation of length load
push-button 38 if tickets of different lengths are being
sold, or may be set by the central computer 12.  Of course, if
longer or shorter tickets are to be used, the relative
positions of feed rollers 60, 62, exit rollers 64, 66,
bursting position and sensing position 78 may be adjusted.
This creates the appropriate gripping of the ticket strip ~~stream of tickets~~
50 by the two pairs of rollers. Wider ~~although wider~~ spacing may
be acceptable depending on the rigidity of tickets 49.
Referring now to figures 5 and 7, In order to achieve the proper movement of stream
of tickets 50 to bring line of weakness 56 to bursting
position 70, the illustrated embodiment uses an alignment
mechanism including a code wheel 86 and code wheel sensor
88.  In accordance with known techniques, code wheel 86 is
divided into a plurality of divisions 90 each corresponding
to a ~~same~~ single predetermined incremental distance of ticket
movement along dispensing path 57.  Code wheel sensor 88
detects the rotation of code wheel 86 through each division
90 and produces a pulse in figure 5 ~~figure 5~~ response thereto.  As shown in Figure 5
~~Fig. 7,~~ And the code wheel is mounted on the same shaft 97 as the upper
~~and lower~~ feed rollers 60 ~~62 and 64~~ which move the ~~stream of~~
ticket strip 50.  Code wheel 86 will therefore measure each

-26-

PATENT
332-2130

incremental distance moved by stream of tickets 50 and
control circuit 40 counts the number of pulses to permit *(Figure 10)*
movement of ~~stream~~ *strip* of tickets 50 by the appropriate distance
to bring line of weakness 56 to bursting position 70.
*¶* Control circuit 40 also determines the direction of
movement, since stream of tickets 50 will need to be forward
fed or reverse-fed, depending on the particular unit 14 and
the length of tickets 49.  For example, if the predetermined
incremental distances is 1/4 inch and stream of tickets 50
must be moved 1½ inches in the forward direction to bring
line of weakness 56 into bursting position 70, feed rollers
60, 62 are driven forwardly until code wheel 86 produces six
pulses, moving the stream of tickets 50 forwardly for six
incremental distances to total 1½ inches.  In *actuality*, ~~a practical~~
~~embodiment~~, the incremental distance will generally be much
smaller than 1/4 inch, and the number of pulses provided will
be correspondingly much greater so as to provide sufficient
accuracy of alignment.  Code wheel 86 is controlled to
produce the proper number of pulses by control circuit 40 in
response to the previously-entered ticket length setting
stored therein.  It will be apparent that tickets of a
greater or lesser length may readily be accommodated by
producing a greater or fewer number of pulses from code
wheel 86.

Fig. 7 is a more structurally complete
illustration of the ticket drive and bursting assembly.  In
particular, it will be seen that drive motor 72 operates
through a gear train including gears 92 and 94 to drive
lower feed 62 directly and upper feed roller 60 thereby,

-27-

PATENT
332-2130

while the "kick-out" motor 74 drives lower exit rollers 66 at
directly through a gear train partially illustrated in gear
96, and upper exit roller 64 thereby. Code wheel 86 is shown
mounted on the same shaft 97 on which upper feed roller 60
is mounted to provide an accurate measurement of ticket
displacement. Although driven lower feed roller 62 may slip
while stream of tickets 50 is stationary, upper feed roller
60 is rotated only when stream of tickets 50 moves, thereby
providing an accurate output from code wheel 86. Burster
wheel 68 is shown mounted on a burster block 98 driven by a
burster motor 100 through a cable spool arrangement 102
including tensioning spring 104. When burster block 98 is
moved from the illustrated rest position towards
interception with dispensing path 57 through the action of
cable spool device 102, burster wheel 68 will come into
contact with stream of tickets 50 at the side thereof
initially and then across stream of tickets 50 to burst the
same apart. Limit switches 106, 108 provide respective
indications of the limit positions for burster block 98 to
prevent burster block 98 from crashing into the side of the
mechanism. Burster block 98 is moved from right to left to
burst one leading ticket 54, then left to right to burst the
next leading ticket 54, and so on. Limit switches 106, 108
will therefore indicate the position of burster block 98
after each bursting motion. Thus, each bursting motion of
burster block 98 from left to right or right to left
represents the separation of a single ticket 49 and so may
be used to digitally count the number of tickets sold. Each
bursting motion may be sensed through one of limit switches

