AS Original Filed

128070



FIG. 5

TICKET PATH
NOT TO SCALE

FIG. 6

TICKET SENSOR CLOSE-UP

As Original Filed

128070

TICKET DRIVE & BURSTER ASSEMBLY

FIG. 7



LIMIT SWITCH 106

CODE WHEEL 86

BURSTER WHEEL 68

TICKET PATH 57

DRIVE ROLLERS

BURSTER BLOCK 98

104

64

66

108

"KICK OUT" EXIT ROLLERS

"KICK OUT" MOTOR 74

DRIVE ROLLERS

62

60

96

94

92

BURSTER MOTOR 100

CABLE SPOOL 102

DRIVE MOTOR 72

As Original Filed

128070



IMPRINTER ASSEMBLY 110

PRESSURE ROLLER 114

TICKET PATH 57

INKER 116

IMPRINTER 112

FIG. 9



FIG. 10

PRINT OF DRAWING
As Original Filed

128070



FIG. 11

As Original Filed

128070



FIG. 12



**UNITED STATES DEPARTMENT OF COMMERCE**
**Patent and Trademark Office**
Address: COMMISSIONER OF PATENTS AND TRADEMARKS
Washington, D.C. 20231

| SERIAL NUMBER | FILING DATE | FIRST NAMED APPLICANT | | ATTY. DOCKET NO. |
|---|---|---|---|---|
| 07/128,070 | 12/03/87 | BURR | R | 332-2130 |

CURTIS, MORRIS & SAFFORD
530 FIFTH AVENUE
NEW YORK, NY 10036

000

DATE MAILED:  01/14/88

# NOTICE TO FILE MISSING PARTS OF APPLICATION— FILING DATE GRANTED

A filing date has been granted to this application. However, the following parts are missing.

If all missing parts are filed within the period set below, the total amount owed by applicant as a ☐ large entity, ☐ small entity (verified statement filed), is $ _110.00_

1. ☐ The statutory basic filing fee is: ☐ missing. ☐ insufficient. Applicant as a ☐ large entity, ☐ small entity, must submit $ _____ to complete the basic filing fee and MUST ALSO SUBMIT THE SURCHARGE AS INDICATED BELOW.

2. ☐ Additional claim fees of $ _____ as a ☐ large entity, ☐ small entity, including any required multiple dependent claim fee, are required. Applicant must submit the additional claim fees or cancel the additional claims for which fees are due. NO SURCHARGE IS REQUIRED FOR THIS ITEM.

3. ☒ The oath or declaration:
   ☒ is missing.
   ☐ does not cover items omitted at the time of execution.
   An oath or declaration in compliance with 37 CFR 1.63, identifying the application by the above Serial Number and Filing Date is required. A SURCHARGE MUST ALSO BE SUBMITTED AS INDICATED BELOW.

4. ☐ The oath or declaration does not identify the application to which it applies. An oath or declaration in compliance with 37 CFR 1.63 identifying the application by the above Serial Number and Filing Date is required. A SURCHARGE MUST ALSO BE SUBMITTED AS INDICATED BELOW.

5. ☐ The signature to the oath or declaration is: ☐ missing; ☐ a reproduction; ☐ by a person other than the inventor or a person qualified under 37 CFR 1.42, 1.43, or 1.47. A properly signed oath or declaration in compliance with 37 CFR 1.63, identifying the application by the above Serial Number and Filing Date is required. A SURCHARGE MUST ALSO BE SUBMITTED AS INDICATED BELOW.

6. ☐ The signature of the following joint inventor(s) is missing from the oath or declaration: _____. Applicant(s) should provide, if possible an oath or declaration signed by the omitted inventor(s), identifying this application by the above Serial Number and Filing Date. A SURCHARGE MUST ALSO BE SUBMITTED AS INDICATED BELOW.

7. ☐ The application was filed in a language other than English. Applicant must file a verified English translation of the application and a fee of $26.00 under 37 CFR 1.17(k), unless this fee has already been paid NO SURCHARGE UNDER 37 CFR 1.16(e) IS REQUIRED FOR THIS ITEM.

8. ☐ A $20.00 processing fee is required for returned checks. (37 CFR 1.21(m)).

9. ☐ Your filing receipt was mailed in error because check was returned.

10. ☐ Other:

A Serial Number and Filing Date have been assigned to this application. However, to avoid abandonment under 37 CFR 1.53(d), the missing parts and fees identified above in items 1 and 3-6 must be timely provided ALONG WITH THE PAYMENT OF A SURCHARGE OF $110.00 for large entities or $55.00 for small entities who have filed a verified statement claiming such status. The surcharge is set forth in 37 CFR 1.16(e). Applicant is given ONE MONTH FROM THE DATE OF THIS LETTER, OR TWO MONTHS FROM THE FILING DATE of this application, WHICHEVER IS LATER, within which to file all missing parts and pay any fees. Extensions of time may be obtained by filing a petition accompanied by the extension fee under the provisions of 37 CFR 1.136(a).

Direct the response to, and any questions about, this notice to the undersigned, Attention: Application Branch.

