PATENT
3390-2010

line 28, insert a period after "out"; change "which is a valuable commercial" to -- This capability is commercially --;

Delete line 29 and replace it with -- advantageous and helps to stabilize cash flow. Also, the information --;

line 30, insert -- can be used to -- before "efficiently".

**Page 12,**

line 1, insert a comma after "separately";

line 16, change "application to -- use --.

**Page 13,**

line 5, change "through" to -- thorough --;

line 8, change "compueter" to -- computer --; insert -- to -- after "programmed".

line 10, insert hyphens between "up", "to" and "the"

**Page 14,**

line 12, insert -- housing with a -- before "front";

line 14, after "behind" insert -- a --; delete "A";

line 15, start a new paragraph by inserting "An"; delete "corresponding,";

line 17, change "important" to -- advantageous --;

line 24, insert a comma after "28".

gn/3390.amd                    5

PATENT
3390-2010

**Page 15,**

line 5, change "32" to -- 28 --;

line 6, change "may be provided at an" to -- is --; delete "angle";

line 7, after "reasons" insert -- ; that is, --;

line 8, insert a period after "32"; change "but the" to -- The --;

line 9, after "inclination" insert -- of panel 32 --;

line 15, change "prevents" to -- minimizes the chances of --;

line 20, change "within" to -- which is located inside of the --;

line 21, change "unit 40 may be a microprocessor based" to -- circuit 40 is a microprocessor-based --;

line 22, insert a period after "14"; change "and is" to -- It will be --;

line 23, start a new paragraph with "Push-buttons";

line 24, insert a comma after "0-10".

**Page 16,**

line 1, change "to" to -- into --;

line 3, insert a hyphen between "sign" and "on";

line 4, insert a comma after "button", second occurrence;

gn/3390.amd                 6

PATENT
3390-2010

line 5 delete "entry";

line 7, start a new paragraph at "In particular,"

line 9 delete "38";

line 12 change "display" to -- number --; change "device" to -- display;

line 17 start a new paragraph at "Alternatively,";

line 18, delete "38"; after "then" insert -- the --;

line 19, delete "38";

line 20, after "five", delete the comma;

line 26 delete "when not handling tickets";

line 27, after "accurate" insert -- when the agent is not handling tickets --; start a new paragraph with "Each".

**Page 17,**

line 1, after "40" insert (Figure 10) --;

line 2, change "may also" to -- also may --;

line 3, change "therein" to -- in memory --;

line 6, after "to" insert -- the --;

line 7, change "may receive" to -- receives --;

line 8, after "from" insert -- the --;

line 11, after "and" insert -- issued --;

line 13, change "presented at front surface 38 through slot 39" to -- in the front surface 28, through a slot 39. --; start a new paragraph at "As mentioned";

gn/3390.amd                    7

PATENT
3390-2010

line 16, insert a comma after "customers";

line 18, change "a", second occurrence, to -- the --;

line 19, change "device" to -- display --; after "on" insert -- the --;

line 20, delete "and";

line 29, start a new paragraph with "Alternatively,";

line 30, change "presented" to -- issued --.

**Page 18,**

line 3, insert quotations around "off";

line 5, start a new paragraph with "In";

line 6, insert quotations around "normal";

line 9, start a new paragraph at "In"; insert quotations around "communication";

line 12, change "unit 14 and" to -- the unit 14 and the --;

line 14, insert a comma after "12" and "actuated";

line 16, insert a comma after "12";

line 19, start a new paragraph with "Advantageously,";

line 26, insert a comma after "thereof";

line 28, delete "advertising data indicative of";

line 29, change "may" to -- will --.

**Page 19,**

gn/3390.amd                         8

PATENT
3390-2010

line 2, change "for" to -- (Figure 10) --;

line 3, change "display." to -- to display the message. --;

after line 3, insert the following heading, centered -- <u>TICKET SEPARATOR OR "BURSTER"</u> --

line 6, change "stream headed by a leading ticket" to -- strip or "stream" --;

line 7, after "in" insert -- most --;

line 8, change "provided" to -- stored --;

line 11, change "could accidently could be dispensed" to -- could be dispensed accidently --;

line 13, start a new paragraph with "The"; change "completely removes" to -- essentially eliminates --

line 14, change "in place of a" to -- unintentionally. --;

line 15, change "single ticket first" to -- This is accomplished, in part --; change "a fan-fold" to -- fan-fold form, --

line 16, change "stream and secondly" to -- and --;

line 17, after "separation" insert -- or "burster";

line 19, change "addresses and removes" to -- alleviates --;

line 20, start a new paragraph with "In";

PATENT
3390-2010

line 24, change "further" to -- often --;

line 25, change "which may be fed into and positively held" to -- so that it can be driven --; after "feed" insert -- mechanism --;

line 26, change "feeding" to -- feed --;

line 29, insert a comma after "and";

line 30, insert a comma after "indeed".

