**U.S. Patent**    Jan. 1, 1991    Sheet 2 of 8    **4,982,337**

## F I G. 2A

```
DAILY  SALES  RPT
FOR  00/00/00

AGENT  #        000000
MACH  #        00000000
SALES          $0000. 00
PAID           $000 . 00
NET            $0000 . 00
SE                    00
```

## F I G. 2C

```
WEEKLY  INVOICE
FOR  W/E  00/00/00

AGENT   #      000000
MACH   #  00000000

SALES        $0000 .00
PAY          $000 .00
COMM         $000 .00
NET DUE      $0000 .00
```

## F I G. 2B

```
WEEKLY  SALES  RPT
FOR  W/E  00/00/00

AGENT  #      000000
MACH  #  00000000
SALES
PAID
NET
SE
```

## F I G. 2D

```
      CURRENT  SALES
00/00/00              0000 :00

AGENT  #          000000
MACH   #        00000000
FOR  CURRENT  DAY
SALES             $0000.00
PAID              $000.00
NET               $0000.00
SE                     00

FOR  THIS  REPORT
SALES             $0000.00
PAID              $000 .00
NET               $0000.00
SE                     00
```



F I G. 3

F I G. 4

F I G. 9



F I G. 5



F I G. 6



F I G. 7

**U.S. Patent**     Jan. 1, 1991     Sheet 6 of 8     4,982,337

F I G. 10





F I G. 11

# FIG. 12



620.00-142 B

**PART B - ISSUE FEE TRANSMITTAL**

**MAILING INSTRUCTIONS:** This form should be used for transmitting the ISSUE FEE. Blocks 2 through 6 should be completed where appropriate. All further correspondence including the Issue Fee Receipt, the Patent, advanced orders and notification of maintenance fees will be mailed to addressee entered in Block 1 unless you direct otherwise, by: (a) specifying a new correspondence address in Block 3 below; or (b) providing the PTO with a separate "FEE ADDRESS" for maintenance fee notifications with the payment of Issue Fee or thereafter. **See reverse for Certificate of Mailing.**

| 1. CORRESPONDENCE ADDRESS | 2. INVENTOR(S) ADDRESS CHANGE (Complete only if there is a change) |
|---|---|
| | INVENTOR'S NAME |
| | Street Address |
| CURTIS, MORRIS & SAFFORD | City, State and ZIP Code |
| 530 FIFTH AVENUE | CO-INVENTOR'S NAME |
| NEW YORK, NY 10036 | Street Address |
| | City, State and ZIP Code |
| | ☐ Check if additional changes are on reverse side |

MAIL ROOM 81 OCT 22 1990 PAT. & TRADEMARK OFF.

| SERIES CODE/SERIAL NO. | FILING DATE | TOTAL CLAIMS | EXAMINER AND GROUP ART UNIT | | DATE MAILED |
|---|---|---|---|---|---|
| 07/128,070 | 12/03/87 | 035 | RUGGIERO, J | 236 | 07/20/90 |

First Named Applicant    BURR, ROBERT L.

TITLE OF INVENTION    SYSTEM FOR DISTRIBUTING LOTTERY TICKETS (AS AMENDED)

| ATTY'S DOCKET NO. | CLASS-SUBCLASS | BATCH NO. | APPLN. TYPE | SMALL ENTITY | FEE DUE | DATE DUE |
|---|---|---|---|---|---|---|
| 332-2130 | 364-479.000 | H27 | UTILITY | NO | 620.00 | 10/22/90 |

| 3. Further correspondence to be mailed to the following: | 4. For printing on the patent front page, list the names of not more than 3 registered patent attorneys or agents OR alternatively, the name of a firm having as a member a registered attorney or agent. If no name is listed, no name will be printed. | 1 Gregor N. Neff, Esq. Reg. No. 20,596 2 Curtis, Morris & Safford, P.C. Reg. No. 12,761 3 |
|---|---|---|

080 AL 10/24/90 07128070

PT10083 10/26/90 07128070

DO NOT USE THIS SPACE

1 142    620.00 CK

03-3925 010 501    15.00PH

| 5. ASSIGNMENT DATA TO BE PRINTED ON THE PATENT (print or type) | 6a. The following fees are enclosed: |
|---|---|
| (1) NAME OF ASSIGNEE: | ☒ Issue Fee    ☐ Advanced Order - # of Copies |
| (2) ADDRESS: (City & State or Country) | 6b. The following fees should be charged to: (Minimum of 10) DEPOSIT ACCOUNT NUMBER 03-3925 (Enclose Part C) |
| (3) STATE OF INCORPORATION, IF ASSIGNEE IS A CORPORATION | ☐ Issue Fee    ☒ Advanced Order - # of Copies 10 ☒ Any Deficiencies in Enclosed Fees (Minimum of 10) |
| A. ☒ This application is NOT assigned. | The COMMISSIONER OF PATENTS AND TRADEMARKS is requested to apply the Issue Fee to the application identified above. |
| ☐ Assignment previously submitted to the Patent and Trademark Office. | |
| ☐ Assignment is being submitted under separate cover. Assignments should be directed to Box ASSIGNMENTS. | (Signature of party in interest of record)    (Date) Gregn Neff    10/18/90 |
| **PLEASE NOTE:** Unless an assignee is identified in Block 5, no assignee data will appear on the patent. Inclusion of assignee data is only appropriate when an assignment has been previously submitted to the PTO or is being submitted under separate cover. Completion of this form is NOT a substitute for filing an assignment. | NOTE: The Issue Fee will not be accepted from anyone other than the applicant, a registered attorney or agent of the assignee or other party in interest as shown by the records of the Patent and Trademark Office. |

