# EXHIBIT G

# This document has been redacted in its entirety