# EXHIBIT H

# This document has been redacted in its entirety