# EXHIBIT I

# This document has been redacted in its entirety