# EXHIBIT J

# This document has been redacted in its entirety