# EXHIBIT K



# WEBSTER'S



R'S

# Ninth New Collegiate Dictionary

*a Merriam-Webster®*

MERRIAM-WEBSTER INC., *Publishers*
Springfield, Massachusetts, U.S.A.



**A GENUINE MERRIAM-WEBSTER**

The name *Webster* alone is no guarantee of excellence. It is used by a number of publishers and may serve mainly to mislead an unwary buyer.

*A Merriam-Webster®* is the registered trademark you should look for when you consider the purchase of dictionaries or other fine reference books. It carries the reputation of a company that has been publishing since 1831 and is your assurance of quality and authority.

Copyright © 1986 by Merriam-Webster Inc.

Philippines Copyright 1986 by Merriam-Webster Inc.

Library of Congress Cataloging in Publication Data
Main entry under title:

Webster's ninth new collegiate dictionary.

Based on Webster's third new international dictionary.
Includes index.
1. English language—Dictionaries. I. Merriam-Webster Inc.
PE1628.W5638 1985 423 84-18979
ISBN 0-87779-508-8
ISBN 0-87779-509-6 (indexed)
ISBN 0-87779-510-X (deluxe)

Webster's Ninth New Collegiate Dictionary principal copyright 1983

COLLEGIATE trademark Reg. U.S. Pat. Off.

All rights reserved. No part of this book covered by the copyrights hereon may be reproduced or copied in any form or by any means—graphic, electronic, or mechanical, including photocopying, taping, or information storage and retrieval systems—without written permission of the publisher.

Made in the United States of America

19RMcN86

**¹around** \ə-'raund\ *adv* [ME, fr. ¹a- + *round*] (14c) **1 a :** in circumference ⟨a tree five feet ~⟩ **b :** in, along, or through a circuit ⟨the road goes ~ by the lake⟩ **2 a :** on all or various sides ⟨papers lying ~⟩ **b :** in close from all sides so as to surround **c :** in or near one's present place or situation ⟨wait ~ awhile⟩ **3 a :** here and there : from one place to another **b :** to a particular place **4 a :** in rotation or succession **b :** from beginning to end : THROUGH ⟨mild the year ~⟩ **5 :** in or to an opposite direction or position **6 :** with some approach to exactness : APPROXIMATELY ⟨cost ~ $5⟩ — **been around :** having undergone many varied experiences : become worldly-wise

**²around** *prep* (14c) **1 a :** on all sides of **b :** so as to encircle or enclose ⟨seated ~ the table⟩ **c :** so as to avoid or get past : on or to another side of ⟨find a way ~ their objections⟩ ⟨went ~ the lake⟩ ⟨~ the corner⟩ **d :** NEAR ⟨lives ~ Chicago⟩ **2 :** in all directions outward from ⟨look ~ you⟩ **3 :** here and there in or throughout ⟨barnstorming ~ the country⟩ **4 :** so as to have a center or basis in ⟨a society organized ~ kinship ties⟩

**³around** *adj* (1849) **1 :** ABOUT 1 ⟨has been up and ~ for two days⟩ **2 :** being in existence, evidence, or circulation ⟨the most intelligent of the artists ~ today —R. M. Coates⟩

**around–the–clock** *adj* (1943) **:** being in effect, continuing, or lasting 24 hours a day : CONSTANT

**arouse** \ə-'rauz\ *vb* **aroused; arous·ing** [*a-* (as in *arise*) + *rouse*] *vt* (1593) **1 :** to awaken from sleep **2 :** to rouse or stimulate to action or to physiological readiness for activity : EXCITE ⟨the book *aroused* debate⟩ ~ *vi* **:** to awake from sleep : STIR — **arous·al** \-'rau-zəl\ *n*

**ar·peg·gio** \är-'pej-(ē-,)ō\ *n, pl* **-gios** [It, fr. *arpeggiare* to play on the harp, fr. *arpa* harp, of Gmc origin; akin to OHG *harpha* harp] (ca. 1724) **1 :** production of the tones of a chord in succession and not simultaneously **2 :** a chord played in arpeggio

**ar·pent** \är-'päⁿ\ *n, pl* **ar·pents** \-'päⁿ(z)\ [MF] (1580) **1 :** any of various old French units of land area; *esp* **:** one used in French sections of Canada and the U.S. equal to about 0.85 acre **2 :** a unit of length equal to one side of a square arpent

**arquebus** \'är-\ *var of* HARQUEBUS

**ar·rack** \'ar-ək, ə-'rak\ *n* [Ar *'araq* sweet juice, liquor] (1516) **:** an Asian alcoholic beverage like rum that is distilled from a fermented mash of malted rice with toddy or molasses

**ar·raign** \ə-'rān\ *vt* [ME *arreinen*, fr. MF *araisner*, fr. OF, fr. *a-* (fr. L *ad-*) + *raisnier* to speak, fr. (assumed) VL *rationare*, fr. L *ration-, ratio* reason — more at REASON] (14c) **1 :** to call (a defendant) before a court to answer to an indictment : CHARGE **2 :** to accuse of wrong, inadequacy, or imperfection — **ar·raign·ment** \-mənt\ *n*

**ar·range** \ə-'rānj\ *vb* **-ranged; -rang·ing** [ME *arangen*, fr. MF *arangier*, fr. OF, fr. *a-* + *rengier* to set in a row, fr. *reng* row — more at RANK] *vt* (14c) **1 :** to put into a proper order or into a correct or suitable sequence, relationship, or adjustment ⟨~ flowers in a vase⟩ ⟨~ cards alphabetically⟩ **2 :** to make preparations for : PLAN ⟨*arranged* a reception for the visitor⟩ **3 :** to bring about an agreement or understanding concerning : SETTLE ⟨~ an exchange of war prisoners⟩ **4 a :** to adapt (a musical composition) by scoring for voices or instruments other than those for which orig. written **b :** ORCHESTRATE ~ *vi* **1 :** to bring about an agreement or understanding ⟨*arranged* to have a table at the restaurant⟩ **2 :** to make preparations : PLAN ⟨*arranged* for a vacation with his family⟩ *syn* see ORDER — **ar·rang·er** \ə-'rān-jər\ *n*

**ar·range·ment** \ə-'rānj-mənt\ *n* (1690) **1 a :** the state of being arranged : ORDER ⟨everything in neat ~⟩ **b :** the act of arranging ⟨the ~ of the details was quickly accomplished⟩ **2 :** something arranged: as **a :** a preliminary measure : PREPARATION ⟨travel ~s⟩ **b :** an adaptation of a musical composition by rescoring **c :** an informal agreement or settlement esp. on personal, social, or political matters ⟨~s under the new regime⟩ **3 :** something made by arranging parts or things together ⟨a floral ~⟩

**ar·rant** \'ar-ənt\ *adj* [alter. of *errant*] (14c) **:** being notoriously without moderation : EXTREME ⟨we are ~ knaves, all; believe none of us —Shak.⟩ — **ar·rant·ly** *adv*

**ar·ras** \'ar-əs\ *n, pl* **arras** [ME, fr. *Arras*, France] (15c) **1 :** a tapestry of Flemish origin used esp. for wall hangings and curtains **2 :** a wall hanging or screen of tapestry

**¹ar·ray** \ə-'rā\ *vt* [ME *arrayen*, fr. OF *arayer*, fr. (assumed) VL *arredare*, fr. L *ad-* + a base of Gmc origin; akin to Goth *garaiths* arranged — more at READY] (13c) **1 :** to dress or decorate esp. in splendid or impressive attire : ADORN **2 a :** to set or place in order : DRAW UP, MARSHAL **b :** to set or set forth in order (as a jury) for the trial of a cause — **ar·ray·er** *n*

**²array** *n* (14c) **1 a :** a regular and imposing grouping or arrangement : ORDER ⟨lined up . . . in soldierly ~ —Donald Barthelme⟩ **b :** an orderly listing of jurors impaneled **2 a :** CLOTHING, ATTIRE **b :** rich or beautiful apparel : FINERY **3 :** a body of soldiers : MILITIA ⟨the baron and his feudal ~⟩ **4 :** an imposing group : large number ⟨faced a whole ~ of problems⟩ **5 a :** a number of mathematical elements arranged in rows and columns **b :** a series of statistical data arranged in classes in order of magnitude **6 :** a group of elements forming a complete unit ⟨an antenna ~⟩

**ar·rear** \ə-'ri(ə)r\ *n* [ME *arrere* behind, backward, fr. MF, fr. (assumed) VL *ad retro* backward, fr. L *ad* to + *retro* backward, behind — more at AT, RETRO-] (1620) **1 :** the state of being behind in the discharge of obligations — usu. used in pl. ⟨in ~s with his payments⟩ **2 a :** an unfinished duty — usu. used in pl. ⟨~s of work that have piled up⟩ **b :** an unpaid and overdue debt — usu. used in pl. ⟨paying off the ~s of the past several months⟩

**ar·rear·age** \-ij\ *n* (14c) **1 :** the condition of being in arrears **2 :** something that is in arrears; *esp* **:** something unpaid and overdue

**¹ar·rest** \ə-'rest\ *vt* [ME *aresten*, fr. MF *arester* to rest, arrest, fr. (assumed) VL *arrestare*, fr. L *ad-* + *restare* to remain — more at REST] (14c) **1 a :** to bring to a stop ⟨sickness ~*ed* his activities⟩ **b :** CHECK, SLOW **c :** to make inactive ⟨an ~*ed* tumor⟩ **2 :** SEIZE, CAPTURE; *specif* **:** to take or keep in custody by authority of law **3 :** to catch suddenly and engagingly — **ar·rest·er** *or* **ar·res·tor** \-'res-tər\ *n* — **ar·rest·ment** \-'res(t)-mənt\ *n*

**²arrest** *n* (14c) **1 a :** the act of stopping **b :** the condition of being stopped or inactive **2 :** the taking or detaining in custody by authority of law **3 :** a device for arresting motion — **under arrest :** in legal custody

**ar·res·tant** \ə-'res-tənt\ *n* (1962) **:** a substance or stimulus that ca[...] an insect to stop locomotion

**ar·rest·ee** \ə-,res-'tē\ *n* (1944) **:** one that is under arrest

**ar·rest·ing** \ə-'res-tiŋ\ *adj* (1792) **:** catching the attention : STRI[...] IMPRESSIVE — **ar·rest·ing·ly** \-tiŋ-lē\ *adv*

**ar·rhyth·mia** \ā-'rith-mē-ə\ *n* [NL, fr. Gk, lack of rhythm, fr[...] *rhythmos* unrhythmical, fr. *a-* + *rhythmos* rhythm] (ca. 1888) alteration in rhythm of the heartbeat either in time or force

**ar·rhyth·mic** \-mik\ *adj* [Gk *arrhythmos*] (1853) **:** lacking rhyth[...] regularity ⟨~ locomotor activity⟩

**ar·ri·ère–ban** \,ar-ē-,e(ə)r-'bän, -'ban\ *n* [F] (1553) **:** a proclamation[...] king (as of France) calling his vassals to arms; *also* **:** the body of[...] sals summoned

**ar·ri·ère–pen·sée** \-päⁿ-'sā\ *n* [F, fr. *arrière* in back + *pensée* tho[...] (1823) **:** mental reservation

**ar·ris** \'ar-əs\ *n, pl* **arris** *or* **ar·ris·es** [prob. modif. of MF *areste*, lit.[...] bone, fr. LL *arista* — more at ARÊTE] (1677) **:** the sharp edge or s[...] angle formed by the meeting of two surfaces esp. in moldings

**ar·riv·al** \ə-'rī-vəl\ *n* (14c) **1 :** the act of arriving **2 :** the attainm[...] an end or state **3 :** one that has recently reached a destination
*syn* ARRIVAL, ADVENT mean the reaching of a destination. AR[...] emphasizes the preceding travel or movement; ADVENT applies[...] momentous or conspicuous arrival, an appearance upon a scen[...] for the first time, or a beginning.

