IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GTECH CORPORATION,<br><br>    Plaintiff,<br><br>  v.<br><br>SCIENTIFIC GAMES INTERNATIONAL, INC.; SCIENTIFIC GAMES HOLDINGS CORPORATION; SCIENTIFIC GAMES FINANCE CORPORATION; and SCIENTIFIC GAMES CORPORATION,<br><br>    Defendants. | C.A. No. 04-138-JJF |

**STIPULATION AND ORDER**

  IT IS HEREBY STIPULATED AND AGREED, subject to the approval of the Court, that the Court's July 14, 2004 Memorandum Order (D.I. 13), and the Court's August 4, 2005 Order (D.I. 105) are amended and superseded as follows:

  1. Summary judgment motions and opening briefs in support thereof shall be due on November 14, 2005. Answering briefs in opposition to motions for summary judgment shall be due on December 2, 2005. Reply briefs in support of motions for summary judgment shall be due on December 16, 2005.

| YOUNG, CONAWAY, STARGATT & TAYLOR | MORRIS, NICHOLS, ARSHT & TUNNELL |
|---|---|
|  */s/Karen E. Keller* |  */s/ Rodger D. Smith II* |
| Josy W. Ingersoll (#1088) | Jack B. Blumenfeld (#1014) |
| John W. Shaw (#3362) | Rodger D. Smith II (#3778) |
| Karen E. Keller (#4489) | 1201 N. Market Street |
| 1000 West Street, 17th Floor | P.O. Box 1347 |
| P.O. Box 391 | Wilmington, DE 19899 |
| Wilmington, DE 19899 | (302) 658-9200 |
| (302) 571-6600 |  Attorneys for Defendants |
|  Attorneys for Plaintiff | |

- 2 -

                    SO ORDERED this ___ day of November 2005.

                    _____
                    United States District Court Judge

491959