**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| GTECH CORPORATION, | ) ) ) | |
| Plaintiff, | ) ) ) | Civil Action No. 04-138-JJF |
| v. | ) ) | |
| SCIENTIFIC GAMES INTERNATIONAL, INC., SCIENTIFIC GAMES HOLDINGS CORPORATION, SCIENTIFIC GAMES FINANCE CORPORATION, and SCIENTIFIC GAMES CORPORATION, | ) ) ) ) ) ) | |
| Defendants. | ) ) | |

## STIPULATION AND ORDER CONCERNING PRE-TRIAL MATTERS

IT IS HEREBY STIPULATED AND AGREED, subject to the approval of the

Court, as follows:

1.    Plaintiff shall serve on Defendants on December 9, 2005, its proposed draft of a

Pretrial Order (body), admitted facts, jury instructions (preliminary and final), *voir dire* and

verdict form.

2.    Plaintiff and Defendants shall serve on December 9, 2005, their respective

proposed drafts of issues of fact remaining to be litigated, statement of intended proofs, witness

lists (case in chief), exhibit lists (for documents to be used in case in chief), issues of law and

miscellaneous issues.  The exhibit lists shall include an identification of documents from

production/depositions by bates and/or exhibit number and shall contain for each exhibit a

general description including any deposition exhibit numbers.

3.      Defendants shall serve on Plaintiff on December 23, 2005, their comments on the proposed draft Pretrial Order (body), admitted facts, jury instructions, *voir dire*, and verdict form, as well as provide any alternate forms/instructions.

4.      Plaintiff and Defendants shall serve on December 23, 2005, their respective revisions to issues of fact and statements of intended proofs, as well as witness lists (rebuttal), and exhibit lists (rebuttal). The exhibit lists shall include an identification of documents from production/depositions by bates and/or exhibit number and shall contain for each exhibit a general description including any deposition exhibit numbers.

6.      The joint Pre-Trial order on January 9, 2006, and the parties will file, either jointly or separately on that date, proposed *voir dire* and verdict forms.

7.      The parties agree that they may supplement their exhibit lists in response to the lists submitted on December 9, 2005, but are not required to differentiate between exhibits for their case in chief versus cross examination/rebuttal materials. The parties agree to list in good faith all exhibits they reasonably expect to use for any purpose at trial on their final exhibit lists.

8.    The parties agree that motions *in limine*, deposition designations, identification of the order of witnesses to be called at trial, and exchange of demonstrative exhibits shall not occur prior to the filing of the Pre-Trial Order, and will reach a separate agreement on the timing of those exchanges.

YOUNG CONAWAY STARGATT & TAYLOR, LLP    MORRIS, NICHOLS, ARSHT & TUNNELL

| | |
|---|---|
| _Josy W. Ingersoll (#1088) | _/s/ Rodger D. Smith II_ |
| Josy W. Ingersoll (#1088) | Jack B. Blumenfeld (#1014) |
| John W. Shaw (#3362) | Rodger D. Smith II (#3778) |
| Karen E. Keller (#4489) | 1201 N. Market Street |
| 1000 West Street, 17th Floor | P.O. Box 1347 |
| P.O. Box 391 | Wilmington, DE 19899 |
| Wilmington, DE 19899 | (302) 658-9200 |
| (302) 571-6600 | rsmith@mnat.com |
| kkeller@ycst.com | |
| | |
| Attorneys for Plaintiff | Attorneys for Defendants |

SO ORDERED this ____ day of November 2005

_____
United States District Court Judge