IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GTECH CORPORATION,<br><br>        Plaintiffs,<br><br>  v.<br><br>SCIENTIFIC GAMES INTERNATIONAL, INC., SCIENTIFIC GAMES HOLDINGS CORPORATION, SCIENTIFIC GAMES FINANCE CORPORATION, and SCIENTIFIC GAMES CORPORATION,<br><br>        Defendants. | Civil Action No. 04-138-JJF |

## GTECH'S MOTION FOR PARTIAL SUMMARY JUDGMENT THAT THE ASSERTED CLAIMS OF U.S. PATENTS 4,982,337 AND 5,222,624 ARE NOT INVALID UNDER 35 U.S.C. § 102

Plaintiff GTECH Corporation ("GTECH") hereby moves pursuant to Federal Rule of Civil Procedure 56 for an order entering partial summary judgment that asserted claim 18 of U.S. Patent No. 5,222,624 and asserted claims 20 and 21 of U.S. Patent No. 4,982,337 are not invalid under 35 U.S.C. § 102. The grounds for this motion are fully set forth in GTECH's opening brief in support of this motion, with attached exhibits, filed herewith. The opening brief includes a statement of facts and a certification that no material factual disputes exist. GTECH respectfully requests that the Court enter the attached order granting GTECH's Motion For Partial Summary Judgment.

YOUNG, CONAWAY, STARGATT & TAYLOR, LLP

Dated: November 14, 2005       By:      /s/ Karen E. Keller
                                        Josy W. Ingersoll (#1088)
                                        Karen Keller (#4489)
                                        The Brandywine Building
                                        1000 West Street, 17th Floor
                                        P.O. Box 391
                                        Wilmington, Delaware 19889
                                        Telephone: (302) 571-6600
                                        Facsimile: (302) 571-1253

OF COUNSEL:
Thomas J. Meloro
Larissa A. Soccoli
Andrew Reibman
KENYON & KENYON
One Broadway
New York, New York 10004
Telephone: (212) 425-7200
Facsimile: (212) 425-5288


Douglas E. Ringel
KENYON & KENYON
1500 K Street NW
Washington, DC 20005
Telephone: (202) 220-4200
Facsimile: (202) 220-4201

*Attorneys for Plaintiff GTECH Corporation*

## CERTIFICATE OF SERVICE

I, Karen E. Keller, Esquire, hereby certify that on November 14, 2005, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

> Jack B. Blumenfeld Esquire
> Morris Nichols Arsht & Tunnell
> 1201 North Market Street
> Wilmington, DE 19801

I further certify that on November 14, 2005, I caused a copy of the foregoing document to be served by hand delivery on the above-listed counsel of record.

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Karen E. Keller*
Josy W. Ingersoll (#1088)
John W. Shaw (#3362)
Karen E. Keller (#4489)
Andrew A. Lundgren (#4429)
YOUNG CONAWAY STARGATT & TAYLOR, LLP
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, Delaware 19899-0391
(302) 571-6600
kkeller@ycst.com

*Attorneys for GTECH Corporation*