IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GTECH CORPORATION,<br><br>      Plaintiff,<br><br>     v.<br><br>SCIENTIFIC GAMES INTERNATIONAL, INC., SCIENTIFIC GAMES HOLDINGS CORPORATION, SCIENTIFIC GAMES FINANCE CORPORATION, and SCIENTIFIC GAMES CORPORATION,<br><br>      Defendants. | Civil Action No. 04-138-JJF |

**[PROPOSED] ORDER**

This _____ day of _____, 2005, having considered the arguments and papers on *GTECH's Motion for Partial Summary Judgment that the asserted claims of U.S. Patents 4,982,337 and 5,222,624 are not invalid pursuant to 35 U.S.C. § 102*, IT IS HEREBY ORDERED that the motion is GRANTED.

                SO ORDERED

                _____
                United States District Judge