# DECLARATION, PATENT APPLICATION AND POWER OF ATTORNEY
(Under 37 CFR 1.63; includes reference to PCT International applications)

CURTIS, MORRIS & SAFFORD, P.C. File No. 3390-2030

As a below named inventor, I hereby declare that:

My residence, post office address and citizenship are as stated below next to my name.

I believe I am the original, first and sole inventor (if only one name is listed below) or an original, first and joint inventor (if plural names are listed below) of the subject matter which is claimed and for which a patent is sought on the invention ENTITLED:

**TICKET DISPENSING MACHINE AND METHOD**

the specification of which
- ☒ is attached hereto.
- ☐ was filed on ........ as { ☐ PCT International / ☐ United States } Application, No. ....................
with amendment(s) through ............................................(if applicable, give details).

I hereby state that I have reviewed and understand the contents of the above identified specification, including the claims, as amended by any amendment referred to above.

I acknowledge the duty to disclose information which is material to the examination of this application in accordance with Title 37, Code of Federal Regulations, §1.56 (a).

I hereby claim foreign priority benefits under Title 35, United States Code, §119 of any foreign application(s) for patent or inventor's certificate or of any PCT international application(s) designating at least one country other than the United States of America listed below and have also identified below any foreign application for patent or inventor's certificate or any PCT international applications designating at least one country other than the United States of America filed by me on the same subject matter having a filing date before that of the application(s) of which priority is claimed:

Prior Foreign/PCT Application(s) [list additional applications on separate page]:      Priority Claimed:

| Country (or PCT) | Application Number: | Filed (Day/Month/Year): | Yes | No |
|---|---|---|---|---|
| | | | ☐ | ☐ |
| | | | ☐ | ☐ |

I hereby claim the benefit under Title 35, United States Code, §120 of any United States application(s) or PCT international application(s) designating the United States of America that is/are listed below and, insofar as the subject matter of each of the claims of this application is not disclosed in that/those prior application(s) in the manner provided by the first paragraph of Title 35, United States Code §112, I acknowledge the duty to disclose material information as defined in Title 37, Code of Federal Regulations, §1.56(a) which occurred between the filing date of the prior application(s) and the national or PCT international filing date of this application:

Prior U.S. (or U.S.-designating PCT) Application(s) [list additional applications on separate page]:
U.S. Serial No.: Filed (Day/Month/Year): PCT Application No. Status (patented, pending, abandoned):

30/

I hereby appoint ... Gregor N. Neff ............................, Registration No. 20,596, and ......................

and CURTIS, MORRIS & SAFFORD, P.C., Registration No. 12761, or their duly appointed associate, my attorneys, with full power of substitution and revocation, to prosecute this application, to make alterations and amendments therein, to file continuation and divisional applications thereof, to receive the Patent, and to transact all business in the Patent and Trademark Office and in the Courts in connection therewith, and specify that all communications about the application are to be directed to the following correspondence address:

Gregor N. Neff ..................., Esq.      Direct all telephone calls to: (212) 840-3333
c/o CURTIS, MORRIS & SAFFORD, P.C.                  to the attention
530 Fifth Avenue
New York, New York 10036              of .. Gregor N. Neff ..........................

I hereby declare that all statements made herein of my own knowledge are true and that all statements made on information and belief are believed to be true; and further that these statements were made with the knowledge that willful false statements and the like so made are punishable by fine or imprisonment, or both, under Section 1001 of Title 18 of the United States Code and that such willful false statements may jeopardize the validity of the application or any patent issued thereon.

INVENTOR(S):
Signature: _[signature]_ ..................... Date: Feb 15, 1989
Full name of sole or first inventor: Robert L. Burr
Residence: 7515 CHARMANT DR SUITE 1407 SAN DIEGO, CA 92122
Citizenship: U.S.A.

Signature: ........................................ Date: ..................
Full name of 2nd joint inventor (if any):
Residence:
Citizenship:

Signature: ........................................ Date: ..................
Full name of 3rd joint inventor:
Residence:
Citizenship:
[Similarly list additional inventors on separate page]

Post Office Address(es) of inventor(s):
[if different from residence]

Note: In order to qualify for reduced fees available to Small Entities, each inventor and any other individual or entity having rights to the invention must also sign an appropriate separate "Verified Statement (Declaration) Claiming [or Supporting a Claim by Another for] Small Entity Status" form [e.g. for Independent Inventor, Small Business Concern, Nonprofit Organization, individual Non-Inventor].

