Exhibit   D

5222624

| SERIAL NUMBER | FILING DATE | CL. 185 | SUBCLASS | GROUP ART UNIT | EXAMINER |
|---|---|---|---|---|---|
| 07/912,005 | 07/10/92 | 221 | 188   1 | 3101 | Bollinger |

PATENT DATE  JUN 20 1993

PATENT NUMBER

ROBERT BURR, SAN DIEGO, CA.

**CONTINUING DATA************************
VERIFIED    THIS APPLI'N IS A CON OF   07/312,111 02/17/89 now abandoned
DHB

**FOREIGN/PCT APPLICATIONS************
VERIFIED   none
DHB

FOREIGN FILING LICENSE GRANTED 07/28/92      ***** SMALL ENTITY *****

| Foreign priority claimed ☐ yes ☑ no<br>35 USC 119 conditions met ☐ yes ☐ no<br>Verified and Acknowledged  Examiner's Initials | AS FILED → | STATE OR COUNTRY | SHEETS DRWGS. | TOTAL CLAIMS | INDEP. CLAIMS | FILING FEE RECEIVED | ATTORNEY'S DOCKET NO. |
|---|---|---|---|---|---|---|---|
| | | CA | 6 | 24 | 7 | $529.00 | 3390-2030 |

GREGOR N. NEFF
C/O CURTIS, MORRIS & SAFFORD
530 5TH AVE.
NEW YORK, NY 10036

TICKET DISPENSER MACHINE AND METHOD

U.S. DEPT. of COMM.-Pat. & TM Office — PTO-436L (rev. 10-78)

NOTICE OF ALLOWANCE MAILED

PREPARED FOR ISSUE

CLAIMS ALLOWED
Total Claims

ISSUE FEE

Amount Due    Date Paid
$685.00   2-17-93

PRIMARY EXAMINER
DAVID H. BOLLINGER   Primary Examiner

DRAWING
Sheets Drwg.    Figs. Drwg.

ISSUE CLASSIFICATION
221/

ISSUE BATCH NUMBER

WARNING: The information disclosed herein may be restricted. Unauthorized disclosure may be prohibited by the United States Code Title 35, Sections 122, 181 and 368.
Possession outside the U.S. Patent & Trademark Office is restricted to authorized employees and contractors only.

Form PTO-436A

GTECH 000015

07/912005

PATENT APPLICATION SERIAL NO. _____

U.S. DEPARTMENT OF COMMERCE
PATENT AND TRADEMARK OFFICE
FEE RECORD SHEET

090 BA 07/21/92 07912005                1 201    529.00 CK 3390-2030

PTO-1556
(5/87)

GTech v. Scientific Games
04-128-JJF

GTECH 000016

BAR CODE LABEL

**U.S. PATENT APPLICATION**

| SERIAL NUMBER | FILING DATE | CLASS | GROUP ART UNIT |
|---|---|---|---|
| 07/912,005 | 07/10/92 | 221 | 3101 |

**APPLICANT**

ROBERT BURR, SAN DIEGO, CA.

**CONTINUING DATA******** **************
VERIFIED    THIS APPLI IS A CON OF    07/312,111 02/17/89

**FOREIGN/PCT APPLICATIONS*************
VERIFIED

FOREIGN FILING LICENSE GRANTED 07/28/92    ***** SMALL ENTITY *****

| STATE OR COUNTRY | SHEETS DRAWING | TOTAL CLAIMS | INDEPENDENT CLAIMS | FILING FEE RECEIVED | ATTORNEY DOCKET NO. |
|---|---|---|---|---|---|
| CA | 6 | 24 | 7 | $ 529.00 | 3390-2030 |

**ADDRESS**

GREGOR N. NEFF
C/O CURTIS, MORRIS & SAFFORD
530 5TH AVE.
NEW YORK, NY 10036

**TITLE**

TICKET DISPENSER MACHINE AND METHOD

This is to certify that annexed hereto is a true copy from the records of the United States
Patent and Trademark Office of the application as filed which is identified above.

By authority of the
COMMISSIONER OF PATENTS AND TRADEMARKS

Date                    Certifying Officer

GTech v. Scientific Games
04-128-JJF

GTECH 000017

JUL 10 1992

**FILE WRAPPER CONTINUING PATENT APPLICATION REQUEST** 07/912005

(Under 37 CFR 1.62)

CURTIS, MORRIS & SAFFORD, P.C. File No. .....3390-2030..

| PRIOR APPLICATION | | |
|---|---|---|
| EXAMINER | | ART UNIT |
| D. Bollinger | | 111 |
| ANTICIPATED CLASSIFICATION OF THIS APPLICATION: | | |
| CLASS | SUBCLASS | |

**EXPRESS MAIL**

Mailing label number. RB823828192US

Date of Deposit    July 10, 1992

I hereby certify that this paper or fee is being deposited with U.S. United States Postal Service "Express Mail Post Office to Addressee" service under 37 CFR 1.10 on the date indicated above and is addressed to the Commissioner of Patents and Trademarks, Washington, D.C. 20231.

Harry Bates

(Typed or printed name of person mailing paper or fee)

(Signature of person mailing paper or fee)

[37 CFR 1.8 Certificate Mailing CANNOT be used]

COMMISSIONER OF PATENTS AND TRADEMARKS
Box FWC
Washington, D.C. 20231

This is a Request for filing a ☐ continuation-in-part  ☒ continuation  ☐ divisional application under 37 CFR 1.62

of prior application Serial No. __07/312/111__, filed on __2/17/89__, currently entitled __Ticket Dispenser Machine and Method__

by the following named inventor(s):

| FULL NAME OF INVENTOR | FAMILY NAME Burr | FIRST GIVEN NAME Robert | SECOND GIVEN NAME |
|---|---|---|---|
| RESIDENCE & CITIZENSHIP | CITY San Diego | STATE OR FOREIGN COUNTRY California | COUNTRY OF CITIZENSHIP USA |
| CURRENT CORRESPONDENCE ADDRESS | POST OFFICE ADDRESS 7372 Convoy Court | CITY San Diego | STATE & ZIP CODE/COUNTRY California  92111 |
| FULL NAME OF INVENTOR | FAMILY NAME | FIRST GIVEN NAME | SECOND GIVEN NAME |
| RESIDENCE & CITIZENSHIP | CITY | STATE OR FOREIGN COUNTRY | COUNTRY OF CITIZENSHIP |
| CURRENT CORRESPONDENCE ADDRESS | POST OFFICE ADDRESS | CITY | STATE & ZIP CODE/COUNTRY |
| FULL NAME OF INVENTOR | FAMILY NAME | FIRST GIVEN NAME | SECOND GIVEN NAME |
| RESIDENCE & CITIZENSHIP | CITY | STATE OR FOREIGN COUNTRY | COUNTRY OF CITIZENSHIP |
| CURRENT CORRESPONDENCE ADDRESS | POST OFFICE ADDRESS | CITY | STATE & ZIP CODE/COUNTRY |

☐ See attached sheet for names and addresses of additional inventors (if any).

The above identified prior application in which no payment of the issue fee, abandonment of, or termination of proceedings has occurred, is hereby expressly abandoned as of the filing date of this new application. Please use all the contents of the prior application file wrapper, including all previously entered amendments and the drawings, as the basic papers for the new application.

Note: If prior application is not to be abandoned, then the form for 37 CFR 1.60 should be used.

1. ☐ Enter the amendment previously filed on _____ under 37 CFR 1.116 but unentered, in the prior application.

2. ☒ A preliminary amendment is enclosed.

The filing fee is calculated on the basis of the claims existing in the prior application as amended at 1 and 2 above.

| (1) FOR | (2) NUMBER FILED | | (3) NUMBER EXTRA | (4) RATE | (5) CALCULATIONS |
|---|---|---|---|---|---|
| TOTAL CLAIMS | 24 | −20− | 4 | X $20.00 | $ 80,00 |
| INDEPENDENT CLAIMS | 7 | −3− | 4 | X $72.00 | 288.00 |
| MULTIPLE DEPENDENT CLAIM(S) (if applicable) | | | | + $110.00 − | |
| | | | | BASIC FEE + | 690.00 |
| | | | | Total of above Calculations − | 1,058.00 |
| Reduction by ½ for filing by small entity (Note: 37 CFR 1.9, 1.27, 1.28). If applicable, verified statement must be attached or already be on file in prior application. | | | | − | 529.00 |
| | | | | TOTAL FILING FEE − | 529.00 |

CURTIS, MORRIS & SAFFORD, P.C.

File No... 3390-2030 ..........

3. ☒ The Commissioner is hereby authorized to charge fees under 37 CFR 1.16 (for filing) and 1.17 (for prosecution) not otherwise paid which may be required with respect to the papers filed herewith, (☐ and also any additional such fees which may be required during the entire pendency of this application, ☐ and also the issue fee under 37 CFR 1.18), or credit any overpayment, to Deposit Account No. 03-3925.

4a. ☐ A check in the amount of $.____405.00____ is enclosed.

b. ☐ The filing fee to be paid late with surcharge [pursuant to 37 CFR 1.62(d)].

5. ☐ Since this application is a continuation-in-part which discloses and claims additional matter, a new oath or declaration ☐ is included   ☐ will be filed later with surcharge [pursuant to 37 CFR 1.62 (d)].

6. ☐ Amend the specification by inserting before the first line the sentence:

This application is a ☐ continuation-in-part, ☒ continuation, ☐ division, of application Serial No. 07/312,111 filed 2/17/89 now abandoned
[Note: If priority under 35 U.S.C. 120 involves a series of respectively copending applications, then in this amendment identify each and its relationship to its immediate predecessor.]

7a. ☐ A verified statement claiming small entity status is enclosed.

b. ☒ A verified statement claiming small entity status was filed in the prior application, Serial No. 07/312,111 Filed 2/15/89 _____ and is still proper. [Note: Such a statement may be filed within two months with a request for refund of overpayment.]

8a. ☐ Priority of foreign Application No(s). _____ filed on _____ in _____, respectively, is claimed under 35 U.S.C. 119.

b. ☐ A certified copy of said foreign priority application(s) was filed in prior U.S. application Serial No. _____ filed _____ Acknowledgement thereof is requested.

9. ☐ The prior application is assigned of record to __The Ralph L. Evans Trust__

10. ☒ The power of attorney in the prior application is to: ☒ CURTIS, MORRIS & SAFFORD, P.C. (Reg. No. 12761), and ____Gregor N. Neff, Reg. 20,596.____

11. ☐ Original title and original applicant(s) of prior U.S. application, if different from above:

12. ☒ Applicant(s) hereby petition for an extension of time in the parent application (identified in paragraph 6 above) as may be needed for the latter to be copending with this application.
☐ A separate confirmatory petition paper with required fee is filed herewith for independent processing and separate entry in the parent application file.

Address all future communications to: (May only be completed by applicant, or attorney, or agent of record.)

Attention of: ____Gregor N. Neff,_____, Esq.
c/o CURTIS, MORRIS & SAFFORD, P.C.
530 Fifth Avenue
New York, New York 10036

It is understood that secrecy under 35 U.S.C. 122 is hereby waived to the extent that if information or access is available to any one of the applications in the file wrapper of a 37 CFR 1.62 application, be it either this application or a prior application in the same file wrapper, the Patent and Trademark Office may provide similar information or access to all the other applications in the same file wrapper.

CURTIS, MORRIS & SAFFORD, P.C.

____July 10, 1992____
Date

Name: Gregor N. Neff
Registration No.: 20,596
Attorney of record (or filed under 37 CFR 1.34)
Telephone (212) 840-3333

07/912005

PATENT
3390-2030 *Pre arot*
*14/C*

*[Mail Room stamp: JUL 10 1992 PHILADELPHIA]*

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

Applicant        :    Robert L. Burr, et al.

Serial No.       :

Filed            :    February 17, 1989

For              :    TICKET DISPENSER MACHINE AND METHOD

Group Art Unit   :    311

Examiner         :    D. Bollinger

530 Fifth Avenue
New York, New York   10016

EXPRESS MAIL

Mailing Label Number  RB92382819 US
Date of Deposit       July 10, 1 92
I hereby certify that this paper r fee is being
deposited with the United States ostal Service
"Express Mail Post Office to Addr ssee" Service
under 37 CFR 1.10 on the date ind cated above and
is addressed to the Commissioner f Patents and
Trademarks, Washington, D.C. 2023

Harry Bates
(Typed or printed name of erson
mailing paper r fee)

Harry Bates
(Signature of person mailing pape or fee)

PRELIMINARY AMENDMENT

Hon. commissioner of Patents
  and Trademarks
Washington, D.C.  20231

Sir:

Please cancel claims 3, 7-9, 13-15, 17, 19, 20, 23-28,

34-37, 41, 42, 46, 4 and 49.

