IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GTECH CORPORATION,<br><br>              Plaintiff,<br><br>    v.<br><br>SCIENTIFIC GAMES INTERNATIONAL, INC., SCIENTIFIC GAMES HOLDINGS CORPORATION, SCIENTIFIC GAMES FINANCE CORPORATION, and SCIENTIFIC GAMES CORPORATION,<br><br>              Defendants. | Civil Action No. 04-138-JJF |

## ORDER

The attorneys, staff, and vendor listed below are permitted to bring into the J. Caleb Boggs Federal Courthouse, for use in Courtroom 4B, 2 laptop computers, 1 Epson Projector, and 1 Wolfvision Document Camera for a Markman Hearing on November 18, 2005. Counsel shall comply with the inspection provisions of the United States Marshall.

                                              AQUIPT
                                     Stanley Sobieski

_____                          _____
     DATE                                      JOSEPH J. FARNAN, JR.
                                                        United States District Court Judge