# Morris, Nichols, Arsht & Tunnell

1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347

302 658 9200
302 658 3989 Fax

November 16, 2005

**BY E-FILING**

Ms. Deborah Krett
Case Manager
United States District Court
844 North King Street, Lockbox 10
Wilmington, Delaware 19801

      Re:    Request For Permission To Have Computer Equipment in Courtroom 4B for *Markman* in the matter of *GTECH Corporation v. Scientific Games International, Inc. et al.*, C.A. No. 04-138-JJF

Dear Ms. Krett:

      We are scheduled to appear for a *Markman* Hearing in Courtroom 4B on November 18 and request permission to bring two laptop computers into Court to assist with the presentation during the hearing.

                                                      Respectfully,

                                                      Rodger D. Smith II

cc:    David Thomas, United States Marshal (by hand delivery)
        Keith Ash, Chief Court Security Officer (by hand delivery)
        Josy W. Ingersoll, Esq. (by CM/ECF)