IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: | ) |
| PERMISSION FOR COUNSEL TO | ) |
| POSSESS AND UTILIZE A LAPTOP | ) |
| COMPUTER DURING HEARING | ) |
| PROCEEDINGS IN COURTROOM 4 | ) |
| OF THE J. CALEB BOGGS FEDERAL | ) |
| BUILDING | ) |

## ORDER

The attorneys and staff listed below are permitted to bring into the J. Caleb Boggs Federal Courthouse, for use in Courtroom 4B, two laptop computers for the *Markman* proceedings on Friday, November 19, 2005. Counsel shall comply with the inspection provisions of the United States Marshal.

> Denise Stitik
> David Kelley
> Itala Murphy

Dated: November ____, 2005

_____
JOSEPH J. FARNAN, JR.
United States District Court Judge