IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE:<br>PERMISSION FOR COUNSEL TO<br>POSSESS AND UTILIZE A LAPTOP<br>COMPUTER DURING HEARING<br>PROCEEDINGS IN COURTROOM 4<br>OF THE J. CALEB BOGGS FEDERAL<br>BUILDING | )<br>)<br>)<br>)   Civil Action No. 04-138-JJF<br>)<br>)<br>)<br>) |

### ORDER

The attorneys and staff listed below are permitted to bring into the J. Caleb Boggs Federal Courthouse, for use in Courtroom 4B, two laptop computers for the *Markman* proceedings on Friday, November 19, 2005. Counsel shall comply with the inspection provisions of the United States Marshal.

Denise Stitik
David Kelley
Itala Murphy

Dated: November 16, 2005

JOSEPH J. FARNAN, JR.
United States District Court Judge