IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GTECH CORPORATION,<br><br>    Plaintiff,<br><br>  v.<br><br>SCIENTIFIC GAMES INTERNATIONAL, INC.,<br>SCIENTIFIC GAMES HOLDINGS<br>CORPORATION, SCIENTIFIC GAMES<br>FINANCE CORPORATION, and SCIENTIFIC<br>GAMES CORPORATION,<br><br>    Defendants. | Civil Action No. 04-138-JJF |

## ORDER

The attorneys, staff, and vendor listed below are permitted to bring into the J. Caleb Boggs Federal Courthouse, for use in Courtroom 4B, 2 laptop computers, 1 Epson Projector, and 1 Wolfvision Document Camera for a Markman Hearing on November 18, 2005. Counsel shall comply with the inspection provisions of the United States Marshall.

AQUIPT
Stanley Sobieski

11/16/05
DATE

JOSEPH J. FARNAN, JR.
United States District Court Judge

DB01:1907133.1                          063055.1001