IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GTECH CORPORATION, | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : Civil Action No. 04-138-JJF |
| | : |
| SCIENTIFIC GAMES INTERNATIONAL, | : |
| INC., SCIENTIFIC GAMES HOLDINGS | : |
| CORPORATION, SCIENTIFIC GAMES | : |
| FINANCE CORPORATION, and | : |
| SCIENTIFIC GAMES CORPORATION, | : |
| | : |
| Defendants. | : |

### ORDER

WHEREAS, the Court held a Markman Hearing on November, 18, 2005;

WHEREAS, the Court discussed with counsel the setting of a date for trial;

NOW THEREFORE IT IS HEREBY ORDERED that trial will convene on **Tuesday, February 21, 2006** in Courtroom 4B.

November 22, 2005

_____
UNITED STATES DISTRICT JUDGE