IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

REDACTED

GTECH CORPORATION,

           Plaintiff,

v.

SCIENTIFIC GAMES INTERNATIONAL, INC., SCIENTIFIC GAMES HOLDINGS CORPORATION, SCIENTIFIC GAMES FINANCE CORPORATION, and SCIENTIFIC GAMES CORPORATION,

           Defendants.

Civil Action No. 04-138-JJF

~~Confidential—Filed Under Seal~~

## DECLARATION OF SHELIA SMITH

I, Shelia Smith, declare and state as follows:

1. I have 25 years of experience working for the Ohio Lottery Commission until I retired in July 2002. During my tenure there, I served in numerous capacities including as Instant Ticket Product Manager (named to that post in 1990), Deputy Director Instant Tickets and Deputy Director Product Research & Development (from July 2001 until retirement). In those roles, I was extensively involved in innovation in the development and marketing of instant lottery games. I was also intimately involved in instant tickets, including instant ticket marketing, as well as positioning of instant tickets, instant ticket vending machines ("ITVMs") and other issues concerning sales and promotion of instant tickets. I also structured and was involved in focus group testing concerning instant tickets and therefore gained experience with the customer perception and feedback concerning instant tickets and ITVMs. I have won numerous awards in

recognition of my expertise and/or contributions to innovation in the field of instant ticket products and the gaming industry. The details of my background and experience are set forth on my curriculum vitae annexed as Exhibit A to my opening epert report, Exhibit A hereto.

5. I have been engaged as an expert witness by plaintiff GTECH Corporation ("GTECH") in this litigation and submit this declaration on behalf of GTECH in support of its opposition to defendants', Scientific Games et al.'s, motion for summary judgment that its accused PlayCentral instant ticket vending machine does not infringe asserted claims 18 of U.S. Patent No. 5,222,624 (the "'624 patent") and claims 20 and 21 of U.S. Patent No. 4,982,337 (the "'337 patent") (collectively "the asserted claims").

6. I have previously provided expert reports on the issues concerning the infringement of the asserted claims of the '624 and '337 patents by defendants' PlayCentral machine. Those expert reports, dated August 12, 2005 and September 16, 2005, respectively, are attached hereto as Exhibits A and B.

7. I declare under penalty of perjury under the laws of the United States of America that the attached *Expert Report of Shelia Smith*, dated August 12, 2005, is true and correct.

8. I declare under penalty of perjury under the laws of the United States of America that the attached *Rebuttal Expert Report of Shelia Smith*, dated September 16, 2005, is true and correct.

Executed on December 1, 2005, at Euclid, Ohio.

*/s/ Shelia Smith*
Shelia Smith

## CERTIFICATE OF SERVICE

I, Andrew A. Lundgren, Esquire, hereby certify that on December 2, 2005, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

> Jack B. Blumenfeld Esquire
> Morris Nichols Arsht & Tunnell
> 1201 North Market Street
> Wilmington, DE 19801

I further certify that on December 2, 2005, I caused a copy of the foregoing document to be served by hand delivery on the above-listed counsel of record.

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Andrew A. Lundgren*

Josy W. Ingersoll (#1088)
John W. Shaw (#3362)
Karen E. Keller (#4489)
Andrew A. Lundgren (#4429)
YOUNG CONAWAY STARGATT & TAYLOR, LLP
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, Delaware 19899-0391
(302) 571-6600
kkeller@ycst.com

*Attorneys for GTECH Corporation*

## CERTIFICATE OF SERVICE

I, Andrew A. Lundgren, Esquire, hereby certify that on December 9, 2005, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

> Jack B. Blumenfeld Esquire
> Morris Nichols Arsht & Tunnell
> 1201 North Market Street
> Wilmington, DE 19801

I further certify that on December 9, 2005, I caused a copy of the foregoing document to be served by hand delivery on the above-listed counsel of record.

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Andrew A. Lundgren*

Josy W. Ingersoll (#1088)
John W. Shaw (#3362)
Karen E. Keller (#4489)
Andrew A. Lundgren (#4429)
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, Delaware 19899-0391
(302) 571-6600
alundgren@ycst.com

*Attorneys for GTECH Corporation*