# EXHIBITS A-B

# HAVE BEEN REDACTED IN THEIR ENTIRETY