# EXHIBITS A-G

# HAVE BEEN REDACTED IN THEIR ENTIRETY