# EXHIBIT A



# EXHIBIT B



FCC REGISTRATION NU....
DUPUSA-18196-MD-E
Ringer Equivilent 0.4B
Connector USOC RJ1...

WARNING: For ...
fuse o....
Replac.....

FOR USE ONLY

LEi

Manufactured under .... .r of more
of the following U.S. patents
5,160,076
5,222,624

Other U.S. and foreign patents pending.

# EXHIBIT C



# EXHIBIT D



# EXHIBIT E

# THIS EXHIBIT HAS BEEN REDACTED IN ITS ENTIRETY

# EXHIBIT F





This product is covered by
U.S. Patent No. 4,982.337
and patents pending.

INTERLOTT

Serial Number : 120959

Model Number : 12000

Date : 6/4/97

# EXHIBIT G



# EXHIBIT H



# EXHIBIT I

# THIS EXHIBIT HAS BEEN REDACTED IN ITS ENTIRETY

# EXHIBIT J