

# EXHIBIT K





# EXHIBIT L

# THIS EXHIBIT HAS BEEN REDACTED IN ITS ENTIRETY

# EXHIBIT M



# EXHIBIT N



This product covered by one or more of the
following U.S. Patents:

| 4,982,337 | 5,160,076 | 5,222,624 |
| 5,330,185 | 5,472,247 | 5,775,145 |
| 5,836,498 | 5,943,241 | 6,098,492 |
| 6,726,077 | D428,060 | D741,227 |
| D448,956 | D448,957 | |

GTECH

Also Patents
Pending

# EXHIBIT O



# EXHIBIT P



# EXHIBIT Q

# THIS EXHIBIT HAS BEEN REDACTED IN ITS ENTIRETY

# EXHIBIT R



