IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

GTECH CORPORATION,

        Plaintiff,

        v.

SCIENTIFIC GAMES INTERNATIONAL,
INC., SCIENTIFIC GAMES HOLDINGS
CORPORATION, SCIENTIFIC GAMES
FINANCE CORPORATION, and
SCIENTIFIC GAMES CORPORATION,

        Defendants.

C.A. No. 04-138-JJF

**REDACTED VERSION**

## DECLARATION OF WILLIAM F. BEHM

MORRIS, NICHOLS, ARSHT & TUNNELL
Jack B. Blumenfeld (#1014)
Rodger D. Smith II (#3778)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE  19899-1347
(302) 658-9200
  Attorneys for Defendants

Original Filing Date:  December 2, 2005

Redacted Filing Date:  December 9, 2005

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

GTECH CORPORATION,

             Plaintiff,

       v.

SCIENTIFIC GAMES INTERNATIONAL,
INC., SCIENTIFIC GAMES HOLDINGS
CORPORATION, SCIENTIFIC GAMES
FINANCE CORPORATION, and
SCIENTIFIC GAMES CORPORATION,

          Defendants.

C.A. No. 04-138-JJF

**REDACTED VERSION**

## DECLARATION OF WILLIAM F. BEHM

     1.    I am currently an Executive Vice President of Scientific Games International, Inc. During the period from 1985 to 1989, I was a Vice President of Scientific Games. My responsibilities during that time period included terminal engineering and drafting and reviewing proposals submitted to state lotteries.

     2.    On December 3, 1985, Scientific Games submitted a proposal to the Iowa Lottery, in which Scientific Games offered for sale a customer-activated lottery ticket vending machine -- called a Player Activated Terminal ("PAT") -- which dispensed instant lottery tickets, as well as online tickets. I was personally involved in designing the PAT, and in drafting the proposal submitted to the Iowa Lottery. A true and correct copy of the portion of the proposal submitted to the Iowa Lottery concerning the PAT is attached hereto as Exhibit 1.

     3.    The PAT had a touch-screen display on the front surface of the machine for ordering tickets. Customers ordered tickets by touching icons (or buttons) on the touch-screen for each of the games available for purchase from the machine.

4.

REDACTED

5.

REDACTED

6.     As deployed in Iowa, Scientific Games' PAT dispensed tickets for three games and displayed three icons on the touch-screen -- two for online games and one for an instant game. A true and correct copy of a photograph of the PAT as deployed in Iowa is attached hereto as Exhibit 2.

7.     A true and correct copy of

REDACTED                    Exhibit 3.

8.

REDACTED

9.     The PAT separated and dispensed each individual ticket to the customer.

REDACTED

3.

**REDACTED**

10.    A true and correct copy of the        **REDACTED**

11.        **REDACTED**

I declare under penalty of perjury that the foregoing is true and correct.

_William F. Behm_
William F. Behm

Dated:  December _2_, 2005

495401

# Exhibit 1

Redacted

# Exhibit 2



SGI104830A

# Exhibit 3

Redacted

Exhibit 4

Redacted

## CERTIFICATE OF SERVICE

I, Rodger D. Smith II, hereby certify that on December 9, 2005, I caused to be electronically filed the Redacted Version of the Declaration of William F. Behm with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

> Josy W. Ingersoll
> Young, Conaway, Stargatt & Taylor, LLP
> The Brandywine Building
> 1000 West Street, 17th Floor
> P.O. Box 391
> Wilmington, DE 19899

I also certify that I caused copies to be served upon the following in the manner indicated:

BY HAND

> Josy W. Ingersoll
> Young, Conaway, Stargatt & Taylor, LLP
> The Brandywine Building
> 1000 West Street, 17th Floor
> P.O. Box 391
> Wilmington, DE 19899

BY FEDERAL EXPRESS

> Thomas J. Meloro, Esquire
> Kenyon & Kenyon
> One Broadway
> New York, NY 10004

> */s/ Rodger D. Smith II*
> Rodger D. Smith II (#3778)
> Morris, Nichols, Arsht & Tunnell
> 1201 N. Market Street
> P.O. Box 1347
> Wilmington, DE 19899
> (302) 658-9200
> rsmith@mnat.com