IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GTECH CORPORATION,<br><br>                Plaintiff,<br><br>     v.<br><br>SCIENTIFIC GAMES INTERNATIONAL, INC.; SCIENTIFIC GAMES HOLDINGS CORPORATION; SCIENTIFIC GAMES FINANCE CORPORATION; and SCIENTIFIC GAMES CORPORATION,<br><br>                Defendants. | C.A. No. 04-138-JJF |

## STIPULATION AND ORDER

IT IS HEREBY STIPULATED AND AGREED, subject to the approval of the Court, that paragraph 6 of the Stipulation And Order Concerning Pre-Trial Matters (D.I. 128) is amended as follows:

      1.      The parties will file the Joint Pretrial Order, in accordance with D. Del. LR 16.4, at least three business days before the Pretrial Conference.

      2.      The parties will file any special *voir dire* questions, in accordance with D. Del. LR 47.1, at least three business days before the Pretrial Conference.

      3.      The parties will file any proposed jury instructions and verdict forms, in accordance with D. Del. LR 51.1, at least three business days before the Pretrial Conference.

- 2 -

| YOUNG, CONAWAY, STARGATT & TAYLOR | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
|---|---|
| */s/ Andrew A. Lundgren* | */s/ Rodger D. Smith II* |
| Josy W. Ingersoll (#1088) | Jack B. Blumenfeld (#1014) |
| Karen E. Keller (#4489) | Rodger D. Smith II (#3778) |
| Andrew A. Lundgren (#4429) | 1201 N. Market Street |
| 1000 West Street, 17th Floor | P.O. Box 1347 |
| P.O. Box 391 | Wilmington, DE 19899 |
| Wilmington, DE 19899 | (302) 658-9200 |
| (302) 571-6600 | Attorneys for Defendants |
| Attorneys for Plaintiff | |

SO ORDERED this ___ day of January 2006.

_____
United States District Court Judge

501013