IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

GTECH CORPORATION,                          :
                                            :
       Plaintiff,                           :
                                            :
    v.                                    : Civil Action No. 04-138-JJF
                                            :
SCIENTIFIC GAMES INTERNATIONAL,             :
INC., SCIENTIFIC GAMES HOLDINGS             :
CORPORATION, SCIENTIFIC GAMES               :
FINANCE CORPORATION, and                    :
SCIENTIFIC GAMES CORPORATION,               :
                                            :
       Defendants.                          :

### O R D E R

WHEREAS, the Pretrial Conference set for January 12, 2006 shall be rescheduled so as to allow the Court time to review the pending motions in the above-captioned matter;

NOW THEREFORE, IT IS HEREBY ORDERED that a Pretrial Conference will be held on **Wednesday, January 18, 2006 at 11:00 a.m.** in Courtroom No. 4B on the 4th Floor, Boggs Federal Building, Wilmington, Delaware. The Federal Rules of Civil Procedure and Rule 16.5 of the Local Rules of Civil Practice for the United States District Court for the District of Delaware (Amended Effective January 1, 1995) shall govern the pretrial conference.

January 9, 2006
    DATE                                                UNITED STATES DISTRICT JUDGE