IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GTECH CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>SCIENTIFIC GAMES INTERNATIONAL, INC., SCIENTIFIC GAMES HOLDINGS CORPORATION, SCIENTIFIC GAMES FINANCE CORPORATION, and SCIENTIFIC GAMES CORPORATION,<br><br>Defendants. | C.A. No. 04-138-JJF |

## SCIENTIFIC GAMES' PROPOSED JURY VERDICT FORM

Pursuant to D. Del. L.R. 51.1(c), defendants hereby submit the following proposed jury verdict form.

MORRIS, NICHOLS, ARSHT & TUNNELL

*/s/ Rodger D. Smith II*

_____
Jack B. Blumenfeld (#1014)
Rodger D. Smith II (#3778)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE  19899-1347
(302) 658-9200
rsmith@mnat.com
   Attorneys for Defendants

January 13, 2006

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

GTECH CORPORATION,

        Plaintiff,

        v.

SCIENTIFIC GAMES INTERNATIONAL,
INC., SCIENTIFIC GAMES HOLDINGS
CORPORATION, SCIENTIFIC GAMES
FINANCE CORPORATION, and
SCIENTIFIC GAMES CORPORATION,

        Defendants.

C.A. No. 04-138-JJF

## VERDICT FORM

We, the jury, unanimously find as follows:

**I.    INFRINGEMENT/NON-INFRINGEMENT**

*Answer the following questions regarding the infringement of the patents-in-suit with a "Yes" or a "No." A "Yes" answer is a finding for GTECH. A "No" answer is a finding for Scientific Games.*

    1.    Do you find that GTECH has proven by a preponderance of the evidence that Scientific Games' PlayCentral Kiosk infringes claim 20 of the '337 patent?

        Yes _____        No _____

    2.    Do you find that GTECH has proven by a preponderance of the evidence that Scientific Games' PlayCentral Kiosk infringes claim 21 of the '337 patent?

        Yes _____        No _____

   3. Do you find that GTECH has proven by a preponderance of the evidence that Scientific Games' PlayCentral Kiosk infringes claim 18 of the '624 patent?

   Yes _____   No _____

## II. VALIDITY/INVALIDITY

*Answer the following questions regarding the validity of the patents-in-suit with a "Yes" or a "No." A "Yes" answer is a finding for Scientific Games. A "No" answer is a finding for GTECH.*

   1. Do you find that Scientific Games has proven by clear and convincing evidence that the following claims of the '337 patent are invalid for anticipation?

| Claim | Yes | No |
|---|---|---|
| 20 | | |
| 21 | | |

   2. Do you find that Scientific Games has proven by clear and convincing evidence that claim 18 of the '624 patent is invalid for anticipation?

   Yes _____   No _____

   3. Do you find that Scientific Games has proven by clear and convincing evidence that the following claims of the '337 patent are invalid for obviousness?

| Claim | Yes | No |
|---|---|---|
| 20 | | |
| 21 | | |

   4. Do you find that Scientific Games has proven by clear and convincing evidence that claim 18 of the '624 patent is invalid for obviousness?

   Yes _____   No _____

5. Do you find that Scientific Games has proven by clear and convincing evidence that claim 18 of the '624 patent is invalid for indefiniteness?

Yes _____    No _____

### III. DAMAGES

*If you have found in Sections I and II that none of the claims of the patents-in-suit are both valid and infringed, your deliberations are completed, and you may stop here. If you have found in Sections I and II that at least one claim of the patents-in-suit is infringed and not invalid, you must answer the following questions on damages.*

1. Do you find that GTECH has proven by a preponderance of evidence that it is entitled to collect lost profits damages from Scientific Games?

Yes _____    No _____

If your answer is "Yes," what amount of lost profits damages do you find that GTECH has proven by a preponderance of the evidence?

$ _____

2. If you have found that GTECH did not prove that it is entitled to collect lost profits damages for some or all of the infringing sales, what is the amount of reasonable royalty damages that GTECH has proven by a preponderance of the evidence that it is entitled to collect for those infringing sales for which lost profits were not awarded?

$ _____

- 3 -

## IV. WILLFULNESS

*Answer the following question regarding willfulness with a "Yes" or a "No." A "Yes" answer is a finding for GTECH. A "No" answer is a finding for Scientific Games.*

1. Has GTECH shown by clear and convincing evidence that, based on the totality of the circumstances, Scientific Games willfully infringed the asserted claims?

    Yes _____    No _____

We, the jury, unanimously so find on the foregoing questions.

Dated: _____

_____        _____
Jury Foreperson                                             Juror

_____        _____
Juror                                                              Juror

_____        _____
Juror                                                              Juror

_____        _____
Juror                                                              Juror

_____
Juror

499274

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on January 13, 2006, he caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

>Josy W. Ingersoll
>Young, Conaway, Stargatt & Taylor LLP
>The Brandywine Building
>1000 West Street, 17th Floor
>P.O. Box 391
>Wilmington, DE  19899

and that I caused copies to be served upon the following in the manner indicated:

**BY HAND**

>Josy W. Ingersoll
>Young, Conaway, Stargatt & Taylor, LLP
>The Brandywine Building
>1000 West Street, 17th Floor
>P.O. Box 391
>Wilmington, DE  19899

**BY FEDERAL EXPRESS**

>Thomas J. Meloro, Esquire
>Kenyon & Kenyon
>One Broadway
>New York, NY  10004

>*/s/ Rodger D. Smith II*
>Rodger D. Smith II (#3778)
>Morris, Nichols, Arsht & Tunnell LLP
>1201 N. Market Street
>P.O. Box 1347
>Wilmington, DE  19899
>(302) 658-9200
>rsmith@mnat.com