# EXHIBIT 1

## TAB 1

### THE PARTIES' JOINT STATEMENT OF
### ADMITTED FACTS REQUIRING NO PROOF

1.      GTECH Corporation is a corporation organized and existing under the laws of the State of Delaware.  GTECH Corporation has its principal place of business at 55 Technology Way, West Greenwich, RI 02817.

2.      Scientific Games Corporation is a corporation organized and existing under the laws of the State of Delaware.  Scientific Games Corporation has its principal place of business at 750 Lexington Avenue, New York, NY 10022.

3.      Scientific Games Holding Corporation is a corporation organized and existing under the laws of the State of Delaware.  Scientific Games Holding Corporation has its principal places of business at 1500 Bluegrass Lakes Parkway, Alpharetta, GA 30004.

4.      Scientific Games Holdings Company is a subsidiary of Scientific Games Corporation.

5.      Scientific Games Finance Corporation is a corporation organized and existing under the laws of the State of Delaware.  Scientific Games Finance Corporation has its principal place of business at 1500 Bluegrass Lakes Parkway, Alpharetta, GA 30004.

6.      Scientific Games Finance Corporation is a subsidiary of Scientific Games Holdings Company.

7.      Scientific Games International, Inc. is a corporation organized and existing under the laws of the State of Delaware.  Scientific Games International, Inc. has its principal place of business at 1500 Bluegrass Lakes Parkway, Alpharetta, GA 30004.

8.      Scientific Games International, Inc. is a subsidiary of Scientific Games Finance Corporation.

9.      United States Patent No. 4,982,337 ("the '337 patent") was issued by the United States Patent and Trademark Office ("PTO") on January 1, 1991.

10.     United States Patent Application Serial No. 07/128,070 ("the '070 Application") was filed on December 3, 1987.

11.     The '070 Application issued as U.S. Patent No. 4,982,337.

12.     Robert L. Burr, Laird A. Campbell, Donald H. Keagle and Alfred L. Fulton are the named inventors on the '337 patent.

13.     United States Patent No. 5,222,624 ("the '624 patent") was issued by the United States Patent and Trademark Office on June 29, 1993.

14.     United States Patent Application Serial No. 07/912,005 ("the '005 Application") was filed on July 10, 1992.

15.     The '005 Application issued as U.S. Patent No. 5,222,624.

16.     The '005 Application is a continuation of United States Patent Application Serial No. 07/312,111 filed February 17, 1989.

17.    Robert L. Burr is the named inventor on the '624 patent.

18.    Scientific Games has made, offered for sale or sold an instant ticket vending machine under the trade name PlayCentral Kiosk in the United States.