# EXHIBIT 3

# EXHIBIT 3

## SCIENTIFIC GAMES' STATEMENT OF FACTS THAT REMAIN TO BE LITIGATED

To the extent that issues identified in Scientific Games' Statement of Issues of Law are issues of fact, those issues are incorporated herein by reference.

1. Whether Scientific Games has infringed claims 20 or 21 of the '337 patent by its manufacture, use, offer for sale or sale of the PlayCentral Kiosk.

2. Whether Scientific Games has infringed claim 18 of the '624 patent by its manufacture, use, offer for sale or sale of the PlayCentral Kiosk.

3. Whether claims 20 and 21 of the '337 patent are invalid for anticipation under 35 U.S.C. § 102.

4. Whether claims 20 and 21 of the '337 patent are invalid for obviousness under 35 U.S.C. § 103.

5. Whether claim 18 of the '624 patent is invalid for anticipation under 35 U.S.C. § 102.

6. Whether claim 18 of the '624 patent is invalid for obviousness under 35 U.S.C. § 103.

7. Whether claim 18 of the '624 patent is invalid for indefiniteness under 35 U.S.C. § 112, ¶ 2.

8. Whether Scientific Games' alleged infringement of the '337 or '624 patents has been willful.

9. The amount of damages necessary to compensate GTECH for Scientific Games' alleged infringement of the '337 and '624 patents, assuming validity and infringement.

        10.    Whether GTECH complied with the marking requirement of 35 U.S.C. § 287(a).

        11.    Whether GTECH is entitled to prejudgment interest for Scientific Games' alleged infringement of the patents in suit.

        12.    Whether Scientific Games is entitled to recover its attorneys' fees incurred in litigating this action.

496367