# EXHIBIT 6

# TAB 6

## WITNESSES GTECH INTENDS TO CALL
## IN PERSON OR BY PRIOR SWORN TESTIMONY

GTECH expects to call the following witnesses in person in its case in chief at trial. To the extent permitted by the Federal Rules of Evidence, GTECH reserves the right to introduce the prior sworn testimony (e.g. deposition testimony) of any witness named below.

### Fact Witnesses

1.  Robert Burr
    6158 Renaissance Avenue
    San Diego, CA  92122

2.  Patrick Costaregni
    GTECH Corporation
    55 Technology Way
    West Greenwich, RI  02817

3.  Alfred Fulton
    9423 O'Jay Drive Southeast
    Huntsville, AL  35803

4.  Donald Keagle
    2018 Hensel Avenue
    Huntsville, AL  35802

5.  Robert Nealon
    1 Taggart Ct
    Ashland, MA  01721

6.  Michael Dolan (or Thomas Oram)
    GTECH Corporation
    55 Technology Way
    West Greenwich, RI  02817

7.  Brian Roberts
    GTECH Corporation
    5764 Pacific Center Blvd.
    San Diego, CA  92121

8. Ed Turek
4245 Marble Ridge Lane
Mason, OH 45040

9. George Voutes
GTECH Corporation
55 Technology Way
West Greenwich, RI 02817

10. David Wagoner
6440 Pickering Grove
Morrow, OH

11. Richard Zimmer
GTECH Corporation
55 Technology Way
West Greenwich, RI 02817

**Expert Witnesses**

The subject matter of the testimony of the following expert witnesses is set forth in their respective expert reports served in this case and in their expert depositions taken in this case.

12. John Jarosz
Analysis Group
1889 Pennsylvania Avenue, N.W. Suite 200
Washington, DC 20006

Mr. Jarosz is an expert in the field of economics and patent infringement damages evaluation. He will testify regarding the damages for which Defendants will be liable if they are found to have infringed the asserted patent claims. Mr. Jarosz's opinions are set forth in more detail in his expert reports and deposition testimony, and he reserves the right to supplement his reports after the Court's decisions on claim construction and the pending motions. Mr. Jarosz also reserves the right to testify as to any opinions set forth in his reports and to respond to assertions made by Scientific Games' experts.

13. Joseph Perin
9781 Cooper Woods Court
Cincinnati, OH 45241

Mr. Perin is an expert in lottery ticket vending machines and mechanical and electrical engineering. He will testify regarding the infringement and validity of the '624 and '337 patents as well as the operation of the PlayCentral and provide background on the technology of instant ticket vending machines ("ITVMs"). Mr. Perin will also testify about Scientific Games' failure to exercise due care in avoiding infringement of the '624 and '337 patents. Mr. Perin's opinions are set forth in more detail in his expert reports and deposition testimony, and he reserves the right to supplement his reports after the Court's decisions on claim construction and the pending motions. Mr. Perin also reserves the right to testify as to any opinions set forth in his reports and to respond to assertions made by Scientific Games' experts.

14. Shelia Smith
    25630 Edgecliff Drive
    Euclid, OH 44132

Ms. Smith is an expert in the innovation and marketing of instant lottery tickets, including the promotion and sale of instant tickets sold in ITVMs. She will testify regarding the infringement and validity of the '624 and '337 patents as well as the history and development of instant ticket sales and the commercial success of various ITVM features. Ms. Smith's opinions are set forth in more detail in her expert reports and deposition testimony, and she reserves the right to supplement her reports after the Court's decisions on claim construction and the pending motions. Ms. Smith also reserves the right to testify as to any opinions set forth in her reports and to respond to assertions made by Scientific Games' experts.

\* \* \* \*

In addition, GTECH may introduce the deposition (stenographic and/or by video) of one or more of the following witnesses, or call them live if available and time permits:

15. Anthony Bartolone
    Scientific Games International, Inc.
    1500 Bluegrass Lakes Parkway
    Alpharetta, GA 30004.

16. William Behm
    Scientific Games International, Inc.
    1500 Bluegrass Lakes Parkway
    Alpharetta, GA 30004.

17. Victor Collucci
    7685 Red River Road
    West Palm Beach, FL 33411

18. Ralph Conrad
    Scientific Games International, Inc.

           1500 Bluegrass Lakes Parkway
           Alpharetta, GA 30004.

19.    James V. Farrell
        Scientific Games International, Inc.
        1500 Bluegrass Lakes Parkway
        Alpharetta, GA 30004.

20.    Mark J. Gilmore
        Scientific Games International, Inc.
        1500 Bluegrass Lakes Parkway
        Alpharetta, GA 30004.

21.    Kristopher Johnson
        Scientific Games International, Inc.
        1500 Bluegrass Lakes Parkway
        Alpharetta, GA 30004

22.    Michael Keefe
        Mechanical Engineering Department
        University of Delaware

23.    Brad Myers
        Human Computers Interaction Group
        School of Computer Science
        Carnegie Mellon University Pittsburgh, PA 15213

24.    Marion Stewart
        National Economic Research Associates
        1166 Avenue of the Americas
        New York, NY 10036

25.    Janine L. Whiteman
        Scientific Games International, Inc.
        1500 Bluegrass Lakes Parkway
        Alpharetta, GA 30004.

26.    William Zycinsky
        Scientific Games International, Inc.
        1500 Bluegrass Lakes Parkway
        Alpharetta, GA 30004.

\* \* \* \*

GTECH reserves the right to call any additional witness necessitated by any of the Court's pretrial or trial rulings. In addition, GTECH reserves the right to call, either live or by deposition, (i) additional witnesses to provide foundational testimony should any party contest the authenticity or admissibility of any material proffered at trial; (ii) substitute witnesses for any identified witness whose employment or other relationship with a company changes such that he or she is no longer able, available or willing to testify on that company's behalf at trial; (iii) any witness identified by Scientific Games or required to rebut Scientific Games' case; and/or (iv) additional witnesses to respond to issues raised after the submission of this list, such as the testimony of witnesses who have not yet been deposed. GTECH further reserves the right to introduce the deposition testimony of any witness who submitted an expert report or declaration on behalf of (or in support of) Scientific Games, but who is not called live at trial.