# EXHIBIT 7

# EXHIBIT 7

## SCIENTIFIC GAMES' LIST OF WITNESSES

A.  **FACT WITNESSES**

Scientific Games intends to present testimony either in person or by deposition from the following witnesses:

Anthony Bartolone
Scientific Games
1500 Bluegrass Lakes Parkway
Alpharetta, GA  30004

William F. Behm
Scientific Games
1500 Bluegrass Lakes Parkway
Alpharetta, GA  30004

Robert L. Burr
6158 Renaissance Avenue
San Diego, CA  92122

Victor Collucci
7685 Red River Road
West Palm Beach, FL  33411

Ralph Conrad
Scientific Games
1500 Bluegrass Lakes Parkway
Alpharetta, GA  30004

Patrick Costaregni
GTECH Corporation
55 Technology Way
West Greenwich, RI  02817

James V. Farrell
Scientific Games
1500 Bluegrass Lakes Parkway
Alpharetta, GA  30004

Alfred Fulton
9423 O'Jay Drive Southeast
Huntsville, AL  35803

Mark J. Gilmore
1561 Hartford Avenue
Johnston, RI 02919

Mark A. Hoffman
Scientific Games
1500 Bluegrass Lakes Parkway
Alpharetta, GA 30004

Kristopher Johnson
Scientific Games
1500 Bluegrass Lakes Parkway
Alpharetta, GA 30004

Donald Keagle
2018 Hansel Avenue
Huntsville, AL 35802

Robert Nealon
1 Taggart Court
Ashland, MA 01721

Brian Roberts
GTECH Corporation
5764 Pacific Center Boulevard
San Diego, CA 92121

Edmund F. Turek
4245 Marble Ridge Lane
Mason, OH 45040

George Voutes
GTECH Corporation
55 Technology Way
West Greenwich, RI 02817

David G. Wagoner
6440 Pickering Grove
Morrow, OH 45152

Janine L. Whiteman
Scientific Games
1500 Bluegrass Lakes Parkway
Alpharetta, GA 30004

>William Zycinsky
>Scientific Games
>1500 Bluegrass Lakes Parkway
>Alpharetta, GA  30004

Scientific Games also reserves the right to present testimony from any witnesses called by GTECH, including testimony on subjects that may go beyond the scope of GTECH's direct examination.

B. <u>EXPERT WITNESSES</u>

Scientific Games intends to present expert testimony from the following individuals:

>Michael Keefe, Ph.D., P.E.
>University of Delaware
>Mechanical Engineering Department
>Spencer Lab, Room 126
>Newark, DE  19716

Professor Keefe is an expert in mechanical engineering and machine design. He will testify concerning the technology at issue, the teachings of the '337 and '624 patents, and the level of ordinary skill in the art to which the alleged inventions pertain. He will also testify concerning Scientific Games' PlayCentral machine and how that machine does not infringe the asserted claims of the '337 or '624 patents. He will also testify that the asserted claims of the '337 and '624 patents are anticipated or rendered obvious over the prior art. Professor Keefe will also rebut the testimony of GTECH's experts concerning the alleged infringement and validity of the patent in suit. Professor Keefe's opinions are summarized in his August 12, 2005, and September 16, 2005 expert reports.

3

> Brad A. Myers, Ph.D.
> Human-Computer Interaction Institute
> School of Computer Science
> Carnegie Mellon University
> Pittsburgh, PA  15213-3891

Professor Myers is an expert in computer science and human-computer interaction. He will testify concerning the technology at issue, the teachings of the '624 patent, and the level of ordinary skill in the art to which the alleged invention pertains. He will also testify concerning Scientific Games' PlayCentral machine and how that machine does not infringe claim 18 of the '624 patent. He will also testify that claim 18 of the '624 patent is anticipated or rendered obvious over the prior art. Professor Myers will also rebut the testimony of GTECH's experts concerning the alleged infringement and validity of claim 18 of the '624 patent. Professor Myers' opinions are summarized in his August 11, 2005, and September 15, 2005 expert reports.

> Marion B. Stewart, Ph.D.
> National Economic Research Associates
> 1166 Avenue of the Americas
> New York, NY  10036

Dr. Stewart is an economist and Senior Vice President of National Economic Research Associates, Inc. ("NERA"). Dr. Stewart will testify concerning the damages that GTECH is entitled to recover for Scientific Games' alleged infringement of the '337 and '624 patents, assuming validity and infringement of the patents. Dr. Stewart's opinions are summarized in his September 16, 2005 expert report.

496199