# EXHIBIT 8

**TAB 8**

**GTECH'S STATEMENT OF INTENDED PROOFS**

I.    **INFRINGEMENT**

1.    GTECH intends to prove that Scientific Games has infringed and is continuing to infringe the '624 patent by manufacturing, using, selling or offering to sell its PlayCentral Kiosk in the United States, either literally or under the doctrine of equivalents.

2.    GTECH intends to prove that the PlayCentral Kiosk includes, literally or under the doctrine of equivalents, each element of claim 18 of the '624 patent.

3.    GTECH intends to prove that Scientific Games has infringed and is continuing to infringe the '337 patent by manufacturing, using, selling or offering to sell its PlayCentral Kiosk in the United States, either literally or under the doctrine of equivalents.

4.    GTECH intends to prove that the PlayCentral Kiosk includes, literally or under the doctrine of equivalents, each element of claims 20 and 21 of the '337 patent.

II.    **WILLFUL INFRINGEMENT**

1.    GTECH intends to prove that Scientific Games has willfully infringed the '624 patent.

2.    GTECH intends to prove that Scientific Games has willfully infringed the '337 patent.

### III.  VALIDITY

1.    GTECH intends to prove that Scientific Games cannot meet its burden of proving, by clear and convincing evidence, that claim 18 of the '624 patent is invalid.

2.    GTECH intends to prove that Scientific Games cannot meet its burden of proving, by clear and convincing evidence, that either claim 20 or 21 of the '337 patent is invalid.

3.    To the extent necessary, GTECH also intends to introduce evidence to rebut each of Scientific Games' defenses.

### IV.  PATENT DAMAGES

1.    GTECH intends to prove that, as a consequence of Scientific Games' infringement of the '624 and '337 patents, GTECH has suffered damages as specified in the Expert Report of John Jarosz, dated August 12, 2005.

2.    GTECH intends to prove that it complied with the patent marking requirements of 35 U.S.C. § 287 such that GTECH is entitled to recover damages for the entire period of infringement.

3.    GTECH intends to prove that as a consequence of Scientific Games' patent infringement, GTECH is entitled to prejudgment interest.

4.    GTECH intends to prove that as a consequence of Scientific Games' willful patent infringement, GTECH is entitled to have its damages trebled.

5.    GTECH intends to prove that because this is an exceptional case, GTECH is entitled to its attorneys' fees.

## V.    <u>INJUNCTION</u>

        1.     GTECH intends to prove that it is entitled to a permanent injunction against Scientific Games enjoining Scientific Games from further infringement of the '624 patent.

        2.     GTECH intends to prove that it is entitled to a permanent injunction against Scientific Games enjoining Scientific Games from further infringement of the '337 patent.