# EXHIBIT 10

## TAB 10

## GTECH's MISCELLANEOUS ISSUES

1. Order and format of trial.

2. *In limine* motions.

3. Issues concerning remaining pretrial exchanges, as set forth in the pretrial order body.

4. Production by Scientific Games, per GTECH's request, of an electronic copy of Scientific Games' *Markman* presentation including animations.