# EXHIBIT 13

## GTECH v. Scientific Games
## Scientific Games' Trial Exhibit List

| DTX | Deposition Exhibit No. | Date | Bates Nos. | Description | Comments |
|---|---|---|---|---|---|
| DTX 1 | DX 11<br>Bartolone 3<br>Behm 24<br>Collucci 7<br>Conrad 2<br>Farrell 23<br>Gilmore 2<br>DX 114<br>Johnson 5 | 01/01/91 | | U.S. Patent No. 4,892,337 (Burr et al.) | |
| DTX 2 | DX 15 | | | File History for U.S. Patent No. 4,982,337 (Burr et al.) | |
| DTX 3 | DX 12<br>Bartolone 4<br>Behm 25<br>Collucci 6<br>Conrad 3<br>Farrell 24<br>Gilmore 3<br>Johnson 6<br>DX 119 | 06/29/93 | | U.S. Patent No. 5,222,624 (Burr) | |
| DTX 4 | DX 13 | 06/29/93 | | File History for U.S. Patent No. 5,222,624 (Burr) | |
| DTX 5 | | 07/15/75 | SGI011544-SGI011549 | U.S. Patent No. 3,894,669 (Wescoat) | |
| DTX 6 | | 09/07/76 | | U.S. Patent No. 3,978,958 (Zandstra) | |
| DTX 7 | | 06/13/78 | | U.S. Patent No. 4,094,451 (Wescoat) | |
| DTX 8 | DX 91<br>DX 124<br>Keefe 1<br>Stewart 2 | 06/12/79 | SGI100624-SGI100633<br>SGI011557-SGI011566 | U.S. Patent No. 4,157,670 (Herring) | |
| DTX 9 | | 04/14/81 | SGI011577-SGI011587 | U.S. Patent No. 4,261,497 (Roetter et al.) | |
| DTX 10 | | 08/30/83 | | U.S. Patent No. 4,401,249 (Kadlecik et al.) | |
| DTX 11 | | 11/18/86 | | U.S. Patent No. 4,623,081 (Hain et al.) | |
| DTX 12 | Bartolone 5<br>Keefe 4 | 01/05/88 | | U.S. Patent No. 4,716,799 (Hartmann) | |
| DTX 13 | DX 1 | 11/03/92 | | U.S. Patent No. 5,160,076 (Ford) | |
| DTX 14 | | 11/17/98 | | U.S. Patent No. 5,836,498 (Turek) | |

1

| DTX | Deposition Exhibit No. | Date | Bates Nos. | Description | Comments |
|---|---|---|---|---|---|
| DTX 15 | DX 81 | | SGI107970-SGI108081 | File History for U.S. Patent No. 5,836,498 (Turck) | |
| DTX 16 | | | | U.S. Patent No. 5,943,241 (Nichols et al.) | |
| DTX 17 | DX 117 | | SGI107067-SGI107173 | File History for U.S. Patent No. 5,943,241 (Nichols et al.) | |
| DTX 18 | Bartolone 1 Collucci 2 Gilmore 4 | 09/14/99 | | U.S. Patent No. 5,950,898 (Menna) | |
| DTX 19 | | 03/14/00 | | U.S. Patent No. 6,038,492 (Nichols et al.) | |
| DTX 20 | DX 115 | 02/26/02 | | U.S. Patent No. 6,351,688 (Nichols et al.) | |
| DTX 21 | DX 116 | 03/12/02 | | U.S. Patent No. 6,356,794 (Perin, Jr. et al.) | |
| DTX 22 | Bartolone 6 Collucci 3 Gilmore 17 | 08/26/03 | | U.S. Patent No. 6,609,644 (Menna) | |
| DTX 23 | Bartolone 7 Collucci 4 Gilmore 18 | 12/30/03 | | U.S. Patent No. 6,669,071 B1 (Menna) | |
| DTX 24 | DX 20 | 04/27/04 | | U.S. Patent No. 6,726,077 B2 (Roberts et al.) | |
| DTX 25 | | 04/00/84 | SGI105314; SGI105367 | Excerpt from Public Gaming (April 1984) | |
| DTX 26 | DX 131 | 09/10/84 | SGI105003-SGI105008 SGI029685-SGI029690 | Memo from Keane re: Syntech - PATS | |
| DTX 27 | DX 4 Collucci 13 | 12/00/84 | SGI105250; SGI105253; SGI105271; SGI105280-SGI105283 | Excerpts from Public Gaming (Dec. 1984) | |
| DTX 28 | | 01/00/85 | SGI105958; SGI105988-SGI105991 | Excerpts from Public Gaming (Jan. 1985) | |
| DTX 29 | | 02/20/85 | SGI107954-SGI107964 | Letter from Smith to Moat | |
| DTX 30 | | 02/20/85 | SGI103151-SGI103481 | District of Columbia Lottery and Charitable Games Control Board Proposal for A System of Player-Activated Lottery Machines (Volume II) | |
| DTX 31 | DX 5 | 04/00/85 | SGI105549; SGI105551; SGI105563; SGI105568-SGI105569; SGI105595-SGI105596 | Excerpts from Public Gaming (April 1985) | |

