IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GTECH CORPORATION, <br><br> Plaintiff, <br><br> v. <br><br> SCIENTIFIC GAMES INTERNATIONAL, INC., SCIENTIFIC GAMES HOLDINGS CORPORATION, SCIENTIFIC GAMES FINANCE CORPORATION, and SCIENTIFIC GAMES CORPORATION, <br><br> Defendants. | Civil Action No. 04-138-JJF |

## JURY VERDICT

*[PROPOSED BY GTECH CORPORATION]*

We, the jury, unanimously find as follows:

I.  **INFRINGEMENT OF THE '624 PATENT**

    1.    Has GTECH shown by a preponderance of the evidence that the PlayCentral Kiosk literally infringes the asserted claim of the '624 patent?

| YES <br> (A finding for GTECH) | NO <br> (A finding for Scientific Games) |
|---|---|
| | |

If you answered "YES for Question No. 1 go to Question 3, if you answered "NO" for Question No. 1 go to Question 2.

      2.      Has GTECH shown by a preponderance of the evidence that the PlayCentral Kiosk infringes the asserted claim of the '624 patent under the doctrine of equivalents?

| YES (A finding for GTECH) | NO (A finding for Scientific Games) |
|---|---|
|  |  |

If you answered "YES for Question No. 2 go to Question 3, if you answered "NO" for Question No. 2 go to Question 4.

## II.    WILLFUL INFRINGEMENT OF THE '624 PATENT

      3.      Has GTECH shown by clear and convincing evidence that Scientific Games' infringement of the asserted claim of the '624 patent was willful?

| YES (A finding for GTECH) | NO (A finding for Scientific Games) |
|---|---|
|  |  |

## III. VALIDITY OF THE '624 PATENT

4. Has Scientific Games shown by clear and convincing evidence that the asserted claim of the '624 patent is invalid?

| YES<br>(A finding for Scientific Games) | NO<br>(A finding for GTECH) |
|---|---|
|  |  |

## IV. INFRINGEMENT OF THE '337 PATENT

5. Has GTECH shown by a preponderance of the evidence that the PlayCentral Kiosk literally infringes the asserted claims of the '337 patent?

| YES<br>(A finding for GTECH) | NO<br>(A finding for Scientific Games) |
|---|---|
|  |  |

If you answered "YES for Question No. 5 go to Question 7, if you answered "NO" for Question 5 go to Question 6.

6. Has GTECH shown by a preponderance of the evidence that the PlayCentral Kiosk infringes the asserted claims of the '337 patent under the doctrine of equivalents?

| YES (A finding for GTECH) | NO (A finding for Scientific Games) |
|---|---|
|  |  |

If you answered "YES for Question No. 6 go to Question 7, if you answered "NO" for Question No. 6 go to Question 8.

## V. WILLFUL INFRINGEMENT OF THE '337 PATENT

7. Has GTECH shown by clear and convincing evidence that Scientific Games' infringement of the asserted claims of the '337 patent was willful?

| YES (A finding for GTECH) | NO (A finding for Scientific Games) |
|---|---|
|  |  |

## VI. VALIDITY OF THE '337 PATENT

    8.    Has Scientific Games shown by clear and convincing evidence that the asserted claims of the '337 patent are invalid?

| YES<br>(A finding for Scientific Games) | NO<br>(A finding for GTECH) |
|---|---|
|  |  |

If you found that Scientific Games infringes a valid claim of a GTECH patent by answering either:

    A.    Answering "YES" to Question No. 1 or 2 **and** "NO" for Question 4

OR

    B.    Answering "YES" to Question No. 5 or 6 **and** "NO" for Question 8,

then proceed to Question No. 9. Otherwise, you have finished and should date and sign this verdict form.

## IV.  DAMAGES

9. What amount of damages has GTECH proven by a preponderance of the evidence that it is entitled to for Scientific Games' infringement?

$ _____

Each juror should sign the verdict form to reflect that a unanimous verdict has been reached.

Dated _____, 2006

_____
FOREPERSON

_____

_____

_____

_____

_____

_____

_____

Case 1:04-cv-00138-JJF    Document 176    Filed 01/13/2006    Page 7 of 8

## CERTIFICATE OF SERVICE

I, Karen E. Keller, hereby certify that on January 13, 2006, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

> Jack B. Blumenfeld Esquire
> Morris Nichols Arsht & Tunnell
> 1201 North Market Street
> Wilmington, DE 19801

I further certify that on January 13, 2006, I caused a copy of the foregoing document to be served by hand delivery on the above-listed counsel of record.

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Karen E. Keller*

Josy W. Ingersoll (#1088)
John W. Shaw (#3362)
Karen E. Keller (#4489)
Andrew A. Lundgren (#4429)
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, Delaware 19899-0391
(302) 571-6600
kkeller@ycst.com

*Attorneys for GTECH Corporation*