IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| GTECH CORPORATION, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C. A. No. 04-138 (JJF) |
| | ) | |
| SCIENTIFIC GAMES INTERNATIONAL, INC., SCIENTIFIC GAMES HOLDINGS CORPORATION, SCIENTIFIC GAMES FINANCE CORPORATION, and SCIENTIFIC GAMES CORPORATION, | ) ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

**NOTICE OF SERVICE**

The undersigned hereby certifies that copies of Scientific Games' Second Supplemental Response to Plaintiff's Interrogatory No. 1 was caused to be served on January 20, 2006 upon the following in the manner indicated:

**BY HAND**

Josy W. Ingersoll
Karen L. Pascale
Young, Conaway, Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801

**BY FEDERAL EXPRESS**

Thomas J. Meloro, Esquire
Kenyon & Kenyon
One Broadway
New York, NY 10004

2

                    MORRIS, NICHOLS, ARSHT & TUNNELL LLP

                    */s/ Rodger D. Smith II*

                    Jack B. Blumenfeld (#1014)
                    Rodger D. Smith II (#3778)
                    1201 N. Market Street
                    P.O. Box 1347
                    Wilmington, DE  19801
                    rsmith@mnat.com
                       Attorneys for Defendants

January 20, 2006
417553

**CERTIFICATE OF SERVICE**

I, Rodger D. Smith II, hereby certify that on January 20, 2006, I caused to be electronically filed the foregoing Notice of Service with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

> Josy W. Ingersoll, Esquire
> Karen L. Pascale, Esquire
> Young, Conaway, Stargatt & Taylor, LLP
> .

and that I caused copies to be served upon the following in the manner indicated:

**BY HAND**

> Josy W. Ingersoll, Esquire
> Karen L. Pascale, Esquire
> Young, Conaway, Stargatt & Taylor, LLP
> The Brandywine Building
> 1000 West Street, 17th Floor
> Wilmington, DE  19801

**BY FEDERAL EXPRESS**

> Thomas J. Meloro, Esquire
> Kenyon & Kenyon
> One Broadway
> New York, NY  10004

>> */s/ Rodger D. Smith II*
>> Rodger D. Smith II (#3778)
>> Morris, Nichols, Arsht & Tunnell LLP
>> 1201 N. Market Street
>> P.O. Box 1347
>> Wilmington, DE  19899
>> (302) 658-9200
>> rsmith@mnat.com
>>     Attorneys for Defendants