IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| GTECH CORPORATION,<br><br>                      Plaintiff,<br><br>       v.<br><br>SCIENTIFIC GAMES INTERNATIONAL, INC.,<br>SCIENTIFIC GAMES HOLDINGS<br>CORPORATION, SCIENTIFIC GAMES<br>FINANCE CORPORATION, and SCIENTIFIC<br>GAMES CORPORATION,<br><br>                      Defendants. | Civil Action No. 04-138-JJF |

## STIPULATION AND ORDER

IT IS HEREBY STIPULATED AND AGREED, subject to the approval of the Court, that the proposed Joint PreTrial Order [D.I. 175] submitted January 13, 2006, is amended as follows:

    1.    Section VI, paragraph 8 of the proposed Pretrial Order body is revised as follows: "The parties have agreed to exchange lists of proposed motions *in limine* on January 9, 2006 and to meet and confer regarding the lists of proposed motions *in limine* on January 10, 2006. The parties have further agreed to file motions *in limine* on January 24, 2006. The parties will file oppositions to motions *in limine* on February 2, 2006."

DATED: January 23, 2006

| YOUNG, CONAWAY, STARGATT & TAYLOR, LLP | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
|---|---|
| /s/ Karen E. Keller | /s/ Rodger D. Smith II |
| Josy W. Ingersoll (#1088) | Jack B. Blumenfeld (#1014) |
| John W. Shaw (#3362) | Rodger D. Smith II (#3778) |
| Karen E. Keller (#4489) | 1201 N. Market Street |
| 1000 West Street, 17th Floor | P.O. Box 1347 |
| P.O. Box 391 | Wilmington, DE 19899 |
| Wilmington, DE 19899 | (302) 658-9200 |
| (302) 571-6600 | |
| Attorneys for Plaintiff | Attorneys for Defendants |

SO ORDERED this ___ day of January 2006

_____
United States District Court Judge