IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GTECH CORPORATION, | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : Civil Action No. 04-138-JJF |
| | : |
| SCIENTIFIC GAMES INTERNATIONAL, | : |
| INC., SCIENTIFIC GAMES HOLDINGS | : |
| CORPORATION, SCIENTIFIC GAMES | : |
| FINANCE CORPORATION, and | : |
| SCIENTIFIC GAMES CORPORATION, | : |
| | : |
| Defendants. | : |

### O R D E R

WHEREAS, the Pretrial Conference set for January 18, 2006 has been continued at the request of Plaintiff's counsel;

NOW THEREFORE, IT IS HEREBY ORDERED after consultation with counsel, that a Pretrial Conference will be held on **Wednesday, February 8, 2006 at 10:00 a.m.** in Courtroom No. 4B on the 4th Floor, Boggs Federal Building, Wilmington, Delaware. The Federal Rules of Civil Procedure and Rule 16.5 of the Local Rules of Civil Practice for the United States District Court for the District of Delaware (Amended Effective January 1, 1995) shall govern the pretrial conference.

January 23, 2006
DATE

UNITED STATES DISTRICT JUDGE