-28-

PATENT
332-2130

106, 108 or by a separate sensor, and control circuit 40 is responsive thereto to increment the number of tickets sold as part of the stored sales data.  The longest contemplated ticket length which may be input on control panel 32 is selected to be less than twice the shortest contemplated ticket length.  For instance, the shortest length may be 1 1/4 inches while the longest length is 2 inches.  This is a security measure to prevent a dishonest employee from setting the stored length to twice the actual ticket length, thus dispensing two tickets for each bursting motion of burster block 98.  Of course, if the length is set only at central computer 12 or only with a special access code at control panel 32, this length limitation is unnecesary.

## IMPRINTING

In accordance with a further aspect of the present invention, vendor identification data, such as the name and address of the sales agent, is automatically printed on each ticket 49 prior to dispensing.  This assists the customer if he has any complaints by identifying where and from whom he bought the ticket, or if the particular game permits only the sales agent who sold ticket 49 to redeem it.  This is also useful in detecting fraud should dispensing unit 14 be stolen and set in operation at another location.  As illustrated in Fig. 9, an imprinter assembly 110 includes an imprinter roller 112 including an impression of the vendor identification data, a pressure roller 114 in driving contact with imprinter roller 112 on the opposite side of dispensing path 57 so as to receive stream of tickets 50 therebetween, and an inker roller 116 in rolling contact with imprinter roller 112 so as to provide an ink

-29-

PATENT
332-2130

supply thereto.  Imprinter assembly 110 is not driven by any

motor, but rather imprinter and pressure rollers 112, 114

are rotated by the motion of the strip ~~stream~~ of tickets 50

therebetween, while inker roller is rotated by the rotation

of imprinter roller 112 to bring the impression on imprinter

roller 12 into inked contact at least once with each ticket

49.  Of course, the position of the inked contact on ticket

49 will depend on the length thereof, but the diameter of

imprinter roller 112 is calculated so that the vendor

identification data will appear at least once on each ticket

49 within the predetermined range of ticket lengths.

## ACCESS MONITORING

A further security feature of unit 14 is intended

to alert the sales agent to theft of tickets normally stored

in unit 14.  As mentioned above, the tickets are normally

stored in a fan-fold stack 51 in storage area 58 of unit 14.

Storage area 58 is accessible only through a normally closed

locked door 118 (Fig. 4).  A lid switch 120 (see lower right-hand portion of Fig. 10) ~~(Fig. 10)~~ is

connected to the door 118 and to control circuit 40 so as to

detect each opening of the door ~~118~~ permitting access to the

interior storage area 58 to remove tickets therefrom and

deposit tickets therein.  Each such opening may cause an

alarm to sound and is also recorded in control circuit 40.

~~and operation~~ Operation of an access control push-button 38 on control

panel 32 will produce a print-out of the number of openings

each day on the tape 44 ~~also used to provide the reports~~

~~through slot 39.~~  The sales agent, being financially

responsible for each ticket received from the state

authority, will be aware of each time he has opened door 118

to deposit tickets.  Therefore any additional openings will

-30-

PATENT
332-2130

indicate to the sales agent that someone else has been
tampering with unit 14 and provides an additional security
check.  Such an access detecting system may also be applied
to a locked drawer or other area in which tickets may be
stored.

## CONTROL CIRCUIT

Fig. 10 is a functional block diagram of control circuit
40 in unit 14 and the various devices and systems which it
controls through software and firmware.  Briefly reviewing
the previously discussed features, modem 20 provides the
conduit for message data from central computer 12 over the
phone lines and the sales data from unit 14 stored in the
memory 122.  Proceeding counterclockwise from modem 20, the
sales data, accounting data and the like are stored in
memory 122, advantageously in the form of a random access
memory.  Lid switch 120 which detects each opening of door
118 provides its data to memory 122.  Key switch 124 detects
the three different positions of key 44 and provides a
signal to modem 20 to permit communication between modem 20
and unit 14 only in the communication mode, and signals to
exit or "kick-out" motor 74, drive motor 72 and burster
motor 100 to permit dispensing of tickets in the normal and
communication modes.  Code wheel 86 receives signals from
leading edge ticket sensor 76, which also provides a
feed-jam alarm signal an exit jam alarm signal.  Burst
position limit switches 106, 108 similarly provide a
burst-jam alarm signal should the burster assembly become
inoperative, as well as a count of tickets sold.