### A copy of this notice MUST be returned with response.

For: Manager, Application Branch
(703) 557-3254

FORM PTO-1533 (REV. 7-87)

| For Office Use Only | |
|---|---|
| ☐ 102 | ☐ 202 |
| ☐ 103 | ☐ 203 |
| ☐ 104 | ☐ 204 |
| ☒ 105 | ☐ 205 |



**UNITED STATES DEPARTMENT OF COMMERCE**
**Patent and Trademark Office**
Address: COMMISSIONER OF PATENTS AND TRADEMARKS
Washington, D.C. 20231

| SERIAL NUMBER | FILING DATE | FIRST NAMED APPLICANT | ATTY. DOCKET NO. |
|---|---|---|---|
| 07/128-070 | 12/03/87 | BUFF | P   302-2130 |

CURTIS, MORRIS & SAFFORD
530 FIFTH AVENUE
NEW YORK, NY 10036

000

DATE MAILED: 01/14/88

# NOTICE TO FILE MISSING PARTS OF APPLICATION—
# FILING DATE GRANTED

A filing date has been granted to this application. However, the following parts are missing.

If all missing parts are filed within the period set below, the total amount owed by applicant as a
☒ large entity, ☐ small entity (verified statement filed), is $ _____

1. ☐ The statutory basic filing fee is: ☐ missing. ☐ insufficient. Applicant as a ☐ large entity, ☐ small entity, must submit $ _____ to complete the basic filing fee and MUST ALSO SUBMIT THE SURCHARGE AS INDICATED BELOW.

2. ☐ Additional claim fees of $ _____ as a ☐ large entity, ☐ small entity, including any required multiple dependent claim fee, are required. Applicant must submit the additional claim fees or cancel the additional claims for which fees are due. NO SURCHARGE IS REQUIRED FOR THIS ITEM.

3. ☒ The oath or declaration:
   ☒ is missing.
   ☐ does not cover items omitted at the time of execution.
   An oath or declaration in compliance with 37 CFR 1.63, identifying the application by the above Serial Number and Filing Date is required. A SURCHARGE MUST ALSO BE SUBMITTED AS INDICATED BELOW.

4. ☐ The oath or declaration does not identify the application to which it applies. An oath or declaration in compliance with 37 CFR 1.63 identifying the application by the above Serial Number and Filing Date is required. A SURCHARGE MUST ALSO BE SUBMITTED AS INDICATED BELOW.

5. ☐ The signature to the oath or declaration is: ☐ missing; ☐ a reproduction; ☐ by a person other than the inventor or a person qualified under 37 CFR 1.42, 1.43, or 1.47. A properly signed oath or declaration in compliance with 37 CFR 1.63, identifying the application by the above Serial Number and Filing Date is required. A SURCHARGE MUST ALSO BE SUBMITTED AS INDICATED BELOW.

6. ☐ The signature of the following joint inventor(s) is missing from the oath or declaration: _____. Applicant(s) should provide, if possible an oath or declaration signed by the omitted inventor(s), identifying this application by the above Serial Number and Filing Date. A SURCHARGE MUST ALSO BE SUBMITTED AS INDICATED BELOW.

7. ☐ The application was filed in a language other than English. Applicant must file a verified English translation of the application and a fee of $26.00 under 37 CFR 1.17(k), unless this fee has already been paid NO SURCHARGE UNDER 37 CFR 1.16(e) IS REQUIRED FOR THIS ITEM.

8. ☐ A $20.00 processing fee is required for returned checks. (37 CFR 1.21(m)).

9. ☐ Your filing receipt was mailed in error because check was returned.

10. ☐ Other:

A Serial Number and Filing Date have been assigned to this application. However, to avoid abandonment under 37 CFR 1.53(d), the missing parts and fees identified above in items 1 and 3-6 must be timely provided ALONG WITH THE PAYMENT OF A SURCHARGE OF $110.00 for large entities or $55.00 for small entities who have filed a verified statement claiming such status. The surcharge is set forth in 37 CFR 1.16(e). Applicant is given ONE MONTH FROM THE DATE OF THIS LETTER, OR TWO MONTHS FROM THE FILING DATE of this application, WHICHEVER IS LATER, within which to file all missing parts and pay any fees. Extensions of time may be obtained by filing a petition accompanied by the extension fee under the provisions of 37 CFR 1.136(a).

Direct the response to, and any questions about, this notice to the undersigned, Attention: Application Branch.

## *A copy of this notice MUST be returned with response.*

For: Manager, Application Branch
(703) 557-3254

FORM PTO-1533 (REV. 7-87)

| For Office Use Only | |
|---|---|
| ☐ 102 | ☐ 202 |
| ☐ 103 | ☐ 203 |
| ☐ 104 | ☐ 204 |
| ☒ 105 | ☐ 205 |

COPY TO BE RETURNED WITH RESPONSE

PATENT
332-2130



# IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

In re application of:    Robert L. Burr et al.

Serial No.    07/128,070                    Examiner:

Filed    December 3, 1987                   Group No.

For:    SYSTEM AND METHOD FOR            Date: March 11, 19 88
        DISTRIBUTING LOTTERY
        TICKETS

**THE COMMISSIONER OF PATENTS AND TRADEMARKS**
*Washington, D.C. 2023t*

Sir: Transmitted herewith is an amendment in the above-identified application.

☐ No additional fee is required.

The fee has been calculated as shown below.    ☐ This is an application of a small entity under 37 CFR 1.9(f), and the amounts shown in parentheses apply.