**Page 20,**

line 1, change "The" to -- A -- and start a new paragraph;

line 8, change "folding" to -- fan-folding --;

line 13, start a new paragraph with "Simply";

line 15, change "stream" to -- tickets --;

line 16, insert a period after "ticket"; change "and so" to -- Therefore --;

line 17, after "device" insert -- usually --;

line 19, start a new paragraph at "The";

line 26, start a new paragraph at "A".

**Page 21,**

line 6, after "fan-fold" insert -- strip or --;

line 8, change "stack 51" to -- fan-fold stack form --;

line 9, after "transportable" insert -- , especially --;

PATENT
3390-2010

line 10, after "example," insert -- as many as --
;

line 13, start a new paragraph with "Stream";
change "Stream of tickets 50" to -- Referring now to Figure 6,
the ticket strip 50 --;

line 15, after "56", insert a comma; delete "(Fig.
6)";

line 17, insert a period after "weakness";

line 18, delete "56."; start a new paragraph with
"Stream"; change "Stream of tickets 50" to -- Returning to Figure
5, ticket strip 50 --

line 20, after "towards" insert -- the --; insert
a comma after "34";

line 23, start a new paragraph with "Leading";
before "Leading" insert -- The --;

line 26, after "70", delete "therealong"; delete
"upper and lower";

line 27, after "62" insert -- (also see Figure 7)-
-; delete "upper and lower";

line 28, delete "upper and lower";

line 29, after "transport" insert -- the --; after
"from" insert -- the --; after "to" insert -- the --.

Page 22,

line 1, insert a period after "70"; change "while
upper and lower exit" to -- Exit --;

gn/3390.amd                    11

PATENT
3390-2010

line 4, change "A" to -- As shown in Figure 7, a --; delete "(Fig. 8)";

line 5, delete "upper and lower";

line 6, change "upper and lower" to -- the --;

line 9, after "between" insert -- the --;

line 10, after "to" insert -- the --; after "70," insert -- a --;

line 13, after "Fig. 5," insert -- and in perspective in Figure 7, --;

line 15, change "important" to -- advantageous --;

line 18, start a new paragraph at "When";

line 19, delete "upper and lower";

line 20, change "are gripping" to -- grip --; after "of" insert -- the --;

line 21, change "upper and lower" to -- exit --; delete "are";

line 22, change "gripping" to grip --; after "of" insert -- the --;

line 29, delete "nevertheless".

**Page 23**

line 1, change "stream" to -- strip of --;

line 2, after "by" insert -- the --;

line 6, after "burst" insert -- the --;

PATENT
3390-2010

replace line 9 with -- at least close to the line. --;

Delete lines 10, 11, 12;

line 13, delete "certainly will not be properly dispensed";

line 14, change "effective" to -- used --;

line 16, insert a period after "70"; change "but even" to -- Even --;

line 18, change "weekness" to -- weakness --;

line 19, insert a comma after "70"; change "Furthermore, all systems will" to -- As in any such system --;

line 20, change "have" to -- there is --; after "tolerance" insert -- which tends to prevent perfect alignment --; delete "However,";

line 21, change "in" to -- In --;

line 22, delete "upper and lower";

line 23, delete "upper and lower";

line 24, change "remove" to -- correct --;

line 25, begin a new paragraph at "Specifically,".

Page 24

line 1, after "on" insert -- the --;

line 2, change "line of weakness 56" to -- the tickets --;

line 3, delete "tickets 52 and 54";

gn/3390.amd                    13

PATENT
3390-2010

line 2, change "line of weakness 56" to -- the tickets --;

line 3, delete "tickets 52 and 54";

line 4, change "from dispensing path 57, as indicated in" to -- downwardly from --;

line 5, delete "a solid line,"; after "at" insert -- the --;

line 6, delete "a", second occurrence;

line 7, change "line." to -- lines in the drawings. --;

line 8, change "slip along" to -- slip longitudinally along the --;

line 9, after V-shaped" insert -- ticket-array --; after "with" insert -- the --; begin a new paragraph at "In Fig.";

line 10, change "tickets 52 and 54 will tend to move" to -- the ticket strip 50 moves --;

replace line 11 with -- arrow B until the line of --;

line 13, after "when" insert -- the --;

line 14, after "of" insert -- the --;

line 15, change "tickets" to -- the strip 50 --;

line 16, delete "52 and 54";

line 17, change "reverse feeding stream of tickets" to -- reverse-feeding the strip --;

gn/3390.amd                    14

PATENT
3390-2010

line 20, change "in accordance with" to -- of -- ;

Delete lines 21, 22, 23 and 24.

line 25, change "It will be clear that if" to -- If --.