TRANSMIT THIS FORM WITH FEE-CERTIFICATE OF MAILING ON REVERSE

PTOL-85B (REV 12-88)(OMB clearance is pending)

## Certificate of Mailing

I hereby certify that this correspondence is being deposited with the United States Postal Service with sufficient postage as first class mail in an envelope addressed to:

> Box ISSUE FEE
> Commissioner of Patents and Trademarks
> Washington, D.C. 20231

on _____ October 18, 1990 _____
                    (Date)

_____ Gregor N. Neff _____
(Name of person making deposit)

_____ *Gregor Neff* _____
(Signature)

_____ 18 Oct 90 _____
(Date)

Note: If this certificate of mailing is used, it can only be used to transmit the Issue Fee. This certificate cannot be used for any other accompanying papers. Each additional paper, such as an assignment or formal drawings, must have its own certificate of mailing.

This form is estimated to take 20 minutes to complete. Time will vary depending upon the needs of the individual applicant. Any comments on the amount of time you require to complete this form should be sent to the Office of Management and Organization, Patent and Trademark Office, Washington, D.C. 20231 and to the Office of Information and Regulatory Affairs, Office of Management and Budget, Washington, D.C. 20503.

ERSE PTOL-85B (REV 12-88)(OMB Clearance is pending)



PTO UTILITY GRANT
Paper Number___17

The Commissioner of Patents
and Trademarks

Has received an application for a patent
for a new and useful invention. The title
and description of the invention are en-
closed. The requirements of law have
been complied with, and it has been de-
termined that a patent on the invention
shall be granted under the law.

Therefore, this

United States Patent

Grants to the person or persons having
title to this patent the right to exclude
others from making, using or selling the
invention throughout the United States
of America for the term of seventeen
years from the date of this patent, sub-
ject to the payment of maintenance fees
as provided by law.

*The United States of America*

*Harry F. Manbeck, Jr.*
Commissioner of Patents and Trademarks

*Sandra L. Morton*
Attest

PTO-1584

#18

PATENT AND TRADEMARK OFFICE

MAR 15 95

PATENT MAINTENANCE DIVISION

RECEIVED

APR 05 1995

PETITIONS

**Attorney's Docket No.** _____

**PATENT**

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

**Patent**                                    **Application**

Patent No. 4,982,337                     Serial No. 07 / 128,070

Issue Date January 1, 1991               Filing Date December 3, 1987

**WARNING:** *Mandatory identifiers: Maintenance fee (and surcharge, if any) payment must correctly identify: (1) the patent number (or reissue patent number, if a reissue) and (2) the serial number of the actual U.S. application (or reissue application) leading to issuance of that patent. 37 CFR 1.366(c) and (d).*

---

(also complete the following additional information, if applicable)

The above-identified patent:

☐ is a reissue of original Patent No.: _____, original
issue date _____; original application serial
number 0 /_____, original filing date _____

☐ resulted from the entry into the U.S. under 35 USC 371 of international
application _____ filed on _____

---

**Box M. Fee**
**Commissioner of Patents and Trademarks**
**Washington, D.C. 20231**

PMD ①

Fee Code _____
Fee Amount $ _____

Fee Code _____
Fee Amount $ _____

## PETITION TO ACCEPT UNINTENTIONALLY DELAYED PAYMENT OF
## MAINTENANCE FEE IN EXPIRED PATENT (37 CFR 1.378(c) and (e))

1. This is a petition to accept the payment of the maintenance fee which was due on this patent as follows:

---

### CERTIFICATION 37 CFR 1.8(a) and 1.10

I hereby certify that this correspondence is, on the date shown below, being:

**MAILING**

☐ deposited with the United States Postal Service in an envelope addressed to the Commissioner of Patents and Trademarks, Washington, D.C. 20231

**37 CFR 1.8(a)**                                          **37 CFR 1.10**

☐ with sufficient postage as first class mail          ☒ as "Express Mail Post Office to Addressee"
                                                          Mailing Label No. TB397832380US

**TRANSMISSION**

☐ transmitted by facsimile to the Patent and Trademark Office.

Date: 3/14/95

Signature _____

J. Robert Chambers (R. No. 25,448)
*(type or print name of person certifying)*

140 FT 04/05/95 4982337                    2 283        480.00 CK
140 FT 04/05/95 4982337                    2 188      1,500.00 CK

## DATE FEE DUE AND GRACE PERIOD

2. The maintenance fee was due  <u>July 1, 1994</u>  .
                                            *(date)*

The six-month grace period provided in § 1.362(e) expired on  <u>January 1, 1995</u>
                                                                          *(date)*

## TIME OF FILING OF THIS PETITION

3. This petition is being filed within twenty-four months after the six-month grace period provided in § 1.362(e) as required by 37 CFR § 1.378(c).