**ar·rive** \ə-'rīv\ *vi* **ar·rived; ar·riv·ing** [ME *ariven*, fr. OF *ariver*, fr[...] sumed) VL *arripare* to come to shore, fr. L *ad-* + *ripa* shore — m[...] RIVE] (13c) **1 a :** to reach a destination **b :** to make an appea[...] ⟨all the guests have *arrived*⟩ **2 a** *archaic* **:** HAPPEN **b :** to be n[...] time : COME ⟨the moment has *arrived*⟩ **3 :** to achieve success — [...] er *n* — **arrive at :** to reach by effort or thought ⟨have *arrived at* a[...] sion⟩

**ar·ri·vé** \,ar-i-'vā\ *n* [F, fr. pp. of *arriver* to arrive, fr. OF *ariver*] ([...] **:** one who has risen rapidly to success, power, or fame

**ar·ri·viste** \-'vēst\ *n* [F, fr. *arriver*] (1901) **:** one that is a new and u[...] tain arrival (as in social position or artistic endeavor)

**ar·ro·ba** \ə-'rō-bə\ *n* [Sp & Pg, fr. Ar *ar-rub'*, lit., the quarter] (15[...] **:** an old Spanish unit of weight equal to about 25 pounds used in[...] Spanish-American countries **2 :** an old Portuguese unit of w[...] equal to about 32 pounds used in Brazil

**ar·ro·gance** \'ar-ə-gən(t)s\ *n* (14c) **:** a feeling or an impression of s[...] ority manifested in an overbearing manner or presumptuous clain[...]

**ar·ro·gant** \-gənt\ *adj* [ME, fr. L *arrogant-, arrogans*, prp. of *arr*[...] (14c) **1 :** exaggerating or disposed to exaggerate one's own wo[...] importance in an overbearing manner ⟨an ~ official⟩ **2 :** proc[...] from or characterized by arrogance ⟨~ manners⟩ *syn* see PROUD — **ar·ro·gant·ly** *adv*

**ar·ro·gate** \-,gāt\ *vt* **-gat·ed; -gat·ing** [L *arrogatus*, pp. of *arrogare*[...] + *rogare* to ask — more at RIGHT] (1537) **1 a :** to claim o[...] without justification **b :** to make undue claims to having : ASS[...] **:** to claim on behalf of another : ASCRIBE — **ar·ro·ga·tion** \,ar[...] shən\ *n*

**ar·ron·disse·ment** \ə-'rän-də-smənt, ,ar-,ōⁿ-(,)dē-'smäⁿ\ *n* [F] (18[...] **:** the largest division of a French department **2 :** an adminis[...] district of some large French cities

**ar·row** \'ar-(,)ō, -ə(-w)\ *n* [ME *arwe*, fr. OE; akin to Goth *arh*[...] arrow, L *arcus* bow, arch, arc] (bef. 12c) **1 :** a missile weapo[...] from a bow and usu. having a slender shaft, a pointed head, and[...] ers at the butt **2 :** something shaped like an arrow; *esp* **:** a ma[...] on a map or signboard) to indicate direction

arrow 1

**ar·row·head** \'ar-ō-,hed, 'ar-ə-\ *n* (14c) **1 :** a usu. wedge-shape[...] ing tip fixed to an arrow **2 :** something resembling an arrowh[...] **:** any of a genus (*Sagittaria*) of plants of the water-plantain fami[...] leaves shaped like arrowheads

**ar·row·root** \-,rüt, -,rut\ *n* (1696) **1 a :** any of a genus (*Marant*[...] family Marantaceae, the arrowroot family) of tropical American[...] with tuberous roots; *esp* **:** one (*M. arundinacea*) whose roots[...] nutritive starch **b :** any of several plants (as coontie) that yield[...] **2 :** starch yielded by an arrowroot

**ar·row·wood** \-,wu̇d\ *n* (1709) **:** any of several shrubs (as several[...] nums) having tough pliant shoots formerly used to make arrows

**ar·row·worm** \-,wərm\ *n* (ca. 1889) **:** CHAETOGNATH

**ar·rowy** \'ar-ə-wē\ *adj* (1637) **1 :** consisting of arrows **2 :** rese[...] or suggesting an arrow; *esp* **:** swiftly moving

**ar·royo** \ə-'rȯi-ə, -(,)ō\ *n, pl* **-royos** [Sp] (1843) **1 :** a watercour[...] creek or stream) in an arid region **2 :** a water-carved gully or c[...]

**ar·roz con po·llo** \ä-,rōth-(,)kōn-'pōl-(,)yō, -'pō-(,)yō\ *n* [Sp, lit., ri[...] chicken] (1938) **:** chicken cooked with rice and usu. flavored w[...] fron

**arse** *var of* ASS

**ar·se·nal** \'ärs-nəl, -'n-əl\ *n* [It *arsenale*, modif. of Ar *dār ṣinā'a*[...] of manufacture] (1555) **1 a :** an establishment for the manu[...] or storage of arms and military equipment **b :** a collection of w[...] **2 :** STORE, REPERTORY ⟨the team's ~ of veteran players⟩

**ar·se·nate** \'ärs-nət, -'n-ət, -'n-,āt\ *n* (1800) **:** a salt or ester of an[...] acid

**¹ar·se·nic** \'ärs-nik, -'n-ik\ *n* [ME, yellow orpiment, fr. MF & L[...] L *arsenicum*, fr. Gk *arsenikon, arrhenikon*, fr. Syr *zarnīg*; aki[...] *zaranya* gold, Skt *hari* yellowish — more at YELLOW] (14c) **1 :** [...] lent and pentavalent solid poisonous element that is commonl[...] lic steel-gray, crystalline, and brittle — see ELEMENT table **2**[...]

ṛ *hūrī*, fr. Ar *hūrīyah*] (1737) 1
t in Muslim belief live with the
ily beautiful young woman
asting an hour
or during every hour; *also* : PRE-
hour by hour ⟨~ bus service⟩ 1
station of the rain's stopping⟩ 1
~ wage⟩ 3 : paid by the hour ⟨~

*also* -səz\ *often attrib* [ME *hous*, f
ef. 12c) 1 : a building that serves
nilies : HOME 2 a (1) : a shelter
d animal (2) : a natural covering
protects an animal or a colony of
nething is housed ⟨carriage ~⟩
ich the celestial sphere is divided
is the seat of a planet's greatest
et in diameter surrounding the
must rest in order to count 4
g ancestors, descendants, and kin
dence for a religious community
or students in residence 6 a :
tive assembly; *esp* : one constitu-
b : the building or chamber where
um of such an assembly 7 a :
b (1) : a business organization
tablishment c : the audience in
: on opening night⟩ — housed
is, ˈhau̇-zləs\ *adj* — house-less-ness

(bef. 12c) 1 a : to provide with
ore in a house 2 : to encase,
a house 3 : to serve as shelter for
DGE

often under guard to one's house or

barge fitted for use as a dwelling or
ng supported on the water by floats
ruise on a houseboat — house-boat-

8) : confined to the house
EMAN
rōk\; -bro-ken \-ˌbrō-kən\; -break-
r & *housebreaking*] (1820) : to con-
r n
-ken \-ˌbrō-kən\; -break-ing [back-
1 : to make housebroken 2 a : to
b : TAME, SUBDUE
617) : an act of breaking open and
er with a felonious purpose
) 1 : trained to excretory habits
le tractable or polite
doctor or a repair person) to a home

l, fr. ON *hūskarl*, fr. *hūs* house +
(bef. 12c) : a member of the body
cing or noble

ormation fr. *housecleaning*] *vi* (1863)
ure 2 : to get rid of unwanted or
il : to clean the surfaces and fur-
m by ridding of undesirable people

a woman's often long-skirted infor-
ouse
ous crickets living in or about dwel-
erican cricket (*Acheta domesticus*)
is employed (as by a hotel) to per-
t of patrons
: a dress with simple lines that is
usu. of a washable fabric
901) : a man in charge of a domes-
le or children
smopolitan two-winged fly (*Musca*
an habitations and acts as a mechan-
fever); *also* : any of various flies of

acade of a house

GUEST 1a
\ n (14c) : those who dwell under
ly; *also* : a social unit comprised of
velling
ating to a household : DOMESTIC 1

techniques (as cooking) used in the
ld
sōl-\ n (14c) : one who occupies a
ead of a household
ps appointed to attend and guard a

d who does housekeeping usu. while

kept\; -keep-ing [back-formation fr.
the routine duties (as cooking and

: a woman employed to keep house

: the management of a house and
agement of property and the pro-
s for an industrial organization
done in order for a system to func-