GTech v. Scientific Games
04-128-JJF

GTECH 000136

07 312111

| | | | |
|---|---|---|---|
| Applicant or Grantee | : | Robert L. Burr | Curtis, Morris & Safford, P.C. |
| Serial or Patent No. | : | | File No. 3390-2030 |
| Filed or Issued | : | FEB 17 1989 | |
| For | : | TICKET DISPENSING MACHINE AND METHOD | |

VERIFIED STATEMENT (DECLARATION) CLAIMING SMALL ENTITY STATUS
(37 CFR 1.9(f) and 1.27 (b)) – INDEPENDENT INVENTOR

As a below-named inventor, I hereby declare that I qualify as an independent inventor as defined in 37 CFR 1.9(c) for purposes of paying reduced fees under Section 41(a) and (b) of Title 35, United States Code, to the Patent and Trademark Office with regard to the invention, entitled
    TICKET DISPENSING MACHINE AND METHOD
described in
   ☒ the specification filed herewith.
   ☐ application serial no. _____, filed _____.
   ☐ patent no. _____, issued _____.

I have not assigned, granted, conveyed or licensed and am under no obligation under contract or law to assign, grant, convey or license, any rights in the invention to any person who could not be classified as an independent inventor under 37 CFR 1.9(c) if that person had made the invention, or to any concern which would not qualify as a small business concern under 37 CFR 1.9(d) or a nonprofit organization under 37 CFR 1.9(e).

Each person, concern or organization to which I have assigned, granted, conveyed, or licensed or am under an obligation under contract or law to assign, grant, convey, or license any rights in the invention is listed below:

   ☒ no such person, concern, or organization
   ☐ persons, concerns or organizations listed below*
   *NOTE: Separate verified statements are required from each named person, concern or organization having rights to the invention averring to their status as small entities. (37 CFR 1.27)

FULL NAME _____
ADDRESS _____
   ☐ INDIVIDUAL    ☐ SMALL BUSINESS CONCERN    ☐ NONPROFIT ORGANIZATION

FULL NAME _____
ADDRESS _____
   ☐ INDIVIDUAL    ☐ SMALL BUSINESS CONCERN    ☐ NONPROFIT ORGANIZATION

FULL NAME _____
ADDRESS _____
   ☐ INDIVIDUAL    ☐ SMALL BUSINESS CONCERN    ☐ NONPROFIT ORGANIZATION

I acknowledge the duty to file in this application or patent, notification of any change in status resulting in loss of entitlement to small entity status prior to paying, or at the time of paying, the earliest of the issue fee or any maintenance fee due after the date on which status as a small entity is no longer appropriate. (37 CFR 1.28(b))

I hereby declare that all statements made herein of my own knowledge are true and that all statements made on information and belief are believed to be true; and further that these statements were made with the knowledge that willful false statements and the like so made are punishable by fine or imprisonment, or both, under Section 1001 of Title 18 of the United States Code, and that such willful false statements may jeopardize the validity of the application, any patent issuing thereon, or any patent to which this verified statement is directed.

| Robert L. Burr | | |
|---|---|---|
| NAME OF INVENTOR | NAME OF INVENTOR | NAME OF INVENTOR |
| *[signature]* | | |
| Signature of Inventor | Signature of Inventor | Signature of Inventor |
| Feb 15, 1989 | | |
| Date | Date | Date |

GTech v. Scientific Games
04-128-JJF

GTECH 000137



FIG 1

GTech v. Scientific Games
04-128-JJF

GTECH 000138



FIG. 2

GTech v. Scientific Games
04-128-JJF

GTECH 000139



FIG. 4

GTech v. Scientific Games
04-128-JJF

GTECH 000140



GTech v. Scientific Games
04-128-JJF

GTECH 000141



FIG. 7

GTech v. Scientific Games
04-128-JJF

GTECH 000142



GTech v. Scientific Games
04-128-JJF

GTECH 000143



FIG 1

GTech v. Scientific Games
04-128-JJF

GTECH 000144



FIG. 2

GTech v. Scientific Games
04-128-JJF

GTECH 000145



FIG. 4

GTech v. Scientific Games
04-128-JJF

GTECH 000146

Print of Drawing
as Original Filed

512/111

3390-2036

FIG. 6

FIG. 5

| 1 | 2 | 3 | A |
| 4 | 5 | 6 | B |
| 7 | 8 | 9 | C |
| CLEAR | 0 | * | D |

FIG. 3

GTech v. Scientific Games
04-128-JJF

GTECH 000147



FIG. 7

GTech v. Scientific Games
04-128-JJF

GTECH 000148



GTech v. Scientific Games
04-128-JJF

GTECH 000149