Respectfully submitted,
CURTIS, MORRIS & SAFFORD, P.C.

By _Gregory Neff_
Gregor N. Neff, Esq.
Registration No. 20,596
(212) 840-3333

LA10591  08/10/92  07912005

03-3925  010  102

72.00CH



**UNITED STATES DEPARTMENT OF COMMERCE**
**Patent and Trademark Office**
Address: COMMISSIONER OF PATENTS AND TRADEMARKS
Washington, D.C. 20231

| SERIAL NUMBER | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. |
|---|---|---|---|
| 07/912,005 | 07/10/92 | BURR | |

R    EXAMINER BURR-2030

GREGOR N. NEFF
C/O CURTIS, MORRIS & SAFFORD
530 5TH AVE.
NEW YORK, NY 10036

BOLLINGER, D

| ART UNIT | PAPER NUMBER |
|---|---|
| 3101 | 15 |

DATE MAILED:    09/14/92

This is a communication from the examiner in charge of your application.
COMMISSIONER OF PATENTS AND TRADEMARKS

☒ This application has been examined.    ☐ Responsive to communication filed on _____    ☐ This action is made final.

A shortened statutory period for response to this action is set to expire __3__ month(s), ____ days from the date of this letter.
Failure to respond within the period for response will cause the application to become abandoned. 35 U.S.C. 133

**Part I    THE FOLLOWING ATTACHMENT(S) ARE PART OF THIS ACTION:**

1. ☐ Notice of References Cited by Examiner, PTO-892.    2. ☐ Notice re Patent Drawing, PTO-948.
3. ☐ Notice of Art Cited by Applicant, PTO-1449.    4. ☐ Notice of Informal Patent Application, Form PTO-152.
5. ☐ Information on How to Effect Drawing Changes, PTO-1474.    6. ☐ _____

**Part II    SUMMARY OF ACTION**

1. ☒ Claims _1,2,4-6,10-12,16,18,21,22,29-33,38-40,43-45 447_ are pending in the application.

   Of the above, claims _____ are withdrawn from consideration.

2. ☒ Claims _3,7-9,13-15,17,19,20,23-28,34-37,41,42,46,48 49_ have been cancelled.

3. ☒ Claims _11,12,29,30,32,38-40,43-45 647_ are allowed.

4. ☒ Claims _1,2,4-6,10,16,18,21,22,31,33_ are rejected.

5. ☐ Claims _____ are objected to.

6. ☐ Claims _____ are subject to restriction or election requirement.

7. ☒ This application has been filed with informal drawings under 37 C.F.R. 1.85 which are acceptable for examination purposes.

8. ☐ Formal drawings are required in response to this Office action.

9. ☐ The corrected or substitute drawings have been received on _____. Under 37 C.F.R. 1.84 these drawings
   are ☐ acceptable. ☐ not acceptable (see explanation or Notice re Patent Drawing, PTO-948).

10. ☐ The proposed additional or substitute sheet(s) of drawings, filed on _____ has (have) been ☐ approved by the
    examiner. ☐ disapproved by the examiner (see explanation).

11. ☐ The proposed drawing correction, filed on _____ has been ☐ approved. ☐ disapproved (see explanation).

12. ☐ Acknowledgment is made of the claim for priority under U.S.C. 119. The certified copy has ☐ been received ☐ not been received
    ☐ been filed in parent application, serial no. _____; filed on _____

13. ☐ Since this application appears to be in condition for allowance except for formal matters, prosecution as to the merits is closed in
    accordance with the practice under Ex parte Quayle, 1935 C.D. 11; 453 O.G. 213.

14. ☐ Other

PTOL-326 (Rev. 9-86)

**EXAMINER'S ACTION**

GTech v. Scientific Games
04-128-JJF

GTECH 000021

Serial No. 912005                          -2-

Art Unit   311


1.   Claims 1, 2, 4-6, 31 and 33 are rejected under 35 U.S.C.

§ 112, second paragraph, as being indefinite for failing to

particularly point out and distinctly claim the subject matter

which applicant regards as the invention.

In claim 1 lines 5-8, it is not clearly understood whether

there is a single means for moving the strip of tickets and

dispensing them or if there are means for moving the strip and

means for dispensing the tickets.  It would appear to be more

accurate and clear to recite separate means for these functions

since that is what is disclosed.  Claims 31 and 33 are indefinite

because they depend from cancelled claim 26.

2.   The following is a quotation of 35 U.S.C. § 103 which forms
the basis for all obviousness rejections set forth in this Office
action:

A patent may not be obtained though the invention is not
identically disclosed or described as set forth in section
102 of this title, if the differences between the subject
matter sought to be patented and the prior art are such that
the subject matter as a whole would have been obvious at the
time the invention was made to a person having ordinary
skill in the art to which said subject matter pertains.
Patentability shall not be negatived by the manner in which
the invention was made.

Subject matter developed by another person, which qualifies
as prior art only under subsection (f) or (g) of section 102
of this title, shall not preclude patentability under this
section where the subject matter and the claimed invention
were, at the time the invention was made, owned by the same
person or subject to an obligation of assignment to the same
person.

GTech v. Scientific Games
04-128-JJF

GTECH 000022

Serial No. 912005                                      -3-

Art Unit  311


3.   This application currently names joint inventors.  In
considering patentability of the claims under 35 U.S.C. § 103,
the examiner presumes that the subject matter of the various
claims was commonly owned at the time any inventions covered
therein were made absent any evidence to the contrary.  Applicant
is advised of the obligation under 37 C.F.R. § 1.56 to point out
the inventor and invention dates of each claim that was not
commonly owned at the time a later invention was made in order
for the examiner to consider the applicability of potential 35
U.S.C. § 102(f) or (j) prior art under 35 U.S.C. § 103.

4.   Claims 1, 2, 4-5, 10, 16, 18 and 22 are rejected under 35
U.S.C. § 103 as being unpatentable over Groves in view of Knee
'935.

     Groves teaches a article vending machine comprising:  a
housing 20; display means (unnumbered) for display of the types
of articles available; means 50 for receiving and accepting a
means of monetary exchange; and means for dispensing the articles
in a number corresponding to the amount of money input to the
machine.  Further, the arrays of articles in Groves comprise a
web of articles separated at intervals by lines of perforations
and that such articles may be a variety of articles.

     Groves fails to teach the articles being lottery tickets
and providing the machine with a message display advertising the
articles.

     The specific articles being lottery tickets in considered
an obvious matter of choice and the provision of advertising
displays on a vending machine is notoriously well known in the
art.

GTech v. Scientific Games
04-128-JJF                                            GTECH 000023

Serial No. 912005                                    -4-

Art Unit   311


Groves fails to teach the display means being windows past which the articles are transported to be viewed while dispensing. Groves further fails to teach separating means for separating the articles from one another.

Knee '935 teaches display means comprising a window allowing for viewing of the articles and their movement for dispensing. Knee '935 also teaches providing separating means comprising bursting means 51, 54, 65 to insure positive separation of articles from one another.

It would have been obvious to one of ordinary skill in the art to employ windows to view the articles as the display means in Groves and to provide separating means in Groves to insure positive separation of the articles from one another for dispensing.

5.    Claim 21 is rejected under 35 U.S.C. § 103 as being unpatentable over Groves in view of Knee '935 as applied to claims 1, 2, 4-6, 10, 16, 18 and 22 above, and further in view of Cedrone et al.

Groves in view of Knee '935 fails to teach providing a plurality of vending machines and communicating data regarding operation to a central location.

Cedrone et al teaches providing a group of vending machines and communicating data regarding operation of the

GTech v. Scientific Games
04-128-JJF                                                      GTECH 000024

Serial No. 912005                                          -5-

Art Unit   311


machine to a central location.

It would have been obvious to one of ordinary skill in the art to provide plural machines of Groves-Knee '935 and communicate data regarding their operation to a central location in view of the teaching of Cedrone et al.

6.    Claims 11, 12, 29, 30, 32, 38-40, 43-45 and 47 are allowable over the prior art of record.

7.    The failure of the Examiner to apply prior art to claims 31 and 33 should not be construed as an indication of allowability as the Examiner is unable to fully ascertain the scope of these claims in view of the above rejection under 35 USC 112.

8.    The preliminary amendments filed 10 July 1992 have been received and placed of record.

9.    Any inquiry concerning this communication should be directed to Examiner David Bollinger at telephone number (703) 308-1113.


DAVID H. BOLLINGER
PRIMARY EXAMINER
GROUP 310

Bollinger:e.h.
August 14, 1992

GTech v. Scientific Games
04-128-JJF



**UNITED STATES DEPARTMENT OF COMMERCE**
**Patent and Trademark Office**
Address: **COMMISSIONER OF PATENTS AND TRADEMARKS**
Washington, D.C. 20231

| SERIAL NUMBER | FILING DATE | FIRST NAMED APPLICANT | ATTORNEY DOCKET NO. |
|---|---|---|---|
| 07/912,005 | 07/10/92 | BURR | R     3390-2030 |

EXAMINER

BOLLINGER, D

| ART UNIT | PAPER NUMBER |
|---|---|
| 3101 | /5 |

DATE MAILED:

GREGOR N. NEFF
C/O CURTIS, MORRIS & SAFFORD
530 5TH AVE.
NEW YORK, NY 10036

**EXAMINER INTERVIEW SUMMARY RECORD**                          09/14/92

All participants (applicant, applicant's representative, PTO personnel):

(1) *David Bollinger*                    (3) *Mr. Robert Burr*

(2) *Mr. Gregor Neff*                    (4)

Date of interview: *8/26/92*

Type: ☐ Telephonic    ☒ Personal (copy is given to   ☐ applicant   ☒ applicant's representative).

Exhibit shown or demonstration conducted: ☐ Yes   ☒ No.   If yes, brief description:

Agreement ☐ was reached with respect to some or all of the claims in question.   ☒ was not reached.

Claims discussed: *Claims of record.*

Identification of prior art discussed: *Art of record.*

Description of the general nature of what was agreed to if an agreement was reached, or any other comments: *Discussed the combination of Graves & Knee 1935. Applicant present material showing commercial success. The Examiner indicated that filing a declaration under 37 CFR 1.132 showing commercial success by presentation of such material would be favorably considered. The Examiner also pointed out that claims 31 & 33 depend from cancelled claim 26.*

(A fuller description, if necessary, and a copy of the amendments, if available, which the examiner agreed would render the claims allowable must be attached. Also, where no copy of the amendments which would render the claims allowable is available, a summary thereof must be attached.)

Unless the paragraphs below have been checked to indicate to the contrary, A FORMAL WRITTEN RESPONSE TO THE LAST OFFICE ACTION IS NOT WAIVED AND MUST INCLUDE THE SUBSTANCE OF THE INTERVIEW (e.g., Items 1–7 on the reverse side of this form). If a response to the last Office action has already been filed, then applicant is given one month from this interview date to provide a statement of the substance of the interview.

☐ It is not necessary for applicant to provide a separate record of the substance of the interview.

☐ Since the examiner's interview summary above (including any attachments) reflects a complete response to each of the objections, rejections and requirements that may be present in the last Office action, and since the claims are now allowable, this completed form is considered to fulfill the response requirements of the last Office action.

PTOL-413 (REV. 1-84)

Examiner's Signature *David H. Bollinger*

**ORIGINAL FOR INSERTION IN RIGHT HAND FLAP OF FILE WRAPPER**

GTech v. Scientific Games
04-128-JJF

GTECH 000026

RECEIVED

PATENT
3390-2099 OCT 13 AM II: 15.

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE    GROUP 310

#76
10-14-92

| | | |
|---|---|---|
| Applicant | : | Robert L. Burr |
| Serial No. | : | 07/912,005 |
| Filed | : | July 10, 1992 |
| For | : | TICKET DISPENSER MACHINE AND METHOD |

DECLARATION UNDER RULE 132
(37 C.F.R. §1.132)

Robert L. Burr hereby declares and states:

1. He is the inventor in the above-identified patent application. He also is President and Chief Executive Officer of Lottery Enterprises, Inc. ("LEI"), 7320 Convoy Court, San Diego, California 92111. He has personal knowledge of the facts stated in this Declaration.