2

| DTX | Deposition Exhibit No. | Date | Bates Nos. | Description | Comments |
|---|---|---|---|---|---|
| DTX 32 | | 05/00/85 | SGI105481-SGI105482; SGI105491; SGI105535-SGI105538; SGI105546 | Excerpts from Public Gaming (May 1985) | |
| DTX 33 | | 06/00/85 | SGI105617-SGI105618; SGI105632; SGI105643 | Excerpts from Public Gaming (June 1985) | |
| DTX 34 | DX 6 | 07/00/85 | SGI106796-SGI106798; SGI106811-SGI106812; SGI106818-SGI106821; SGI106836-SGI106837 | Excerpts from Public Gaming (July 1985) | |
| DTX 35 | DX 7 | 08/00/85 | SGI106865-SGI106867; SGI106874; SGI106880; SGI106904-SGI106907; SGI106913-SGI106914 | Excerpts from Public Gaming (Aug. 1985) | |
| DTX 36 | | 09/00/85 | SGI106929-SGI106930; SGI106938; SGI106954-SGI106955 | Excerpts from Public Gaming (Sept. 1985) | |
| DTX 37 | DX 132 | 10/00/85 | SGI106022-SGI106023; SGI106064-SGI106068; SGI106117-SGI106118 | Excerpts from Public Gaming (Oct. 1985) | |
| DTX 38 | Myers 3 | 12/03/85 | SGI002060-SGI002163 | Iowa Lottery Proposal for On-Line Games (Part 3 - Technical Proposal) | |
| DTX 39 | | 02/20/86 | IA00001-IA00041 | Iowa Lottery Agency Agreement for the Design, Development, Installation and Operation of On-Line Lottery Games between the Iowa Lottery Agency and Scientific Games, Inc. | |
| DTX 40 | | 09/00/86 | SGI106268; SGI106298 | Excerpt from Gaming & Wagering Business, Vol. 7, No. 9 (Sept. 1986) | |
| DTX 41 | DX 8 Collucci 16 | 10/00/86 | SGI106220; SGI106235-SGI106236 | Excerpts from Gaming & Wagering Business, Vol. 7, No. 10 (Oct. 1986) | |
| DTX 42 | | 11/00/86 | SGI106616; SGI106651 | Excerpt from Public Gaming (Nov. 1986) | |
| DTX 43 | | 04/00/87 | SGI105394; SGI105411 | Excerpt from Public Gaming (April 1987) | |

3

| DTX | Deposition Exhibit No. | Date | Bates Nos. | Description | Comments |
|---|---|---|---|---|---|
| DTX 44 | DX 9 | 08/00/87 | SGI105910; SGI105913; SGI105919-SGI105920; SGI105924 | Excerpts from Public Gaming International (Aug. 1987) | |
| DTX 45 | DX 10 Collucci 15 | 09/15/87 | SGI106552; SGI106603; SGI106607; SGI106615 | Excerpts from Gaming & Wagering Business, Vol. 8, No. 9 (Sept. 15, 1987) | |
| DTX 46 | | 11/06/87 | SGI029691-SGI029693 | Third Addendum to Syntech Contract (with Ohio Lottery Commission) | |
| DTX 47 | Hoffman 6 | 12/00/87 | SGI010593-SGI010621 | Player Activated Terminals Test Market Results | |
| DTX 48 | | 00/00/87 | SGI112280-SGI112297 | Excerpts from Baecker et al., Readings in Human-Computer Interaction, 302-303, 427, 431-432, 649-652, 662-667 (Morgan Kaufmann Publishers, Inc. 1987) | |
| DTX 49 | Collucci 12 | 03/00/88 | SGI105014; SGI105053 | Excerpt from Public Gaming International (March 1988) | |
| DTX 50 | Collucci 11 | 06/00/88 | SGI105118; SGI105132 | Excerpt from Public Gaming International (June 1988) | |
| DTX 51 | | 03/25/97 | SGI101094-SGI101635 | Letter from Bower to Michalko enclosing Proposal to California State Lottery | |
| DTX 52 | Whiteman 16 | 02/23/98 | SGI026878-SGI026952 | Agreement for Lottery Games Services between Commonwealth of Pennsylvania and Automated Wagering International, Inc. | |
| DTX 53 | Whiteman 17 | 10/01/98 | SGI026867-SGI026877 | First Amendment to the Agreement for Lottery Games Services between Department of Revenue of the Commonwealth of Pennsylvania and Automated Wagering International, Inc. | |
| DTX 54 | Whiteman 18 | 12/17/99 | SGI026853-SGI026866 | Second Amendment to the Agreement for Lottery Games Services between Department of Revenue of the Commonwealth of Pennsylvania and Automated Wagering International, Inc. | |
| DTX 55 | Whiteman 7 | 07/03/02 | SGI065134-SGI065297 | Colorado Lottery Request for Proposal TFA 02-002/On-Line | |
| DTX 56 | Bartolone 9 | 11/07/02 | SGI058845 | Email from Weil to Bartolone et al. re: Instant Ticket Dispenser | |
| DTX 57 | Bartolone 12 Whiteman 29 | 11/29/02 | SGI081767-SGI081769 | The Instant Ticket Vending and Dispensing Equipment Development Cost Summary (Version 1) | |
| DTX 58 | Whiteman 28 | 11/29/02 | SGI078160-SGI078161 | Email from Behm to Huntley et al. re: Vending and Dispensing Equipment Cost and Pricing Estimates | |