Customer LCD display 46 and operator LCD display
42 may be controlled through keypad 37 to blink or scroll

-31-

PATENT
332-2130

the respective messages.  Operator LCD display 42 is also
adapted to display error messages generated by control
circuit 40 in response to various alarm signals, such as
those generated by lid switch 120, ticket sensor 86, etc.
Control panel keypad 37 is operative to send signals to all
the various devices, while beeper 126 provides an alarm
indication for a variety of error conditions, including an
electrical "brown-out" sensed by brown-out sensor 128, a lid
opening sensed by lid switch 120, jam alarms from drive
motor 72, burst motor 100 and burst limit switches 106, 108,
a printer paper empty sensor 129 and in response to
operation of keypad 37.

It is contemplated that the sales agent will
redeem certain types of winning tickets and will deposit the
money from all sales into a cash register.  Such a cash
register may be electronic and connected to control circuit
40 through an RS-232 cable 130 to automatically record this
type of sales data.  An additionally, an external sign may
also be attached to control circuit 40 by RS-232 cable 130
to receive the same type of advertising messages as
displayed on customer LCD display 46.  For example, the
external sign may be mounted outside the store where unit 14
is located.

Fig. 11 is a more detailed electronic block
diagram corresponding to functional block diagram Fig. 10
and illustrates the currently contemplated best mode circuit
elements for implementing the difference devices and
operations of control circuit 40 and unit 14.
Figure 12 is a FLOW CHARTS flow chart illustrating a control program 200
for unit 14 in performing some of the above-described

-32-

PATENT
332-2130

*a* functions ~~is illustrated in Fig. 12~~.  In accordance with

known techniques, a CPU 150 (Fig. 11) within control circuit

40 executes control programs such as program 200 out of a

read-only memory (ROM) 152.  Control program 200 starts at

step 201 and thereafter in steps 202, 203 and 204,

determines whether CPU 150 has received an input from keypad

37, an input from central computer 12 or an input through

another portion of control circuit 40 from the various

devices connected thereto.  Otherwise, control proceeds to

another portion of program 200 to perform a function not

illustrated in Fig. 12.  At step 202, if an input was

received from keypad 37, program 200 proceeds to

step 205, wherein it is determined whether a ticket number

command has been received, ordering the dispensing of N

tickets.  If such a ticket number command has been received,

program 200 proceeds to step 206 wherein stream of tickets

50 is moved to bring line of weakness 56 to bursting

position 70, with a following ticket being printed during

such movement.  In step 207, leading ticket 52 is burst from

next following ticket 54 and in step 208 the dispensing of

another ticket is recorded as sales data.  In step 209, it

is determined whether N tickets have been dispensed and if

not, control returns to step 206 so that the next leading

ticket 52 may be dispensed.  If N tickets have been

dispensed in step 209, control returns to step 202.  In step

205, if a ticket number command has not been received,

program 200 proceeds to step 210 wherein it is determined

whether the length L of the tickets needs to be set.  If so,

in step 211 the new length is stored and control returns to

PATENT
332-2130

step 202.  If at step 210 it is determined that some other command has been entered from keypad 37, control proceeds to another portion of program 200 (not illustrated) where such command may be executed.

If instead of an input from keypad 37, an input from central computer 12 has been received, then program 200 proceeds from step 203 to step 212 to determine whether an accounting procedure is to be followed.  If so, program 200 proceeds to step 213, wherein sales data may be transmitted to central computer 12 and/or accounting data may be calculated, and then control returns to step 202.  Of course, accounting data may also be calculated at other times without a specific input from central computer 12.  On the other hand, if at step 212 it is determined that some-thing other than an accounting procedure is to follow, program 200 proceeds to step 214 wherein it operates in response to any message or other data received from central computer 12 to display a message and to operate under the control of central computer 12 to perform the commanded function, and thereafter control returns to step 202.

If it is determined at step 204 that an input is received from some device connected to control circuit 40, program 200 proceeds to step 215 wherein it determines whether lid switch 120 has detected the opening of door 118 to ticket storage area 58.  If so, control proceeds to step 216 wherein the alarm may be sounded and the access to ticket storage area 58 is recorded.  If at step 215 control program 200 determines that some other input has been received from devices connected to control circuit 40,

-34-

PATENT
332-2130

program 200 proceeds to step 217 wherein the appropriate
action recognizing an error, displaying an error message,
sounding an alarm or other appropriate action is taken,
whereafter control returns to step 202.