### Claims as Amended

| (1) | (2) Claims remaining after amendment | (3) | (4) Highest number previously paid for | (5) Present extra | (6) Rate | (7) Additional fee |
|---|---|---|---|---|---|---|
| Total claims | * 49 | Minus | **49 = | X | $12(6) = | 0 |
| Independent claims. | * 7 | Minus | *** 7 = | X | $34(17) = | 0 |
| | | | Total additional fee for this amendment | | | 0 |

\* If the entry in Column 2 is less than the entry in Column 4, write "0" in Column 5. space.

\*\* If the Highest number of total claims previously paid for is less than 20, write "20" in this space.

\*\*\* If the highest number of independent claims previously paid for is less than 3, write "3" in this space.

☐ This application contains a multiple dependent claim. The required fee of $110(55) has been previously paid ☐, or is paid herewith ☐.

☒ This response is being filed within the ☒ first month. ☐ second month, ☐ third month, ☐ fourth month following the expiration of the term originally set therefor, and the fee of ☒ $56(28) , ☐ $170(85) , ☐ $390(195) , ☐ $610(305) for the requisite extension is due and ☐ paid herewith.

☒ A check in the amount of $.......320.00....... is attached.

☐ Charge $ ........................ to Deposit Account No. 03-3925.

☒ Please charge any additional fees incurred by reason of this response or credit any overpayment to Deposit Account No. 03-3925. A duplicate copy of this sheet is enclosed.

CURTIS, MORRIS & SAFFORD, P.C.
*Attorneys for Applicant(s)*

By ...........................................
   Abigail F. Cousins
   Registration No. 29,292 ..............
   Tel. 212-840-3333

060   03/25/88   128070
060   03/25/88   128070

1  105
115

110.00 CK
56.00 CK

*140-05 —123*

332-2130
PATENT

*Deputy Ass'n't Caner #3*

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

Applicants: ROBERT L. BURR et al.

Serial No.: 07/128,070

Filed : December 3, 1987

For : SYSTEM AND METHOD FOR
DISTRIBUTING LOTTERY
TICKETS

I hereby certify that this correspondence is being deposited with the United States Postal Service as first class mail in an envelope addressed to: Commissioner of Patents and Trademarks, Washington, D.C. 20231, on **March 11, 1988**

Abigail F. Cousins, Reg. No. 29,292
Name of Applicant, Assignee or Registered Representative

*Abigail F. Cousins*
Signature

March 11, 1988
Date of Signature

RECEIVED
APR 1 1988
APPLICATION BRANCH

PETITION TO THE COMMISSIONER UNDER 37 CFR
SECTION 1.48(a) FOR CORRECTION OF INVENTORSHIP
TO ADD ADDITIONAL JOINT INVENTOR AND FOR
EXTENSION OF TIME FOR RESPONSE TO NOTICE TO
FILE MISSING PARTS OF APPLICATION

Hon. Commissioner of Patents and Trademarks
Washington, D.C.  20231

Sir:

        The above-identified application was filed on

December 3, 1987 without a Declaration and naming three

joint inventors on the title page of the specification,

specifically Robert L. Burr, Laird A. Campbell and Donald

Keagle.  On January 14, 1988, a Notice to File Missing Parts

of Application-Filing Date Granted was mailed, requiring

that an Oath or Declaration in compliance with 37 CFR

Section 1.63 be filed.  It has now been discovered that the

correct inventive entity was not named in the

above-identified application as originally filed, and that

in fact an additional fourth joint inventor, Alfred L.

Fulton, was omitted without any deceptive intention on the

part of the actual inventors and should now be named.  This

Petition is being filed both to amend diligently the

060  03/25/88  128070          1 123      140.00 CK

-1-

332-2130
PATENT

above-identified application to name the actual inventors and to satisfy the requirements stated in the Notice.

This Petition is accompanied by the necessary supporting papers. Since the first named joint inventor, Robert L. Burr, is located in California and the second, third and omitted fourth joint inventors, Laird A. Campbell, Donald H. Keagle and Alfred L. Fulton, are located in Alabama, duplicate documents have been executed where necessary. Therefore, this Petition is accompanied by an Amendment to Correct Inventorship, two copies of a first Verified Statement of Facts executed respectively by Robert L. Burr and by Laird A. Campbell and Donald H. Keagle, the original three named inventors, and a second Verified Statement of Facts executed by the omitted fourth inventor Alfred L. Fulton, each Verified Statement of Facts establishing when the error without deceptive intent was discovered and how it occurred. Also submitted herewith are two Declarations naming all four actual inventors as required by Section 1.63, the first Declaration having been executed by Robert L. Burr and the second Declaration having been executed by Laird A. Campbell, Donald H. Keagle and Alfred L. Fulton, two Assignments from different ones of the joint inventors to two different assignees, and the written consents of the two assignees. This Petition is being filed in the first month following the expiration of the term for filing the Declaration. The Commissioner is further petitioned for a one-month extension of time. Enclosed herewith is a check in the amount of $320.00, including the fee under Section 1.17(h) of $140.00 for filing a Petition under Section 1.48 for Correction of Inventorship, the Surcharge of $110.00 under Section 1.16(e) for late filing

of the two Declarations as required by the Notice, the fee
of $14.00 under Section 1.21(h)(1) for recording the two
Assignments, and the fee of $56.00 under Section 1.17(a) for
a one-month extension of time.

      As stated in the accompanying Verified Statements
of Facts, the invention disclosed and claimed in this
application was invented jointly by Robert L. Burr, Laird A.
Campbell, Donald H. Keagle and Alfred L. Fulton.