**Page 25**

line 6, begin a new paragraph at "As illustrated in";

line 9, change "upper and lower" to -- the --;

line 13, change "upper and lower" to -- the --; after "64" insert -- and --;

line 14, change "upper and lower" to -- the --;

line 15, begin a new paragraph at "As shown "; change "may be" to -- is --;

line 17, change stream of tickets" to -- the ticket strip --;

line 24, change "remote" to -- the dispensing --;

line 27, change "stream" to -- the strip --;

line 29, delete "upper".

**Page 26**

line 1, delete "and lower"; delete "upper and lower";

line 2, change "roller" to -- rollers --;

line 5, delete "from fan";

line 6, delete "fold to fan fold";

gn/3390.amd                    15

PATENT
3390-2010

line 10, after "by" insert -- the --;

line 14, change "stream of tickets" to -- the ticket strip --;

line 15, insert a period after "rollers"; change "Although wider" to -- Wider --;

line 17, insert before "In" -- Referring now to Figures 5 and 7, --;

line 23, change "same" to -- single --;

line 26, after "in" insert -- Figures 5 --

line 27, change Fig. 7," to -- and 7, the --; after "as" insert -- the --;

Replace line 28 with -- feed rollers 60 which move the --;

line 29, change "tickets" to -- ticket strip --;

**Page 27,**

line 2, after "40" insert -- (Figure 10) --;

line 3, change "stream" to -- strip --;

line 5, begin a new paragraph with "Control";

line 7, change "reverse fed" to -- reverse-fed, -- ;

line 14, change "a practical" to -- actuality, --;

line 16, insert a comma after "inch";

line 17, delete "embodiment";

line 20, insert a hyphen between "previously" and "entered";

gn/3390.amd                    16

PATENT
3390-2010

**Page 28,**

line 1, change "while" to -- The --; change "roller" to -- rollers --;

line 2, change "in gear" to -- at --;

line 3, after "96" insert a period"; change "and upper exit roller 64 thereby" to -- Upper exit rollers 64 are driven by rollers 66. --; begin a new paragraph at "Code";

line 9, begin a new paragraph at "Burster";

line 21, begin a new paragraph at "Burster";

line 22, change "one" to -- the --; change "54" to -- 52 --;

**Page 29,**

After line 13, insert the heading centered -- IMPRINTING --;

line 21, change "remote" to -- dispensing --;

line 22, begin a new paragraph at "As";

line 28, delete "drivingly".

**Page 30,**

line 3, change "stream" to -- the strip --;

line 4, insert a comma after "therebetween";

After line 11, insert, centered, the heading -- ACCESS MONITORING --;

line 17, change "(Fig. 10)" to -- (see lower right-hand portion of Fig. 10);

line 18, after "to" insert -- the --;

gn/3390.amd                 17

PATENT
3390-2010

line 17, change "(Fig. 10)" to -- (see lower right-hand portion of Fig. 10);

line 18, after "to" insert -- the --;

line 19, after "of" insert -- the --; delete "118";

line 22, insert a period after "40";

line 23, change "and operation" to -- Operation --;

line 25, change "also used to provide the reports" to -- issued through the slot 39 - the same tape which is used to provide various reports. --;

line 26, delete "through slot 39.";

Page 31, After line 5, insert, centered, -- CONTROL CIRCUIT --;

line 6, after "functional" insert -- block --;

line 12, change "118" to -- 122 --;

line 15, begin a new paragraph at "Lid";

line 16, change "112" to -- 122 --;

line 22, begin a new paragraph at "Code".

Page 32,

line 5, begin a new paragraph at "Control";

line 8, change "brown out sensed by brown out" to -- "brown-out" sensed by brown-out --;

line 11, change "128 to -- 129 --;

gn/3390.amd                     18

PATENT
3390-2010

After line 28, insert, centered, -- <u>FLOW CHARTS</u> --

line 29, before "A" insert -- Figure 12 is --;

**Page 33,**

line 1, delete "is illustrated in Fig. 12"

gn/3390.amd                    19

PATENT
3390-2010

IN THE CLAIMS:

Cancel claims 1-19, 22, 23, 26, 41 and 47.