## DELAY UNINTENTIONAL

4. The delay in paying the maintenance fee for this patent was unintentional.

**WARNING:**  *"A statement that the delay in payment of the maintenance fee was unintentional would not be appropriate unless the entire delay, up until the maintenance fee was actually paid, was unintentional." Notice of November 23, 1992 (1145 O.G. 339 to 343, at 341).*

## MAINTENANCE FEE (37 CFR 1.20(e)-(g))

5.

|  | | Small<br>Entity | Other Than<br>Small Entity |
|---|---|---|---|
| ☒ | 3½ years  (37 CFR 1.20(e)) | $  480.00 | 960.00 |
| ☐ | 7½ years  (37 CFR 1.20 (f)) | $  965.00 | 1,930.00 |
| ☐ | 11½ years  (37 CFR 1.20(g)) | $ 1,450.00 | 2,900.00 |

Fee being submitted  $ <u>480.00</u>

*(complete 2 or 3 below, if applicable)*

## SMALL ENTITY

6.                          *(complete if applicable)*

☒  Attached herewith is a verified statement establishing small entity status.

☐  A verified statement establishing small entity status for this patent was filed on

_____ .
*(date of filing verified statement)*

☐  and it is confirmed that small entity status for this patent has been checked and is still in effect.

**7.** **LOSS OF ENTITLEMENT TO SMALL ENTITY STATUS**

NOTE: *37 CFR 1.28(b) requires "Notification of any change in status resulting in loss of entitlement to small entity status must be filed in . . . patent prior to paying, or at the time of paying, the earliest of the issue fee or any maintenance fee due after the date on which status as a small entity is no longer appropriate pursuant to § 1.9 of this part." From the wording of 37 CFR 1.28(a): notification of change of status (a) must be made even if the fee is paid as "other than a small entity" and (b) no notification is required if the change is to another small entity. See also 37 CFR 1.366(f).*

*Also, communications related to maintenance fee payments, e.g., loss of small entity status, should be addressed additionally marked "Box M. Fee" 37 CFR 1.1(d).*

☐ The status of this patent has changed from that of small entity to other than that of small entity.

**8.** **SURCHARGE**

The surcharge required by 37 CFR 1.20(i)(2) of $1500.00 is also being paid as a condition of accepting payment of the maintenance fee.

TOTAL FEE BEING SUBMITTED $ 1500.00

**9.** **FEE PAYMENT (MAINTENANCE AND SURCHARGE FEES)**

☒ Enclosed is a check for the sum of $ 1980.00 .

☐ Please charge Account No. _____ the sum of $_____ . A duplicate of this payment is attached.

**10.** **AUTHORIZATION TO CHARGE ANY FEE DEFICIENCY**

☒ The Commissioner is hereby authorized to charge any maintenance or surcharge fee deficiency to Account No. 23-3000 .

**11.** **OVERPAYMENT**

As to any overpayment made please

☒ Credit to Account 23-3000 .

or

☐ Send refund check.

SIGNATURE OF ATTORNEY

J. Robert Chambers

(type or print name of attorney)

WOOD, HERRON & EVANS

2700 Carew Tower

(P.O. Address)

Cincinnati, Ohio  45202

Reg. No.  25,448

Tel. No. (513) 241-2324

## Certificate Under 37 CFR 3.73(b)

Applicant: Burr, Robert L.; Campbell, Laird A.; Keagle, David H.; Fulton, Alfred L.

Application No.: 07/128,070     Filed: December 3, 1987

For: SYSTEM FOR DISTRIBUTING LOTTERY TICKETS

International Lottery, Inc., a     Corporation
**(Name of Assignee)**     **(Type of Assignee, e.g., corporation, partnership, university, government agency, etc.)**

certifies that it is the assignee of the entire right, title and interest in the patent application identified above by virtue of either:

A. [ ] An assignment from the inventor(s) of the patent application identified above. The assignment was recorded in the Patent and Trademark Office at Reel _____, Frame_____, or for which a copy thereof is attached.

OR

B. [x] A chain of title from the inventor(s), of the patent application identified above, to the current assignee as shown below:

    1. From: Campbell et al.     To: SCI Technology, Inc.
    The document was recorded in the Patent and Trademark Office at Reel 4880, Frame 0648, or for which a copy thereof is attached.

    2. From: Burr     To: Lottery Concepts International, Inc. and Burr
    The document was recorded in the Patent and Trademark Office at Reel 4880, Frame 0646, or for which a copy thereof is attached.

    3. From: SCI Technology, Inc.     To: BLM Resources, Inc.
    The document was recorded in the Patent and Trademark Office at Reel 6334, Frame 0839, or for which a copy thereof is attached.

[X] Additional documents in the chain of title are listed on a supplemental sheet.