**housel** \ˈhau̇-zəl\ *n* [ME, fr. OE *hūsel* sacrifice, Eucharist; akin to Goth *hunsl* sacrifice] *archaic* (bef. 12c) : the Eucharist or the act of administering or receiving it
**housel** *vt, archaic* (bef. 12c) : to administer communion to
**house-leek** \ˈhau̇-ˌslēk\ *n* (15c) : a pink-flowered thick-leaved European plant (*Sempervivum tectorum*) of the orpine family that tends to form clusters of rosettes and is often grown in rock gardens; *broadly* : SEMPERVIVUM
**house-lights** \ˈhau̇-ˌslīts\ *n pl* (1920) : the lights that illuminate the auditorium of a theater
**house-maid** \ˈhau̇-ˌsmād\ *n* (ca. 1694) : a female servant employed to do housework
**housemaid's knee** *n* [so called fr. its frequent occurrence among servant girls who work a great deal on their knees] (1831) : a swelling over the knee due to an enlargement of the bursa in the front of the patella
**house-man** \ˈhau̇-smən, -ˌsman\ *n* (1798) : a person who performs general work about a house or hotel
**house-mate** \ˈhau̇-ˌsmāt\ *n* (1809) : one that lives in the same house with another
**house-moth-er** \ˈhau̇-ˌsməth-ər\ *n* (1834) : a woman acting as hostess, chaperon, and often housekeeper in a residence for young people
**house mouse** *n* (1835) : a common nearly cosmopolitan usu. gray mouse (*Mus musculus*) that lives and breeds about buildings, is a vector of diseases, and is an important experimental animal
**house of assembly** (1653) : a legislative body or the lower house of a legislature (as in various British colonies, protectorates, and countries of the Commonwealth)
**House of Burgesses** (1658) : the colonial representative assembly of Virginia
**house of cards** (1903) : a structure or situation that is insubstantial, shaky, or in constant danger of collapse
**House of Commons** (1577) : the lower house of the British and Canadian parliaments
**house of correction** (1632) : an institution where persons who have committed a minor offense and are considered capable of reformation are confined
**house of delegates** (1783) : HOUSE 6a; *esp* : the lower house of the state legislature in Maryland, Virginia, and West Virginia
**House of Lords** (1818) : the upper house of the British Parliament composed of the lords temporal and spiritual
**house of representatives** (1716) : the lower house of a legislative body (as the U.S. Congress)
**house of studies** (1929) : an educational institution serving scholars of a religious order — called also *house of study*
**house organ** *n* (1907) : a periodical distributed by a business concern among its employees, sales personnel, or customers
**house-paint-er** \ˈhau̇-ˌspānt-ər\ *n* (1689) : one whose business or occupation is painting houses
**house party** *n* (1876) : a party lasting over one or more nights at a residence (as a home or fraternity house)
**house-per-son** \ˈhau̇-ˌspərs-ᵊn\ *n* (1974) : a person who does housekeeping
**house physician** *n* (1753) : a physician who is employed by and lives in a hospital
**house-plant** \ˈhau̇-ˌsplant\ *n* (1871) : a plant grown or kept indoors
**house-proud** \ˈhau̇-ˌspraud\ *adj* (1849) : proud of one's house or housekeeping
**hous-er** \ˈhau̇-zər\ *n* [²*house*] (1940) : one that promotes or administers housing projects
**house-rais-ing** \ˈhau̇s-ˌrā-ziŋ\ *n* (1704) : the joint erection of a house or its framework by a gathering of neighbors
**house-room** \-ˌrüm, -ˌrum\ *n* (1582) : space for accommodation in or as if in a house ⟨given ~ by a family all too eager to have a celebrity in their midst —Walter Kerr⟩
**house rule** *n* (1947) : a rule that applies to a game only among a certain group or in a certain place
**house seat** *n* (1948) : a theater seat reserved by the management for special guests
**house sitter** *n* (1971) : a person who occupies a dwelling to provide security and maintenance while the tenant is away — **house–sit** \ˈhau̇s-ˌsit\ *vi* — **house–sit-ting** \-ˌ(s)it-iŋ\ *n*
**house sparrow** *n* (1674) : ENGLISH SPARROW
**house–to–house** \ˌhau̇s-tə-ˈhau̇s\ *adj* (1859) : DOOR-TO-DOOR 1
**house-top** \ˈhau̇-ˌstäp\ *n* (1526) : ROOF; *esp* : the level surface of a flat roof — **from the housetops** : for all to hear : OPENLY ⟨shouting their grievances *from the housetops*⟩
**house trailer** *n* (1937) : TRAILER 3b
**house-train** \ˈhau̇-ˌstrān\ *vt, chiefly Brit* (1924) : ²HOUSEBREAK
**house-wares** \ˈhau̇-ˌswa(ə)rz, -ˌswe(ə)rz\ *n pl* (1921) : furnishings for a house; *esp* : small articles of household equipment (as cooking utensils or small appliances)
**house-warm-ing** \ˈhau̇-ˌswȯr-miŋ\ *n* (1577) : a party to celebrate the taking possession of a house or premises
**house-wife** \ˈhau̇-ˌswīf; *esp 2 & in early poetry* ˈhəz-əf *or* həs-\ *n, pl* **house-wives** \ˈhau̇-ˌswīvz *also* ˈhau̇z-ˌwīvz; ˈhəz-əfs, ˈhəs-, -əvz\ (13c) 1 : a married woman in charge of a household 2 : a small container for small articles (as thread) — **house-wife-li-ness** \-lē-nəs\ *n* — **house-wife-ly** \-lē\ *adj* — **house-wif-ery** \-ˌwī-f(ə-)rē; *Brit* -(ˌ)wif(-ə)-rē *also* ˈhəz-ə-frē\ *n* — **house-wif-ey** \ˈhau̇-ˌswī-fē\ *adj*
**house-work** \ˈhau̇-ˌswərk\ *n* (1841) : the work of housekeeping
**¹hous-ing** \ˈhau̇-ziŋ\ *n* (14c) 1 a : SHELTER, LODGING b : dwellings provided for people 2 : something that covers or protects: as a : a case or enclosure (as for a mechanical part or an instrument) b : a casing (as an enclosed bearing) in which a shaft revolves c : a support (as a frame) for mechanical parts 3 : a portion of a mast that is beneath the deck or of a bowsprit that is inboard 4 a : the space taken out of a structural member (as a timber) to admit the insertion of part of another b : a niche for a sculpture
**²housing** *n* [ME, fr. *house* housing (fr. MF *housse*, of Gmc origin) + -*ing*; akin to OE *heolstor* cover — more at HOLSTER] (15c) : CAPARISON 1
**housing development** *n* (1951) : a group of individual dwellings or apartment houses typically of similar design that are usu. built and sold or leased by one management
**housing estate** *n, Brit* (1920) : HOUSING DEVELOPMENT

**housing project** *n* (ca. 1937) : a publicly supported and administered housing development planned usu. for low-income families
**Hou-yhn-hnm** \hü-ˈin-əm, ˈhwin-\ *n* [imit.] : a member of a race of horses endowed with reason in Swift's *Gulliver's Travels*
**hove** *past and past part of* HEAVE
**hov-el** \ˈhəv-əl, ˈhäv-\ *n* [ME] (15c) 1 : an open shed or shelter 2 : TABERNACLE 3 : a small, wretched, and often dirty house : HUT
**hov-er** \ˈhəv-ər, ˈhäv-\ *vi* **hov-ered**; **hov-er-ing** \-(ə-)riŋ\ [ME *hoveren*, freq. of *hoven* to hover] (15c) 1 a : to hang fluttering in the air or on the wing b : to remain suspended over a place or object 2 a : to move to and fro near a place b : to be in a state of uncertainty, irresolution, or suspense — **hover** *n* — **hov-er-er** \-ər-ər\ *n*
**Hov-er-craft** \-ər-ˌkraft\ *trademark* — used for a ground-effect machine
**¹how** \(ˈ)hau̇\ *adv* [ME, fr. OE *hū*; akin to OHG *hwuo* how, OE *hwā* who — more at WHO] (bef. 12c) 1 a : in what manner or way b : with what meaning : to what effect c : by what name or title ⟨~ art thou called —Shak.⟩ d : for what reason : WHY 2 : to what degree or extent 3 : in what state or condition ⟨~ are you⟩ 4 : at what price ⟨~ a score of ewes now —Shak.⟩ — **how about** : what do you say to or think of ⟨*how about* it, are you going?⟩ — **how come** : how does it happen that : WHY
**²how** *conj* (15c) 1 a : the way or manner in which ⟨remember ~ they fought⟩; *also* : the state or condition in which b : THAT ⟨told them ~ he had a situation —Charles Dickens⟩ 2 : HOWEVER, AS ⟨a reader can shift his attention ~ he likes —William Empson⟩
**³how** \ˈhau̇\ *n* (1533) 1 : a question about manner or method 2 : MANNER, METHOD
**¹how-be-it** \hau̇-ˈbē-ət\ *conj* (14c) : ALTHOUGH
**²howbeit** *adv* (15c) : NEVERTHELESS
**how-dah** \ˈhau̇d-ə\ *n* [Hindi *haudā*] (1774) : a seat or covered pavilion on the back of an elephant or camel
**how-dy** \ˈhau̇d-ē\ *interj* [alter. of *how do ye*] (1712) — used to express greeting — **howdy** *vb*
**howe** \ˈhau̇, ˈhō\ *n* [ME (northern) *how*, *holl*, fr. OE *hol*, fr. *hol*, adj., hollow — more at HOLE] *Scot* (bef. 12c) : HOLLOW, VALLEY
**¹how-ev-er** \hau̇-ˈev-ər\ *conj* (14c) 1 : in whatever manner or way ⟨can go ~ he likes⟩ 2 *archaic* : ALTHOUGH
**²however** *adv* (14c) 1 a : to whatever degree or extent ⟨has done this for ~ many thousands of years —Emma Hawkridge⟩ b : in whatever manner or way ⟨will help ~ I can⟩ ⟨shall serve you, sir, truly, ~ else —Shak.⟩ 2 : in spite of that : on the other hand : BUT ⟨still seems possible, ~, that conditions will improve⟩ ⟨would like to go; ~, I think I'd better not⟩ 3 : how in the world ⟨~ did you manage to do it⟩
**howff** *or* **howf** \ˈhau̇f, ˈhōf\ *n* [D *hof* enclosure; akin to OE *hof* enclosure, *hȳf* hive] *Scot* (1565) : HAUNT, RESORT
**how-it-zer** \ˈhau̇-ət-sər\ *n* [D *houwitser*, deriv. of Czech *houfnice* ballista] (1695) : a short cannon used to fire projectiles at medium muzzle velocities and with relatively high trajectories
**howl** \ˈhau̇(ə)l\ *vb* [ME *houlen*; akin to MHG *hiulen* to howl, Gk *kōkyein* to shriek] *vi* (14c) 1 : to emit a loud sustained doleful sound characteristic of members of the dog family 2 : to cry loudly and without restraint under strong impulse (as pain or grief) 3 : to go on a spree or rampage ~ *vt* 1 : to utter with unrestrained outcry 2 : to affect, effect, or drive by adverse outcry — used esp. with *down* ⟨~*ed* down the speaker⟩ — **howl** *n*
**howl-er** \ˈhau̇-lər\ *n* (1844) 1 : one that howls 2 : a humorous and ridiculous blunder
**howler monkey** *n* (1932) : any of a genus (*Alouatta*) of So. and Central American monkeys that have a long prehensile tail and enlargement of the hyoid and laryngeal apparatus enabling them to make loud howling noises — called also *howler*