2. LEI is making and selling lottery ticket dispensers using the invention disclosed and claimed in this patent application. Specifically, LEI sells the "ITR 7000" line of lottery ticket dispensers shown in Exhibits A, B, C and D which are attached to this Declaration.

3. Exhibit A is a photograph of a four-window table-top model of the ITR 7000 dispenser, each window displaying tickets from a different instant-winner lottery ticket game. A string of tickets is driven downwardly past each window by an electric motor drive system when the customer inserts a bill into the machine and presses the button below the window.

GHN9:2030.DEC                           -1-

GTech v. Scientific Games
04-128-JJF

GTECH 000027

PATENT
3390-2030

4.  Exhibit B is a floor-model, four-window dispenser shown in a typical installation as part of the Virginia Lottery system.

5.  Exhibit C is a four-page brochure entitled "ITR®-7000 Instant Ticket Retailer".  It shows an eight-window floor model of the ITR-7000 dispenser on the cover, as well as two-window and four-window models.

6.  Exhibit D is a booklet entitled "LEI Company Profile" printed July 18, 1992.  The last four pages of this booklet comprise a copy of Exhibit C.

7.  Exhibit E is a copy of a brochure showing the "ITR 5000" Instant Ticket Retailer" sold by Lottery Concepts International, Inc. a predecessor of LEI.

8.  Exhibit F is a copy of a recent issue of a San Diego, California newspaper reporting on the award of a substantial contract for purchase of ITR 7000 machines from LEI.

9.  As it is explained on the sixth page of Exhibit D, the LEI Company Profile, the ITR 7000 machine was preceded by the ITR 5000 and the ITR 6000 machines.

10.  The ITR 5000 had no windows.  IT was not successful.  It produced little or no increase in sales over prior manual dispensing methods, and was not ordered by any lottery system.

11.  The ITR 6000 was the first model which had windows.  This machine is the one shown in the drawings of this

GNN9:2030.DEC                              -2-

GTech v. Scientific Games
04-128-JJF

GTECH 000028

PATENT
3390-2030

patent application.  The windows, with the tickets moving past them while being dispensed, proved to be a major improvement. The sales of tickets from a vending machine such as that shown in the patent application drawings showed substantial increases over sales using prior methods.  However, the dispensing mechanism needed revision to make it simpler, more compact and reliable.

12.  In the ITR 7000 machine, the windows feature from the ITR 6000 were kept, but the dispensing mechanism was replaced and improved.  The ITR 7000, like the ITR 6000, has a housing with at least one window through which tickets can be seen but not touched by a person outside the housing.  The ITR 7000 has electrically-powered means for moving a continuous strip of the tickets past the window and dispensing a pre-determined number of them to an operator.  The windows continued to be a major factor in the improved sales of the dispenser as compared with prior methods.

13.  As it is explained on the third page of Exhibit D, the Company Profile, the ITR 7000 went into production in June of 1990.  Subsequently, tests were performed on the machines by a number of state lottery systems in a substantial number of states.  As it is explained on page four of Exhibit D, the tests showed that the ITR 7000 increased sales by from 2 to 10 times over the prior sales methods.  A summary of some of the tests conducted is given on page five of Exhibit D.

GNN9:2030.DEC                          -3-

GTech v. Scientific Games
04-128-JJF

GTECH 000029

PATENT
3390-2030

14. Field tests of the ITR 7000 started in virginia in September of 1990. In March 1991, the Virginia Lottery awarded LEI a contract to supply 2,000 units at a cost of more than $4,000 each.

15. The results of tests conducted on behalf of the Virginia Lottery by Scientific Games, Inc., an independent organization, to determine the sales increases produced by the ITR 7000 in use in Virginia are shown on page seven of Exhibit D. The average sales increase achieved was 186.5 percent.

16. The results of similar tests conducted by the Washington Lottery and the Pennsylvania Lottery are shown on pages eight and nine of Exhibit D. Those tests also showed very substantial sales gains over prior methods.

17. Subsequent to the contract award by the Virginia Lottery, contracts have been awarded to LEI to supply the ITR 7000 machines to the state lotteries in Delaware, Colorado, Vermont and California. The numbers of units to be ordered in Delaware, Colorado and Vermont is open-ended, with some of the initial quantities being set forth on page 3 of Exhibit D.

18. The California order alone requires LEI to deliver around fifteen million dollars worth of the machines by November 1, 1992.

19. When LEI started business, it had no sales of any product. The ITR 7000 was its first and only product. Its sales have been achieved with only relatively modest expenditures for

GMN9:2030.DEC                    -4-

PATENT
3390-2030

advertising, publicity and selling, due to the lack of funds by
our fledgling enterprise. It is my belief that any commercial
success we have had is due mostly to the merits of the ITR 7000
equipment.

20. I also believe that, although the success of the
ITR 7000 is not due exclusively to the use of the windows
invention of this patent application, the windows invention has
played a major role in such success. The feature frequently is
mentioned by state lottery personnel as an important feature, and
field tests, starting with the ITR 6000, consistently have shown
that the windows invention attracts attention, gives confidence
and information to the ticket buyer, and greatly enhances the
chances of convincing the customer to make what is basically an
impulse purchase.

I hereby declare that all statements made herein of my
own knowledge are true and that all statements made on
information and belief are believed to be true; and further that
these statements were made with the knowledge that willful false
statements and the like so made are punishable by fine or
imprisonment, or both, under Section 1001 of Title 18 of the
United States Code and that such willful false statements may

GWH9:2030.DEC                        -5-

GTech v. Scientific Games
04-128-JJF

GTECH 000031

PATENT
3390-2030

jeopardize the validity of the application or any patent issued
thereon.

Date: _Sept 25_____ , 1992          _[signature]_
                                    Robert L. Burr

GTech v. Scientific Games
04-128-JJF

GTECH 000032

Exhibit A

GTech v. Scientific Games
04-128-JJF

GTECH 000033



GTech v. Scientific Games
04-128-JJF

GTECH 000034

Exhibit B

GTech v. Scientific Games
04-128-JJF

GTECH 000035



Exhibit C

GTech v. Scientific Games
04-128-JJF

GTECH 000037



**LEI**

*The Leader In Instant Ticket Dispensing Technology*

*ITR-7000 INSTANT TICKET RETAILER*

GTech v. Scientific Games
04-128-JJF

# A TROUBLE-FREE DISPENSER WITH SPLIT-SECOND SPEED.

The consumer-activated INSTANT TICKET RETAILER (model ITR™-7000) opens up uncharted marketing opportunities for retailing instant lottery tickets. The ITR™-7000 is designed to streamline the marketing of instant lottery tickets by opening up new markets which heretofore have not been available to lotteries. Specifically, these markets can be identified as those where sales now exist but at a level far below potential (typically food chain stores, liquor stores, etc) and locations where potential exists but instant tickets are not being offered for sale (private clubs, bars, malls, etc).

The ITR™-7000 is simple to operate. The customer inserts a dollar bill, in any denomination of one, five, ten or twenty dollars and makes a selection from one to eight separate games. It's simple. It's convenient. And it's secure. Additionally, each ITR™-7000 dispensing unit stores up to 3,000 tickets for a maximum of 24,000 tickets per machine. This coupled with the fact that it keeps track of

all the accounting and inventory of each game and tied in with the LEI FILE SERVER™ will alert the lottery in ample time to replenish ticket stock when it becomes low and will make distribution of tickets routine.

The ITR™-7000 has an optional attention-getting LED scrolling sign to attract impulse buyers. The sign is loaded from the LEI FILE · SERVER™ at Lottery headquarters or other remote locations to · promote special games or winning jackpots.

The ITR™-7000 is available in four convenient models. All include standard bill acceptors and/or optional coin acceptors (see -C). the -2 houses two dispensers, the -4 houses four dispensers, the -6 houses six dispensers and the -8 houses eight dispensers. All models are available as counter tops, wall mounts or stand-alone terminals. The stand-alone models offer two options: Twin-L legs or security storage cabinet.

Quite simply, LEI's ITR™-7000 will revolutionize the way you'll market Instant Lottery Tickets.



ITR™-7000-2-C
Shown with optional coin acceptor



ITR™-7000-4



ITR™-7000-8-S
Shown with optional LED display



ITR™-7000-8



ITR™-7000-6




# ITR™-7000 ADVANTAGES

## TO THE LOTTERY

- Increase Sales
- Security
- Multi-game Sales (up to 8 games/unit)
- Daily Sales Information
  BY: Agent
      Classification
      Geographical
- LED Sign Downloadable
- Total Accounting And Inventory Control
- Increased Efficiency And Cost Effective Marketing
  FOR: Promotion
       Incentive Programs
       Advertising
- Messages On Terminal Downloadable From Central Computer
  FOR: Individual Agents or all the Agents
- Complete Close-out Of Game
- Total Control Of System (via dial-up communication)
- Real Time Clock (allows automatic communications)
- Information Contained In ITR™
- Battery Backup (in the event of power loss)
- Daily Inventory And Sales Reports (insure ticket availability)
- No Out Of Stock Situations
- Opportunity For New Sales Outlets

## TO THE AGENT

- Increase Sales
- Security
- Total Accounting And Inventory Control
- Reports
  Current day sales
  Daily sales for two days
  Weekly sales for two weeks
  Invoices
- Automatic Reordering Of Tickets
- Point Of Sale Advertising
- Hard Copy Sales Reports
- RS232 Port For Central Control .
- Ability To Sell Tickets Anywhere
- Ergonomically Designed Unit
- Automatic Agent ID Imprint (optional)
- Easy To Operate
- Consumer Oriented
- Holds 3,000 Instant Tickets For Each Game
- Small Footprint
- Does Not Require A Sales Clerk
- Contains Its Own Cash Compartment
- Double Security Locks
- Heavy Steel Construction
- Multi-game Sales (up to 8 games unit)

## TO THE CONSUMER

- Availability
- Convenience
- Ability To Purchase A Ticket Anywhere
- Ease Of Purchase
- Choice Of Instant Lottery Game



**ITR™-7000 VERSATILITY**
Standard bill acceptor with installation of optional coin acceptor greatly enhances ticket buyer convenience by offering a multitude of currency choices.

GTech v. Scientific Games
04-128-JJF

GTECH 000040



# SPECIFICATIONS

| | Height | *Width | Depth |
|---|---|---|---|
| ITR™-7000-2 | 27.25" | 15.25" | 18.0" |
| ITR™-7000-4 | 27.25" | 21.25" | 18.0" |
| ITR™-7000-6 | 27.25" | 27.25" | 18.0" |
| ITR™-7000-8 | 27.25" | 33.25" | 18.0" |

115 or 240V AC 47 or 60 Hz 2 Amp
*Optional coin acceptor (-C) adds 1.0" to overall width.



**ITR™-7000 VERSATILITY**
Accepts any size tickets with
widths from 2" to 4" and lengths
from 1¼" to 6".

# LEI FILE SERVER™

As depicted in the diagram, every ITR™-7000 is capable of interrogating over thirty other ITR™-7000's via its smart modem. This feature permits the central PC (at Lottery headquarters or other remote locations) to collect all of the sales and inventory information from any one city or local with a single phone call, thus reducing the necessity of tying up a large number of 800 or WATS lines. Considering connect time, it is estimated that a PC with dual modems can interrogate over 21,000 ITRs™ in a seven hour time span. All communications are done on a dial-up basis eliminating costly dedicated phone lines.

Timely reports are broken down into agent categories, i.e. convenience stores, bars, nightclubs, etc. and also by geographic location. This permits the lottery to pinpoint advertising, agent training or special promotions.

In addition, special messages may be automatically downloaded to the optional LED sign during the interrogation of the ITR™. Messages may be sent to specific agents or to the entire state.