4

| DTX | Deposition Exhibit No. | Date | Bates Nos. | Description | Comments |
|---|---|---|---|---|---|
| DTX 59 | Whiteman 19 | 12/16/02 | SGI026841-SGI026852 | Third Amendment to the Agreement for Lottery Games Services between Department of Revenue of the Commonwealth of Pennsylvania and IGT Online Entertainment Systems, Inc. | |
| DTX 60 | Gilmore 8 | 01/07/03 | SGI058788-SGI058789 | Email from Maltman to Behm re: Instant Ticket Samples | |
| DTX 61 | Behm 3 | 02/06/03 | SGI078121-SGI078123 | Email from Huntley to Bartolone re: Various Color Schemes | |
| DTX 62 | Whiteman 9 | 03/17/03 | SGI079386-SGI079387 | Email from Brewer to Behm et al. re: I need your help with Colorado! | |
| DTX 63 | | 03/24/03 | | Scientific Games Corporation Form 10-K for the Fiscal Year Ended Dec. 31, 2002 | |
| DTX 64 | Behm 20 | 04/08/03 | SGI108355-SGI108410 | Instant Ticket Vending Kiosk and Control System Functional Requirements Document (Version 1.0 - Preliminary) | |
| DTX 65 | Behm 15 Whiteman 12 | 04/16/03 | SGI023092-SGI023109 | Instant Ticket Vending Kiosk and Control System Prepared for the Colorado Lottery | |
| DTX 66 | | 04/16/03 | SGI104811-SGI104812 | Email from Hoffman to Behm re: Iowa PAT | |
| DTX 67 | Behm 14 Whiteman 11 | 04/16/03 | SGI098620-SGI098621 | Email from Behm to Huntley re: Colorado ITVK Presentation | |
| DTX 68 | Whiteman 13 | 05/07/03 | SGI000254-SGI000346 | Memo from Bearden re: Request for Proposal for Instant Ticket Vending Machines (ITVM) | |
| DTX 69 | Collucci 8 Gilmore 6 | 06/09/03 | SGI027008-SGI0270523 | Asset Purchase Agreement by and among Scientific Games International, Inc., PMV Products, Inc. and Victor J. Collucci and Mark Gilmore | |
| DTX 70 | Johnson 4 Whiteman 14 | 06/09/03 | SGI004415-SGI004577 | Proposal to the Pennsylvania Lottery for Instant Ticket Vending Machines (ITVM) (RFP Number ME 2003-02-018) | |
| DTX 71 | Whiteman 5 | 08/26/03 | SGI026753-SGI026796 | Letter from Davis to Walsh re: confirmation letter | |
| DTX 72 | Whiteman 20 | 08/00/03 | SGI026827-SGI026840 | Fourth Amendment to the Agreement for Lottery Games Services between Department of Revenue of the Commonwealth of Pennsylvania and IGT Online Entertainment Systems, Inc. | |
| DTX 73 | Whiteman 23 | 10/03/03 | SGI000557-SGI000590 | Request for Proposals for Instant Ticket Lottery Game Services (Tennessee Education Lottery Corporation) | |
| DTX 74 | Whiteman 24 | 10/27/03 | SGI013297-SGI013338 | Proposal Overview (Tennessee Education Lottery) | |
| DTX 75 | Behm 26 Whiteman 35 | 11/04/03 | SGI068307-SGI068321 | Email from Behm to Saferin re: PA Play Central Cost Estimate | |
| DTX 76 | Whiteman 21 | 11/04/03 | SGI085491-SGI085499 | Memo from Saferin re: Financial Impact of Canceling IGT/Wincor PAT Contract | |
| DTX 77 | Behm 1 | 11/13/03 | SGI062662-SGI062663 | Email from Saferin to Behm | |
| DTX 78 | Behm 17 | 11/25/03 | SGI081151-SGI081184 | Email from Behm to Lyman re: PlayCentral | |