Fig. 12 illustrates only some of the functions of
unit 14 and illustrates those only in very general terms. It
will be understood by one skilled in the art that the order
of some of the steps in program 200 may be altered, with
additional steps being added to handle the additional
functions described above and to include further functions
consistent with the described operation of unit 14.

The above description has been given on a single
preferred embodiment of the system and method for
distributing lottery tickets in accordance with the present
invention, and it will be apparent to one skilled in the art
that many modifications and changes may be made without
departing from the spirit or scope of the present invention.
For instance, the burster mechanism is advantageous for all
types of tickets and the like stored in a fan-fold stream.
Also, the unit could be adapted for Lotto-type games by the
addition of a card reader and controllable printer receiving
the separated tickets, or the unit could be adapted as a
player-activated terminal, for example in an isolated area.
Therefore, the scope of the present invention should be
determined by reference to the appended claims.

-35-

PATENT
332-2130

## CLAIMS

1.    A system for distributing lottery tickets, comprising:

central data processing means:

a plurality of remote units for dispensing

lottery tickets, each said remote unit including

memory means for storing sales data indicating

at least a number of lottery tickets dispensed

by the respective remote unit; and

communication means actuable for selectively

placing said data processing means in

communication with at least one said remote

unit, said remote unit transferring said sales

data to said data processing means and said data

processing means transferring at least message

data to said remote unit through the communication

means.

2.    A system according to claim 1, wherein said
communication means includes dial-up modem means.

3.    A system according to claim 1, further comprising
actuating means at said data processing means for actuating
said communication means at selected intervals.

4.    A system according to claim 1, wherein said
communication means is actuated at least once a day.

5.    A system according to claim 1, further comprising
actuating means at each said remote unit for automatically
actuating said communication means at selected intervals.

6.    A system according to claim 1, wherein said central data
processing means transmits the same message data to all said

-36-

PATENT
332-2130

remote units.

7.  A system according to claim 6, wherein said message data transmitted to all said remote units includes advertising data.

8.  A system according to claim 1, wherein said central data processing means transmits respective message data to respective ones of said remote units.

9.  A system according to claim 8, wherein each said remote unit generates respective accounting data in response to the respective sales data stored therein.

10.  A system according to claim 9, wherein said central data processing means automatically transmits respective message data related to said respective sales data to the respective remote unit at predetermined intervals.

11.  A system according to claim 9, wherein said data processing means includes means for generating on accounting data request signal, said communication means being operable upon actuation for transmitting said accounting data request signal to said remote unit and said remote unit being responsive to said accounting data request signal for transmitting, said respective sales data to said data processing means.

12.  A system according to claim 1, wherein each said remote unit includes printing means for providing a printout in response to the received message data.

13.  A system according to claim 1, wherein each said remote unit includes message display means for presenting a display in response to the received message data.

14.  A system according to claim 13, wherein each said

PATENT
332-2130

remote unit includes a dispensing outlet at which the dispensed lottery tickets are removeable, and wherein said message display means is located adjacent said dispensing outlet.

15. A method of distributing lottery tickets, comprising the steps of:

dispensing lottery tickets at a plurality of remote rotations,

memorizing, at each said remote location, sales data indicating at least a number of lottery tickets dispensed at the respective location;

transferring said memorized sales data from at least one said remote location to a central data processing location over an electronic communication system; and

transferring message data from said central data processing location to said remote location over said system.

16. A method according to claim 15, wherein said step of transferring said memorized sales data is performed only at selected times.

17. A method according to claim 15, wherein said step of transferring message data includes transferring the same message data to all said remote units.

18. The method of claim 15, wherein said step of transferring message data includes transferring respective message data to respective ones of said remote locations.

19. A method according to claim 18, further comprising the step of calculating at said central data processing location

-38-

PATENT
332-2130

accounting data in response to the respective sales data
transferred from respective ones of said remote locations.