      This invention was originally conceived in part by
Robert L. Burr and was further conceived and developed by
Laird A. Campbell, Donald H. Keagle and Alfred L. Fulton,
employees of the second assignee SCI Technology, Inc., for a
product to be commercially sold by SCI Technology, Inc.  In
such a concentrated effort to develop a product, such as the
product within which the invention disclosed and claimed in
the above-identified application is incorporated, it is not
unusual that the memories of the individuals involved often
are not able to recall precisely whether a particular
invention or aspect thereof was conceived and reduced to
practice by a particular individual or individuals.  In
particular, even though employees of the same company may be
working together on a project, each employee may not
necessarily comprehend the nature or extent of the
contributions of all other employees working on the project.

      Nevertheless, at the time the present application
was being prepared and filed, in the second half of November
and early December of 1987, it was earnestly believed that
the proper inventorship for the invention disclosed in the
claim therein had been determined accurately.  Thus, at the
time of filing the above-identified application, Robert L.
Burr firmly believed that the invention described and

332-2130
PATENT

claimed therein had been developed jointly by him and

certain employees of SCI, Inc., and relied on the

identification of joint inventorship supplied by SCI

Technology, Inc., and Laird A. Campbell and Donald H. Keagle

each firmly believed that the invention described and

claimed therein had been developed jointly by them together

with Robert L. Burr.  Furthermore, Alfred L. Fulton was not

aware, at the time of the filing of the above-identified

application, of his entitlement to be named as joint

inventor on the above-identified application.

However, after further consideration at SCI

Technology, Inc., including discussions held between Alfred

L. Fulton, Laird A. Campbell and Donald H. Keagle, and upon

consultation with patent attorneys for SCI Technology, Inc.,

it was discovered that, in fact, the invention disclosed and

claimed in this application was developed jointly by Robert

L. Burr, Laird A. Campbell and Donald H. Keagle together

with Alfred L. Fulton, and not jointly by just the first

three.  It was then recognized that Alfred L. Fulton had

been erroneously omitted from the title page of this

application because of inadvertence, confusion and mistake

at the time of the preparation and filing of the

above-identified application.  Once these facts were

discovered, the patent attorneys for SCI who prepared and

filed this application were immediately advised to correct

the inventorship of this application, and they promptly

prepared this Petition and the accompanying Amendment,

together with supporting documents, to correct the

inadvertent error whereby Alfred L. Fulton was omitted as a

joint inventor of this application.

-4-

332-2130
PATENT

In view of the foregoing and the accompanying Verified Statements of Facts, it is believed that this Petition has been prepared diligently to correct an inadvertent error made without deceptive intention on the part of the actual inventors.  Therefore, the Commissioner is respectfully petitioned to permit the amendment of this application to include Alfred L. Fulton as a joint inventor.

Please charge any additional fees required by the filing of this Petition or credit any overpayment to Deposit Account No. 03-3925.  A duplicate copy of this sheet is enclosed.

Respectfully submitted,

CURTIS, MORRIS & SAFFORD, P.C.
Attorneys for Applicants


By: _Abigail F. Cousins_
Abigail F. Cousins
Reg. No. 29,292

AFC:AC7:14


CURTIS, MORRIS & SAFFORD, P.C.
530 Fifth Avenue
New York, New York   10036
(212) 840-3333
February 3, 1988

332-2130
PATENT

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

Applicants:  ROBERT L. BURR et al.

Serial No.:  07/128,070

Filed    :  December 3, 1987

For      :  SYSTEM AND METHOD FOR
            DISTRIBUTING LOTTERY
            TICKETS

I hereby certify that this correspondence is being
deposited with the United States Postal Service
as first class mail in an envelope addressed to:
Commissioner of Patents and Trademarks,
Washington, D.C. 20231, on ___March 11, 1988___

Abigail F. Cousins, Reg. No. 29,292
Name of Applicant, Assignee or Registered
Representative

Abigail F. Cousins
Signature

March 11, 1988
Date of Signature

AMENDMENT TO CORRECT INVENTORSHIP

Hon. Commissioner of Patents and Trademarks
Washington, D.C.  20231

Sir:

Please amend the above-identified application by
adding Alfred L. Fulton as an inventor of the subject matter
disclosed and claimed in said application.

Remarks

This Amendment is being filed because the
above-identified application was made through error and
without any deceptive intention by less than all the actual
joint inventors.  Applicants are filing concurrently
herewith a Petition to the Commissioner under 35 C.F.R
Section 1.48(a) for Correction of Inventorship to Add
Additional Joint Inventor.  As stated therein and as stated
in the accompanying Verified Statements of Facts, the
invention disclosed and claimed in this application was
invented jointly by Robert L. Burr, Laird A. Campbell,
Donald H. Keagle and Alfred L. Fulton.  The Examiner is

-1-

332-2130
PATENT

respectfully referred to the Petition and the Verified

Statements of Facts for a description of how Alfred L.

Fulton was omitted through error without any deceptive

intention on the part of the actual inventors.

In addition, applicants respectfully note that on

January 14, 1988, a Notice to File Missing Parts of

Application-Filing Date Granted was mailed, confirming that

Serial No. 128,070 and the filing date of December 3, 1987

were granted to this application, and requiring an Oath or

Declaration in compliance with 37 CFR Section 1.63,

identifying the application by the above Serial No. and

filing date, together with a surcharge of $110.00, be filed

within one month from the date of such Notice.