Rewrite claims 24, 25, 28, 30, 34, 44, 46 and 48 as follows:



3 24. (Amended) Apparatus according to claim 21, wherein said lottery tickets stored within said ticket storage means are connected, and wherein said dispensing means includes means for <u>individually</u> separating [tickets] <u>each ticket</u> to be dispensed from the remaining tickets <u>regardless of the number of tickets being dispensed in one order.</u>

25. (Amended) Apparatus according to claim 26, wherein said lottery tickets stored within said ticket storage means are connected in a fan-fold stream, said lottery tickets being <u>delineated</u> [separated] from each other along lines of weakness, and said separating means [separating] <u>including means for bursting</u> said lottery tickets <u>apart</u> along said lines of weakness.

28. (Amended) Apparatus according to claim 21, further comprising central data processing means [selectively placeable in] <u>and means for selectively connecting said data processing means</u> [communication] with said module for transmitting at least message data thereto, said message display means being responsive to said message data to display a message indicative thereof.

gn/3390.amd                    20

PATENT
3390-2010

30.    (Amended)  Apparatus for dispensing <u>lottery</u> tickets, comprising:

ticket storage means for storing a plurality of <u>lottery</u> tickets connected in a fan-fold stream headed by a leading ticket, said tickets being separable from each other along lines of weakness;

transport means for feeding said stream of tickets from said ticket storage means along a predetermined dispensing path;

separation means for separating said leading ticket from said stream of tickets along a leading line of weakness between said leading ticket and a next following ticket [manually accessible outlet means for receiving the separated ticket] <u>by bursting said tickets apart along said leading line</u>; and

manually accessible outlet means for receiving the separated ticket.,

34.  (Amended)  <u>Apparatus for dispensing tickets, comprising:  ticket storage means for storing a plurality of tickets connected in a fan-fold stream headed by a leading ticket, said tickets being separable from each other along lines of weakness; transport means for feeding said stream of tickets from said ticket storage means along a predetermined dispensing path; separation means for separating said leading ticket from said stream of tickets along a leading line of weakness between said leading ticket and a next following ticket; and manually accessible outlet means for receiving the separated ticket,</u>

gn/3390.amd                    21

PATENT
3390-2010

wherein said separation means includes a dull-edged bursting
blade movably mounted adjacent a predetermined bursting position
along said path, holding means for holding said stream of tickets
against substantial deflection from said path at said bursting
position and bursting blade drive means for bringing said
bursting blade into bursting contact with said stream of tickets
at said bursting position to burst said leading ticket from said
next following ticket wherein said separation means includes feed
alignment means for controlling said transport means to bring
said leading line of weakness to said bursting position wherein
said alignment means includes sensor means for detecting a
present position of said leading ticket relative to said bursting
position, determining means for determining a transport direction
and a displacement distance necessary to bring said leading line
of weakness to said bursting position, and transport control
means for generating a transport control signal indicative of
said transport direction and displacement distance, said
transport means being responsive to said transport control signal
for transporting said stream of tickets in said transport
direction by said displacement distance wherein said transport
control means is responsive to transportation of said stream of
tickets by a predetermined incremental distance to generate a
transport pulse, said determining means calculates an integral
number substantially equal to said displacement distance divided
by said incremental [distrance] distance, and said transport



PATENT
3390-2010

control means permits transport by said transport means during generation of said number of said transport pulses to bring said leading line of weakness to said bursting position.

19 45. (Amended)  Apparatus according to claim 42, 16 wherein said imprinter means is located adjacent said path upstream of the position of said [bursting position] separation means.

46.  (Amended)  A method of prevent unauthorized distribution of [valuable items] lottery tickets, comprising the steps of:

storing a plurality of instant lottery tickets in an enclosed storage area within a storage [said] unit;

accessing the interior of said storage area at selected times to permit deposit and removal of tickets therein;

detecting each access to said interior of said storage area; and

memorizing and counting each said detected access.

48.  (Amended)  Apparatus for dispensing lottery tickets, comprising:

a box-like module including an interior storage area within which lottery tickets may be stored prior to dispensing;

normally closed door means openable for accessing said interior storage area to permit deposit and removal of tickets therein;

gn/3390.amd                 23

PATENT
3390-2010

detector means for detecting each opening of said door
means;

memory means for memorizing and counting each said
detected opening.