[ ] Copies of assignments or other documents in the chain of title are attached.

The undersigned has reviewed all the documents in the chain of title of the patent application identified above and, to the best of undersigned's knowledge and belief, title is in the assignee identified above.

The undersigned (whose title is supplied below) is empowered to sign this certificate on behalf of the assignee.

I hereby declare that all statements made herein of my own knowledge are true, and that all statements made on information and belief are believed to be true; and further, that these statements are made with the knowledge that willful false statements, and the like so made, are punishable by fine or imprisonment, or both, under Section 1001, Title 18 of the United States Code, and that such willful false statements may jeopardize the validity of the application or any patent issuing thereon.

Date: _____ 3/13/95

Name: Edmund F. Turek

Title: President

Signature: _____

*PATENT*

Attorney's Docket No. _____

Applicant or Patentee: _____ Robert L. Burr, et al. _____

Serial or Patent No.: 0 / __ 4,982,337 _____

Filed or Issued: _____ January 1, 1991 _____

For: _____ SYSTEM FOR DISTRIBUTING LOTTERY TICKETS _____

## VERIFIED STATEMENT (DECLARATION) CLAIMING SMALL ENTITY STATUS (37 CFR 1.9(f) and 1.27(c))—SMALL BUSINESS CONCERN

I hereby declare that I am

☐ the owner of the small business concern identified below:

☒ an official of the small business concern empowered to act on behalf of the concern identified below:

NAME OF CONCERN _____ International Lottery, Inc. _____

ADDRESS OF CONCERN _____ 6665 Creek Road _____

_____ Cincinnati, Ohio 45242-4117 _____

I hereby declare that the above identified small business concern qualifies as a small business concern as defined in 13 CFR 121.3-18, and reproduced in 37 CFR 1.9(d), for purposes of paying reduced fees under Section 41(a) and (b) of Title 35, United States Code, in that the number of employees of the concern, including those of its affiliates, does not exceed 500 persons. For purposes of this statement, (1) the number of employees of the business concern is the average over the previous fiscal year of the concern of the persons employed on a full-time, part-time or temporary basis during each of the pay periods of the fiscal year, and (2) concerns are affiliates of each other when either, directly or indirectly, one concern controls or has the power to control the other, or a third-party or parties controls or has the power to control both.

I hereby declare that rights under contract or law have been conveyed, to and remain with the small business concern identified above with regard to the invention, entitled

_____ SYSTEM FOR DISTRIBUTING LOTTERY TICKETS _____

by inventor(s) _____ Robert L. Burr, et al. _____

_____

described in ,

☐ the specification filed herewith.

☐ application serial no. 0 / _____ , filed _____ .

☒ patent no. __ 4,982,337 _____ , issued __ January 1, 1991 _____ .

If the rights held by the above identified small business concern are not exclusive, each individual, concern or organization having rights in the invention is listed below* and no rights to the invention are held by any person, other than the inventor, who would not qualify as an independent inventor under 37 CFR 1.9(c) if that person made the invention, or by any concern which would not qualify as a small business concern under 37 CFR 1.9(d) or a nonprofit organization under 37 CFR 1.9(e).

*NOTE: Separate verified statements are required from each named person, concern or organization having rights to the invention averring to their status as small entities. (37 CFR 1.27).

NAME _____

ADDRESS _____

_____

☐ INDIVIDUAL    ☐ SMALL BUSINESS CONCERN    ☐ NONPROFIT ORGANIZATION

NAME _____

ADDRESS _____

_____

☐ INDIVIDUAL    ☐ SMALL BUSINESS CONCERN    ☐ NONPROFIT ORGANIZATION

I acknowledge the duty to file, in this application or patent, notification of any change in status resulting in loss of entitlement to small entity status prior to paying, or at the time of paying, the earliest of the issue fee or any maintenance fee due after the date on which status as a small business entity is no longer appropriate. (37 CFR 1.28(b)).

I hereby declare that all statements made herein of my own knowledge are true and that all statements made on information and belief are believed to be true; and further that these statements were made with the knowledge that willful false statements and the like so made are punishable by fine or imprisonment, or both, under Section 1001 of Title 18 of the United States Code, and that such willful false statements may jeopardize the validity of the application, any patent issuing thereon, or any patent to which this verified statement is directed.

NAME OF PERSON SIGNING _____ Edmund F. Turek

TITLE OF PERSON OTHER THAN OWNER ____ President

ADDRESS OF PERSON SIGNING _____ 6665 Creek Road

_____ Cincinnati, Ohio  45242-4117

SIGNATURE _____ Date ____ Mar 13, 1995

B.    Chain of Title From Inventor(s) - **Supplemental Sheet**

From: Lottery Concepts International, Inc. and Burr  To: BLM Resources, Inc.
The document was recorded in the Patent and Trademark office at
Reel _5791_ , Frame _0979_ , or for which a copy thereof is attached.


From:  _BLM Resources, Inc._  To:  _International Lottery, Inc._
The document was recorded in the Patent and Trademark office at
Reel _6334_ , Frame _0835_ , or for which a copy thereof is attached.