howler monkey

**howl-ing** \ˈhau̇-liŋ\ *adj* (1599) 1 : marked by howling ⟨a ~ storm⟩ 2 : DESOLATE, WILD ⟨a ~ wilderness⟩ 3 : very great : PRONOUNCED ⟨a ~ success⟩ — **howl-ing-ly** *adv*
**how-so-ev-er** \ˌhau̇-sə-ˈwev-ər\ *adv* (14c) 1 : in whatever manner 2 : to whatever degree or extent
**how–to** \ˈhau̇-ˈtü\ *adj* (1926) : giving practical instruction and advice (as on a craft) ⟨~ books on all sorts of hobbies —Harry Milt⟩
**¹hoy** \ˈhȯi\ *interj* [ME] (14c) — used in attracting attention or in driving animals
**²hoy** *n* [ME, fr. MD *hoei*] (15c) 1 : a small usu. sloop-rigged coasting ship 2 : a heavy barge for bulky cargo
**hoy-den** \ˈhȯid-ᵊn\ *n* [perh. fr. obs D *heiden* country lout, fr. MD, heathen; akin to OE *hǣthen* heathen] (1676) : a girl or woman of saucy, boisterous, or carefree behavior — **hoy-den-ish** \-ish\ *adj*
**hoyle** \ˈhȯi(ə)l\ *n, often cap* [Edmond *Hoyle* †1769 Eng. writer on games] (1906) : an encyclopedia of the rules of indoor games and esp. card games
**Hsia** \shē-ˈä\ *n* [Chin (Pek) *hsia⁴*] (ca. 1909) : the legendary first dynasty of Chinese history traditionally dated from about 2200-1766 B.C.
**hua-ra-che** \wə-ˈräch-ē, hə-\ *n* [MexSp] (1887) : a low-heeled sandal having an upper made of interwoven leather thongs
**hub** \ˈhəb\ *n* [prob. alter. of ²*hob*] (1649) 1 : the central part of a wheel, propeller, or fan 2 : a center of activity : FOCAL POINT 3 : a steel punch from which a working die for a coin or medal is made
**hub-ble-bub-ble** \ˈhəb-əl-ˌbəb-əl\ *n* [redupl. of *bubble*] (1634) 1 : WATER PIPE 2 : a flurry of sound or activity : COMMOTION
**hub-bub** \ˈhəb-ˌəb\ *n* [prob. of IrGael origin; akin to ScGael *ub ub*, interj. of contempt] (1555) 1 : NOISE, UPROAR 2 : CONFUSION, TURMOIL
**hub-by** \ˈhəb-ē\ *n, pl* **hubbies** [by alter.] (1688) : HUSBAND

Case 1:04-cv-00138-JJF Document 125-27 Filed 11/07/2005 Page 7 of 9

the bottom of a body of water **2 :** a piece of soft wet plastic ground (as a marsh or bog)

[2]**ooze** *n* [ME *wose* sap, juice, fr. OE *wōs;* akin to OHG *waso* damp, Gk *hearon* ewer] (bef. 12c) **1 :** a decoction of vegetable material used for tanning leather **2 :** the act of oozing **3 :** something that oozes

[3]**ooze** *vb* **oozed; ooz·ing** *vi* (14c) **1 :** to pass or flow slowly through or as if through small openings or interstices **2 :** to move slowly or imperceptibly ⟨the crowd began to ~ forward —Bruce Marshall⟩ **3 a :** to exude moisture **b :** to exude something in a way suggestive of the emitting of moisture ⟨a woman *oozing* with charm⟩ ~ *vt* **1 :** to emit slowly **2 :** to exude in a way suggestive of the emitting of moisture

**oozy** \ˈü-zē\ *adj* **ooz·i·er; -est** (14c) **1 :** containing or composed of ooze **:** resembling ooze **2 :** exuding moisture **:** SLIMY

**op** \ˈäp\ *n* (1964) **:** OPTICAL ART

**opac·i·ty** \ō-ˈpas-ət-ē\ *n, pl* **-ties** [F *opacité* shadiness, fr. L *opacitat-, opacitas,* fr. *opacus* shaded, dark] (1611) **1 :** the quality or state of a body that makes it impervious to the rays of light; *broadly* **:** the relative capacity of matter to obstruct the transmission of radiant energy **2 a :** obscurity of sense **:** UNINTELLIGIBLENESS ⟨was put off by the ~ of much philosophical writing⟩ **b :** the quality or state of being mentally obtuse **:** DULLNESS **3 :** an opaque spot in a normally transparent structure (as the lens of the eye)

**opah** \ˈō-pə, -ˌpä\ *n* [Ibo *úbà*] (1750) **:** a large elliptical marine fish (*Lampris regius*) with brilliant colors and rich oily red flesh

**opal** \ˈō-pəl\ *n* [L *opalus,* fr. Skt *upala* stone, jewel] (14c) **:** a mineral $SiO_2{\cdot}nH_2O$ that is a hydrated amorphous silica softer and less dense than quartz and typically with definite and often marked iridescent play of colors

**opal·es·cent** \ˌō-pə-ˈles-ᵊnt\ *adj* (1813) **:** reflecting an iridescent light — **opal·es·cence** \-ᵊn(t)s\ *n* — **opal·es·cent·ly** \-ᵊnt-lē\ *adv*

**opal·ine** \ˈō-pə-ˌlīn, -ˌlēn\ *adj* (1784) **:** resembling opal esp. in appearance

[1]**opaque** \ō-ˈpāk\ *adj* [L *opacus*] (1641) **1 :** exhibiting opacity **:** not pervious to radiant energy and esp. light **2 a :** hard to understand or explain **b :** OBTUSE, THICKHEADED — **opaque·ly** *adv* — **opaque·ness** *n*

[2]**opaque** *n* (1742) **:** something that is opaque; *esp* **:** an opaque paint for blocking out portions of a photographic negative or print

**opaque projector** *n* (1951) **:** a projector using reflected light for projecting an image of an opaque object or matter on an opaque support (as a photograph)

**op art** \ˈäp-\ *n* (1964) **:** OPTICAL ART — **op artist** *n*

**ope** \ˈōp\ *vb* **oped; op·ing** *archaic* (15c) **:** OPEN

**op–ed page** \ˈäp-ˈed-\ *n* [short for *opposite editorial*] (1970) **:** a page of special features usu. opposite the editorial page of a newspaper

[1]**open** \ˈō-pən, ˈōp-ᵊm\ *adj* **open·er** \ˈōp-(ə-)nər\; **open·est** \ˈōp-(ə-)nəst\ [ME, fr. OE; akin to OHG *offan* open, OE *ūp* up] (bef. 12c) **1 :** having no enclosing or confining barrier **:** accessible on all or nearly all sides ⟨cattle grazing on an ~ range⟩ **2 a** (1) **:** being in a position or adjustment to permit passage **:** not shut or locked ⟨an ~ door⟩ (2) **:** having a barrier (as a door) so adjusted as to allow passage ⟨the house was ~⟩ **b :** having the lips parted ⟨stood there with his mouth wide ~⟩ **3 a :** completely free from concealment **:** exposed to general view or knowledge ⟨their hostilities eventually erupted with ~ war⟩ **b :** exposed or vulnerable to attack or question **:** SUBJECT ⟨~ to doubt⟩ **4 a :** not covered with a top, roof, or lid ⟨an ~ car⟩ ⟨her eyes were ~⟩ **b :** having no protective covering ⟨~ wiring⟩ ⟨an ~ wound⟩ **5 :** not restricted to a particular group or category of participants ⟨~ to the public⟩ ⟨~ housing⟩: as **a :** enterable by both amateur and professional contestants **b :** enterable by a registered voter regardless of political affiliation ⟨an ~ primary⟩ **6 :** fit to be traveled over **:** presenting no obstacle to passage or view ⟨the ~ road⟩ ⟨~ country⟩ **7 :** having the parts or surfaces laid out in an expanded position **:** spread out **:** UNFOLDED ⟨an ~ book⟩ **8 a** (1) **:** LOW 13 (2) **:** formed with the tongue in a lower position ⟨Italian has an ~ and a close *e*⟩ **b** (1) **:** having clarity and resonance unimpaired by undue tension or constriction of the throat ⟨an ~ vocal tone⟩ (2) *of a tone* **:** produced by an open string or on a wind instrument by the lip without the use of slides, valves, or keys **9 a :** available to follow or make use of ⟨the only course ~ to us⟩ **b :** not taken up with duties or engagements ⟨keep an hour ~ on Friday⟩ **c :** not finally decided **:** subject to further consideration ⟨leave the matter ~⟩ ⟨an ~ question⟩ **d :** available for a qualified applicant **:** VACANT ⟨the job is still ~⟩ **e :** remaining available for use or filling until canceled ⟨an ~ order for more items⟩ **f :** available for future purchase ⟨these items are in ~ stock⟩ ⟨an ~ pattern⟩ **10 a :** characterized by ready accessibility and usu. generous attitude: as (1) **:** generous in giving (2) **:** willing to hear and consider or to accept and deal with **:** RESPONSIVE (3) **:** free from reserve or pretense **:** FRANK **b :** accessible to the influx of new factors (as foreign goods) ⟨an ~ market⟩ **11 a :** having openings, interruptions, or spaces: as (1) **:** being porous and friable ⟨~ soil⟩ (2) **:** sparsely distributed **:** SCATTERED ⟨~ population⟩ (3) *of a compound* **:** having components separated by a space in writing or printing ⟨*Spanish mackerel* is an ~ compound⟩ **b :** not made up of a continuous closed circuit of channels ⟨the insect circulatory system is ~⟩ **12 a** *of an organ pipe* **:** not stopped at the top **b** *of a string on a musical instrument* **:** not stopped by the finger **13 :** being in operation ⟨the microphone is ~⟩; *esp* **:** ready for business, patronage, or use ⟨the store is ~ from 9 to 5⟩ ⟨the new highway will be ~ next week⟩ **14 a** (1) **:** characterized by lack of effective regulation of various commercial enterprises ⟨notorious as an ~ town⟩ (2) **:** not repressed by legal controls ⟨~ gambling⟩ **b :** free from checking or hampering restraints ⟨an ~ economy⟩ ⟨faced with ~ inflation⟩ **c :** relatively unguarded by opponents ⟨passed to an ~ teammate⟩ **15 :** having been opened by a first ante, bet, or bid ⟨the bidding is ~⟩ **16** *of punctuation* **:** characterized by sparing use esp. of the comma **17 a :** containing none of its endpoints ⟨an ~ interval⟩ **b :** being a set each point of which has a neighborhood all of whose points are contained in the set ⟨the interior of a sphere is an ~ set⟩ ***syn*** see FRANK, LIABLE — **open** *adv* — **open·ly** \ˈō-pən-lē\ *adv* — **open·ness** \-pən-nəs\ *n*