*Lottery Enterprises, Inc.*
**Corporate Headquarters**
7372 Convoy Court
San Diego, California 92111
Tel. (619) 569-8266    Fax (619) 569-9157
Toll Free (800) 879-ITR7
          (800) 879-4877

**East Coast Office**
74 Branch St. #17
Scituate, Massachusetts 02066
Tel. (617) 545-4829    Fax (617) 545-4477



©1991LEI    LEI0I912500

**Exhibit D**

GTech v. Scientific Games
04-128-JJF

GTECH 000042



# COMPANY

# PROFILE

GTech v. Scientific Games
04-128-JJF

GTECH 000043

| | |
|---|---|
| **CORPORATE HEADQUARTERS:** | **LOTTERY ENTERPRISES, INC.**<br>7320 Convoy Court<br>San Diego, CA 92111  USA<br>Phone:   (619) 569-5266<br>Fax:      (619) 569-9157<br>Tech. Support (800) 487-7009 |
| **EAST COAST OFFICE:** | **LOTTERY ENTERPRISES, INC.**<br>74 Branch Street # 17<br>Scituate, MA  02066     USA<br>Phone:   (617) 545-4829<br>Fax:      (617) 545-4477 |
| **VIRGINIA OFFICE:** | **LOTTERY ENTERPRISES, INC.**<br>1206 Willard Road<br>Suite 103<br>Richmond, VA 23294     USA<br>Phone:   (804) 755-8702<br>Fax:      (804) 672-7661 |

**KEY PERSONNEL:**

Robert L. Burr, President & CEO

John F. Winchester, Executive Vice President

Catherine Winchester, Director of Marketing, Western Region

John L. Winchester, Director of Marketing, Eastern Region

Robert Cooley, Director of Research and Development

Don Wesser, Director of Manufacturing

Leon Ostapiej, Director of Quality

Paul D. Alvarez, Technical Manager, Western Region

Herb Herrmann, Director of Engineering

William McAdaragh, Service Manager, Virginia Operations

Lottery Enterprises, Inc. has been manufacturing the ITR™-7000 series Instant Ticket Dispensing machines since June 1990. The ITR™-7000 series is a third generation machine, preceded by the ITR™-7000 and ITR™-6000 terminals which have been in various field tests since 1986. For the Oregon Lottery, we are proposing our fourth generation model, the ITR™-7500.

Manufacturing facilities are located at the corporate address. The top management of the company has been involved in design concepts, engineering and production of vending machines since 1976. This has included video amusement machines, video poker, keno and quarter horse gaming machines. Since 1985, the management has exclusively designed, manufactured, marketed and field tested lottery instant ticket vending machines.

LEI has 292 man-years experience in the Lottery Industry, high technology field and the vending/gaming machine industry

Lottery Enterprises, Inc. was incorporated in March of 1990. Production of the ITR™-7000 series Instant Ticket Retailer terminal began in June of 1990.

- Field testing commenced in September 1990 resulting in a contract with the **Virginia Lottery** on March 25, 1991 for the installation of 2,000 ITRs™.

- LEI was awarded the contract to supply the **Delaware Lottery** with the ITR™-7000 system. Fifty (50) terminals were be delivered in June. An Additional fifty (50) are scheduled for July with follow-up delivery as required.

- In May 1992 the Colorado Lottery purchased terminals for installations in casinos in the gaming towns of Black Hawk and Cripple Creek and other age-controlled environments.

- In June 1992 LEI was informed of a successful bid with the Vermont Lottery. The first one hundred (100) units will be delivered in August, 1992.

- LEI was notified in July 1992 as being the apparent successful winner for implementing 2,000 ITVMs for the California Lottery, with an option on an additional 4500 terminals.

✓  Active negotiations are continuing with **Maine, Indiana, Washington D.C. and Kansas.**

✓  A three month, 20 unit test recently completed in Western Canada in February of 1992.

✓  A 20 unit test began in July 1992 with the Ontario Lottery.

✓  Testing in Iceland began in January of 1992. Australia, Spain, Checzolsovakia, England are scheduled for field test in 1992.

The ITR™-7000 series of Instant Ticket Retailers have been proven to increase tickets sales from 2 to 10 times in those locations which sold lottery tickets either over the counter or manually such as supermarkets and convenience stores. Additionally, it has opened up new markets which heretofore have not been available to lotteries. Specifically, these markets can be identified as private clubs, bars, airports, restaurants, hospitals and shopping malls.

GTech v. Scientific Games
04-128-JJF

GTECH 000046

The following is a breakdown of tests conducted by LEI with Lotteries around the world:

| NAME OF LOTTERY OR ORGANIZATION | NUMBER OF ITRs | TEST BEGAN | TEST ENDED |
|---|---|---|---|
| British Columbia | 2 | 9/91 | 1/92 |
| California | 40 | 3/92 | 5/92 |
| Safeway (CA) | 2 | 7/91 | 9/91 |
| Colorado | 3 | 4/91 | 7/91 |
| Delaware | 4 | 7/91 | 11/91 |
| Washington DC | 3 | 10/90 | 11/90 |
| Iceland | 1 | 1/91 | present |
| Idaho | 4 | 10/90 | 12/90 |
| Hoosier Lottery | 6 | 9/90 | 3/91 |
| Marsh Supermarkets (IN) | 4 | 2/91 | 8/91 |
| Village Pantry (IN) | 4 | 2/91 | 3/91 |
| Kroger Supermarkets (IN) | 3 | 4/92 | 5/92 |
| Kansas | 4 | 6/91 | 9/91 |
| Kentucky | 6 | 1/91 | 4/91 |
| Maine | 4 | 11/90 | 8/91 |
| Maryland | 10 | 2/91 | 4/91 |
| Massachusetts | 4 | 10/91 | 11/91 |
| Minnesota | 1 | 2/92 | 6/92 |
| New Jersey | 2 | 2/92 | 4/92 |
| Ohio | 6 | 10/90 | 1/91 |
| Ontario | 15 | 7/92 | present |
| Pennsylvania | 3 | 5/92 | 7/92 |
| Vermont | 14 | 9/90 | 6/91 |
| Washington State | 3 | 12/91 | 3/92 |
| West Virginia | 6 | 11/91 | 1/92 |
| Western Canada | 20 | 2/92 | 5/92 |

All of these tests were very successful; sales increased from two to ten times over previous sales figures.

# EVOLUTION OF THE ITR™

The administration of the Instant Ticket product line has been and continues to be labor intensive, whereas the other product lines offered by the lotteries, namely Lotto, Pick 3/4, by their very nature are technologically advanced. In order to reduce the amount of labor dedicated to the Instant Ticket product line and thus streamline and mechanize the administration of the games, an intensive market research project was initiated by Lottery Enterprises, Inc. personnel in April 1985. Lottery personnel, including Directors, lottery agents and consumers in the United States and Canada were interviewed. The result of our research indicated that the most pressing problems arise in the following areas: accounting, security, agent motivation, marketing, relevant sales statistics and availability of the product. With this information in mind, the Instant Ticket Retailer was designed and manufactured. Each of the problem areas were addressed and became part of the Instant Ticket Dispenser.

Our first Instant Ticket Dispenser the ITR™-5000 series was agent operated and was field tested in Vermont. It became clear immediately that this was not what the lottery, agent and consumer wanted. The consumer wanted to see the product, and have the ability to activate the terminal and have a choice of games. The agent and lottery concurred and in addition wanted a secure cash drawer.

The results of the initial field research led to the ITR™-6000 series. This series incorporated all of the suggestions gleaned from the customer, lottery and lottery agent. The 6000 series was designed to permit viewing of the tickets through a window and handle up to four games. This series was larger and the tickets being dispensed were cut and dropped into a cup; but it was very difficult to maintain the proper bursting measurement, causing tickets to be mutilated. In addition, it was discovered that the majority of consumers wanted to be able to buy an uncut string of tickets and separate them.

The latest design, the ITR™-7000 has many advantages and improvements over the 6000. These include:

GTech v. Scientific Games
04-128-JJF

✓ The 7000 series machines are half the size of the 6000 series. The largest capacity 8-dispenser machine can securely store 24,000 instant tickets in half the size of the 6000 series 4-dispenser machine.

✓ The 7000 takes up less floor space, to the delight of retailers.

✓ The 7000 has fewer moving parts.

✓ Loading and unloading of tickets are automatic.

✓ No confusing keypad entries are required from the customer. They simply press the appropriate button to dispense their tickets.

✓ Tickets are dispensed to the consumer who can separate one or a group of tickets, hence, a more reliable method and consumer appeal.

✓ The 7000 series permits up to eight different games.

✓ Automatic printing of sales and inventory reports on a daily basis.

✓ The 7000 procedures are easier for the agent to learn. Training time is minimal.

✓ The data input menus have been streamlined to make it easier for the agent to do routine procedures.

✓ All sales reports are printed at the push of a button from the Main Menu. Stepping through confusing menu options to print reports has been eliminated.

✓ Software upgrades are easier to install, service technicians do not need to be called out. Some agents using the 7000 are doing it themselves now.

✓ Diagnostic routines are much more advanced providing faster and more reliable troubleshooting operations.

✓ A modular design provides quick and simple upgrades and module replacements.

✓ The 7000 series can easily be customized to individual needs of agents.

## UNIQUE FEATURES OF THE ITP-7000:

✓ Ability to store and dispense up to eight different games/ 3000 tickets per dispensing unit.

✓ Automatic printing of daily sales/inventory report at midnight or at the time the agent selects.

✓ Audit trail report

✓ Dual processors insuring reliability

✓ High speed dial-up communications procedures

✓ Programmable attract mode

✓ Daylight Savings Time setting that will automatically adjust the system time when necessary.

✓ Programmable CLERK ID numbers. This allows the manager to monitor all access to the machine, with hard copy reports showing the date and time each clerk accessed the machine.

✓ Hard copy report of lifetime sales from the machine. This figure can only be changed by technician or lottery personnel with proper access code.

## VIRGINIA LOTTERY
### Example of Sales Increases using the ITR-7000



| | 45 DAYS WITHOUT ITR | 45 DAYS WITH ITR | INCREASE |
|---|---|---|---|
| Giant #180 | $200 | $600 | 200.00% |
| Spotlight Video | $747 | $1,196 | 60.11% |
| Bowl America | $835 | $1,909 | 128.62% |
| Sadler Truck Stop | $551 | $2,000 | 262.98% |
| Woolworth #1721 | $487 | $2,108 | 332.85% |
| Kroger Supermarket #228 | $684 | $2,260 | 230.41% |
| Shoppers Supermarket #28 | $746 | $2,295 | 207.64% |
| Whites Truck Stop | $758 | $2,311 | 204.88% |
| Dixie Pig Resturant | $1,171 | $3,024 | 158.24% |
| **Total sales for test period** | **$6,179** | **$17,703** | **186.50%** |

This information was compiled by Scientific Games, Inc. resulting from an independent survey in March 1992
Kroger Supermarket #228 data includes 25 days only

Last printed on 3/20/1992                    copyright 1992, Lottery Enterprises, Inc.

### WASHINGTON LOTTERY -
### Example of Sales Increases using the ITR-7000



| ITR Model Number | ALBERTON'S #472<br>ITR-7000-4 | BAYVIEW MARKET<br>ITR-7000-4 |
|---|---|---|
| Prior Weekly Avg. | $600 | $200 |
| Week 1 | $1,196 | $747 |
| Week 2 | $3,024 | $1,171 |
| Week 3 | $2,295 | $746 |
| Week 4 | $1,909 | $835 |
| Week 5 | $2,260 | $684 |
| Week 6 | $2,311 | $758 |
| Week 7 | $2,000 | $551 |
| Week 8 | $2,108 | $487 |
| Week 9 | $2,005 | $729 |
| Week 10 | $1,942 | $645 |
| Week 11 | $1,961 | $754 |
| Week 12 | $2,231 | $601 |
| Week 13 | $2,263 | $817 |
| Week 14 | $2,138 | $818 |
| Total sales to date for test period: | $29,643 | $10,343 |
| Average weekly sales: | $2,117 | $739 |
| $ Increase over average: | $1,517 | $539 |
| % Increase over average: | 252.89% | 269.39% |

* Week 1 was a partial week          Last printed on 3/24/1992          copyright 1992, Lottery Enterprises, Inc.

GTECH 000051

## PENNSYLVANIA LOTTERY
### Example of Sales Increases using the ITR-7000



| | FESTIVAL FOOD | PHAR MOR | TRUCK/AMERICA |
|---|---|---|---|
| ITR Model Number | ITR-7000-4 | ITR-7000-4 | ITR-7000-4 |
| Prior Weekly Avg. | $100 | $50 | $625 |
| Week 1 | $326 | $942 | $1,044 |
| Week 2 | $332 | $674 | $1,545 |
| Week 3 | $327 | $726 | $1,390 |
| Week 4 | $411 | $695 | $1,526 |
| Week 5 | $460 | $706 | $1,452 |
| Week 6 | $462 | $292 | $1,167 |
| Week 7 | $360 | $577 | $1,184 |
| Total sales for test period: | $2,678 | $4,612 | $9,308 |
| Average weekly sales: | $383 | $659 | $1,330 |
| $ Increase over average: | $283 | $609 | $705 |
| % Increase over average: | 282.57% | 1217.71% | 112.75% |

Last printed on 7/18/1992                    copyright 1992, Lottery Enterprises, Inc.