5

| DTX | Deposition Exhibit No. | Date | Bates Nos. | Description | Comments |
|---|---|---|---|---|---|
| DTX 79 | Zycinsky 3 | 12/01/03 | SGI005048; SGI005077-SGI005080 | Excerpts from Proposal to the Illinois Department of Revenue, Lottery Program for Lottery Instant Ticket Dispensing Machines (Rev-Lot ITDM FY04) | |
| DTX 80 | Conrad 1 Whiteman 44 Johnson 2 | 00/00/03 | SGI078378-SGI078414 SGI068104-SGI068140 | PlayCentral (Manual) | |
| DTX 81 | Whiteman 25 | 01/20/04 | SGI026797-SGI026826 | Instant Ticket Printing and Associated Services Agreement between Tennessee Education Lottery Corporation and Scientific Games International, Inc. | |
| DTX 82 | Bartolone 11 | 02/17/04 | SGI007437-SGI007621 | Proposal to the Washington Lottery for Lottery Product Vending Machines (LPVM) 2004 (RFP No. 03-06) | |
| DTX 83 | Farrell 3 | 02/24/04 | SGI067586-SGI067595 | Email from Farrell to English et al. re: Instructions for Creating PlayCentral Graphics | |
| DTX 84 | Farrell 4 | 02/25/04 | SGI067576-SGI067585 | PlayCentral Lottery Ticket Kiosk Instructions for Creating System Graphics (Version 1.1) | |
| DTX 85 | Conrad 9 | 03/02/04 | SGI067482-SGI067492 | Email from Farrell to Whiteman re: Updated PlayCentral Graphics Instructions | |
| DTX 86 | Farrell 5 | 03/02/04 | SGI065666-SGI065675 | PlayCentral Lottery Ticket Kiosk Instructions for Creating System Graphics (Version 1.2) | |
| DTX 87 | Johnson 7 | 04/27/04 | SGI025013-SGI025149 | STVM Scratch Ticket Vending Machine Functional Specification (Version 1.4) | |
| DTX 88 | | 05/20/04 | SGI016905-SGI017028 | Tennessee Lottery PlayCentral Functional Specification (Version 1.0) | |
| DTX 89 | Farrell 6 | 06/15/04 | SGI-E-108489-0001-0011 | PlayCentral Lottery Ticket Kiosk Instructions for Creating System Graphics (Version 2.0.1) | |
| DTX 90 | Zycinsky 10 | 08/10/04 | SGI016306-SGI016368 | PlayCentral Research: Philadelphia Focus Groups (Aug. 10-12, 2004) | |
| DTX 91 | Farrell 20 | 01/13/05 | SGI-E-0009-SGI-E-0017 | Colorado Lottery Instant Game 298 "Poker Showdown" | |
| DTX 92 | Whiteman 41 | 04/28/05 | SGI108518 | Burster Shipment/Invoice Information | |
| DTX 93 | DX 140 Keefe 7 Stewart 3 | 09/13/05 | SGI112096-SGI112120 | Scientific Games Racing, LLC's Project Transactions for Instant Ticket Machine | |
| DTX 94 | DX 141 Stewart 4 | 09/13/05 | SGI112121-SGI112125 | Scientific Games Racing, LLC's Project Transactions for 10 Terminal PlayCentral | |
| DTX 95 | | 00/00/06 | SGI112298-SGI112361 | Excerpt from Norton, Machine Design An Integrated Approach, Third Ed., 239-98 (Pearson Prentice Hall 2006) | |

6

| DTX | Deposition Exhibit No. | Date | Bates Nos. | Description | Comments |
|---|---|---|---|---|---|
| DTX 96 | Whiteman 43 | | SGI004589-SGI004607 | Proposal to the Maine State Lottery for Instant Ticket Vending Machines | |
| DTX 97 | Bartolone 14 | | SGI010948-SGI010955 | Drawings for Patent Application | |
| DTX 98 | Whiteman 26 | | SGI025155-SGI025181 | Scientific Games International, Inc. Tennessee Instant Ticket Contract (Vol. 2) | |
| DTX 99 | Whiteman 27 | | SGI025641-SGI025671 | 5.15 Instant Ticket Vending Machines | |
| DTX 100 | Whiteman 45 | | SGI045445-SGI045448 | Scientific Games International Maine ITVM Proposal | |
| DTX 101 | | | SGI104830A | Photograph of Iowa PAT | |
| DTX 102 | | | SGI104831 | Photograph of PAT | |
| DTX 103 | | | SGI104832-SGI104864 | Functional Specification for PlayCentral Instant Ticket Vending Machine | |
| DTX 104 | Whiteman 10 | | SGI079388-SGI079391 | Scratch Ticket Vending Machine | |
| DTX 105 | Whiteman 15 | | SGI088367-SGI088381 | Appendix B - Cost Worksheets | |
| DTX 106 | Behm 12 | | | | |
| | Keefe 6 | | SGI-E 107970-11 | PlayCentral Drawing Schematic | |
| DTX 107 | Behm 8 | | | | |
| | Whiteman 1 | | SGI-E 107970-4 | CAD Drawings of Burster | |
| DTX 108 | Farrell 8 | | SGI-E-108490-0001-0108 | Colorado Lottery Tickets/Graphics | |
| DTX 109 | Farrell 18 | | SGI-E-108490-0109-0112 | Colorado Lottery Tickets/Graphics | |
| DTX 110 | Farrell 16 | | SGI-E-108492-0001-008 | Georgia Lottery Tickets/Graphics | |
| DTX 111 | Farrell 10 | | SGI-E-108493-001-0100 | Georgia Lottery Tickets/Graphics | |
| DTX 112 | Farrell 15 | | SGI-E-108493-0101-106 | Georgia Lottery Tickets/Graphics | |
| DTX 113 | Farrell 25 | | SGI-E-108493-0107-0118 | Screen Shots of Lottery Graphics | |
| DTX 114 | Farrell 7 | | SGI-E-108494-0001-0096 | Tennessee Lottery Tickets/Graphics | |
| DTX 115 | Farrell 17 | | SGI-E-108494-0097-0100 | Tennessee Lottery Tickets/Graphics | |
| DTX 116 | Farrell 9 | | SGI-E-108495-0001-0100 | Pennsylvania Lottery Tickets/Graphics | |
| DTX 117 | Farrell 19 | | SGI-E-108495-0101-0106 | Pennsylvania Lottery Tickets/Graphics | |
| DTX 118 | DX 19 | | | Sample PlayCentral Blade (Physical Exhibit) | |
| DTX 119 | | | | Scientific Games' PlayCentral Ticket Dispenser (without Cutout) (Physical Exhibit) | |
| DTX 120 | Behm 10 | | | Scientific Games' PlayCentral Ticket Dispenser (with Cutout) (Physical Exhibit) | |
| DTX 121 | | | | Rowe Ticket Dispenser (Physical Exhibit) | |
| DTX 122 | Hoffman 2 | 02/05/87 | SGI108498 | Ticket Head Assembly Schematic (P-592) | |
| DTX 123 | Hoffman 3 | 02/09/87 | SGI108500 | Ticket Head Ass'y Schematic (P-592) | |
| DTX 124 | Hoffman 4 | 04/14/87 | SGI108499 | Ticket Head Assembly Schematic (P-592) | |