20. Apparatus for dispensing lottery tickets, comprising:

a box-like module having opposed front and back
surfaces;

ticket storage means within said module for
storing a plurality of lottery tickets;

control panel means mounted at said front surface
of said module and being *actuatable* for initiating
dispensing of a lottery ticket;

a dispensing outlet manually accessible at said
back surface for receiving a dispensed lottery
ticket from said ticket storage means; and

ticket dispensing means responsive to said control
panel means for dispensing a lottery ticket from
said ticket storage means to said dispensing
outlet, whereby said dispensed lottery ticket
may be manually removed from said apparatus.

21. Apparatus according to claim 20, wherein said control
panel means is actuable to generate a ticket number
specification signal indicating a selected number of
tickets, said ticket dispensing means being responsive to
said ticket number specification signal to dispense said
number of tickets.

22. Apparatus according to claim 21, wherein said ticket
number specification signal specifies one ticket.

23. Apparatus according to claim 21, wherein said ticket
number specification signal specifies a plurality of
tickets.

-39-

PATENT
332-2130

24. Apparatus according to claim 21, wherein said lottery
tickets stored within said ticket storage means are
connected, and wherein said dispensing means includes means
for separating tickets to be dispensed from the remaining
tickets.

25. Apparatus according to claim 20, wherein said tickets
stored within said ticket storage means are connected in a
fan-fold stream, said lottery tickets being separated from
each other along lines of weakness, and said separating
means separating said lottery tickets along said lines of
weakness.

26. Apparatus according to claim 25, wherein said
separating means separates said tickets by bursting said
lines of weakness.

27. Apparatus according to claim 21, wherein said module
further includes message display means mounted at said back
surface adjacent said dispensing outlet.

28. Apparatus according to claim 27, further comprising
central data processing means selectively placeable in
communication with said module for transmitting at least
message data thereto, said message display means being
responsive to said message data to display a message
indicative thereof.

29. Apparatus according to claim 28, wherein said module
includes a second message display means mounted at said
front surface adjacent said control panel means, said
central data processing means further transmitting control
message data to said module and said second message display
means being responsive to said control message data to
display a control message indicative thereof.

-40-

PATENT
332-2130

30. Apparatus for dispensing tickets, comprising:

ticket storage means for storing a plurality of tickets connected in a fan-fold stream headed by a leading ticket, said tickets being separable from each other along lines of weakness;

transport means for feeding said stream of tickets from said ticket storage means along a predetermined dispensing path;

separation means for separating said leading ticket from said stream of tickets along a leading line of weakness between said leading ticket and a next following ticket (manually accessible outlet means for receiving the separated ticket;) and

manually accessible outlet means for receiving the separated ticket.

31. Apparatus according to claim 30, wherein said separation means includes a dull edged bursting blade moveably mounted adjacent a predetermined bursting position along said path, holding means for holding said stream of tickets against substantial deflection from said path at said bursting position and bursting blade drive means for bringing said bursting blade into bursting contact with said stream of tickets at said bursting position to burst said leading ticket from said next following ticket.

32. Apparatus according to claim 31, wherein said separation means includes feed alignment means for controlling said transport means to bring said leading line of weakness to said bursting position.

33. Apparatus according to claim 32, wherein said alignment means includes sensor means for detecting a present position of said leading ticket relative to said bursting position,

PATENT
332-2130

means for determining a transport direction and a
displacement distance necessary to bring said leading line
of weakness to said bursting position and transport control
means generating a transport control signal indicative of
said transport direction and displacement distance, said
transport means being responsive to said transport control
signal for transporting said stream of tickets in said
transport direction by said displacement distance.

34. Apparatus according to claim 33, wherein said transport
control means is responsive to transportation of said stream
of tickets by a predetermined incremental distance to
generate a transport pulse, said determining means
calculates an integral number substantially equal to said
displacement distance divided by said incremental distance,
and said transport control means permits transport by said
transport means during generation of said number of said
transport pulses to bring said leading line of weakness to
said bursting position.

35. Apparatus according to claim 34, wherein said transport
means includes code wheel means for generating said
transport pulses.

36. Apparatus according to claim 33, wherein said sensor
means detects a leading edge of said leading ticket and said
alignment means includes memory means for memorizing a
length of said leading ticket.

37. Apparatus according to claim 36, wherein all said
tickets have a selected uniform length.

38. Apparatus according to claim 37, further comprising
data entry means for entering said uniform length into
storage in said memory means.