In compliance with this requirement, applicants

herewith submit two executed Declarations, identifying the

above-identified application by Serial No. and filing date.

Both Declarations identify all four actual inventors, with

the first named inventor having executed the first

Declaration and the second, third and fourth actual inventor

having executed the second Declaration.  Submitted herewith

is a copy of the Notice to File Missing Parts of

Application-Filing Date Granted, together with a check for

$320.00 which includes the surcharge of $110.00, as

explained in the Petition.  The Petition further petitions

the Commissioner for a one-month extension of time for

response to the Notice to File Missing Parts of Application.

332-2130
PATENT

Please charge any additional fees required by the filing of this Amendment or credit any overpayment to Deposit Account No. 03-3925. A duplicate copy of this sheet is enclosed.

Respectfully submitted,

CURTIS, MORRIS & SAFFORD, P.C.
Attorneys for Applicants

by: _Abigail F. Cousins_____
Abigail F. Cousins
Reg. No. 29,292

CURTIS, MORRIS & SAFFORD, P.C.
530 Fifth Avenue
New York, New York  10036
(212) 840-3333
February 3, 1988

AFC:AC7:17

-3-

332-2130
PATENT

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

Applicants:    ROBERT L. BURR et al.

Serial No.:    07/128,070

Filed       :  December 3, 1987

For         :  SYSTEM AND METHOD FOR
               DISTRIBUTING LOTTERY
               TICKETS

I hereby certify that this correspondence is being
deposited with the United States Postal Service
as first class mail in an envelope addressed to:
Commissioner of Patents and Trademarks,
Washington, D. C. 20231, on ___March 11, 1988___

___Abigail F. Cousins, Reg. No. 29,292___
Name of Applicant, Assignee or Registered
Representative

___Abigail F. Cousins___
Signature

___March 11, 1988___
Date of Signature

## VERIFIED STATEMENT OF FACTS BY ORIGINALLY NAMED
## JOINT INVENTORS

Hon. Commissioner of Patents & Trademarks
Washington, D.C.  20231

Sir:

We, Robert L. Burr, Laird A. Campbell and Donald
H. Keagle state that:

1.   Robert L. Burr, Laird A. Campbell and Donald
H. Keagle are the inventors named on the title page of the
above-identified Application Serial No. 07/128,070, filed
December 3, 1987 without a Declaration for SYSTEM AND METHOD
FOR DISTRIBUTING LOTTERY TICKETS.

2.   The invention defined in the claims of said
application was invented jointly by Robert L. Burr, Laird A.
Campbell, Donald H. Keagle and Alfred L. Fulton.

3.   The invention defined in the claims of said
application was developed for and now is included in a
product commercially sold by SCI Technology, Inc., an
assignee of said application.  This product incorporates
various aspects of the present invention for which said
patent application was prepared and filed.

-1-

332-2130
PATENT

    4.    The invention described and claimed in said
Application Serial No. 07/128,070 was originally conceived
in part by Robert L. Burr and was further conceived and
developed at SCI Technology, Inc. by Laird A. Campbell,
Donald H. Keagle and Alfred L. Fulton.

    5.    At the time of the preparation of said
Application Serial No. 07/128,070, during the latter half of
November and the beginning of December, 1987 and at the time
of its filing on December 3, 1987, Robert L. Burr firmly
believed that the invention defined by the claims of this
application had been invented jointly by him with certain
employees of SCI, Technology, Inc., and relied on the
identification of joint inventorship supplied to him by SCI
Technology, Inc.  Further, at the time of the preparation
and filing of said application, Laird A. Campbell and Donald
H. Keagle each firmly believed that the invention defined by
the claims of said application were developed jointly by
them with Robert L. Burr, and did not appreciate that Alfred
L. Fulton was entitled to be named as a joint inventor.  In
view of this belief, the application was filed with a title
page naming Robert L. Burr, Laird A. Campbell and Donald
(H.) Keagle as the joint inventors of the invention
described and claimed therein.

    6.    Subsequent to the filing of the application
on December 3, 1987 without a Declaration, in late December,
1987 and January, 1988, we discovered that, in fact, the
invention defined by the claims of said application was
developed jointly by Robert L. Burr, Laird A. Campbell,
Donald H. Keagle and Alfred L. Fulton, also an employee of
SCI Technology, Inc.  The conclusion that an inadvertent
error had occurred was reached by January 20, 1988.

332-2130
PATENT

7.    Robert L. Burr, Laird A. Campbell and Donald
H. Keagle permitted the filing of said application with a
title page naming only themselves as joint inventors without
any deceptive intent.

8.    It is our firm belief, in view of the fact
that the invention described and claimed in said application
was developed in conjunction with an overall product
embodying the same and that various features and aspects of
the present invention are combined in said product and the
the product was developed by and as a result of contributions
from several individuals, that the preparation and filing of
said application without naming Alfred L. Fulton as a joint
inventor was because of inadvertence, confusion and mistake.

9.    Upon the discovery of the facts supporting
the naming of Alfred L. Fulton as a fourth joint inventor,
these facts were promptly and with diligence communicated to
Abigail F. Cousins and Curtis, Morris & Safford, P.C.,
requesting that they take the necessary action to correct
such error and to amend said application to include Alfred
L. Fulton with Robert L. Burr, Laird A. Campbell and Donald
H. Keagle as joint inventors of the invention described and
claimed in said application.