Claim 20, line 7, change "actuable" to -- actuatable --

Claim 31, line 2, change "edge" to -- edged --;

line 3, change "moveably" to -- movably --;

Claim 33, line 4, insert -- determining -- before
"means";

line 7, insert -- for -- after "means".

Add the following new claims 50-72:

50.  A ticket dispensing machine for dispensing tickets
directly to the purchaser thereof, said dispenser comprising the
combination of housing means for storing a strip of tickets to be
dispensed, said housing means having an outlet opening accessible
to the purchaser of tickets from said machine, means operable for
ordering a plurality of tickets in a single batch, means for
separating each of said tickets from said strip, dispensing means
for dispensing tickets through said outlet opening, and control
means for causing each ticket in said batch to be separated and
dispensed separately from the other tickets in said batch
regardless of the number of tickets in said batch.

51.  A machine as in Claim 50 in which said tickets are
instant-winner lottery tickets.

gn/3390.amd                          24

PATENT
3390-2010

52.  A method of separating tickets from a strip of tickets in which said tickets are delineated from one another by lines of weakness, said method comprising the steps of moving said strip to bring one of said lines to a position near a separation station, providing means for holding said strip on at least one side of said one line, and bending said strip along said one line to facilitate separation of a ticket from said strip by tearing along said one line.

53.  A method as in Claim 52 including the step of causing relative transverse motion at said separation station between a separator member and said strip so as to cause transverse deflection of said strip and burst said tickets apart along said line.

54.  A method as in Claim 53 in which said tickets on each side of said line are gripped releasably, and said relative transverse motion causes longitudinal adjustment of the position of said line and tending to locate it at said separation station.

55.  A method as in Claim 52 in which said tearing is started adjacent one edge of said strip and traverses the strip.

56.  A method as in Claim 53 in which said separator member has a relatively dull edge, and said relative transverse motion comprises moving said member across said strip with its edge contacting said strip along a line spaced transversely of the plane of longitudinal travel of said strip.

gn/3390.amd                    25

PATENT
3390-2010

57. A method as in Claim 52 in which said tickets are pre-printed lottery tickets made of relatively stiff material.

58. Apparatus for dispensing tickets from a strip of tickets delineated from one another by lines along which the material of said strip is weakened, said apparatus comprising, in combination, means for moving said strip towards a dispensing position, means for holding said strip adjacent one line along which said strip is to be separated, and bending said strip along said line to facilitate tearing of said strip along said one line.

59. Apparatus as in Claim 58 including separation means, having a separator member and drive means for creating motion of said separator member and said strip relative to one another in a direction transverse to the strip, with said member in contact with and deflecting said strip to bend said strip along said one line and burst said tickets apart along said one line.

60. Apparatus as in Claim 59 in which said means for holding said strip holds said strip releasably so that the deflecting contact of said separator member with said strip tends to pull said strip to adjust its longitudinal position in order to align said one line with said member.

61. Apparatus as in Claim 59 in which said drive means is adapted to break through said strip in one locale and then traverse the strip along said line.

gn/3390.amd                            26

PATENT
3390-2010

~~25~~ 62. Apparatus as in Claim ~~61~~ 24 in which said drive means includes means for mounting said separator member to traverse said strip, starting from a position in which said separator member is out of contact with said strip.

~~26~~ 63. Apparatus as in Claim ~~62~~ 25 in which said separator member includes a blunt-edged wheel rotatably mounted to roll along said one line.

64. Apparatus as in Claim 58 in which said tickets are lottery tickets printed on relatively stiff stock and stored in fan-fold form.

65. A dispenser for dispensing tickets from a strip of tickets printed in a strip with the individual tickets being delineated from one another by lines of weakness, moving means for moving said strip by a pre-determined distance to a position in which one of said lines is near a separation location at which adjacent tickets are separated from one another, said moving means comprising drive means for moving said strip by a pre-determined distance, and position detecting means for detecting the distance actually moved by said strip and producing an output signal to control said drive means.

~~29~~ 66. A dispenser as in Claim ~~65~~ 28 in which said detecting means includes a rotary code member drivably coupled to said strip, and means for detecting the incremental movements of said wheel and converting them into electrical signals.

PATENT
3390-2010

67.  A dispenser as in Claim 66 including an idler roller driven by the motion of said strip and drivably coupled to a shaft, said code wheel being mounted on said shaft.