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | |
|---|---|
| Patent No.: | 4,982,337 |
| Issued: | January 1, 1991 |
| Inventor(s): | Robert L. Burr, et al. |
| Serial No.: | 07/128,070 |
| Filed: | December 3, 1987 |
| Assignee: | International Lottery, Inc. |
| For: | SYSTEM FOR DISTRIBUTING LOTTERY TICKETS |

Cincinnati, Ohio 45202                    March 11, 1995

### ASSIGNMENT OF POWER OF ATTORNEY

The undersigned, being the assignee of the above-identified U.S.

Patent, hereby revokes all previous Powers of Attorney and grants its power of

attorney to Wood, Herron & Evans, a firm composed of Richard H. Evans (R.

No. 19,755), John D. Poffenberger (R. No. 20,245), Bruce Tittel (R. No.

22,324), Donald F. Frei (R. No. 21,190), David J. Josephic (R. No. 22,849), A.

Ralph Navaro, Jr. (R. No. 23,050), David S. Stallard (R. No. 25,930), J. Robert

Chambers (R. No. 25,448), Gregory J. Lunn (R. No. 29,945), Kurt L. Grossman

(R. No. 29,799), Clement H. Luken, Jr. (R. No. 32,742), Thomas J. Burger (R.

No. 32,662), Gregory F. Ahrens (R. No. 32,957), Joseph R. Jordan (R. No.

25,686), Wayne L. Jacobs (R. No. 35,553), Kurt A. Summe (R. No. 36,023),

Keith R. Haupt (R. No. 37,638), Kevin G. Rooney (R. No. 36,330), C. Richard

Eby (R. No. 25,854), Thomas W. Humphrey (R. No. 34,353), David E.

Pritchard (R. No. 38,273), Theodore R. Remaklus (R. No. 38,754), J. Dwight

Poffenberger, Jr. (R. No. 35,324) and, of counsel Herbert C. Brinkman (R. No.

16,955), 2700 Carew Tower, Cincinnati, Ohio 45202 (Telephone 513-241-2324),

my attorneys, and/or agents with full power of substitution and revocation, to

transact all business in the U.S. Patent and Trademark Office connected therewith.

All communications are to be sent to J. Robert Chambers, Esq., Wood, Herron & Evans at the address set forth above.

Edmund F. Turek, President
International Lottery, Inc.
6665 Creek Road
Cincinnati, Ohio  45242-4117

By _Edmund F. Turek_
      Signature

_President_
      Title

Date: _Mar 13, 1995_      _EDMUND F. TUREK_
                                   Printed Name

2



UNITED STATES DEPARTMENT OF COMMERCE
Patent and Trademark Office
ASSISTANT SECRETARY AND COMMISSIONER OF
PATENTS AND TRADEMARKS
Washington, D.C. 20231                    JLB/KDB.05

Curtis, Morris & Safford
530 Fifth Avenue
New York, NY   10036

**COPY MAILED**

'JUN 0 2 1995

OFFICE OF PETITIONS
A/C DATENTS

In re Patent No. 4,982,337          :
Issue Date: January 1, 1991         :
Serial No. 07/128,070               :     ON PETITION
Filed: December 3, 1987             :
Attorney Docket No.  332-2130       :


This is a decision on the petition, filed March 15, 1995, under
37 CFR 1.378(c), to accept the unintentionally delayed payment of
a maintenance fee for the above-identified patent.

The petition is granted.

Accordingly, the maintenance fee in this case is hereby accepted
and the above-identified patent is hereby reinstated as of the
mail date of this decision.

This decision and the instant petition will be forwarded to
Maintenance Fee Division for further processing.


JoAnne Burke
Legal Instruments Examiner
Office of Petitions
Office of the Deputy Assistant Commissioner
  for Patent Policy and Projects

Karen D. Babington
Petitions Examiner



DSD.

# CHANGE OF CORRESPONDENCE ADDRESS

## FOR PATENTS

Patent No.          :    4982337

Issue Date          :    01/01/91

Application No.: 07/128070

Filing Date         :    12/03/87

First Named
   Inventor         :    BURR RL

Case Number         :    3390-2010


Assistant Commissioner for Patents
Washington, D.C.  20231

Dear Sir:

      Please change the Correspondence Address for this

application to:

              Gregor N. Neff, Esq.
              Whitman Breed Abbott & Morgan
              200 Park Avenue
              New York, New York 10166

Tele No.:  (212) 351-3000
Fax No. :

I am the attorney of record.