[2]**open** \ˈō-pən, ˈōp-ᵊm\ *vb* **opened** \ˈō-pənd, ˈōp-ᵊmd\; **open·ing** \ˈōp-(ə-)niŋ\ *vt* (bef. 12c) **1 a :** to move (as a door) from closed position **b :** to make available for entry or passage by turning back (as a barrier), removing (as a cover), or clearing away (as an obstruction) **2 a :** to make available for or active in a regular function ⟨~ a new store⟩ **b :** to make accessible for a particular purpose ⟨~*ed* new lar tlement⟩ **3 a :** to disclose or expose to view **:** REVEAL **b :** more discerning or responsive **:** ENLIGHTEN ⟨must ~ our mi needs of minorities⟩ **c :** to bring into view or come in si changing position **4 a :** to make one or more openings in boil⟩ **b :** to loosen and make less compact ⟨~ the soil⟩ **5 :** out **:** UNFOLD ⟨~*ed* the book⟩ **6 a :** to enter upon **:** BEGIN meeting⟩ **b :** to commence action in a card game by makir bid), putting a first bet in (the pot), or playing (a card or sui lead **7 :** to restore or recall (as an order) from a finally de state to a state in which the parties are free to prosecute or opp **1 :** to become open ⟨the office ~*ed* early⟩ **2 a :** to spread PAND ⟨the wound ~*ed* under the strain⟩ **b :** to become dis beautiful vista ~*ed* before us⟩ **3 :** to become enlightened o sive **4 :** to give access ⟨the rooms ~ onto a hall⟩ **5 :** SPE ⟨finally he ~*ed* freely on the subject⟩ **6 a :** to begin a course ity ⟨the play ~*s* on Tuesday⟩ **b :** to make a bet, bid, or lead mencing a round or hand of a card game — **open·abil·i·ty** \ˌō ˈbil-ət-ē\ *n* — **open·able** \ˈōp-(ə-)nə-bəl\ *adj*

[3]**open** *n* (13c) **1 :** OPENING **2 :** open and unobstructed spac **:** OPEN AIR **b :** open water **3 :** an open contest, competition, nament **4 :** a public or unconcealed state or position

**open admission** *n* (1969) **:** OPEN ENROLLMENT 2

**open–air** *adj* (1830) **:** OUTDOOR

**open air** *n* (15c) **:** the space where air is unconfined; *esp* **:** OUTDO

**open–and–shut** \ˌōp-(ə-)nən-ˈshət\ *adj* (1841) **1 :** perfectly sim VIOUS **2 :** easily settled ⟨an ~ case⟩

**open bar** *n* (1973) **:** a bar (as at a wedding reception) at which dı served free — compare CASH BAR

**open chain** *n* (1884) **:** an arrangement of atoms represented in tural formula by a chain whose ends are not joined so as to forn

**open–circuit** *adj* (1876) **:** of or relating to an open circuit; *esp* **:** relating to television in which programs are broadcast so that available to all receivers within range

**open city** *n* (1914) **:** a city that is not occupied or defended by forces and that is immune from enemy bombardment under tional law

**open door** *n* (1526) **1 :** a recognized right of admittance **:** free access **2 :** a policy giving opportunity for commercial relation country to all nations on equal terms — **open–door** *adj*

**open–end** *adj* (1917) **:** organized to allow for contingencies: **:** permitting additional debt to be incurred under the original ture subject to specified conditions ⟨an ~ mortgage⟩ **b :** ha fluctuating capitalization of shares that are issued or redeemed current net asset value or at a figure in fixed ratio to this ⟨an ~ ment company⟩ — compare CLOSED-END

**open–end·ed** \ˌō-pə-ˈnen-dəd\ *adj* (1825) **:** not rigorously fixed: **:** adaptable to the developing needs of a situation **b :** permit designed to permit spontaneous and unguided responses — **ope ed·ness** *n*

**open enrollment** *n* (1964) **1 :** the voluntary enrollment of a stude public school other than the one assigned on the basis of reside **:** enrollment on demand as a student in an institution of higher ing irrespective of formal qualifications

**open·er** \ˈōp-(ə-)nər\ *n* (15c) **:** one that opens ⟨a bottle ~⟩: as **:** cards of sufficient value for a player to open the betting in a game **b :** the first item, contest, or event of a series **c** *pl* **:** STA GINNING

**open–eyed** \ˌō-pə-ˈnīd\ *adj* (1601) **1 :** having the eyes open **2 :** fully observant **:** DISCERNING

**open·hand·ed** \ˌō-pən-ˈhan-dəd\ *adj* (1601) **:** GENEROUS, MUNIFICE **open·hand·ed·ly** *adv* — **open·hand·ed·ness** *n*

**open–heart** *adj* (1960) **:** of, relating to, or performed on a heart te rarily relieved of circulatory function and surgically opened for ir tion and treatment ⟨~ surgery⟩

**open·heart·ed** \ˌō-pən-ˈhärt-əd\ *adj* (1611) **1 :** candidly straig ward **:** FRANK **2 :** responsive to emotional appeal — **open·heart** *adv* — **open·heart·ed·ness** *n*

**open–hearth** *adj* (1885) **:** of, relating to, involving, or produced open hearth ⟨~ steel⟩

**open–hearth process** *n* (ca. 1890) **:** a process of making steel fror iron in a furnace of the regenerative reverberatory type

**open house** *n* (15c) **1 :** ready and usu. informal hospitality or ente ment for all comers **2 :** a house or apartment open for inspection by prospective buyers or tenants

**open·ing** \ˈōp-(ə-)niŋ\ *n* (12c) **1 a :** an act or instance of makir becoming open **b :** an act or instance of beginning **:** COMMENCEM *esp* **:** a formal and usu. public event by which something new is officially into operation **2 :** something that is open: as **a :** BREACH, APERTURE (2) **:** an open width **:** SPAN **b :** an area wit trees or with scattered usu. mature trees that occurs as a break forest **c :** two pages that face one another in a book **3 :** somet that constitutes a beginning: as **a :** a planned series of moves mac the beginning of a game of chess or checkers — compare ENDG MIDDLE GAME **b :** a first performance **4 a :** OCCASION, CHANCE **b :** opportunity for employment

**open letter** *n* (1878) **:** a published letter of protest or appeal usu. dressed to an individual but intended for the general public

**open loop** *n* (1947) **:** a control system for an operation or proces which there is no self-correcting action as there is in a closed loop

**open marriage** *n* (1971) **:** a marriage in which the partners agree to each other have sexual partners outside the marriage

**open–mind·ed** \ˌō-pən-ˈmīn-dəd\ *adj* (1828) **:** receptive to arguments ideas **:** IMPARTIAL — **open–mind·ed·ly** *adv* — **open–mind·ed·ness** *n*

**open·mouthed** \ˌō-pən-ˈmaůthd, -ˈmaůtht\ *adj* (1532) **1 :** having mouth widely open **2 :** struck with amazement or wonder **3 :** CL OROUS, VOCIFEROUS — **open·mouth·ed·ly** \-ˈmaů-thəd-lē, -thəd-\ *adv* — **open·mouth·ed·ness** \-ˈmaů-thəd-nəs, -thəd-\ *n*

**open–pol·li·nat·ed** \ˌō-pən-ˈpäl-ə-ˌnāt-əd\ *adj* (1925) **:** pollinated natural agencies without human intervention

**open season** *n* (ca. 1890) **:** a period during which it is legal to kill catch game or fish protected at other times by law

**open secret** *n* (1879) **:** a supposedly secret but generally known matter

**out·let** \'aůt-,let, -lət\ *n* [[1]*out* + *let*, v.] (13c) **1 a :** a place or opening through which something is let out : EXIT, VENT **b :** a means of release or satisfaction for an emotion or impulse ⟨sexual ~s⟩ **2 :** a stream flowing out of a lake or pond **3 a :** a market for a commodity **b :** an agency (as a store or dealer) through which a product is marketed ⟨retail ~s⟩ **4 :** an electrical receptacle into which appliances may be plugged

**out·li·er** \-,lī(-ə)r\ *n* (1676) **1 :** one that does not live where his office, business, or estate is **2 :** something (as a geological feature) that lies or is situated away from or classed differently from a main or related body

[1]**out·line** \'aůt-,līn\ *n* (1662) **1 a :** a line that marks the outer limits of an object or figure : BOUNDARY **b :** SHAPE **2 a :** a style of drawing in which contours are marked without shading **b :** a sketch in outline **3 a :** a condensed treatment of a particular subject ⟨an ~ of world history⟩ **b :** a summary of a written work : SYNOPSIS **4 :** a preliminary account of a project : PLAN **5 :** a fishing line set out overnight : TROTLINE

***syn*** OUTLINE, CONTOUR, PROFILE, SILHOUETTE mean the line that bounds and gives form to something. OUTLINE applies to a line marking the outer limits or edges of a body or mass; CONTOUR stresses the quality of an outline or a bounding surface as being smooth, jagged, curving, or sharply angled; PROFILE suggests a varied and sharply defined outline against a lighter background; SILHOUETTE suggests a shape esp. of a head or figure with all detail blacked out in shadow leaving only the outline clearly defined.