GTech v. Scientific Games
04-128-JJF

GTECH 000052

Virginia
_____

## An Update on

# Virginia's Instant Ticket Vending Machines

*Prepared by the Virginia Lottery*

Virginia became the first state to begin a large-scale installation of instant ticket vending machines (ITVMs) last summer. In just six months, the program has proven profitable for retailers and popular with players.

When the first machine was installed in June, at a Giant grocery store in an affluent northern county, the Lottery had planned to concentrate only in the northern Virginia area for the first 12 months. But as the Lottery quickly worked a few start-up glitches out of the program, the Lottery sales department decided to move the program to three other parts of the state: south to Richmond, west to Harrisonburg and east to the Norfolk area.

"Consumer convenience, accessibility to multiple games, higher visibility and less labor intensive are factors that make ITVMs the right choice for higher, more profitable sales in many retail locations," says Ken Thorson, the Lottery's director.

More than 250 machines have been installed. They are currently being installed at a rate of 30 per week.

During this first year of the program, Virginia is concentrating on supermarkets, chain drug stores and bowling centers. In addition, Burger King restaurants have made an application to install the vending machines in 16 of its franchised restaurants in the eastern part of the state.

The Lottery Enterprises Inc. machines installed at each location sell four instant games at a time. To access instant tickets through the vending machine, players first insert a $1, $5,



Player purchases a ticket through the Virginia Lottery's instant ticket vending machine.

$10 or $20 bill, according to the amount they wish to play. Next, they select the game or games they wish to purchase, press a button to release the ticket through an opening and rip off the ticket along the perforation.

"Players like having more than one game available," says Sam Chandler, who oversees lottery sales at a Safeway grocery store in Fairfax, Va. "Most people have a favorite game, and with the instant vending machines there's a better chance of finding the game they want to play in our store." Safeway grocery stores had been selling only one game through the checkout stands.

Retailers have averaged weekly sales of 1,000 tickets per machine, with some retailers selling as many as 5,500 tickets per week.

Chris Borglin, whose F.W. Woolworth Co.'s store received the first ITVM in the Richmond, Va. area, says the store sold 600 tickets on Saturday during the first week. Prior to that, it generally took a week to sell the same amount of tickets, Borglin says.

Virginia will install more than 100 vending machines a month and will seek new types of businesses to sell lottery tickets through the vending machines until the demand has been satisfied. The Lottery may install as many as 2,000 instant ticket vending machines.

"The machine stays busy all of the time," says William McMillian, an assistant manager at an Arlington Rite Aid drugstore in Virginia. "We sell three times as many tickets than what we had been selling through the registers."

✦

GTech v. Scientific Games
04-128-JJF

GTECH 000053



**ITR-7000
INSTANT
TICKET
RETAILER**

**LEI**
*The Leader In Instant Ticket Dispensing Technology*

GTech v. Scientific Games
04-128-JJF

GTECH 000054

# A TROUBLE-FREE DISPENSER WITH SPLIT-SECOND SPEED.

The consumer-activated INSTANT TICKET RETAILER (model ITR™-7000) opens up uncharted marketing opportunities for retailing instant lottery tickets. The ITR™-7000 is designed to streamline the marketing of instant lottery tickets by opening up new markets which heretofore have not been available to lotteries. Specifically, these markets can be identified as those where sales now exist but at a level far below potential (typically food chain stores, liquor stores, etc) and locations where potential exists but instant tickets are not being offered for sale (private clubs, bars, malls, etc).

The ITR™-7000 is simple to operate. The customer inserts a dollar bill, in any denomination of one, five, ten or twenty dollars and makes a selection from one to eight separate games. It's simple. It's convenient. And it's secure. Additionally, each ITR™-7000 dispensing unit stores up to 3,000 tickets for a maximum of 24,000 tickets per machine. This coupled with the fact that it keeps track of

all the accounting and inventory of each game and tied in with the LEI FILE SERVER™ will alert the lottery in ample time to replenish ticket stock when it becomes low and will make distribution of tickets routine.

The ITR™-7000 has an optional attention-getting LED scrolling sign to attract impulse buyers. The sign is loaded from the LEI FILE SERVER™ at Lottery headquarters or other remote locations to promote special games or winning jackpots.

The ITR™-7000 is available in four convenient models. All include standard bill acceptors and/or optional coin acceptors (see -C). the -2 houses two dispensers, the -4 houses four dispensers, the -6 houses six dispensers and the -8 houses eight dispensers. All models are available as counter tops, wall mounts or stand-alone terminals. The stand-alone models offer two options: Twin-L legs or security storage cabinet.

Quite simply, LEI's ITR™-7000 will revolutionize the way you'll market instant Lottery Tickets.



ITR™-7000-2-C
Shown with optional coin acceptor



ITR™-7000-4



ITR™-7000-8-4
Shown with optional LED display



ITR™-7000-8



ITR™-7000-6




# ITR™-7000 ADVANTAGES

**TO THE LOTTERY**

- Increase Sales
- Security
- Multi-game Sales (up to 8 games/unit)
- Daily Sales Information

  BY: Agent
     Classification
     Geographical
- LED Sign Downloadable
- Total Accounting And Inventory Control
- Increased Efficiency And Cost Effective Marketing

  FOR: Promotion
      Incentive Programs
      Advertising
- Messages On Terminal Downloadable From Central Computer

  FOR: Individual Agents or all the Agents
- Complete Close-out Of Game
- Total Control Of System (via dial-up communication)
- Real Time Clock (allows automatic communications)
- Information Contained In ITR™
- Battery Backup (in the event of power loss)
- Daily Inventory And Sales Reports (insure ticket availability)
- No Out Of Stock Situations
- Opportunity For New Sales Outlets

**TO THE AGENT**

- Increase Sales
- Security
- Total Accounting And Inventory Control
- Reports

  Current day sales
  Daily sales for two days
  Weekly sales for two weeks
  Invoices
- Automatic Reordering Of Tickets
- Point Of Sale Advertising
- Hard Copy Sales Reports
- RS232 Port For Central Control
- Ability To Sell Tickets Anywhere
- Ergonomically Designed Unit
- Automatic Agent ID Imprint (optional)
- Easy To Operate
- Consumer Oriented
- Holds 3,000 Instant Tickets For Each Game
- Small Footprint
- Does Not Require A Sales Clerk
- Contains Its Own Cash Compartment
- Double Security Locks
- Heavy Steel Construction
- Multi-game Sales (up to 8 games unit)

**TO THE CONSUMER**

- Availability
- Convenience
- Ability To Purchase A Ticket Anywhere
- Ease Of Purchase
- Choice Of Instant Lottery Game



**ITR™-7000 VERSATILITY**
Standard bill acceptor with installation of optional coin acceptor greatly enhances ticket buyer convenience by offering a multitude of currency choices.

GTech v. Scientific Games
04-128-JJF

GTECH 000056



# SPECIFICATIONS

|  | Height | *Width | Depth |
|---|---|---|---|
| ITR™-7000-2 | 27.25" | 15.25" | 18.0" |
| ITR™-7000-4 | 27.25" | 21.25" | 18.0" |
| ITR™-7000-6 | 27.25" | 27.25" | 18.0" |
| ITR™-7000-8 | 27.25" | 33.25" | 18.0" |



**ITR™-7000 VERSATILITY**
Accepts any size tickets with widths from 2" to 4" and lengths from 1¼" to 6".

115 or 240V AC 47 or 60 Hz 2 Amp
*Optional coin acceptor (-C) adds 3.0" to overall width.

# LEI FILE SERVER™

As depicted in the diagram, every ITR™-7000 is capable of interrogating over thirty other ITR™-7000's via its smart modem. This feature permits the central PC (at Lottery headquarters or other remote locations) to collect all of the sales and inventory information from any one city or local with a single phone call, thus reducing the necessity of tying up a large number of 800 or WATS lines. Considering connect time, it is estimated that a PC with dual modems can interrogate over 21,000 ITRs™ in a seven hour time span. All communications are done on a dial-up basis eliminating costly dedicated phone lines.

Timely reports are broken down into agent categories, i.e. convenience stores, bars, nightclubs, etc., and also by geographic location. This permits the lottery to pinpoint advertising, agent training or special promotions.

In addition, special messages may be automatically downloaded to the optional LED sign during the interrogation of the ITR™. Messages may be sent to specific agents or to the entire state.



**Lottery Enterprises, Inc.**

Corporate Headquarters
7372 Convoy Court
San Diego, California 92111
Tel. (619) 569-5266    Fax (619) 569-9157
Toll Free (800) 879-ITR7
        (800) 879-4877

East Coast Office
74 Branch St. #17
Scituate, Massachusetts 02066
Tel. (617) 545-4829    Fax (617) 545-4497



The Leader in Instant Ticket Dispensing Technology
© 1991 LEI    L691191.2800

GTech v. Scientific Games
04-128-JJF

GTECH 000057

**Exhibit E**

GTech v. Scientific Games
04-128-JJF

GTECH 000058

# I T R 5000™

## INSTANT TICKET RETAILER

ITR COMBINES ERGONOMIC DESIGN AND ADVANCED TECHNOLOGY FOR
INCREASING SALES AND REDUCING COSTS ASSOCIATED WITH DISPENSING
INSTANT LOTTERY TICKETS.

FEATURES:

- HOLDS UP TO 1500 INSTANT
  TICKETS.

- ACCOUNTING AND
  INVENTORY CONTROL
  FOR LOTTERY AND
  AGENT.

- ENHANCED SECURITY.

- LCD
  (LIQUID CRYSTAL DISPLAY)
  PROGRAMMABLE FOR
  ADVERTISING.



- DIAL-UP COMMUNICATIONS
  TO CENTRAL COMPUTER.

- AGENT AND CONSUMER ORIENTED.

- INSTANT SALES AND INVENTORY REPORTS.

- INCREASED SALES OPPORTUNITIES.

- AUTOMATIC AGENT ID IMPRINT.

- EASY FOR AGENT TO OPERATE.

- DISPENSES ANY SIZE TICKET UP TO 2″ × 4″.

LOTTERY CONCEPTS INTERNATIONAL, INC.

GTECH 000059

# I T R 5000™

## INSTANT TICKET RETAILER

The ITR terminal has a small foot print to fit in tight selling areas such as encountered in convenience stores yet is able to promote the instant ticket product, especially with the LCD option.

The ITR terminal has a 16 key keypad and an LCD display for the agent. The agent need only key in the number of tickets required and depress "enter" to dispense the tickets to the customer. The keypad uses membrane technology for trouble free operation, and is laid out in two sections. The first section is numbered 0-10, and "CE" (clear entry), the remaining four keys are labled "SIGN ON", "REPORT", "CASH", AND "ENTER". The logical, ergonomic design of the keypad insures all functions available are initiated with simple, easy to follow key strokes.

The agent LCD is used to display the dollar amount to be collected. All report functions can be written on this 16 character display.

An adjustable ticket bin is provided to accomodate tickets from 2.0" to 4.0" wide, and fan folded in sections of five tickets each, to a maximum of 1500 tickets. An alarm will sound when out of stock or a power low (brown out) condition. The change of ticket size can be accommodated by the terminal with only simple adjustments which can be carried out by an agent or lottery representative.

A real time clock is supplied for time and date tracking (24-hour). The clock can be used for many communication functions such as auto dial out to host computer for sales reporting, allow communications only at specified times, time stamp certain transactions, and dial-up for after hours data collection.

No marks, holes, or notches of any kind are required on the ticket stock.

A compact printer is available to give a hard copy of the sales reports. This option is extremely important where agents need to reconcile sales after each shift, or verify transactions of a previous date.

## SPECIFICATIONS

Height: 12.0"    Width: 9.0"    Length: 15.0"

Weight: 16 lbs.

115 VAC 60 Hz 50 Watts .50 Amps

Capacity: 1500 tickets

Ticket Sizes: 1.25" to 2.00" long. 2.75" to 4.00" wide.

## OPTIONS

1200-baud modem.

20 Colume thermal printer.

80 character backlit programmable LCD customer display.