7

| DTX | Deposition Exhibit No. | Date | Bates Nos. | Description | Comments |
|---|---|---|---|---|---|
| DTX 125 | | | | Interlott Classic Burster (Physical Exhibit) | |
| DTX 126 | DX 14 | 01/15/91 | INLO 030510-INLO 030562 | Lottery Enterprises, Inc. Response to RFP #91056-01-91-053 (Commonwealth of Virginia State Lottery Dept.) | |
| DTX 127 | DX 78 | 08/19/93 | INLO 025374-INLO 025490 | Arizona RFP #93-002 for ITVMs (1993) | |
| DTX 128 | DX 85 | 07/15/94 | INLO 017203-INLO 017362 | A Response to the Iowa Lottery RFP for Instant Ticket Vending Machines | |
| DTX 129 | | 12/09/94 | INLO 015115-INLO 015217 | Interlott Technologies, Inc.'s Response to the Maryland Lottery RFP for Instant Ticket Vending Machines | |
| DTX 130 | DX 86 | 11/19/97 | INLO 015301-INLO 015431 | A Response to the Maryland Lottery RFP (#98-01) for Instant Ticket Vending Machines | |
| DTX 131 | DX 27 | 11/27/98 | INLO 013903-INLO 14044 | Response to Request for Proposals Instant and Pull-Tab Ticket Vending Machines for the Kentucky Lottery Corporation | |
| DTX 132 | DX 92 | 03/00/99 | INLO 014634-INLO 014782 | Response to the Maine State Lottery RFP for Instant Ticket Vending Machines | |
| DTX 133 | DX 83 DX 136 Stewart 5 | 10/15/99 | GTECH 038122-GTECH 038124 | Memo from Turek to Nichols re: Intellectual Property Asset Value | |
| DTX 134 | | 04/18/00 | INLO 156637-INLO 155742 | Interlott Technologies, Inc.'s Response to Iowa Lottery RFP (IL-00-04) for Lease of Instant Ticket Vending Machines | |
| DTX 135 | | 04/29/00 | GTECH 055931-GTECH 055996 | Letter from Neff to Roberts re: Interlott Patent 4,982,337 | |
| DTX 136 | DX 95 | 11/28/00 | GTECH 025796-GTECH 025871 | Instant Technologies Proposal and Cost Table (Massachusetts Lottery) | |
| DTX 137 | DX 93 | 11/00/00 | INLO 016487-INLO 16605 | Interlott Technologies, Inc.'s Response to the Massachusetts State Lottery Commission Request for Response #Lot 0025 for Instant Ticket Vending Machines & Associated Services | |
| DTX 138 | DX 26 | 12/20/00 | INLO 004097-INLO 004136 | Letter from Roberts to White re: Letter of Transmittal, Response to ITVM Vendor Pilot Test Program Requirements for the Oregon Lottery | |
| DTX 139 | | 00/00/00 | INLO 202732-INLO 202811 | Instant Tech. Response to Massachusetts RFP 2000 | |
| DTX 140 | DX 79 | 08/03/01 | INLO 200424-INLO 200425 | Monk, *Beating the Odds*, Business Courier, 18(16) (Aug. 3, 2001) | |
| DTX 141 | DX 80 | 05/14/02 | INLO 200422-INLO 200423 | Paeth, *Lottery Winner*, The Cincinnati Post, 121(115) (May 14, 2002) | |
| DTX 142 | DX 106 | 07/11/02 | GTECH 016342 | Lease/Purchase Calculator - Colorado | |
| DTX 143 | DX 107 | 07/18/02 | GTECH 016341 | Lease/Purchase Calculator - Colorado - GTK | |