-42-

PATENT
332-2130

39. Apparatus according to claim 38, wherein said
determining means calculates said number once in response to
entry of said uniform length and stores said number in said
memory means, said determining means thereafter supplying
said stored number to said transport control means for each
ticket.

40. Apparatus according to claim 30, wherein said ticket
storage means includes a door which may be opened to
selectively place tickets in said ticket storage means and
remove tickets therefrom and access detector means for
detecting and counting each opening of said door.

41. Apparatus according to claim 30, wherein said tickets
are lottery tickets.

42. Apparatus according to claim 30, further comprising
imprinter means for printing vendor identification data on
each said ticket.

43. Apparatus according to claim 42, wherein said vendor
identification data includes a name and address of a vendor
associated with said apparatus.

44. Apparatus according to claim 42, wherein said imprinter
means is located adjacent said path upsteam of said bursting
position.

45. Apparatus according to claim 44, wherein said imprinter
means includes a stamper roller bearing an impression of
said vendor identification data and an opposed, closely
spaced pressure roller adapted to drivingly receive said
stream of tickets therebetween, and an inker roller in
rolling contact with said stamper roller, motion of said
stream of tickets by said transport means causing said
stamper, inker and pressure rollers to rotate so as to bring

-43-

PATENT
332-2130

said impression into inked contact with each said ticket at a predetermined position thereon.

46. A method of preventing unauthorized distribution of valuable items, comprising the steps of:

storing a plurality of lottery tickets in an enclosed storage area within said unit;

accessing the interior of said storage area at selected times to permit deposit and removal of tickets therein;

detecting each access to said interior of said storage area; and

memorizing each said detected access.

47. A method according to claim 46, wherein said valuable items are instant lottery tickets.

48. Apparatus for dispensing lottery tickets, comprising:

a box-like module including an interior storage area within which lottery tickets may be stored prior to dispensing;

normally closed door means openable for accessing said interior storage area to permit deposit and removal of tickets therein;

detector means for detecting each opening of said door means;

memory means for memorizing each said detected opening.

49. In a system for distributing lottery tickets from a plurality of remotely located ticket-dispensing units assigned to respective vendors, apparatus for identifying said vendors, comprising:

ticket storage means for storing a plurality of

PATENT
332-2130

said lottery tickets;

feed means for feeding said lottery tickets from said ticket storage means to a dispensing position; and

printer means located adjacent said path at a position prior to said dispensing position for printing vendor identification data on each said ticket.

add a12

PATENT
332-2130

## ABSTRACT OF THE DISCLOSURE

A system and method for distributing lottery tickets includes a large number of remote, ticket-dispensing units which are connected intermittently, e.g., once each day or week to a central computer. The units record the numbers of tickets sold and transmit the sales data to the central computer, which in turn performs all the necessary accounting functions. Sales reports and invoice data may be sent by the central computer to each unit for printing, which avoids the need to mail the reports/invoices. The tickets are stored in fan-fold form and are burst, rather than cut, apart for dispensing. The tickets are dispensed at one end of the unit which faces the customer. A control panel for the vendor is located at the opposite end. Tickets of different length may be dispensed with an imprint of the vendor's name.

As Original Filed

364-479



FIG. 1



FIG.8A

FIG.8B

As Original Filed

128070

REPORT FORMAT

**FIG. 2A**

```
    DAILY SALES RPT
    FOR 00/00/00

AGENT  #    000000
MACH   #  00000000
SALES       $0000.00
PAID         $000.00
NET         $0000.00
SE              00
```

**FIG. 2B**

```
WEEKLY SALES RPT
FOR W/E 00/00/00

AGENT  #    000000
MACH   #  00000000
SALES
PAID
NET
SE
```

**FIG. 2C**

```
WEEKLY INVOICE
FOR W/E 00/00/00

AGENT  #    000000
MACH   #  00000000

SALES       $0000.00
PAY          $000.00
COMM         $000.00
NET DUE     $0000.00
```

**FIG. 2D**

```
   CURRENT SALES
00/00/00          0000:00

AGENT   #       000000
MACH    #     00000000
FOR CURRENT DAY
SALES          $0000.00
PAID            $000.00
NET            $0000.00
SE                  00

FOR THIS REPORT
SALES          $0000.00
PAID            $000.00
NET            $0000.00
SE                  00
```

As Original Filed

128070



FIG.3

FIG.4

REAR VIEW