The undersigned further declare that all
statements made herein of their own knowledge are true and
that all statements on information or belief are believed to
be true; and further that these statements are made with the

-3-

332-2130
PATENT

knowledge that willful and false statements and the like so
made are punishable by fine or imprisonment, or both, under
Section 1001 of Title 18 of the United States Code and that
such willful false statements may jeapordize the validity of
the application or any patent issuing thereon.

_____
ROBERT L. BURR

Date: 2/18/88

_____
LAIRD A. CAMPBELL

Date:_____

_____
DONALD H. KEAGLE

Date:_____

AC:AC7:15

-4-

DECLA... ION FOR PATENT APPLICATION (J~   OR SOLE)
(Under 37 CFR § 1.63; with Power of Attorney)
CURTIS, MORRIS & SAFFORD, P.C. File No. 332-2130
...................

As a below named inventor, I hereby declare that:
My residence, post office address and citizenship are as stated below next to my name,
I believe I am the original, first and sole inventor (if only one name is listed below) or an original, first
and joint inventor (if plural names are listed below) of the subject matter which is claimed and for which a
patent is sought on the invention ENTITLED:
SYSTEM AND METHOD FOR DISTRIBUTING LOTTERY TICKETS
..............................................................
the specification of which
....................
□  is attached hereto.
☑  was filed on December 3, 1987 ..................... as Application Serial No. 07/128,070 ....................,
with amendment(s) through ........................................... (if applicable, give dates).
    I hereby state that I have reviewed and understand the contents of the above identified specification,
including the claims, as amended by any amendment referred to above.
    I acknowledge the duty to disclose information which is material to the examination of this application
in accordance with Title 37, Code of Federal Regulations, § 1.56 (a).
    I hereby claim foreign priority benefits under Title 35, United States Code, § 119 of any foreign appli-
cation(s) for patent or inventor's certificate listed below and have also identified below any foreign applica-
tion for patent or inventor's certificate having a filing date before that of the application on which priority
is claimed:
Prior Foreign Application(s) [list additional applications on separate page]:                    Priority Claimed:
Number:            Country:                        Filed (Day/Month/Year):     Yes      No

    I hereby claim the benefit under Title 35, United States Code, § 120 of any United States application(s)
listed below and, insofar as the subject matter of each of the claims of this application is not disclosed in
the prior United States application in the manner provided by the first paragraph of Title 35, United States
Code § 112, I acknowledge the duty to disclose material information as defined in Title 37, Code of Federal
Regulations, § 1.56(a) which occurred between the filing date of the prior application and the national or
PCT international filing date of this application:
Prior U.S. Application(s) [list additional applications on separate page]:
Application Serial No.:          Filed (Day/Month/Year):           Status (patented, pending, abandoned):

    I hereby appoint ....... Gregor N. Neff ................................., Registration No. 20,596 ,
and .. Abigail F. Cousins, Registration No. 29,292 ..................................
and CURTIS, MORRIS & SAFFORD, P.C., Registration No. 12761, or their duly appointed associate, my
attorneys, with full power of substitution and revocation, to prosecute this application, to make alterations
and amendments therein, to file continuation and divisional applications thereof, to receive the Patent, and
to transact all business in the Patent and Trademark Office and in the Courts in connection therewith, and
specify that all communications about the application are to be directed to the following correspondence
address:
      .... Gregor N. Neff .............. , Esq.       Direct all telephone calls to: (212) 840-3333
      c/o CURTIS, MORRIS & SAFFORD, P.C.                        to the attention
      530 Fifth Avenue
      New York, New York 10036              of ... Gregor N. Neff ...........................
    I hereby declare that all statements made herein of my own knowledge are true and that all statements
made on information and belief are believed to be true; and further that these statements were made with
the knowledge that willful false statements and the like so made are punishable by fine or imprisonment,
or both, under Section 1001 of Title 18 of the United States Code and that such willful false statements
may jeopardize the validity of the application or any patent issued thereon.
INVENTOR(S):
Signature: ....................................................... Date: 2/18/88
    Full name of sole or first inventor:  Robert L. Burr
    Residence:  7515 Charmant Drive, Suite 1407, San Diego, California
    Citizenship:  U.S.A.

Signature: ...................................... .................. Date: ....................
    Full name of 2nd joint inventor (if any):  Laird A. Campbell
    Residence:  Rt. 2, Box 223, Laceys Springs, Alabama
    Citizenship: U.S.A.

Signature: ...................................... Date: ....................
    Full name of 3rd joint inventor:  Donald H. Keagle
    Residence:  2018 Hensel Avenue, Huntsville, Alabama
    Citizenship:  U.S.A.
    [Similarly list additional inventors on separate page]
Post Office Address(es) of inventor(s):
[if different from residence]

Note: In order to qualify for reduced fees available to Small Entities, each inventor and any other individual
or entity having rights to the invention must also sign an appropriate separate "Verified Statement (Declara-
tion) Claiming [or Supporting a Claim by Another for] Small Entity Status" form [e.g. for Independent
Inventor, Small Business Concern, Nonprofit Organization, individual Non-Inventor].