68.  A dispenser as in Claim 65 including a front edge detector to detect the front edge of a ticket to be separated, memory means for storing information corresponding to the distance said strip is to be driven after its front edge is detected and before separation, and means for comparing the stored information with the output of said position detecting means, and for actuating separating means when a pre-determined comparison condition is reached.

69.  A dispenser as in Claim 68 including separator means at said separation location, means for causing said dispenser to issue a plurality of tickets, the number of which corresponds to an order for a batch of tickets and means for operating said separator means to separate each of said tickets from the others in said batch.

70.  A dispenser as in Claim 65 including separator means for pushing on said strip with a separator member in the vicinity of said one line while gripping said strip on opposite sides of said one line to tear said tickets apart along said one line.

71.  A dispenser as in Claim 65 including input means for storing corresponding information in said memory means for tickets of a different size from the first-named tickets.

PATENT
3390-2010

72.  A dispenser as in Claim 65 in which said tickets are lottery tickets printed on relatively stiff stock, and including housing means for storing said tickets in fan-fold form, said dispensing apparatus being mounted in said housing.

## REMARKS

New formal drawings are being submitted herewith, and the Examiner's approval is requested.

The corrections in the specification and claims requested by the Examiner have been attended to.  In addition, changes have been made in the specification for the purpose of clarification and correction of minor errors.

The features to which claims 30-45 and 50-70 are directed will be discussed first.  These claims are directed to a ticket dispensing means and method, and particularly to the dispensing of lottery tickets which are printed in elongated strips in which individual tickets are delineated from one another by lines of weakness.

The dispensing of such tickets presents special and difficult problems.  Enclosed are samples of nine (9) different instant lottery tickets of the type which the invention presently is being used to dispense successfully.[1]  Although these tickets

---

[1] The enclosed tickets include two each of "Jackpot Bowling" of Rhode Island; "Winner Take All" and "Aces High" from Massachusetts; "Double Play" from Ohio; "Four Chances" from New Hampshire; "Fireworks", "The Instant Game" and "Mountain Madness" from Vermont; and one sample of "Cadeau Surprise" from Quebec.

gn/3390.amd                    29

PATENT
3390-2010

were issued relatively recently, it is believed that they accurately represent the tickets which were being sold at the filing date of this patent application.

As it can be seen, the tickets are printed on card stock, and have one relatively hard, slick surface. Furthermore, the ticket strips are relatively wide (e.g. 4 inches) so that the perforated line delineating one ticket from the next one is relatively long. Furthermore, the ticket strips usually are supplied by the State Lottery Commissions in fan-fold form.

Such tickets present certain difficulties. Because the cards are so stiff and the perforated lines are so long, the tickets are relatively difficult to tear apart. Also, they are relatively difficult to feed through a dispensing mechanism because of the slick surfaces and stiffness of the card stock.

In view of the foregoing considerations, it is little wonder that the typical prior art dispensing mechanism stored pre-cut tickets rather than dispensing them from perforated strips.

In fact, in most cases in the past, the tickets are pulled out of a container by hand and the number of tickets is counted out and torn off by an attendant. This, of course, is very slow, and is undesirable in that it requires an attendant.

Such mechanisms are not desirable to state authorities because they usually supply such lottery tickets in fan-fold strips. •

gn/3390.amd                    30

PATENT
3390-2010

The Hartmann reference 4,716,799 relied on by the
Examiner attempts to dispense individual tickets from a fan-fold
strip.  However, Hartmann's device is not believed to offer a
commercially viable approach to solving the problems met
successfully by the present invention.

One drawback of the Hartmann type device is that it
cuts the tickets from the strip.  This is decidedly inferior to
bursting of the tickets from one another.  One reason is that
errors in locating the cutting line result in the destruction of
tickets.  This is highly undesirable for any kind of ticket
dispenser, but is particularly undesirable in dispensing instant
lottery tickets.  Placing sliced-up lottery tickets in the hands
of consumers can cause a great deal of trouble, in addition to
destroying many valuable tickets.

Hartmann probably was influenced to cut the tickets,
rather than bursting or tearing them apart, because of the above-
mentioned difficulties - the long tear line, the stiff stock, and
the handling problems mentioned above.  Thus, Hartmann shows that
the routine thinking in the prior art would produce a machine
which cuts the tickets instead of bursting them.  Applicants have
departed from the ordinary and routine, and have created an
unobvious dispensing device and method in which the tickets are
torn or burst apart rather than being cut.

Claim 30 and its dependent claims, and claims 52-64 and
70 are directed to this feature of the invention.

gn/3390.amd                         31