Typed or Printed
Name         Gregor N. Neff    , Reg. No. 20,596

Signature       _Gregor Neff_____

Date         19/1/98_____

FORM PTO-875
REV 1-88

U.S. DEPARTMENT OF COMMERCE
PATENT AND TRADEMARK OFFICE

**PATENT APPLICATION FEE DETERMINATION RECORD**

SERIAL NO. *128070*

FILING DATE *12-3-87*

APPLICANT (FIRST NAMED) *Burr et al*

## CLAIMS AS FILED - PART I

| FOR | NO. FILED | NO. EXTRA | SMALL ENTITY RATE | FEE | OR | OTHER THAN A SMALL ENTITY RATE | FEE |
|---|---|---|---|---|---|---|---|
| BASIC FEE | | | | $170 | OR | | $340 |
| TOTAL CLAIMS | *49* - 20 - | | x6 = | $ | OR | x12 = | $ *348* |
| INDEP CLAIMS | *7* - 3 - | *29* *4* | x17 = | $ | OR | x36 = | $ *136* |
| MULTIPLE DEPENDENT CLAIM PRESENT | | | x66 = | $ | OR | x116 = | $ |
| | | | TOTAL | $ | OR | TOTAL | $ *824* |

* If the difference in col. 1 is less than zero, enter "0" in col. 2

## CLAIMS AS AMENDED - PART II

| | (1) CLAIMS REMAINING AFTER AMENDMENT | (2) HIGHEST NO. PREVIOUSLY PAID FOR | (3) PRESENT EXTRA | SMALL ENTITY RATE | ADDIT FEE | OR | OTHER THAN A SMALL ENTITY RATE | ADDIT FEE |
|---|---|---|---|---|---|---|---|---|
| **AMENDMENT A** TOTAL | *47* | MINUS ** *49* | - | 5 | $ | OR | 10 | $ |
| INDEP | *10* | MINUS *** *7* | *3* | 15 | $ | | 30 | $ |
| FIRST PRESENTATION OF MULTIPLE DEP CLAIM | | | | 50 | $ | | 100 | $ |
| | | | | TOTAL ADDIT. FEE | $ | OR | TOTAL | $ |

| | CLAIMS REMAINING AFTER AMENDMENT | HIGHEST NO. PREVIOUSLY PAID FOR | PRESENT EXTRA | RATE | ADDIT FEE | OR | RATE | ADDIT FEE |
|---|---|---|---|---|---|---|---|---|
| **AMENDMENT B** TOTAL | | MINUS ** | | 5 | $ | OR | 10 | $ |
| INDEP | | MINUS *** | | 15 | $ | | 30 | $ |
| FIRST PRESENTATION OF MULTIPLE DEP CLAIM | | | | 50 | $ | | 100 | $ |
| | | | | TOTAL ADDIT. FEE | $ | OR | TOTAL | $ |

| | CLAIMS REMAINING AFTER AMENDMENT | HIGHEST NO. PREVIOUSLY PAID FOR | PRESENT EXTRA | RATE | ADDIT FEE | OR | RATE | ADDIT FEE |
|---|---|---|---|---|---|---|---|---|
| **AMENDMENT C** TOTAL | | MINUS ** | | 5 | $ | OR | 10 | $ |
| INDEP | | MINUS *** | | 15 | $ | | 30 | $ |
| FIRST PRESENTATION OF MULTIPLE DEP CLAIM | | | | 50 | $ | | 100 | $ |
| | | | | TOTAL ADDIT. FEE | $ | OR | TOTAL | $ |

* If the entry in Col. 1 is less than the entry in Col. 2, write "0" in Col. 3.
** If the "Highest No. Previously Paid For" IN THIS SPACE is less than 20, enter "20".
*** If the "Highest No. Previously Paid For" IN THIS SPACE is less than 3, enter "3".

The "Highest No. Previously Paid For" (Total or Indep.) is the highest number found in the appropriate box in Col. 1

PTO-1130
(REV. 8-87)

# PALM III APPLICATION FILE DATA CODING SHEET

## U.S. DEPARTMENT OF COMMERCE-PATENT & TM OFFICE

PREPARED BY _(signature)_    DATE 6-21-_

FORMAT NO. 2    Serial No.    TYPE APPL.    7 1 2 0 3 8 7

07 128070

**FILING DATE** — Month 3 / Day 1 / Year 2 / 3 0

**ATTORNEY DOCKET NUMBER** (12 spaces) 3 1 2 1

**SPECIAL HANDLING**

**GROUP ART UNIT** 2 1 2 1

**CLASS**

FORMAT NO. 3    RECORD    3 3 2 — 2 / 3 0

FORMAT NO. 4 Applicant's Name & Address
☑ APPL. PAPERS  ☐ CODING SHEET

**SHEETS OF DRAWINGS** 9

**TOTAL CLAIMS** M / 4 9

FORMAT NO. 5 Title of Invention
☑ APPL. PAPERS  ☐ CODING SHEET

**ASGT?** M

**INDEPENDENT CLAIMS** 7 0

**SMALL ENTITY?** M

FORMAT NO. 6&7 Correspondence Address
☑ APPL. PAPERS  ☐ CODING SHEET

**FILING FEE RECEIVED** 9 3 2

**SECURITY, FOREIGN CASE? LICENSE?** M

☐ Appl.'s Reg. Nos.
☑ APPL. PAPERS  ☐ CODING SHEET

**STATUS CODE**

**PARENT APPLICATION SERIAL NUMBER**

**PARENT FILING DATE** — Month / Day / Year

**PARENT PATENT NUMBER**

☐ MORE ON SUPPLEMENTAL CODING SHEET

FORMAT NO. 8

| | | RECORD | 8 0 1 | | 0 |
| | | RECORD | 8 0 2 | | 0 |
| | | RECORD | 8 0 3 | | 0 |
| | | RECORD | 8 0 4 | | 0 |
| | | RECORD | 8 0 5 | | 0 |
| | | RECORD | 8 0 6 | | 0 |
| | | RECORD | 8 0 7 | | 0 |
| | | RECORD | 8 0 8 | | 0 |
| | | RECORD | 8 0 9 | | 0 |
| | | RECORD | 8 1 0 | | 0 |