[2]**outline** *vt* (1790) **1 :** to draw the outline of **2 :** to indicate the principal features or different parts of ⟨*outlined* their responsibilities⟩

**out·live** \(')aůt-'liv\ *vt* (15c) **1 :** to live beyond or longer than ⟨*outlived* most of his friends⟩ ⟨~ its usefulness⟩ **2 :** to survive the effects of ⟨universities . . . ~ many political and social changes —J. B. Conant⟩

**out·look** \'aůt-,lůk\ *n* (1667) **1 a :** a place offering a view **b :** a view from a particular place **2 :** POINT OF VIEW ⟨an ~ on life⟩ **3 :** the act of looking out **4 :** the prospect for the future ⟨the ~ for steel demand in the U.S. —*Wall Street Jour.*⟩ ***syn*** see PROSPECT

**out loud** *adv* (1844) **:** loudly enough to be heard : ALOUD

**out·ly·ing** \'aůt-,lī-iŋ\ *adj* (1689) **:** remote from a center or main body ⟨~ areas⟩

**out·ma·neu·ver** \,aůt-mə-'n(y)ü-vər\ *vt* (1799) **1 :** to defeat by more skillful maneuvering **2 :** to surpass in maneuverability

**out·match** \(')aůt-'mach\ *vt* (1603) **:** to prove superior to : OUTDO

**out–mi·grant** \'aůt-,mī-grənt\ *n* (1945) **:** one that out-migrates

**out–mi·grate** \-,grāt\ *vi* (1953) **:** to leave one region or community in order to settle in another esp. as part of a large-scale and continuing movement of population — compare IN-MIGRATE — **out–mi·gra·tion** \,aůt-mī-'grā-shən\ *n*

**out·mode** \(')aůt-'mōd\ *vt* **out·mod·ed; out·mod·ing** [*out* (*of*) *mode*] (1906) **:** to make unfashionable or obsolete

**out·mod·ed** \-'mōd-əd\ *adj* (1903) **1 :** not being in style **2 :** no longer acceptable or usable ⟨~ beliefs⟩

**out·most** \'aůt-,mōst\ *adj* (bef. 12c) **:** farthest out : OUTERMOST

**out·num·ber** \(')aůt-'nəm-bər\ *vt* (1670) **:** to exceed in number

**out of** *prep* (bef. 12c) **1 a (1)** — used as a function word to indicate direction or movement from within to the outside of ⟨walked *out of* the room⟩ **(2)** — used as a function word to indicate a change in quality, state, or form ⟨woke up *out of* a deep sleep⟩ **b (1)** — used as a function word to indicate a position or situation beyond the range, limits, or sphere of ⟨*out of* sight⟩ **(2)** — used as a function word to indicate a position or state away from the usual or expected ⟨*out of* practice⟩ **2** — used as a function word to indicate origin, source, or cause ⟨a colt *out of* an ordinary mare⟩ ⟨built *out of* old lumber⟩ ⟨came *out of* fear⟩ **3** — used as a function word to indicate exclusion from or deprivation of ⟨cheated him *out of* his savings⟩ **4** — used as a function word to indicate choice or selection from a group ⟨one *out of* four survived⟩ — **out of it :** not part of a group, activity, or fashion

**out–of–bounds** \,aůt-ə(v)-'baůn(d)z\ *adv or adj* (1857) **:** outside the prescribed boundaries or limits

**out–of–date** \-'dāt\ *adj* (1628) **:** OUTMODED, OBSOLETE

**out–of–door** \-'dō(ə)r, -'dȯ(ə)r\ *or* **out–of–doors** \-'dō(ə)rz, -'dȯ(ə)rz\ *adj* (1800) **:** OUTDOOR

**out–of–doors** *n pl but sing in constr* (1819) **:** OUTDOORS

**out–of–pock·et** \-'päk-ət\ *adj* (1885) **:** requiring an outlay of cash ⟨~ expenses⟩

**out–of–the–way** \-thə-'wā\ *adj* (1797) **1 :** being off the beaten track ⟨an ~ restaurant⟩ **2 :** UNUSUAL ⟨~ information⟩

**out·pace** \(')aůt-'pās\ *vt* (1611) **1 :** to surpass in speed **2 :** OUTDO

**out·pa·tient** \'aůt-,pā-shənt\ *n* (1715) **:** a patient who is not an inmate of a hospital but who visits a clinic or dispensary connected with it for diagnosis or treatment — compare INPATIENT

**out·place·ment** \(')aůt-'plā-smənt\ *n* (1970) **:** the process of easing unwanted or unneeded executives out of a company by providing company-paid assistance in finding them new jobs (as through professional counseling and job searches)

**out·point** \-'pȯint\ *vt* (1883) **1 :** to sail closer to the wind than **2 :** to win more points than

**out·port** \'aůt-,pō(ə)rt, -,pȯ(ə)rt\ *n* (1642) **1 :** a port other than the main port of a country **2 :** a port of export or departure **3 :** a small fishing village in Newfoundland

**out·post** \'aůt-,pōst\ *n* (1757) **1 a :** a security detachment thrown out by a main body of troops to protect it from enemy surprise **b :** a military base established by treaty or agreement in another country **2 a :** an outlying or frontier settlement **b :** an outlying branch or position of a main organization or group

[1]**out·pour** \'aůt-'pō(ə)r, -'pȯ(ə)r, aůt-,\ *vt* (1671) **:** to pour out

[2]**out·pour** \'aůt-,pō(ə)r, -,pȯ(ə)r\ *n* (1864) **:** OUTPOURING

**out·pour·ing** \'aůt-,pōr-iŋ, -,pȯr-\ *n* (15c) **1 :** the act of pouring out **2 :** something that pours out or is poured out : OUTFLOW

**out·pull** \(')aůt-'půl\ *vt* (1926) **:** OUTDRAW 1

[1]**out·put** \'aůt-,půt\ *n* (1858) **1 :** something produced: as **a :** mineral, agricultural, or industrial production ⟨steel ~⟩ **b :** mental or artistic production ⟨literary ~⟩ **c :** the amount produced by a person in a given time **d :** power or energy produced or delivered by a machine or system (as for storage or for conversion in kind or in characteristics) ⟨solar X-ray ~⟩ **e :** the information fed out by a computer or accounting machine **2 :** the act, process, or an instance of producing **3 :** the terminal for the output on an electrical device

[2]**output** *vt* **out·put·ted** *or* **output; out·put·ting** (1858) **:** to produce as output

**out·race** \(')aůt-'rās\ *vt* (1657) **:** OUTPACE

[1]**out·rage** \'aůt-,rāj\ *n* [ME, fr. MF, excess, outrage, fr. *outre* beyond, in excess, fr. L *ultra* — more at ULTRA-] (14c) **1 :** an act of violence or brutality **2 a :** INJURY, INSULT ⟨do no ~s on silly women or poor passengers —Shak.⟩ **b :** an act that violates accepted standards of behavior or taste ⟨an ~ alike against decency and dignity —John Buchan⟩ **3 :** the anger and resentment aroused by injury or insult

[2]**outrage** *vt* **out·raged; out·rag·ing** (1590) **1 a :** RAPE **b :** to violate the standards or principles of ⟨he has *outraged* respectability past endurance —John Braine⟩ **2 :** to arouse anger or resentment in usu. by some grave offense ***syn*** see OFFEND

**out·ra·geous** \aůt-'rā-jəs\ *adj* (14c) **1 a :** exceeding the limits of what is usual **b :** not conventional or matter-of-fact : FANTASTIC **2 :** VIOLENT, UNRESTRAINED **3 a :** going beyond all standards of what is right or decent ⟨an ~ disregard of human rights⟩ **b :** deficient in propriety or good taste ⟨~ language⟩ ⟨~ manners⟩ — **out·ra·geous·ly** *adv* — **out·ra·geous·ness** *n*

**ou·trance** \ü-'träⁿs\ *n* [ME, fr. MF, fr. *outrer* to pass beyond, carry to excess, fr. *outre*] (15c) **:** the last extremity

**out·range** \(')aůt-'rānj\ *vt* (1858) **:** to surpass in range

**out·rank** \-'raŋk\ *vt* (1842) **1 :** to rank higher than **2 :** to exceed in importance

**ou·tré** \ü-'trā\ *adj* [F, fr. pp. of *outrer* to carry to excess] (1722) **:** violating convention or propriety : BIZARRE

[1]**out·reach** \(')aůt-'rēch\ *vt* (1568) **1 a :** to surpass in reach **b :** EXCEED ⟨the demand ~es the supply⟩ **2 :** to get the better of by trickery ~ *vi* **1 :** to go too far **2 :** to reach out

[2]**out·reach** \'aůt-,rēch\ *n* (1870) **1 :** the act of reaching out **2 :** the extent or limit of reach ⟨the ~ of the Ohio floods —Clifton Johnson⟩ **3 :** the extending of services or activities beyond current or usual limits; *also* **:** the extent of such services or activities

[1]**out·ride** \(')aůt-'rīd\ *vt* **-rode** \-'rōd\; **-rid·den** \-'rid-ᵊn\; **-rid·ing** (1530) **1 :** to ride better, faster, or farther than : OUTSTRIP **2 :** to ride out (a storm)

[2]**out·ride** \'aůt-,rīd\ *n* (1880) **:** an unstressed syllable or group of syllables added to a foot in sprung rhythm but not counted in the scansion

**out·rid·er** \-,rīd-ər\ *n* (1530) **1 :** a mounted attendant **2 :** FORERUNNER, HARBINGER

**out·rig·ger** \'aůt-,rig-ər\ *n* (1748) **1 a :** a projecting spar with a shaped log at the end attached to a canoe to prevent upsetting **b :** a spar or projecting beam run out from a ship's side to help secure the masts or from a mast to extend a rope or sail **c :** a projecting member for an oarlock; *also* **:** a boat so equipped **2 :** a projecting member run out from a main structure to provide additional stability or to support something; *esp* **:** a projecting frame to support the elevator or tailplanes of an airplane or the rotor of a helicopter

[1]**out·right** \(')aůt-'rīt\ *adv* (14c) **1** *archaic* **:** straight ahead : DIRECTLY **2 :** in entirety : COMPLETELY ⟨rejected the proposal ~⟩ **3 :** on the spot : INSTANTANEOUSLY ⟨was killed ~⟩ **4 :** without lien or encumbrance ⟨purchased the property ~ for cash⟩

[2]**out·right** \'aůt-,rīt\ *adj* (1532) **1 a :** being completely or exactly what is stated ⟨an ~ lie⟩ **b :** given without reservation ⟨~ grant⟩ ⟨~ sale⟩ ⟨~ search⟩ **c :** made without encumbrance or lien ⟨~ sale⟩ **2 :** proceeding directly onward **3 :** COMPLETE, ENTIRE — **out·right·ly** *adv*