Marketed exclusively by:
Lottery Concepts International
74 Branch Street  Suite 17
Scituate, MA 02066
(617) 545-4829

West Coast Office:
7515 Charmant Drive Suite 1407
San Diego, CA 92122
(619) 546-7601

© 1987 LCI
9/87 - 1000

**Exhibit F**

GTech v. Scientific Games
04-128-JJF

GTECH 000061



**Local jackpot:** *Robert Burr, president of Lottery Enterprises Inc., demonstrates the machine that dispenses scratch-off lottery tickets.*

# State awards $15 million contract for lottery ticket vending devices

By CRAIG D. ROSE, Staff Writer

A small San Diego company has won a $15 million state contract to supply thousands of scratch-off lottery ticket vending machines, with the first machines expected in local Vons and Ralphs grocery stores by next week.

Lottery Enterprises Inc., a 2-year-old company in Kearny Mesa, said the initial order calls for up to 2,000 of its vending machines to be installed around the state by November. Options included in the five-year contract could lead to the installation of 4,500 to 6,500 more vending units, said Robert Burr, the company's chief executive officer.

The contract means the company will hire more than 100 people at its local facility and statewide to service the machines, Burr said. Lottery Enterprises currently employs 25 persons in Kearny Mesa, where the machines are manufactured, and 20 in Virginia, where it has installed 1,300 machines.

The California order also is likely to boost employment at companies that supply Lottery Enterprises with materials and components. Many of those companies are local, minority-owned businesses, Burr added.

State lottery authorities estimate that 400 new jobs will result from the contract.

Lottery Enterprises earlier won contracts to install scratch-off lottery-ticket machines in Delaware, Vermont and Colorado. The Canadian province of Ontario also is currently evaluating company's units, as are authorities in Spain, Iceland and England, Burr said.

Lottery Enterprises says its machines are more convenient than over-the-counter sales and have increased ticket sales dramatically in other states.

"We've seen that every place we've put them in, the tickets are an impulse buy, and our machines are designed with windows so the tickets

See Lottery on Page C-2

GTech v. Scientific Games
04-128-JJF

GTECH 000062

ernment is starting to explain what it will do to stimulate Japan's ailing economy, the Tokyo Stock Exchange is showing signs of life.

After the Nikkei Stock Average capped a prolonged decline Tuesday with a plunge to a six-year low, Finance Minister Tsutomu Hata hurriedly pledged action to prop up stock prices.

He proclaimed the nation's financial crisis, marked by plummeting stocks, sick banks and anemic corporate earnings, "the most severe since World War II."

The Nikkei soared more than 13 percent over the next three days, ending the week at 16,216.88, its highest close in more than a month. While some of the gain was for technical reasons, analysts agree that investors found Hata's comments reassuring.

"The government and papers correctly have created the impression that the situation is turning around," said Paul Mig-

behind. Now it may go beyond just reacting, and people are happy the government is governing again."

Many investors are now

---

**The Nikkei ended the week at 16,216.88, its highest close in more than a month.**

---

waiting expectantly for next Friday, when Prime Minister Kiichi Miyazawa is expected to announce an emergency government spending package of as much as $55.4 billion to stimulate the sluggish economy.

market's rebound may be short-lived. There's great potential for disappointment.

Hata said Tuesday the government would enact measures to discourage financial firms from selling shares to realize capital gains. He also suggested there would be tax relief for banks burdened with bad debts.

The proposal that has raised the most interest involves creating a syndicate to buy either real estate used as collateral in loans that have gone bad or the loans themselves.

"It looks as if a safety net is being built," Migliorato said.

Japan's economy is expected to grow about 2 percent this year, a sharp decline from last year's 4.5 percent rate.

# Lottery

## San Diego company gets state contract

Continued from Page C-1

pass by as you purchase them," Burr said.

The machines also can provide customers with a choice of up to eight different types of instant tickets. A California test, Burr said, found the machines increased sales by 80 percent.

Lottery Enterprise hopes to introduce later this year a machine to dispense break-open tickets, which are sold by several Western states.

The privately held company, financed by the Ralph L. Evans Trust in Rancho Santa Fe, declined to disclose its sales and income figures.

# Ships

## Navy repair contract to help U.S. shipyards

Continued from C-1

all repairs and modifications to be done by American shipyards. Eight ships hired in late July will be reflagged as U.S. vessels and will be modified in the United States, he stated.

Donovan said the earlier contract allowed foreign repairs because the Navy believed U.S. shipyards would be unable to complete the work because of

pending Navy warship repairs. He changed the policy after the Navy determined that American ship repair firms would be able to satisfy future sealift contracts.

The ships, chartered for at least 17 months, are stationed near potential hot spots, such as the Mideast or Asia. If a conflict occurs, the prepositioned ships would sail to the troubled area, where troops flown in from the United States would pick up their equipment and heavy weapons.

At the beginning of the Persian Gulf crisis, several such ships delivered war material to Saudi Arabia in the weeks following Iraq's invasion of Kuwait.

GTech v. Scientific Games
04-128-JJF

GTECH 000063



RECEIVED
PATENT
1992 OCT 9 ... 15

17/8
10-14.92
7uok

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| Applicant | : | Robert L. Burr |
| Serial No. | : | 07/912,005 |
| Filed | : | July 10, 1992 |
| For | : | TICKET DISPENSER MACHINE AND METHOD |
| Group Art Unit | : | 3101 |
| Examiner | : | H. Bollinger |

530 Fifth Avenue
New York, New York  10036

I hereby certify that this correspondence
is being deposited with the United States
Postal Service as first class mail in an
envelope addressed to:
Hon. Commissioner of Patents and Trademarks
Washington, D.C. 20231, on <u>October 1, 1992</u>

<u>Gregor N. Neff, Reg. No. 20,596</u>
Name of Applicant, Assignee or Registered
Representative

<u>Signature</u>

<u>October 1, 1992</u>
Date of Signature

<u>AMENDMENT</u>

Hon. Commissioner of Patents and Trademarks
Washington, D.C. 20231

Sir:

        In response to the Official Action mailed September 14,

1992, please enter the following amendment of the above-

identified patent application:

<u>IN THE CLAIMS</u>:

        Rewrite claims 1 and 16 as follows:

GNN9:2030.SPA                        -1-

GTech v. Scientific Games
04-128-JJF

GTECH 000064

PATENT
3390-2030

1.  (Twice Amended)  A ticket dispensing machine, comprising, in combination, a housing, at least one window in said housing through which tickets inside said housing can be seen but not touched by a person outside said housing, a dispensing outlet in said housing, electrically powered means for moving a continuous strip of tickets past said window, and for dispensing through said outlet a pre-determined number of said tickets to an operator of said machine[, and protective means for deterring the operator of the machine from withdrawing from said machine more than said pre-determined number of tickets].

9 10.  (Twice Amended)  A ticket vending method, said method comprising the steps of:

(a)  utilizing electrically powered drive means for moving a strip of mutually-attached tickets past a viewing window in a housing in a manner such that the tickets can be seen from outside said housing, and

(b)  issuing from said housing a pre-determined number of tickets from said array which are ordered by an operator[, and operating means for deterring said operator from withdrawing more than said number of tickets].

Claim 10, line 2, change "protective" to --dispensing--;

N.E? Claim 1, line 1, change "26" to --29--.

Claim 32, line 5, change "say" to --said--.

Claim 33, line 1, change "26" to --29--.

GHN9:2030.SPA                      -2-

GTech v. Scientific Games
04-128-JJF                                              GTECH 000065

PATENT
3390-2030

## REMARKS

The undersigned attorney would like to take this opportunity to thank the Examiner for the courtesies extended to him and Mr. Robert L. Burr, the inventor, during the interview which took place on August 26, 1992.

During the interview, the facts and Exhibits in the accompanying Declaration Under Rule 132 were explained to the Examiner to demonstrate the commercial success which has been achieved by the invention.  In particular, the test results set forth in Exhibit D were offered to show the impressive ticket sales increases achieved by the machine using the invention.

As it was explained during the interview, the commercial success of the invention, which is far in excess of what might be expected, demonstrates the unobviousness of the invention.  The Groves and Knee references simply do not show or suggest the extraordinary increase of ticket sales produced by driving an array of tickets past a window in the dispensing device.

As to the assertion of indefiniteness of claims 1, 2, 4-6, 31 and 33, it is believed that the claims are sufficiently definite.  Whether there is a single mechanism for moving the strip and dispensing the tickets, or separate means for each function is not believed to be important to the patentability of the invention because the movement of the ticket array past the window is at the heart of the commercial success, and the means

GNN9:2030.SPA                    -3-

GTech v. Scientific Games
04-128-JJF

GTECH 000066

PATENT
3390-2030

disclosed is properly recited as means for performing the moving and dispensing.

Claims 1 and 16 have been sharpened by elimination of the protective means (Claim 1) and the protective step (Claim 16) for preventing unauthorized withdrawal of tickets because that feature is off the main point of the invention.  It is believed that the Examiner concurred with this proposal during the interview.

In accordance with the foregoing, and the comments in the Examiner Interview Summary Record, it is believed that the patent application is in condition for allowance.

Accordingly, it is respectfully requested that the application be allowed and passed to issue.

Respectfully submitted,

CURTIS, MORRIS & SAFFORD, P.C.
Attorneys for Applicant

By _____
Gregor N. Neff
Reg. No. 20,596
(212) 840-3333

GNN9:2030.SPA                    -4-

GTech v. Scientific Games
04-128-JJF

GTECH 000067

UNITED STATES DEPARTMENT OF COMMERCE
Patent and Trademark Office
Address: COMMISSIONER OF PATENTS AND TRADEMARKS
Washington, D.C. 20231

| SERIAL NUMBER | FILING DATE | FIRST NAMED APPLICANT | ATTORNEY DOCKET NO. |
|---|---|---|---|
| 07/912,005 | 07/10/92 | BURR | R  3390-2030 |

| EXAMINER |
|---|
| BOLLINGER, D |

GREGOR N. NEFF
C/O CURTIS, MORRIS & SAFFORD
530 5TH AVE.
NEW YORK, NY 10036

| ART UNIT | PAPER NUMBER |
|---|---|
| 3101 | 18 |

DATE MAILED: 12/16/92

## NOTICE OF ALLOWABILITY

PART I.
1. ☒ This communication is responsive to *the communications filed 5 October 1992*
2. ☒ All the claims being allowable, PROSECUTION ON THE MERITS IS (OR REMAINS) CLOSED in this application. If not included herewith (or previously mailed), a Notice Of Allowance And Issue Fee Due or other appropriate communication will be sent in due course.
3. ☒ The allowed claims are *1,2,4-6,10-12,16,18,21,22,29-33,35-40,43-45 & 47*
4. ☐ The drawings filed on _____ are acceptable.
5. ☐ Acknowledgment is made of the claim for priority under 35 U.S.C. 119. The certified copy has [_] been received. [_] not been received. [_] been filed in parent application Serial No. _____ filed on _____
6. ☒ Note the attached Examiner's Amendment.
7. ☐ Note the attached Examiner Interview Summary Record, PTOL-413.
8. ☐ Note the attached Examiner's Statement of Reasons for Allowance.
9. ☐ Note the attached NOTICE OF REFERENCES CITED, PTO-892.
10. ☐ Note the attached INFORMATION DISCLOSURE CITATION, PTO-1449.

PART II.
A SHORTENED STATUTORY PERIOD FOR RESPONSE to comply with the requirements noted below is set to EXPIRE THREE MONTHS FROM THE "DATE MAILED" indicated on this form. Failure to timely comply will result in the ABANDONMENT of this application. Extensions of time may be obtained under the provisions of 37 CFR 1.136(a).

1. ☐ Note the attached EXAMINER'S AMENDMENT or NOTICE OF INFORMAL APPLICATION, PTO-152, which discloses that the oath or declaration is deficient. A SUBSTITUTE OATH OR DECLARATION IS REQUIRED.
2. ☒ APPLICANT MUST MAKE THE DRAWING CHANGES INDICATED BELOW IN THE MANNER SET FORTH ON THE REVERSE SIDE OF THIS PAPER.
   a. ☒ Drawing informalities are indicated on the NOTICE RE PATENT DRAWINGS, PTO-948, attached hereto or to Paper No. _B_. CORRECTION IS REQUIRED.
   b. ☐ The proposed drawing correction filed on _____ has been approved by the examiner. CORRECTION IS REQUIRED.
   c. ☐ Approved drawing corrections are described by the examiner in the attached EXAMINER'S AMENDMENT. CORRECTION IS REQUIRED.
   d. ☒ Formal drawings are now REQUIRED.