8

| DTX | Deposition Exhibit No. | Date | Bates Nos. | Description | Comments |
|---|---|---|---|---|---|
| DTX 144 | | 08/00/02 | INLO 016218-INLO 016486 | Interlott Technologies, Inc.'s Response to the Michigan Lottery ITP #0712000301 for Instant Ticket Vending Machines and Related Services | |
| DTX 145 | DX 104 | 09/17/02 | GTECH 016337 | Lease/Purchase Calculator – GA 2002 Sci Games | |
| DTX 146 | DX 105 | 09/26/02 | GTECH 016336 | Lease/Purchase Calculator – GA 2002 GTECH | |
| DTX 147 | DX 77 | 11/17/02 | GTECH 033293-GTECH 032295 | Interlott Technologies, Inc. Timeline from http://www.interlott.com/new/about/history_text.shtml | |
| DTX 148 | | 03/28/03 | Jarosz 1632-Jarosz 1704 | Interlott Technologies, Inc. Form 10-K for the Fiscal Year Ended Dec. 31, 2002 | |
| DTX 149 | | 04/25/03 | GTECH028601-GTECH028720 | GTECH Holdings Corporation Form 10-K for the Fiscal Year Ended Feb. 23, 2003 | |
| DTX 150 | DX 3 | 05/26/03 | Burr 00003-Burr 00007 | Memo from Burr to Cerven re: Synopsis of Involvement in Lotteries | |
| DTX 151 | DX 44 | 10/21/03 | GTECH 042350-GTECH 042363 | Functional Requirements ITVM + Online Games (Rev. 1) | |
| DTX 152 | DX 52 | 10/30/03 | GTECH 043198-GTECH 043237 | Lottery Self Service Strategy & Solutions Overview | |
| DTX 153 | DX 56 | 10/00/03 | GTECH 013273-GTECH 013296 | Response to Tennessee Education Lottery Corporation Request for Proposal | |
| DTX 154 | DX 45 | 11/04/03 | GTECH 042448-GTECH 042456 | ITVM Phase 2 | |
| DTX 155 | DX 38 | 11/05/03 | GTECH 039841 | Email from Nealon to Blazer et al. re: SGI's PlayCentral | |
| DTX 156 | | 11/07/03 | Jarosz 1021-Jarosz 1022 | *Scientific Games Completes $143 Million Acquisition of IGT Online Systems* (Press Release) | |
| DTX 157 | DX 57 | 11/24/03 | GTECH 043118-GTECH 043123 | Illinois ITVM Proposal Strategy Briefing | |
| DTX 158 | DX 94 | 12/00/03 | GTECH 007329-GTECH 007513 | Executive Summary to the Illinois Lottery RFP Reference #: Rev-Lot ITDM FY04 for Instant Ticket Vending Machines | |
| DTX 159 | DX 138 DX 98 (partial) Stewart 7 (partial) | 01/05/04 | GTECH052249-GTECH052308; GTECH E-1192-GTECH E-1193 | Letter from Sweet to Plourde | |
| DTX 160 | Behm 18 | 01/25/04 | GTECH 039791 | Photograph of Georgia Lottery Instant Game Machine | |
| DTX 161 | Behm 19 | 01/25/04 | GTECH 039790 | Photograph of Screen of Georgia Lottery Instant Game Machine | |
| DTX 162 | DX 40 | 01/25/04 | GTECH 039788-GTECH 039791 | Photographs of Georgia Lottery Ticket Kiosk | |
| DTX 163 | DX 39 | 01/28/04 | GTECH 039838-GTECH 039840 | Email from Nealon to Mirkovic et al. re: PlayCentral Pictures | |
| DTX 164 | DX 41 | 01/28/04 | GTECH E-0185-GTECH E-0403 | Illinois Lottery Proposal by GTECH | |
| DTX 165 | DX 60 | 02/02/04 | GTECH E-1430-GTECH E-1434 | GTECH ITVM Hybrid Project Management Plan Summary (Release 2) | |