**DECLARATION FOR PATENT APPLICATION (continued)**

CURTIS, MORRIS & SAFFORD, P.C. File No. . . . . . . . . . . . . . . . . . . . . .
                                                    332-2130

INVENTOR(S) [Additional]

Signature: . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .Date . . . . . . . . . . . . . . . . . .
    Full name of 4th joint inventor:   Alfred L. Fulton
    Residence:   9423 O'Jay Drive, Huntsville, Alabama 35803
    Citizenship:   U.S.A.

Signature: . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .Date: . . . . . . . . . . . . . . . . . . .
    Full name of 5th joint inventor:
    Residence:
    Citizenship:

Signature: . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .Date: . . . . . . . . . . . . . . . . . . .
    Full name of 6th joint inventor:
    Residence:
    Citizenship:

Signature: . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .Date: . . . . . . . . . . . . . . . . . . .
    Full name of 7th joint inventor:
    Residence:
    Citizenship:

Post Office Address(es) of inventor(s):
    [if different from residence]

**Prior Foreign Application(s)** [additional]
**Number:**          **Country:**          **Filed (Day/Month/Year):**         **Priority Claimed:**
                                                                     **Yes    No**

**Prior U.S. Application(s)** [additional]
**Application Serial No.:**       **Filed (Day/Month/Year):**       **Status (patented, pending, abandoned)**

**DECLA⎯ION FOR PATENT APPLICATION (⎯ OR SOLE)**
(Under 37 CFR § 1.63; with Power of Attorney)

**CURTIS, MORRIS & SAFFORD, P.C. File No.** . . . . . . . . . . . . 332-2130

*[MAIL ROOM MAR 16 1988 TRADE MARK postmark stamp]*

A⎯ below named inventor, I hereby declare that:
My residence, post office address and citizenship are as stated below next to my name,
I believe I am the original, first and sole inventor (if only one name is listed below) or an original, first
and joint inventor (if plural names are listed below) of the subject matter which is claimed and for which a
patent is sought on the invention ENTITLED:
   SYSTEM AND METHOD FOR DISTRIBUTING LOTTERY TICKETS
. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
the specification of which
      ☐  is attached hereto.
      ☑  was filed on December 3, 1987 . . . . . as Application Serial No. 07/128,070 . . . . . . . . . . .,
with amendment(s) through . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . (if applicable, give dates).
   I hereby state that I have reviewed and understand the contents of the above identified specification,
including the claims, as amended by any amendment referred to above.
   I acknowledge the duty to disclose information which is material to the examination of this application
in accordance with Title 37, Code of Federal Regulations, § 1.56 (a).
   I hereby claim foreign priority benefits under Title 35, United States Code, § 119 of any foreign appli-
cation(s) for patent or inventor's certificate listed below and have also identified below any foreign applica-
tion for patent or inventor's certificate having a filing date before that of the application on which priority
is claimed:

**Prior Foreign Application(s)** [list additional applications on separate page]:                    **Priority Claimed:**

| Number: | Country: | Filed (Day/Month/Year): | Yes | No |
|---------|----------|-------------------------|-----|-----|
|         |          |                         |     |     |

   I hereby claim the benefit under Title 35, United States Code, § 120 of any United States application(s)
listed below and, insofar as the subject matter of each of the claims of this application is not disclosed in
the prior United States application in the manner provided by the first paragraph of Title 35, United States
Code § 112, I acknowledge the duty to disclose material information as defined in Title 37, Code of Federal
Regulations, § 1.56(a) which occurred between the filing date of the prior application and the national or
PCT international filing date of this application:

**Prior U.S. Application(s)** [list additional applications on separate page]:

| Application Serial No.: | Filed (Day/Month/Year): | Status (patented, pending, abandoned): |
|-------------------------|-------------------------|----------------------------------------|
|                         |                         |                                        |

   I hereby appoint . . Gregor N. Neff . . . . . . . . . . . . . . . . . . . . , Registration No. 20,596 . . .,
and . Abigail F. Cousins, Registration No. 29,292 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
and CURTIS, MORRIS & SAFFORD, P.C., Registration No. 12761, or their duly appointed associate, my
attorneys, with full power of substitution and revocation, to prosecute this application, to make alterations
and amendments therein, to file continuation and divisional applications thereof, to receive the Patent, and
to transact all business in the Patent and Trademark Office and in the Courts in connection therewith, and
specify that all communications about the application are to be directed to the following correspondence
address:
   . . Gregor N. Neff . . . . . . . . . . . , Esq.              Direct all telephone calls to: (212) 840-3333
   c/o CURTIS, MORRIS & SAFFORD, P.C.                                      to the attention
   530 Fifth Avenue
   New York, New York 10036                          of . . . Gregor N. Neff . . . . . . . . . . . . . . . . .