**CONTINUITY CODE**

**COUNTRY CODE**

☐ MORE ON SUPPLEMENTAL CODING SHEET

FORMAT NO. 9

| RECORD | 9 0 1 |
| RECORD | 9 0 2 |
| RECORD | 9 0 3 |
| RECORD | 9 0 4 |
| RECORD | 9 0 5 |
| RECORD | 9 0 6 |
| RECORD | 9 0 7 |
| RECORD | 9 0 8 |
| RECORD | 9 0 9 |
| RECORD | 9 1 0 |

**PCT/FOREIGN APPLICATION SERIAL NUMBER**

**FILING DATE** — Month / Day / Year

FOREIGN PRIORITY 1½eE?
☐ YES  ☒ NO

☐ APPLICATION PAPERS

☐ MORE ON SUPPLEMENTAL CODING SHEET

## SEARCHED

| Class | Sub. | Date | Exmr. |
|---|---|---|---|
| 364 | 479 | 1-18-88 | JJC |
|  | 412 |  |  |
|  | 200 |  |  |
|  | 900 |  |  |
| 902 | 23 |  |  |
| 273 | 138,R |  |  |
|  | 138,A |  |  |
|  | 139 |  |  |
|  | 269 |  |  |
| 83 | 205, 209, 165, 176, 242, 243, 465, 76 |  |  |
| above site | | 7-18-89 | JJC |
| 902 | 1, 13, 22, 31 |  |  |
| 235 | 379, 381 |  |  |
| 377 | 5, 15 |  |  |
| 226 | 44 |  |  |
| 221 | 1, 4, 7, 8, 9, 26, 32 |  |  |
| 225 | 4, 5, 21, 32, 93, 100, 101, 13, 16 |  |  |
| 83 | 42 |  |  |
| above site | | 2-26-70 | JC |
| above site | | 7-19-90 | JJC |

## INTERFERENCE SEARCHED

| Class | Sub. | Date | Exmr. |
|---|---|---|---|
| 364 | 412, 479 200, 900 | 7-19-90 | JC |
| 273 | 138, 139, 269 |  |  |
| 83 | 42, 165, 176 205-243 |  |  |
| 235 | 379, 381 |  |  |
| 377 | 5, 15 |  |  |
| 226 | 44 |  |  |
| 221 | 1-32 |  |  |
| 225 | 4-32, 93, 100, 101 |  |  |

## SEARCH NOTES

| | Date | Exmr. |
|---|---|---|
| APS | 1-18-88 | JJC |
| L1 -S COTTER 2 (SP) DISPENS ? |  |  |
| L2 -S TICKET (SP) DISPENS ? |  |  |
| L3 -S MODEM |  |  |
| L4 -S L2 AND L3 |  |  |
| L5 S L2 AND REMOTE |  |  |
| L6 S L2 AND BURST ? |  |  |
| L1 -S 364 + 716, 5/CCLS |  |  |
| L3 S TICKET |  |  |
| L4 S L1 AND L3 |  |  |
| L5 S 364 + 227.1/CCLS |  |  |
| L6 S TICKET |  |  |
| L7 S L5 AND L6 |  |  |
| Consulted Examiner Bertschers Class 221, 225 | 7-17-87 | JJC |