**out·run** \(')aůt-'rən\ *vt* **-ran** \-'ran\; **-run; -run·ning** (1526) **1 :** to run faster than **2 :** EXCEED, SURPASS ⟨his ambitions ~ his abilities⟩

**out·sell** \-'sel\ *vt* **-sold** \-'sōld\; **-sell·ing** (1609) **1** *archaic* **:** to exceed in value **2 :** to exceed in number of items sold **3 :** to surpass in selling or salesmanship

**out·set** \'aůt-,set\ *n* (1759) **:** BEGINNING, START

**out·shine** \(')aůt-'shīn\ *vb* **-shone** \-'shōn, *esp Brit* -'shän\ *or* **-shined; -shin·ing** *vt* (1596) **1 a :** to shine brighter than **b :** to exceed in splendor or showiness **2 :** OUTDO, SURPASS ⟨*outshone* most other films in quality —Kathleen Karr⟩ ~ *vi* **:** to shine out

[1]**out·shoot** \(')aůt-'shüt\ *vt* **-shot** \-'shät\; **-shoot·ing** (1530) **1 :** to surpass in shooting or making shots **2 :** to shoot or go beyond

[2]**out·shoot** \'aůt-,shüt\ *n* (1613) **:** something that shoots out

[1]**out·side** \(')aůt-'sīd, 'aůt-,\ *n* (1505) **1 a :** a place or region beyond an enclosure or boundary **b :** the area farthest from a specified point of reference: as **(1) :** the side of home plate farthest from the batter **(2) :** the side of a playing area toward the sidelines; *also* **:** the section of a playing area toward the sidelines **2 :** an outer side or surface **3 :** an outer manifestation : APPEARANCE **4 :** the extreme limit of a guess : MAXIMUM ⟨the crowd numbered 10,000 at the ~⟩

[2]**outside** *adj* (1634) **1 a :** of, relating to, or being on or toward the outer side or surface ⟨the ~ edge⟩ **b :** of, relating to, or being on or toward the outer side of a curve or turn **c :** of, relating to, or being on or near the outside ⟨an ~ pitch⟩ **2 a :** situated or performed outside a particular place **b :** connected with or giving access to the outside ⟨~ telephone line⟩ **3 :** MAXIMUM **4 a :** not included or originating in a particular group or organization ⟨blamed the riot on ~ agitators⟩ **b :** not belonging to one's regular occupation or duties ⟨~ interests⟩ **5 :** barely possible : REMOTE ⟨an ~ chance⟩ **6 :** made or done from outside or from a distance ⟨borrowed a basketball and practiced ~ shot⟩

[3]**outside** *adv* (1813) **1 :** on or to the outside **2 :** OUTDOORS

[4]**outside** *prep* (1826) **1** — used as a function word to indicate movement to or position on the outer side of **2 :** beyond the limits of ⟨the scope of this report⟩ ⟨~ the law⟩ **3 :** EXCEPT

**outside of** *prep* (1839) **:** OUTSIDE

**out·sid·er** \(')aůt-'sīd-ər\ *n* (1800) **1 :** a person who does not belong to a particular group **2** *chiefly Brit* **:** a contender not expected to win

**out·sid·er·ness** *n*

**out·sight** \'aůt-,sīt\ *n* (1605) **:** the power or act of perceiving external things ⟨the clear-eyed insight and ~ of the born writer —...⟩

[1]**out·size** \'aůt-,sīz\ *n* (1845) **:** an unusual size; *esp* **:** a size larger than the standard

[2]**outsize** *also* **out·sized** \-,sīzd\ *adj* (1890) **:** unusually large

**out·skirt** \'aůt-,skərt\ *n* (1596) **:** a part remote from the center — usu. used in pl. ⟨on the ~s of town⟩

**plunk** \'pləŋk\ *vb* [imit.] *vt* (1805) **1 :** to pluck or hit so as to produce a quick, hollow, metallic, or harsh sound **2 :** to set down suddenly : PLUMP ~ *vi* **1 :** to make a plunking sound **2 :** to drop abruptly : DIVE **3 :** to come out in favor of someone or something — used with *for* — **plunk** *n* — **plunk·er** *n*

**plunk down** *vi* (1891) **:** to drop abruptly : settle into position ~ *vt* **1 a :** to put down usu. firmly or abruptly ⟨*plunked* his money *down* on the counter⟩ **b :** to settle (oneself) into position ⟨*plunked* himself *down* on the bench⟩ **2 :** to pay out

**plu·per·fect** \(ˈ)plü-ˈpər-fikt\ *adj* [modif. of LL *plusquamperfectus,* lit., more than perfect] (1530) **:** PAST PERFECT — **pluperfect** *n*

**plu·ral** \ˈplůr-əl\ *adj* [ME, fr. MF & L; MF *plurel,* fr. L *pluralis,* fr. *plur-, plus* more — more at PLUS] (14c) **1 :** of, relating to, or constituting a class of grammatical forms usu. used to denote more than one or in some languages more than two ⟨*genetics* is ~ in form but takes a singular verb⟩ **2 :** relating to or consisting of or containing more than one or more than one kind or class ⟨a ~ society⟩ — **plural** *n* — **plu·ral·ly** \-ə-lē\ *adv*

**plu·ral·ism** \ˈplůr-ə-ˌliz-əm\ *n* (1818) **1 :** the holding of two or more offices or positions (as benefices) at the same time **2 :** the quality or state of being plural **3 a :** a theory that there are more than one or more than two kinds of ultimate reality **b :** a theory that reality is composed of a plurality of entities **4 a :** a state of society in which members of diverse ethnic, racial, religious, or social groups maintain an autonomous participation in and development of their traditional culture or special interest within the confines of a common civilization **b :** a concept, doctrine, or policy advocating this state — **plu·ral·ist** \-ləst\ *adj or n* — **plu·ral·is·tic** \ˌplůr-ə-ˈlis-tik\ *adj* — **plu·ral·is·ti·cal·ly** \-ti-k(ə-)lē\ *adv*

**plu·ral·i·ty** \plů-ˈral-ət-ē\ *n, pl* **-ties** (14c) **1 a :** the state of being plural **b :** the state of being numerous **c :** a large number or quantity **2 :** PLURALISM 1; *also* **:** a benefice held by pluralism **3 a :** a number greater than another **b :** an excess of votes over those cast for an opposing candidate **c :** a number of votes cast for a candidate in a contest of more than two candidates that is greater than the number cast for any other candidate but not more than half the total votes cast

**plu·ral·ize** \ˈplůr-ə-ˌlīz\ *vt* **-ized; -iz·ing** (1803) **:** to make plural or express in the plural form — **plu·ral·iza·tion** \ˌplůr-ə-lə-ˈzā-shən\ *n*

**pluri-** *comb form* [L, fr. *plur-, plus*] **:** having or being more than one : MULTI- ⟨*pluriaxial*⟩

**plu·rip·o·tent** \plů-ˈrip-ət-ənt\ *adj* (1916) **:** not fixed as to developmental potentialities : having developmental plasticity

**¹plus** \ˈpləs\ *adj* [L, adv., more, fr. neut. of *plur-, plus,* adj.; akin to Gk *pleiōn* more, L *plenus* full — more at FULL] (1579) **1 :** algebraically positive **2 :** having, receiving, or being in addition to what is anticipated **3 a :** falling high in a specified range ⟨a grade of C ~⟩ **b :** greater than that specified **c :** possessing a specified quality to a high degree **4 :** electrically positive **5 :** relating to or being a particular one of the two mating types that are required for successful fertilization in sexual reproduction in some lower plants (as a fungus)

**²plus** *n, pl* **plus·es** \ˈpləs-əz\ *also* **plus·ses** (1654) **1 :** PLUS SIGN **2 :** an added quantity **3 :** a positive factor or quality **4 :** SURPLUS

**³plus** *prep* (1668) **1 :** increased by **:** with the addition of ⟨four ~ five⟩ ⟨the principal ~ interest⟩ **2 :** BESIDES — chiefly in oral use ⟨~ which, we were traveling in an area exposed to few blacks —Linda Harris⟩

**⁴plus** *adv* (1950) **:** in addition **:** BESIDES — chiefly in oral use ⟨I think he would like me to be there. *Plus,* to totally heal, I have to do these things —Diana Munson⟩

**⁵plus** *conj* (1968) **:** AND — chiefly in oral use ⟨if you want to make a super investment, ~ you don't happen to be rich —*radio advt*⟩

***usage*** The preposition *plus* has long been used with a meaning equivalent to *and* (as in "two *plus* two"); it is not, therefore, very surprising that in time people have begun to use it as a conjunction like *and.* It occurs mainly in spoken English and is likely to attract unfavorable notice in serious writing.

**plus fours** *n pl* (1920) **:** loose sports knickers made four inches longer than ordinary knickers

**¹plush** \ˈpləsh\ *n* [MF *peluche*] (1594) **:** a fabric with an even pile longer and less dense than velvet pile

**²plush** *adj* (ca. 1645) **1 :** relating to, resembling, or made of plush **2 :** notably luxurious — **plush·ly** *adv* — **plush·ness** *n*

**plushy** \ˈpləsh-ē\ *adj* **plush·i·er; -est** (1611) **1 :** having the texture of or covered with plush **2 :** LUXURIOUS, SHOWY — **plush·i·ness** *n*

**plus·sage** \ˈpləs-ij\ *n* (1924) **:** an amount over and above another amount

**plus sign** *n* (ca. 1907) **:** a sign + denoting addition or a positive quantity

**Plu·to** \ˈplüt-(ˌ)ō\ *n* [L *Pluton-, Pluto,* fr. Gk *Ploutōn*] **1 :** the Greek god of the underworld — compare DIS **2** [NL] **:** the planet farthest from the sun — see PLANET table

**plu·toc·ra·cy** \plü-ˈtäk-rə-sē\ *n, pl* **-cies** [Gk *ploutokratia,* fr. *ploutos* wealth; akin to L *pluere* to rain] (1652) **1 :** government by the wealthy **2 :** a controlling class of the wealthy — **plu·to·crat** \ˈplüt-ə-ˌkrat\ *n* — **plu·to·crat·ic** \ˌplüt-ə-ˈkrat-ik\ *adj* — **plu·to·crat·i·cal·ly** \-i-k(ə-)lē\ *adv*

**plu·ton** \ˈplü-ˌtän\ *n* [prob. back-formation fr. *plutonic*] (1936) **:** a typically large body of intrusive igneous rock