Any response to this letter should include in the upper right hand corner, the following information from the NOTICE OF ALLOWANCE AND ISSUE FEE DUE: ISSUE BATCH NUMBER, DATE OF THE NOTICE OF ALLOWANCE, AND SERIAL NUMBER.

Attachments
✓ Examiner's Amendment
- Examiner Interview Summary Record, PTOL-413
- Reasons for Allowance
- Notice of References Cited, PTO-892
- Information Disclosure Citation, PTO-1449
- Notice of Informal Application, PTO-152
- Notice re Patent Drawings, PTO-948
- Listing of Bonded Draftsmen
- Other

PTOL-37 (REV. 4-89)                                                   USCOMM-DC 80-3769

GTech v. Scientific Games
04-128-JJF

GTECH 000068

Serial No. 912005                                    -2-

Art Unit   3101


    Applicant's directions to amend claim 1 line 1 to change

"26" to --29--, on page 2 of the amendment filed 5 October 1992,

are defective as '26" does not appear in line 1 of claim 1,

therefore, this portion of the above mentioned amendment has not

been entered.

    An Examiner's Amendment to the record appears below.  Should

the changes and/or additions be unacceptable to applicant, an

amendment may be filed as provided by 37 C.F.R. § 1.312.  To

ensure consideration of such an amendment, it MUST be submitted

no later than the payment of the Issue Fee.

    In the claims:

        claim 31 line 1 "26" has been changed to --29--.

    This amendment has been made to correct the dependency of

claim 31 so as not to depend from a canceled claim.  Further, it

was agreed to make such a correction in the interview of

26 August 1992.

    Any inquiry concerning this communication should be directed

to David Bollinger at telephone number (703) 308-1113.


                              *David H. Bollinger* 12/14/92
                              DAVID H. BOLLINGER
                              PRIMARY EXAMINER
                              GROUP 310

dhb
December 12, 1992

GTech v. Scientific Games
04-128-JJF

GTECH 000069



**UNITED STATES DEPARTMENT OF COMMERCE**
**Patent and Trademark Office**

Address: Box ISSUE FEE
COMMISSIONER OF PATENTS AND TRADEMARKS .
Washington, D.C. 20231

GREGOR N. NEFF
C/O CURTIS. MORRIS & SAFFORD
530 5TH AVE.
NEW YORK, NY 10036

**NOTICE OF ALLOWANCE**
**AND ISSUE FEE DUE**

☐ Note attached communication from the Examiner
☐ This notice is issued in view of applicant's communication fi ed _____

| SERIES CODE/SERIAL NO. | FILING DATE | TOTAL CLAIMS | EXAMINER AND GROUP ART UNIT | | DATE MAILED |
|---|---|---|---|---|---|
| 07/912,005 | 07/10/92 | 024 | BOLLINGER, B | 3101 | 05/14/93 |

| First Named Applicant | BURR, | ROBERT |
|---|---|---|

TITLE OF INVENTION  TICKET DISPENSER MACHINE AND METHOD

| | ATTY'S DOCKET NO. | CLASS-SUBCLASS | BATCH NO. | APPLN. TYPE | SMALL ENTITY | FEE DUE | DATE DUE |
|---|---|---|---|---|---|---|---|
| 3 | 3390-2030 | 221-001.000 | 198 | UTILITY | YES | $565.00 | 08/16/93 |

**THE FEE DUE IS THE AMOUNT IN EFFECT AT THIS TIME. IF THE AMOUNT OF THE ISSUE FEE INCREASES PRIOR TO PAYMENT, APPLICANT WILL BE NOTIFIED OF THE BALANCE OF ISSUE FEE DUE.**

**THE APPLICATION IDENTIFIED ABOVE HAS BEEN EXAMINED AND IS ALLOWED FOR ISSUANCE AS A PATENT.**

**PROSECUTION ON THE MERITS IS CLOSED.**

**THE ISSUE FEE MUST BE PAID WITHIN THREE MONTHS FROM THE MAILING DATE OF THIS NOTICE OR THIS APPLICATION SHALL BE REGARDED AS ABANDONED. THIS STATUTORY PERIOD CANNOT BE EXTENDED.**

**HOW TO RESPOND TO THIS NOTICE:**

I. Review the SMALL ENTITY Status shown above.
If the SMALL ENTITY is shown as YES, verify your current SMALL ENTITY status:

  A. If the status is changed, pay twice the amount of the FEE DUE shown above and notify the Patent and Trademark Office of the change in status, or
  B. If the Status is the same, pay the FEE DUE shown above.

If the SMALL ENTITY is shown as NO:
A. Pay FEE DUE shown above, or
B. File verified statement of Small Entity Status before, or with, pay of 1/2 the FEE DUE shown above.

II. Part B of this notice should be completed and returned to the Patent and Trademark Office (PTO) with your ISSUE FEE. Even if the ISSUE FEE has already been paid by charge to deposit account, Part B should be completed and returned. If you are charging the ISSUE FEE to your deposit account, Part C of this notice should also be completed and returned.

III. All communications regarding this application must give series code (or filing date) and serial number. Please direct all communications prior to issuance to Box ISSUE FEE unless advised to contrary.

**IMPORTANT REMINDER: Patents issuing on applications filed on or after Dec. 12, 1980 may require payment of maintenance fees. It is patentee's responsibility to ensure timely payment of maintenance fees when due.**

PTOL-85 (REV.7-92) (OMB Clearance is pending)    PATENT AND TRADEMARK OFFICE COPY

GTech v. Scientific Games
04-128-JJF

GTECH 000070

585-242 B

**PART B - ISSUE FEE TRANSMITTAL**

MAILING INSTRUCTIONS: This form should be used for transmitting the ISSUE FEE. Blocks 2 through 6 should be completed where appropriate. All further correspondence including the Issue Fee Receipt, the Patent, advance orders and notification of maintenance fees will be mailed to addressee entered in Block 1 unless you direct otherwise, by (a) specifying a new correspondence address in Block below; or (b) providing the PTO with a separate FEE ADDRESS for maintenance fee notifications with payment of Issue Fee or thereafter. See reverse for Certificate of Mailing

1. CORRESPONDENCE ADDRESS

GREGOR N. NEFF
C/O CURTIS, MORRIS & SAFFORD
530 5TH AVE.
NEW YORK, NY 10036

| SERIES CODE/SERIAL NO. | FILING DATE | TOTAL CLAIMS | EXAMINER AND GROUP ART UNIT | DATE MAILED |
|---|---|---|---|---|
| 07/912,005 | 07/10/93 | 024 | | |

First Named Applicant: BUER    ROBERT

TITLE OF INVENTION: TICKET DISPENSER MACHINE AND METHOD

| ATTY'S DOCKET NO. | CLASS-SUBCLASS | BATCH NO. | APPLN. TYPE | SMALL ENTITY | FEE DUE | DATE DUE |
|---|---|---|---|---|---|---|
| 3390-2830 | 221-001.000 | 198 | UTILITY | | | |

4. For printing on the patent front page, the names of not more than 3 registered patent attorneys or agents OR, alternatively, the name of a firm having as a member a registered attorney or agent. If no names are listed, no name will be printed.

Gregor N Neff Reg. No. 20,566
Curtis, Morris & Safford
Reg. No. 12,761

TRANSMIT THIS FORM WITH FEE - CERTIFICATE OF MAILING ON REVERSE

## Certificate of Mailing

I hereby certify that this correspondence is being deposited with the United States Postal Service with sufficient postage as first class mail in an envelope addressed to:

Box ISSUE FEE
Commissioner of Patents and Trademarks
Washington, D.C. 20231

on ___February 12, 1993___
        (Date)

_(signature)_

(Signature)

___Gregor N. Neff, Esq.___

(Typed or Print ed Name)

___February 12, 1993___
        (Date)

Note: If this certificate of mailing is used, it can only be used to transmit the Issue Fee. This certificate cannot be used for any other accompanying papers. Each additional paper, such as an assignment or formal drawing, must have its own certificate of mailing.

This form is estimated to take 20 minutes to complete. Time will vary depending upon the needs of the individual applicant. Any comments on the amount of time you require to complete this form should be sent to the Office of Management and Organization, Patent and Trademark Office, Washington, D.C. 20231 and to the Office of Information and Regulatory Affairs, Office of Management and Budget, Washington, D.C. 20503.

REVERSE PTOL-85B (REV. 7-92)(OMB Clearance is pending)

GTech v. Scientific Games
04-128-JJF

GTECH 000072





55 - 215   GP311
#19

_19_

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | | |
|---|---|---|
| Applicant | : | Robert L. Burr, et al. |
| Serial No. | : | 07/912,005 |
| Filed | : | July 10, 1992 |
| For | : | TICKET DISPENSER MACHINE AND METHOD |
| Art Unit | : | 3101 |
| Examiner | : | D. Bollinger |
| Batch No. | : | 198 |

RECEIVED APR -7 1993 GROUP 310

530 Fifth Avenue
New York, New York  10036

PETITION UNDER 37 C.F.R. §1.136(a) and 1.17(a)

Honorable Commissioner of Patents and Trademarks
Washington, D.C.  20131

Sir:

Pursuant to §1.136(a) applicants hereby request a one
month extension of the period for filing formal drawings in
response to the December 16, 1992 Notice of Allowability, Part
II, i.e., up to and including April 16, 1993.

Enclosed herewith is a check for $55.00 in payment of
the fee set forth in §1.17(a) for a small entity for a
one month extension under §1.136(a), 37 C.F.R.

The Commissioner is hereby authorized to charge any
deficiencies or credit any overpayment in the petition fee to
Deposit Account No. 03-3925.

070 AA 04/05/93 07912005                    1 215      55.00 CK

GTech v. Scientific Games
04-128-JJF                                              GTECH 000073

PATENT
3390-2030

A duplicate of this petition is enclosed.

Respectfully submitted,

CURTIS, MORRIS & SAFFORD, P.C.

By _____
Gregor N. Neff, Esq.
Registration No. 20,595
(212) 840-3333

Enclosures
- Transmittal letter
- Formal Drawings (6 sheets)
- Check ($55.00)

c:\wp51\LEI\2030.Pet

GTech v. Scientific Games
04-128-JJF

GTECH 000074



## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | | |
|---|---|---|
| Applicant | : | Robert L. Burr, et al. |
| Serial No. | : | 07/912,005 |
| Filed | : | July 10, 1992 |
| For | : | TICKET DISPENSER MACHINE AND METHOD |
| Art Unit | : | 2101 |
| Examiner | : | D. Bollinger |
| Batch No. | : | 298 |

530 Fifth Avenue
New York, New York 10036

### PETITION UNDER 37 C.F.R. §1.136(a) and 1.17(a)

Honorable Commissioner of Patents and Trademarks
Washington, D.C. 20231

Sir:

Pursuant to §1.136(a) applicants hereby request a one
month extension of the period for filing formal drawings in
response to the December 16, 1992 Notice of Allowability, Part
II, i.e., up to and including April 16, 1993.

Enclosed herewith is a check for $55.00 in payment of
the fee set forth in §1.17(a) for a small entity for a
one month extension under §1.136(a), 37 C.F.R.

The Commissioner is hereby authorized to charge any
deficiencies or credit any overpayment in the petition fee to
Deposit Account No. 01-3925.

GTech v. Scientific Games
04-128-JJF

GTECH 000075

PATENT
3390-2030

A duplicate of this petition is enclosed.

Respectfully submitted,

CURTIS, MORRIS & SAFFORD, P.C.

By _____
Gregor N. Neff, Esq.
Registration No. 20,59
(212) 840-3333

Enclosures
- Transmittal letter
- Formal Drawings (6 sheets)
- Check ($55.00)

c:\wp51\LE1\2030.Pet

GTech v. Scientific Games
04-128-JJF

GTECH 000076



IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

Applicant          :    Robert L. Burr, et al.

Serial No.         :    07/912,005

Filed              :    July 10, 1992

For                :    TICKET DISPENSER MACHINE AND METHOD

Art Unit           :    101

Examiner           :    D. Bollinger

Batch No.          :    98

                              530 Fifth Avenue
                              New York, New York  10036

LETTER TRANSMITTING FORMAL DRAWINGS

Honorable Commissioner of Patents and Trademarks
Washington, D.C.  20231

Attention:  Official Draftsman

Sir:

     Pursuant to Part II of the December 16, 1992 Notice of

Allowability, with the term for reply having been extended one

month, enclosed are six (6) sheets of formal drawings to be

made of record in the above-identified patent application.