9

| DTX | Deposition Exhibit No. | Date | Bates Nos. | Description | Comments |
|---|---|---|---|---|---|
| DTX 166 | DX 62 | 04/12/04 | GTECH E-1127-GTECH E-1128 | Technology Solution Change Request Form for SST/ITVM Hybrid | |
| DTX 167 | | 04/22/04 | GTECH 052135-GTECH 052201 | Interlott Technologies, Inc. The Company 1990-2003 | |
| DTX 168 | DX 58 | 04/28/04 | GTECH E-1617-GTECH E-1621 | Raynham Dog Track (Trip Report) | |
| DTX 169 | DX 59 | 05/05/04 | GTECH E-1622-GTECH E-1623 | Email from Einwechter to Voutes re.: SGI Competitive Intelligence | |
| DTX 170 | DX 37 | 05/19/04 | GTECH 005268 | Email from Breindel to Voutes et al. re: SciGames at NACSTech | |
| DTX 171 | DX 53 | 05/29/04 | GTECH 045756-GTECH 045788 | Email from Roberts to Voutes re: Newplat1 5-17-98.doc; Software Functions PlayPoint.doc | |
| DTX 172 | DX 61 | Spring 04 | GTECH 046236-GTECH 046283 | Lottery Self Service Solutions Overview | |
| DTX 173 | DX 97 DX 137 Stewart 6 | 02/16/04 | GTECH 038868-GTECH 038882 | License and Settlement Agreement between GTECH Corporation and Pollard Ltd. | |
| DTX 174 | DX 46 | 06/01/04 | GTECH 039804-GTECH 039836 | Product Plan Template | |
| DTX 175 | DX 47 | 06/03/04 | GTECH E-1129-GTECH E-1152 | Hybrid Manufacturing Review | |
| DTX 176 | DX 49 | 06/16/04 | GTECH 039794-GTECH 039800 | Email from Nealon to Calabro re: Summary of Washington Lottery Evaluation - GTECH vs. Scientific Games | |
| DTX 177 | DX 51 | 06/17/04 | GTECH 039793 | My Trip to the Raynham Dog Track with My Wife | |
| DTX 178 | DX 63 | 06/17/04 | GTECH E-1599-GTECH E-1604 | Technology Solutions R10 Kickoff SST/ITVM Hybrid | |
| DTX 179 | DX 36 | 06/30/04 | GTECH 042464-GTECH 042468 | GamePoint Content Strategy | |
| DTX 180 | | 06/00/04 | GTECH 042409-GTECH 042447 | GamePoint Solution - Sales Force Briefing (Draft) | |
| DTX 181 | DX 64 | 06/00/04 | GTECH E-1192-GTECH E-1193 | ITVM Instant/Online Opportunity: GTECH Has the Winning Formula (Corporate Marketing - News Brief) | |
| DTX 182 | | 07/13/04 | GTECH 052098-GTECH 052131 | GamePoint Solution - Sales Force Briefing | |
| DTX 183 | DX 31 | 02/18/05 | GTECH 042580-GTECH 042584 | Draft of Instant Ticket Vending Machine Sector: Competitive Assessment | |
| DTX 184 | DX 33 | 05/16/05 | GTECH 042487-GTECH 042489 | Relationship History Interlott and Sci Games | |
| DTX 185 | DX 35 | 05/16/05 | GTECH 042549-GTECH 042553 | Sci Games from My Vantage Point | |
| DTX 186 | DX 32 | 05/16/05 | GTECH 042545-GTECH 042548 | Sci Games Counter Strategies | |
| DTX 187 | DX 139 | 05/27/05 | Jarosz 1030-Jarosz 1033 | Ticket Dispensing/Vending Machine Information from RoyaltySource Intellectual Property Database | |
| DTX 188 | DX 48 | 07/13/05 | GTECH E-1158-GTECH E-1191 | GamePoint Solution - Sales Force Briefing | |
| DTX 189 | Myers 5 | 07/27/05 | GTECH 055907-GTECH 055930; SGI107968.000002 | Screen Shots of Lottery Graphics | |
| DTX 190 | DX 2 | | Burr 00001-Burr 00002 | Evolution of the Instant Ticket Vending Machine | |
| DTX 191 | DX 16 | | GTECH 031072-GTECH 031073 | Ticket Driver & Separator Assembly | |
| DTX 192 | DX 75 | | GTECH 031180-GTECH 031185 | Handwritten Background and Experience of Edmund F. Turek | |

10

| DTX | Deposition Exhibit No. | Date | Bates Nos. | Description | Comments |
|---|---|---|---|---|---|
| DTX 193 | | | GTECH 036355-GTECH 036357 | Edmund F. Turek Background and Experience | |
| DTX 194 | DX 42 | | GTECH 039801-GTECH 039803 | Corporate Marketing - Comparative Solutions Brief | |
| DTX 195 | DX 50 | | GTECH 039837 | Email from Costaregni to Calabro re: GTECH ITVM vs. SGI Machine | |
| DTX 196 | DX 43 | | GTECH 042457-GTECH 042463 | Self Service Management Plan | |
| DTX 197 | DX 34 | | GTECH 042559-GTECH 042560 | Sci Games from My Vantage Point | |
| DTX 198 | DX 30 (Nealon) | | GTECH 042585 | Out with the Old In with the New (Scientific Games Brochure) | |
| DTX 199 | DX 110 | | GTECH 043959-GTECH 043963 | ITVMs GTECH's Machines Versus Competitor's Machines (ITVM Test at Raynham, MA) | |
| DTX 200 | DX 55 | | GTECH 052041 | GTECH-Aware ITVMs (Since January 2003) | |
| DTX 201 | DX 28 | | INLO 031045-INLO 031065 | Attachment 4 Response | |
| DTX 202 | DX 82 | | INLO 074910-INLO 074928 | Patent Application and Drawings for Lottery Ticket Dispenser Transport Mechanism | |
| DTX 203 | DX 76 | 02/28/90 | INLO 001074-INLO 001076 | Affidavit of Edmund F. Turek from *BLM Resources, Inc. v. Lottery Concepts International, Inc.* | |
| DTX 204 | DX 17 | 03/19/90 | GTECH 031193-GTECH 031195 | Affidavit of Donald H. Keagle from *BLM Resources, Inc. v. Lottery Concepts International, Inc. et al.* | |
| DTX 205 | DX 18 | 03/19/90 | GTECH 032787-GTECH 032789 | Affidavit of Bernard Hardy from *BLM Resources, Inc. v. Lottery Concepts International, Inc. et al.* | |
| DTX 206 | DX 21 | 07/10/00 | INLO 205145-INLO 205184 | Second Amended Complaint and Jury Demand from *Interlott Technologies, Inc. v. On-Point Technology Systems, Inc.*, C.A. C-1-00-328 | |
| DTX 207 | DX 23 | 07/26/00 | INLO 002124-INLO 002135 | On-Point Technology Systems, Inc.'s Response to Plaintiff's First Set of Interrogatories from *Interlott Technologies, Inc. v. On-Point Technology Systems, Inc.*, C.A. C-1-00-328 | |
| DTX 208 | DX 22 | 08/20/00 | INLO 205269-INLO 205271 | Affidavit of Brian J. Roberts from *Interlott Technologies, Inc. v. On-Point Technology Systems, Inc.*, C.A. C-1-00-328 | |
| DTX 209 | DX 24 | 09/29/00 | INLO 205192-INLO 205198 | Answer of On-Point Technology Systems, Inc. to Plaintiff's Second Amended Complaint from *Interlott Technologies, Inc. v. On-Point Technology Systems, Inc.*, C.A. C-1-00-328 | |
| DTX 210 | DX 25 | 09/29/00 | INLO 006077-INLO 006089 | Amended Answer with Counterclaims with Jury Demand of On-Point Technology Systems, Inc. to Plaintiff's Second Amended Complaint from *Interlott Technologies, Inc. v. On-Point Technology Systems, Inc.*, C.A. C-1-00-328 | |