   I hereby declare that all statements made herein of my own knowledge are true and that all statements
made on information and belief are believed to be true; and further that these statements were made with
the knowledge that willful false statements and the like so made are punishable by fine or imprisonment,
or both, under Section 1001 of Title 18 of the United States Code and that such willful false statements
may jeopardize the validity of the application or any patent issued thereon.
INVENTOR(S):
Signature: . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . Date: . . . . . . . . . . . . . . . . .
   Full name of sole or first inventor: Robert L. Burr
   Residence:  7515 Charmant Drive, Suite 1407, San Diego, California
   Citizenship: U.S.A.
Signature: . . Laird A. Campbell . . . . . . . . . . . . . . . . . Date: Feb. 10, 1988 .
   Full name of 2nd joint inventor (if any): Laird A. Campbell
   Residence: Rt. 2, Box 223, Laceys Springs, Alabama
   Citizenship: U.S.A.
Signature: . . Donald H. Keagle . . . . . . . . . . . . . . . . . Date: Feb. 19, 1988 .
   Full name of 3rd joint inventor: Donald H. Keagle
   Residence:  2018 Hensel Avenue, Huntsville, Alabama
   Citizenship: U.S.A.
   [Similarly list additional inventors on separate page]
Post Office Address(es) of inventor(s):
[if different from residence]

Note: In order to qualify for reduced fees available to Small Entities, each inventor and any other individual
or entity having rights to the invention must also sign an appropriate separate "Verified Statement (Declara-
tion) Claiming [or Supporting a Claim by Another] Small Entity Status" form [e.g. for Independent
Inventor, Small Business Concern, Nonprofit Organization, individual Non-Inventor].

## DECLARATION FOR PATENT APPLICATION (continued)

### CURTIS, MORRIS & SAFFORD, P.C. File No. . . . . . . . . . . . . . . . . . . . . . .
332-2130

INVENTOR(S) [Additional]

Signature: . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .Date *10 Feb 88*
    Full name of 4th joint inventor: Alfred L. Fulton
    Residence:   9423 O'Jay Drive, Huntsville, Alabama  35803
    Citizenship:  U.S.A.

Signature: . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .Date: . . . . . . . . . . . . . . . . . . .
    Full name of 5th joint inventor:
    Residence:
    Citizenship:

Signature: . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .Date: . . . . . . . . . . . . . . . . . . .
    Full name of 6th joint inventor:
    Residence:
    Citizenship:

Signature: . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .Date: . . . . . . . . . . . . . . . . . . .
    Full name of 7th joint inventor:
    Residence:
    Citizenship:

Post Office Address(es) of inventor(s):
    [if different from residence]

**Prior Foreign Application(s) [additional]**                   **Priority Claimed:**
**Number:**          **Country:**       **Filed (Day/Month/Year):**      **Yes   No**

**Prior U.S. Application(s) [additional]**
**Application Serial No.:**     **Filed (Day/Month/Year):**     **Status (patented, pending, abandoned)**

Page 2 (of 2)

332-2130
PATENT

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

Applicants:   ROBERT L. BURR et al.

Serial No.:   07/128,070

Filed     :   December 3, 1987

For       :   SYSTEM AND METHOD FOR
              DISTRIBUTING LOTTERY
              TICKETS

I hereby certify that this correspondence is being deposited with the United States Postal Service as first class mail in an envelope addressed to: Commissioner of Patents and Trademarks, Washington, D.C. 20231, on March 11, 1988

Abigail F. Cousins, Reg. No. 29,292
Name of Applicant, Assignee or Registered Representative

Abigail F. Cousins
Signature

March 11, 1988
Date of Signature

VERIFIED STATEMENT OF FACTS BY ORIGINALLY NAMED
JOINT INVENTORS

Hon. Commissioner of Patents & Trademarks
Washington, D.C.   20231

Sir:

        We, Robert L. Burr, Laird A. Campbell and Donald
H. Keagle state that:

        1.    Robert L. Burr, Laird A. Campbell and Donald
H. Keagle are the inventors named on the title page of the
above-identified Application Serial No. 07/128,070, filed
December 3, 1987 without a Declaration for SYSTEM AND METHOD
FOR DISTRIBUTING LOTTERY TICKETS.

        2.    The invention defined in the claims of said
application was invented jointly by Robert L. Burr, Laird A.
Campbell, Donald H. Keagle and Alfred L. Fulton.

        3.    The invention defined in the claims of said
application was developed for and now is included in a
product commercially sold by SCI Technology, Inc., an
assignee of said application.   This product incorporates
various aspects of the present invention for which said
patent application was prepared and filed.

-1-

332-2130
PATENT

4.    The invention described and claimed in said Application Serial No. 07/128,070 was originally conceived in part by Robert L. Burr and was further conceived and developed at SCI Technology, Inc. by Laird A. Campbell, Donald H. Keagle and Alfred L. Fulton.

5.    At the time of the preparation of said Application Serial No. 07/128,070, during the latter half of November and the beginning of December, 1987 and at the time of its filing on December 3, 1987, Robert L. Burr firmly believed that the invention defined by the claims of this application had been invented jointly by him with certain employees of SCI, Technology, Inc., and relied on the identification of joint inventorship supplied to him by SCI Technology, Inc.  Further, at the time of the preparation and filing of said application, Laird A. Campbell and Donald H. Keagle each firmly believed that the invention defined by the claims of said application were developed jointly by them with Robert L. Burr, and did not appreciate that Alfred L. Fulton was entitled to be named as a joint inventor.  In view of this belief, the application was filed with a title page naming Robert L. Burr, Laird A. Campbell and Donald (H.) Keagle as the joint inventors of the invention described and claimed therein.

6.    Subsequent to the filing of the application on December 3, 1987 without a Declaration, in late December, 1987 and January, 1988, we discovered that, in fact, the invention defined by the claims of said application was developed jointly by Robert L. Burr, Laird A. Campbell, Donald H. Keagle and Alfred L. Fulton, also an employee of SCI Technology, Inc.  The conclusion that an inadvertent error had occurred was reached by January 20, 1988.

-2-