Staple Issue Slip Here

# INDEX OF CLAIMS

| Claim Final | Original | Date | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | 1 | ✓ | | | | | | | |
| | 2 | ✓ | | | | | | | |
| | 3 | ✓ | | | | | | | |
| | 4 | ✓ | | | | | | | |
| | 5 | ✓ | | | | | | | |
| | 6 | ✓ | | | | | | | |
| | 7 | ✓ | | | | | | | |
| | 8 | ✓ | | | | | | | |
| | 9 | ✓ | | | | | | | |
| | 10 | ✓ | | | | | | | |
| | 11 | ✓ | | | | | | | |
| | 12 | ✓ | | | | | | | |
| | 13 | ✓ | | | | | | | |
| | 14 | ✓ | | | | | | | |
| | 15 | ✓ | | | | | | | |
| | 16 | ✓ | | | | | | | |
| | 17 | ✓ | | | | | | | |
| | 18 | ✓ | | | | | | | |
| | 19 | ✓ | | | | | | | |
| 1 | 20 | ✓ | = | = | = | | | | |
| 2 | 21 | ✓ | = | = | = | | | | |
| | 22 | ✓ | | | | | | | |
| | 23 | ✓ | | | | | | | |
| 3 | 24 | ✓ | = | = | = | | | | |
| 4 | 25 | ✓ | = | = | = | | | | |
| | 26 | ✓ | | | | | | | |
| 5 | 27 | ✓ | = | = | = | | | | |
| 6 | 28 | ✓ | = | = | = | | | | |
| 7 | 29 | ✓ | = | = | = | | | | |
| 8 | 30 | ✓ | ✓ | = | = | | | | |
| | 31 | ✓ | ✓ | | | | | | |
| | 32 | ✓ | ✓ | | | | | | |
| | 33 | ✓ | O | | | | | | |
| 9 | 34 | ✓ | = | = | = | | | | |
| 10 | 35 | ✓ | = | = | = | | | | |
| 11 | 36 | ✓ | O | = | = | | | | |
| 12 | 37 | ✓ | O | = | = | | | | |
| 13 | 38 | ✓ | O | = | = | | | | |
| 14 | 39 | ✓ | O | = | = | | | | |
| 15 | 40 | ✓ | ✓ | = | = | | | | |
| | 41 | ✓ | | | | | | | |
| 16 | 42 | ✓ | = | = | = | | | | |
| 17 | 43 | ✓ | ✓ | = | = | | | | |
| 18 | 44 | ✓ | ✓ | = | = | | | | |
| 19 | 45 | ✓ | ✓ | = | = | | | | |
| | 46 | ✓ | ✓ | | | | | | |
| | 47 | ✓ | ✓ | | | | | | |
| | 48 | ✓ | ✓ | | | | | | |
| | 49 | ✓ | ✓ | | | | | | |
| 20 | 50 | ✓ | ✓ | = | = | | | | |

| Claim Final | Original | Date | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 21 | 51 | ✓ | = | = | | | | | |
| | 52 | N | | | | | | | |
| | 53 | N | | | | | | | |
| | 54 | N | | | | | | | |
| | 55 | N | | | | | | | |
| | 56 | N | | | | | | | |
| | 57 | N | | | | | | | |
| 22 | 58 | ✓ | = | = | | | | | |
| | 59 | ✓ | = | = | | | | | |
| 23 | 60 | ✓ | = | = | | | | | |
| 24 | 61 | ✓ | = | = | | | | | |
| 25 | 62 | ✓ | = | = | | | | | |
| 26 | 63 | ✓ | = | = | | | | | |
| 27 | 64 | ✓ | = | = | | | | | |
| 28 | 65 | ✓ | = | = | | | | | |
| 29 | 66 | ✓ | = | = | | | | | |
| 30 | 67 | O | = | = | | | | | |
| 31 | 68 | ✓ | = | = | | | | | |
| 32 | 69 | O | = | = | | | | | |
| 33 | 70 | ✓ | = | = | | | | | |
| 34 | 71 | ✓ | = | = | | | | | |
| 35 | 72 | ✓ | = | = | | | | | |
| | 73 | | | | | | | | |
| | 74 | | | | | | | | |
| | 75 | | | | | | | | |
| | 76 | | | | | | | | |
| | 77 | | | | | | | | |
| | 78 | | | | | | | | |
| | 79 | | | | | | | | |
| | 80 | | | | | | | | |
| | 81 | | | | | | | | |
| | 82 | | | | | | | | |
| | 83 | | | | | | | | |
| | 84 | | | | | | | | |
| | 85 | | | | | | | | |
| | 86 | | | | | | | | |
| | 87 | | | | | | | | |
| | 88 | | | | | | | | |
| | 89 | | | | | | | | |
| | 90 | | | | | | | | |
| | 91 | | | | | | | | |
| | 92 | | | | | | | | |
| | 93 | | | | | | | | |
| | 94 | | | | | | | | |
| | 95 | | | | | | | | |
| | 96 | | | | | | | | |
| | 97 | | | | | | | | |
| | 98 | | | | | | | | |
| | 99 | | | | | | | | |
| | 100 | | | | | | | | |

APPROVED FOR LICENSE ☐

INITIALS _____

CONTENTS

Received
or
Mailed

plication _____ ✓ _____ papers.

| | |
|---|---|
| ...ture Decl. | 1-14-88 |
| ...tition Under 37CFR 1.48(a) | Mar 16, 1988 |
| ...usion On Petition Under 37CFR 1.48(a) | May 31, 1988 |
| ...first rejment | 11-15-88 |
| ...ej. 3 mos. mld | 2-3-89 |
| ...time | 5/19/89 |
| ...md 1st A (no Attch) | 5-/19/89 |
| ...Rej. (3mos) | JUL 25 1989 7/20 |
| ...time 3mo | 1-25-90 c/m 1-25 |
| ...mdt B | 1-25-90 |
| ...Rej. (3mos.) | MAR 01 1990 /57 |
| ...e 3mo | 6-29-90 c/m 6-26 |
| ...dt C n/c | 6-29-90 |
| ...mon Act | 6-29-90 |
| Notice of Allowability | 18 JUL 1990 /19 |
| PTO GRANT JAN 01 1991 | |
| Petition R. 378(C) | 3-15-95 |
| Petition Granted | 6-2-95 |