**plu·to·ni·an** \plü-ˈtō-nē-ən\ *adj, often cap* (1667) **:** of, relating to, or characteristic of Pluto or the lower world **:** INFERNAL

**plu·ton·ic** \plü-ˈtän-ik\ *adj* [L *Pluton-, Pluto*] (1833) **1 :** formed by solidification of magma deep within the earth and crystalline throughout ⟨~ rock⟩ **2** *often cap* **:** PLUTONIAN

**plu·to·ni·um** \plü-ˈtō-nē-əm\ *n* [NL, fr. *Pluton-, Pluto,* the planet Pluto] (1942) **:** a radioactive metallic element similar chemically to uranium that is formed as the isotope 239 by decay of neptunium and found in minute quantities in pitchblende, that undergoes slow disintegration with the emission of a helium nucleus to form uranium 235, and that is fissionable with slow neutrons to yield atomic energy — see ELEMENT table

**¹plu·vi·al** \ˈplü-vē-əl\ *adj* [L *pluvialis,* fr. *pluvia* rain, fr. fem. of *pluvius* rainy, fr. *pluere* to rain — more at FLOW] (ca. 1656) **1 a :** of or relating to rain **b :** characterized by abundant rain **2** *of a geologic change* **:** resulting from the action of rain

**²pluvial** *n* (1929) **:** a prolonged period of wet climate ⟨the ~s of the early Pleistocene⟩

**¹ply** \ˈplī\ *vt* **plied; ply·ing** [ME *plien* to fold, fr. MF *plier,* fr. L *plicare;* akin to OHG *flehtan* to braid, L *plectere,* Gk *plekein*] (14c) **:** to twist together ⟨~ two single yarns⟩

**²ply** *n, pl* **plies** (1532) **1 a :** one of the strands in a yarn **b :** one of several layers (as of cloth) usu. sewn or laminated together **c :** one of the veneer sheets forming plywood **d :** a layer of a paper or paperboard **2 :** INCLINATION, BIAS

**³ply** *vb* **plied; ply·ing** [ME *plien,* short for *applien* to apply] *vt* (14c) **1 a :** to use or wield diligently ⟨busily ~*ing* his pen⟩ **b :** to practice or perform diligently ⟨~*ing* his trade⟩ **2 :** to keep furnishing or supplying something to ⟨*plied* us with liquor⟩ **3 :** to make a practice of rowing or sailing over or on ⟨the boat *plies* the river⟩ ~ *vi* **1 :** to apply oneself steadily **2 :** to go or travel regularly ⟨a steamer ~*ing* between opposite shores of the lake⟩

**Plym·outh Rock** \ˌplim-əth-\ *n* [fr. *Plymouth Rock,* on which the Pilgrims are supposed to have landed in 1620] (1849) **:** any of an American breed of medium-sized single-combed dual-purpose domestic fowls

**ply·wood** \ˈplī-ˌwůd\ *n* (1907) **:** a structural material consisting of sheets of wood glued or cemented together with the grains of adjacent layers arranged at right angles or at a wide angle

**-pnea** *or* **-pnoea** \(p)-nē-ə\ *n comb form* [NL, fr. Gk *-pnoia,* fr. *pnoia,* fr. *pnein* to breathe] **:** breath **:** breathing ⟨*hyperpnea*⟩ ⟨*apnoea*⟩

**pneum-** *or* **pneumo-** *comb form* [NL, partly fr. Gk *pneum-* (fr. *pneuma*), partly fr. Gk *pneumōn* lung] **1 :** air **:** gas ⟨*pneumothorax*⟩ **2 :** lung ⟨*pneumectomy*⟩ **:** pulmonary and ⟨*pneumogastric*⟩ **3 :** respiration ⟨*pneumograph*⟩ **4 :** pneumonia ⟨*pneumococcus*⟩

**pneu·ma** \ˈn(y)ü-mə\ *n* [Gk] (1884) **:** SOUL, SPIRIT

**pneumat-** *or* **pneumato-** *comb form* [Gk, fr. *pneumat-, pneuma*] **1 :** air **:** vapor **:** gas ⟨*pneumatics*⟩ **2 :** respiration ⟨*pneumatometer*⟩

**pneu·mat·ic** \n(y)ů-ˈmat-ik\ *adj* [L *pneumaticus,* fr. Gk *pneumatikos,* fr. *pneumat-, pneuma* air, breath, spirit, fr. *pnein* to breathe — more at SNEEZE] (1659) **1 :** of, relating to, or using gas (as air or wind): **a :** moved or worked by air pressure **b** (1) **:** adapted for holding or inflated with compressed air (2) **:** having air-filled cavities **2 :** of or relating to the pneuma **:** SPIRITUAL **3 :** having a well-proportioned feminine figure; *esp* **:** having a full bust — **pneu·mat·i·cal·ly** \-i-k(ə-)lē\ *adv* — **pneu·ma·tic·i·ty** \ˌn(y)ü-mə-ˈtis-ət-ē\ *n*

**pneu·mat·ics** \n(y)ů-ˈmat-iks\ *n pl but sing in constr* (1660) **:** a branch of mechanics that deals with the mechanical properties of gases

**pneu·ma·tol·o·gy** \ˌn(y)ü-mə-ˈtäl-ə-jē\ *n* [NL *pneumatologia,* fr. Gk *pneumat-, pneuma* + NL *-logia* -logy] (1678) **:** the study of spiritual beings or phenomena

**pneu·ma·to·lyt·ic** \ˌn(y)ü-mət-ᵊl-ˈit-ik, (ˌ)n(y)ü-ˌmat-ᵊl-\ *adj* [ISV] (1896) **:** formed or forming by hot vapors or superheated liquids under pressure — used esp. of minerals and ores

**pneu·mato·phore** \n(y)ů-ˈmat-ə-ˌfō(ə)r, -ˌfȯ(ə)r\ *n* [ISV] (1859) **1 :** a muscular gas-containing sac that serves as a float on a siphonophore colony **2 :** a root often functioning as a respiratory organ in a marsh plant

**pneu·mo·coc·cus** \ˌn(y)ü-mə-ˈkäk-əs\ *n, pl* **-coc·ci** \-ˈkäk-(ˌ)s(ī), -ˈkäk-(ˌ)(s)ē\ [NL] (ca. 1890) **:** a bacterium (*Diplococcus pneumoniae*) that causes an acute pneumonia involving one or more lobes of the lung — **pneu·mo·coc·cal** \-ˈkäk-əl\ *adj*

**pneu·mo·co·ni·o·sis** \ˌn(y)ü-mō-ˌkō-nē-ˈō-səs\ *n, pl* **-o·ses** \-ˌsēz\ [NL, fr. *pneum-* + Gk *konis* dust — more at INCINERATE] (1881) **:** a disease of the lungs caused by the habitual inhalation of irritant mineral or metallic particles — compare BLACK LUNG, SILICOSIS

**pneu·mo·graph** \ˈn(y)ü-mə-ˌgraf\ *n* [ISV] (1878) **:** an instrument for recording the thoracic movements or volume change during respiration

**pneu·mo·nec·to·my** \ˌn(y)ü-mə-ˈnek-tə-mē\ *n, pl* **-mies** [Gk *pneumōn* + ISV *-ectomy*] (ca. 1895) **:** excision of an entire lung or of one or more lobes of a lung

**pneu·mo·nia** \n(y)ů-ˈmō-nyə\ *n* [NL, fr. Gk, fr. *pneumōn* lung, alter. of *pleumōn* — more at PULMONARY] (1603) **:** a disease of the lungs characterized by inflammation and consolidation followed by resolution and caused by infection or irritants

**pneu·mon·ic** \n(y)ů-ˈmän-ik\ *adj* [NL *pneumonicus,* fr. Gk *pneumonikos,* fr. *pneumōn*] (1675) **1 :** of or relating to the lungs **:** PULMONIC, PULMONARY **2 :** of, relating to, or affected with pneumonia

**pneu·mo·tho·rax** \ˌn(y)ü-mə-ˈthō(ə)r-ˌaks, -ˈthȯ(ə)r-\ *n* [NL] (1821) **:** a state in which air or other gas is present in the pleural cavity and which occurs spontaneously as a result of disease or injury of lung tissue or puncture of the chest wall or is induced as a therapeutic measure to collapse the lung

**pneu·mo·tro·pic** \ˌn(y)ü-mə-ˈtrōp-ik, -ˈträp-\ *adj* (ca. 1929) **:** turning, directed toward, or having an affinity for lung tissues — used esp. of infective agents

**¹poach** \ˈpōch\ *vt* [ME *pochen,* fr. MF *pocher,* fr. OF *pochier,* lit., to put into a bag, fr. *poche* bag, pocket, of Gmc origin; akin to OE *pocca* bag] (14c) **:** to cook in simmering liquid

**²poach** *vb* [MF *pocher,* of Gmc origin; akin to ME *poken* to poke] *vt* (1677) **1 :** to trespass on ⟨a field ~*ed* too frequently by the amateur —*Times Lit. Supp.*⟩ **2 a :** to take (game or fish) by illegal methods **b :** to appropriate (something) as one's own ~ *vi* **1 :** to trespass for the purpose of stealing game; *also* **:** to take game or fish illegally **2 :** to encroach esp. for the purpose of taking something

**¹poach·er** \ˈpō-chər\ *n* [²*poach*] (1667) **1 :** one that trespasses or steals **2 :** one who kills or takes game or fish illegally

**²poacher** *n* [¹*poach*] (1861) **1 :** a covered pan containing a plate with depressions or shallow cups in each of which an egg can be cooked over steam rising from boiling water in the bottom of the pan **2 :** a shallow baking dish in which food (as fish) can be poached

**po'boy** \ˈpō-ˌbȯi\ *var of* POOR BOY

**po·chard** \ˈpō-chərd\ *n* [origin unknown] (1552) **:** any of numerous rather heavy-bodied diving ducks (esp. genus *Aythya*) with a large head and with feet and legs placed far back under the body

**¹pock** \ˈpäk\ *n* [ME *pokke,* fr. OE *pocc;* akin to MLG & MD *pocke* pock, L *bucca* cheek, mouth] (bef. 12c) **:** a pustule in an eruptive disease (as smallpox); *also* **:** a spot suggesting such a pustule

**²pock** *vt* (1841) **:** to mark with or as if with pocks **:** PIT

**¹pock·et** \ˈpäk-ət\ *n* [ME *poket,* fr. ONF *pokete,* dim. of *poke* bag, of Gmc origin; akin to OE *pocca* bag] (15c) **1 a :** a small bag carried by