                    Respectfully submitted,

                    CURTIS, MORRIS & SAFFORD, P.C.

                    By
                       Gregor N. Neff, Esq.
                       Registration No. 20, 596
                       (212) 840-3333

Enclosures
   - Drawings (6 sheets)

GTech v. Scientific Games
04-128-JJF

GTECH 000077

912.005

5222624



F I G.1

GTech v. Scientific Games
04-128-JJF

GTECH 000078

912,005



F I G. 2

912,005



FIG. 5

FIG. 6

FIG. 3

GTECH 000080



F I G. 4

GTech v. Scientific Games
04-128-JJF

GTECH 000081



F I G. 7



F I G.8

F I G.9

F I G.10



**PTO UTILITY GRANT**

Paper Number *20*

### The Commissioner of Patents and Trademarks

*Has received an application for a patent for a new and useful invention. The title and description of the invention are enclosed. The requirements of law have been complied with, and it has been determined that a patent on the invention shall be granted under the law.*

*Therefore, this*

### United States Patent

*Grants to the person or persons having title to this patent the right to exclude others from making, using or selling the invention throughout the United States of America for the term of seventeen years from the date of this patent, subject to the payment of maintenance fees as provided by law.*

*Acting Commissioner of Patents and Trademarks*

*Attest*

PTO-1584

DSD.



## CHANGE OF CORRESPONDENCE ADDRESS

### FOR PATENTS

Patent No.          :    5222624

Issue Date          :    06/29/93

Application No.:         912005

Filing Date         :    07/10/92

First Named
  Inventor          :    BURR RL

Case Number         :    3345-2050

Assistant Commissioner for Patents
Washington, D.C.  2023L

Dear Sir:

       Please change the Correspondence Address for this

application to:

          Gregor N. Neff, Esq.
          Whitman Breed Abbott & Morgan
          200 Park Avenue
          New York, New York 10166

Tele No.:  (212) 351-3000
Fax No. :

I am the attorney of record.

Typed or Printed
Name            Gregor N. Neff    .  Reg. No. 20,596

Signature       _Gregor Neff_

Date            12/1/98

Dsd

PATENT
3345-2050

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | | |
|---|---|---|
| Applicant | : | R. L. Burr |
| Patent No. | : | 5,222,624 |
| For | : | Windows Ticket Dispenser |
| Issued | : | 6/29/93 |

919 Third Avenue
New York, NY 10022-3852

I hereby certify that this correspondence
is being deposited with the United States
Postal Service as first class mail in an
envelope addressed to:
Asst. Commissioner for Patents
Washington, D.C. 20230

Gregor N. Neff - Registration No. 20,596
Name of Applicant, Assignee or Registered
Representative

_Gregor Neff_
Signature

_10 apr 01_
Date of Signature

NOTICE OF CHANGE OF ADDRESS

Assistant Commissioner for Patents
Washington, D.C.  20231

Sir:

Please change the Correspondence Address for the

application to:

- 1 -

GTech v. Scientific Games
04-128-JJF

GTECH 000086

PATENT
3345-2050

*Gregor N. Neff*
*Kramer Levin Naftalis & Frankel LLP*
*919 Third Avenue*
*New York, NY 10022-3852*
*Direct Dial:    212 715 9202*
*Facsimile:    212 715 8000*

I am the attorney of Record.

Respectfully submitted,

KRAMER LEVIN NAFTALIS & FRANKEL LLP

By:  _____
Gregor N. Neff
Registration No. 20,596
(212) 715-9202

KL3:2094282.1

-2-

*U.S. GOVERNMENT PRINTING OFFICE: 1990-250-999

**PATENT NUMBER**

**ORIGINAL CLASSIFICATION**

| CLASS | SUBCLASS |
|-------|----------|
| 221   | 1        |

**APPLICATION SERIAL NUMBER**

912005

**CROSS REFERENCE(S)**

| CLASS | SUBCLASS (ONE SUBCLASS PER BLOCK) | | | |
|-------|------|------|------|------|
| 221   | 2    | 8    | 13   | 25   |
| 221   | 124  | 129  | 155  |      |
|       |      |      |      |      |
|       |      |      |      |      |
|       |      |      |      |      |
|       |      |      |      |      |

**APPLICANT'S NAME (PLEASE PRINT)**

Bur~

IF REISSUE, ORIGINAL PATENT NUMBER

**INTERNATIONAL CLASSIFICATION (INT. CL. 4)**

| G | 0 | 7 | F | 11/00 |
|---|---|---|---|-------|
|   |   |   |   | /     |
|   |   |   |   | /     |

**GROUP ART UNIT**

3101

**ASSISTANT EXAMINER (PLEASE STAMP OR PRINT FULL NAME)**

**PRIMARY EXAMINER (PLEASE STAMP OR PRINT FULL NAME)**

David H. Bollinger

PTO-270
(10-84)

**ISSUE CLASSIFICATION SLIP**

U.S. DEPARTMENT OF COMMERCE
PATENT AND TRADEMARK OFFICE

GTech v. Scientific Games
04-128-JJF

GTECH 000088

# PATENT APPLICATION FEE DETERMINATION RECORD
### Effective December 16, 1991

Application or Docket Number
07/912005

## CLAIMS AS FILED - PART I

| FOR | NUMBER FILED | NUMBER EXTRA | SMALL ENTITY RATE | FEE | OR | OTHER THAN SMALL ENTITY RATE | FEE |
|---|---|---|---|---|---|---|---|
| BASIC FEE | | | | $ 345.00 | OR | | $ 690.00 |
| TOTAL CLAIMS | 24 minus 20 = | 4 | x $10= | 40 | OR | x $20= | |
| INDEPENDENT CLAIMS | 7 minus 3 = | 4 | x 36 = | 144 | OR | x 72 = | |
| MULTIPLE DEPENDENT CLAIM PRESENT | | | + 110 = | | OR | + 220 = | |
| | | | TOTAL | 529 | OR | TOTAL | |

* If the difference in column 1 is less than zero, enter "0" in column 2

## CLAIMS AS AMENDED - PART II

### AMENDMENT A

| | CLAIMS REMAINING AFTER AMENDMENT (Column 1) | | HIGHEST NUMBER PREVIOUSLY PAID FOR (Column 2) | PRESENT EXTRA (Column 3) | SMALL ENTITY RATE | ADDITIONAL FEE | OR | OTHER THAN SMALL ENTITY RATE | ADDITIONAL FEE |
|---|---|---|---|---|---|---|---|---|---|
| Total | 24 | Minus | 24 | — | x $10= | | OR | x $20 = | |
| Independent | 9 | Minus | 7 | 2 | x 36 = | 72.00 | OR | x 72 = | |
| FIRST PRESENTATION OF MULTIPLE DEPENDENT CLAIM | | | | | + 110 = | | OR | + 220 = | |
| | | | | | TOTAL ADDIT. FEE | | OR | TOTAL ADDIT. FEE | |

### AMENDMENT B

| | CLAIMS REMAINING AFTER AMENDMENT (Column 1) | | HIGHEST NUMBER PREVIOUSLY PAID FOR (Column 2) | PRESENT EXTRA (Column 3) | RATE | ADDITIONAL FEE | OR | RATE | ADDITIONAL FEE |
|---|---|---|---|---|---|---|---|---|---|
| Total | | Minus | | = | x $10 = | | OR | x $20 = | |
| Independent | | Minus | | = | x 36 = | | OR | x 72 = | |
| FIRST PRESENTATION OF MULTIPLE DEPENDENT CLAIM | | | | | + 110 = | | OR | + 220 = | |
| | | | | | TOTAL ADDIT. FEE | | OR | TOTAL ADDIT. FEE | |

### AMENDMENT C

| | CLAIMS REMAINING AFTER AMENDMENT (Column 1) | | HIGHEST NUMBER PREVIOUSLY PAID FOR (Column 2) | PRESENT EXTRA (Column 3) | RATE | ADDITIONAL FEE | OR | RATE | ADDITIONAL FEE |
|---|---|---|---|---|---|---|---|---|---|
| Total | | Minus | | = | x $10 = | | OR | x $20 = | |
| Independent | | Minus | | = | x 36 = | | OR | x 72 = | |
| FIRST PRESENTATION OF MULTIPLE DEPENDENT CLAIM | | | | | + 110 = | | OR | + 220 = | |
| | | | | | TOTAL ADDIT. FEE | | OR | TOTAL ADDIT. FEE | |

* If the entry in column 1 is less than the entry in column 2, write "0" in column 3.
** If the "Highest Number Previously Paid For" IN THIS SPACE is less than 20, enter "20".
*** If the "Highest Number Previously Paid For" IN THIS SPACE is less than 3, enter "3".
The "Highest Number Previously Paid For" (Total or Independent) is the highest number found in the appropriate box in column 1.

Form PTO-875
(Rev. 12-91)

*U.S. Government Printing Office: 1992 — 308-88)

Patent and Trademark Office: U.S. DEPARTMENT OF COMMERCE

| POSITION | INIT. | DATE |
|---|---|---|
| CLASSIFIER | | |
| EXAMINER | | |
| TYPIST | 349 | 7-28-92 |
| VERIFIER | V42 | 7 29 92 |
| CORPS CORR. | | |
| SPEC. HAND | | |
| FILE MAINT. | | |

## INDEX OF CLAIMS

## SEARCHED

| Class | Sub. | Date | Exmr. |
|---|---|---|---|
| 221 | 1 | 8/10/92 | JHB |
|  | 2 |  |  |
|  | 5 |  |  |
|  | 8 |  |  |
|  | 9 |  |  |
|  | 10 |  |  |
|  | 13 |  |  |
|  | 25 |  |  |
|  | 26 |  |  |
|  | 30 |  |  |
|  | 92 |  |  |
|  | 123 |  |  |
|  | 124 |  |  |
|  | 129, 131 |  |  |
|  | 155 |  |  |
|  | 191 |  |  |
|  | 194 |  |  |
|  | 195 |  |  |
|  | 206 |  |  |
|  | 247 |  |  |
| 235 | 375 |  |  |
| 364 | 479 |  |  |

from parent

(above) search updated  12/7/92  JHB

## SEARCH NOTES

| | Date | Exmr. |
|---|---|---|
| | | |

## INTERFERENCE SEARCHED

| Class | Sub. | Date | Exmr. |
|---|---|---|---|
| 221 | 1 | 12/1/92 | JHB |
|  | 2 |  |  |
|  | 8 |  |  |
|  | 13 |  |  |
|  | 25 |  |  |
|  | 124 |  |  |
|  | 129 |  |  |
|  | 155 |  |  |

GTech v. Scientific Games
04-128-JJF

GTECH 000092

APPROVED FOR LICENSE ☐

INITIALS _____

PT /912005

| Entered or Counted | | CONTENTS | | Received or Mailed |
|---|---|---|---|---|

1. Application _____ papers.

| 13 | 2. | Ref Amdt B | July 10,1992 |
| 14 | 3. | Ref Amdt C | July 10,1992 |
| 15 | 4. | Rej'dt & Interview Summary | SEP 14 1992 |
| 16 | 5. | Declaration & Exhibits | Oct. 5,1992 |
| 17 | 6. | Amdt D | Oct. 5,1992 |
| 18 | 7. | Examiners Amdt | DEC 10 1992 10/14= |
| 4/19/39 | 8. | Fees & drugs Certs Cord | 3/33/93 |
| 20 | 9. | PTO GRANT JUN 9 1993 | |
| 21 | 10. | | |
| 22 | 11. | | |
| 23 | 12. | | |
| 24 | 13. | | |
| 25 | 14. | | |
| 26 | 15. | | |
| 27 | 16. | | |
| 28 | 17. | | |
| 29 | 18. | | |
| 30 | 19. | | |
| 31 | 20. | | |
| 32 | 21. | | |
| 33 | 22. | | |
| 34 | 23. | | |
| 35 | 24. | | |
| 36 | 25. | | |
| 37 | 26. | | |
| 38 | 27. | | |
| 39 | 28. | | |
| 40 | 29. | | |
| 41 | 30. | | |
| 42 | 31. | | |
| 43 | 32. | | |