11

| DTX | Deposition Exhibit No. | Date | Bates Nos. | Description | Comments |
|---|---|---|---|---|---|
| DTX 211 | DX 88 | 04/24/03 | GTECH 027425-GTECH 027431 | Pollard's First Rule 30(b)(6) Deposition Notice from *Interlott v. Pollard*, C.A. 02-2157 | |
| DTX 212 | DX 89 | 08/11/03 | GTECH 027532-GTECH 027537 | Handwritten Errata from David Wagoner's July 15, 2005 Deposition in *Interlott Technologies, Inc. v. Pollard Banknote Ltd., et al.*, C.A. 02-2157 | |
| DTX 213 | DX 90 | 08/11/03 | GTECH 027529-GTECH 027531 | Errata from David Wagoner's July 15, 2005 Deposition in *Interlott Technologies, Inc. v. Pollard Banknote Ltd, et al.*, C.A. 02-2157 | |
| DTX 214 | | 08/18/03 | GTECH 055827-GTECH 055905 | Report of Dennis A. Guenther, Ph.D., P.E. Under Rule 26(a)(2)(B) of the Federal Rules of Civil Procedure from *Interlott Technologies, Inc. v. Pollard Banknote, Ltd., et al.*, C.A. 02-2157 | |
| DTX 215 | | 08/16/04 | | Plaintiff GTECH Corporation's Response to Defendants' First Set of Interrogatories | |
| DTX 216 | DX 52 (Keagle) | 09/28/04 | | Subpoena of Donald H. Keagle | |
| DTX 217 | DX 53 (Keagle) | 03/02/05 | | Subpoena of Donald H. Keagle | |
| DTX 218 | DX 54 (Keagle) | 03/29/05 | | Letter from Smith to Keagle | |
| DTX 219 | DX 55 (Keagle) | 04/01/05 | | Letter from Smith to Keagle | |
| DTX 220 | | 04/29/05 | | Plaintiff GTECH Corporation's Supplemental Responses to Defendants' First Set of Interrogatories (Nos. 8, 9, 10, 11, 12 and 14) | |
| DTX 221 | Whiteman 42 | 05/09/05 | | Scientific Games' Supplemental Response to Plaintiff's Interrogatory No. 1 | |
| DTX 222 | DX 65 | 05/27/05 | | Plaintiff GTECH Corporation's Supplemental Responses to Defendants' First Set of Interrogatories (No. 4) and Second Supplemental Responses to Defendants' First Set of Interrogatories (Nos. 8, 9, and 11) | |
| DTX 223 | | 05/27/05 | | Plaintiff GTECH Corporation's Response to Scientific Games' Second Set of Interrogatories to Plaintiff (Nos. 15-22) | |
| DTX 224 | | 06/10/05 | | Plaintiff GTECH Corporation's Supplemental Responses to Defendants' First Set of Interrogatories (No. 1) | |
| DTX 225 | | | | Curriculum Vitae of Michael Keefe, Ph.D., P.E. | |
| DTX 226 | | | | Curriculum Vitae of Brad A. Myers, Ph.D. | |
| DTX 227 | | | | Curriculum Vitae of Marion B. Stewart, Ph.D. | |
| DTX 228 | | 09/07 & 09/14/05 | | Digital Photographs of Lottery Tickets from Exhibit 2 of the Rebuttal Expert Report of Michael Keefe, Ph.D., P.E. | |

12

| DTX | Deposition Exhibit No. | Date | Bates Nos. | Description | Comments |
|---|---|---|---|---|---|
| DTX 229 | | 09/07 & 09/14/05 | | Separated Lottery Tickets (as depicted in Exhibit 2 of the Rebuttal Expert Report of Michael Keefe, Ph.D, P.E.) (Physical Exhibit) | |

13