IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| GTECH CORPORATION,<br><br>                      Plaintiff,<br><br>                      - v -<br><br>SCIENTIFIC GAMES INTERNATIONAL, INC.,<br>SCIENTIFIC GAMES HOLDINGS CORPORATION,<br>SCIENTIFIC GAMES FINANCE CORPORATION,<br>and SCIENTIFIC GAMES CORPORATION,<br><br>                      Defendants. | C.A. No. 04-138-JJF |

### NOTICE OF FILING WITH CLERK'S OFFICE

NOTICE IS HEREBY GIVEN that the documents listed below have been manually filed with the Court due to their voluminous size and are maintained in paper form only in the case file in the Clerk's Office:

    1.    Appendix of Exhibits To Plaintiff Gtech Corporation's Motions *in Limine* (Nos. 1-8)-REDACTED-PUBLIC VERSION

Dated: February 2, 2006

YOUNG CONAWAY STARGATT &
TAYLOR, LLP

/s/ Andrew A. Lundgren

Josy W. Ingersoll (No. 1088)
John W. Shaw (No. 3362)
Andrew A. Lundgren (No. 4429)
The Brandywine Building, 17th Floor
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, Delaware 19801

Of Counsel:
Thomas J. Meloro
Larissa A. Soccoli
Andrew Reibaman
KENYON & KENYON LLP
One Broadway
New York, New York 10004

Douglas E. Ringel
KENYON & KENYON LLP
1500 K Street NW
Washington, DC 2005

*Attorneys for Plaintiff GTECH Corporation*

## CERTIFICATE OF SERVICE

I, Andrew A. Lundgren, Esquire, hereby certify that on February 2, 2006, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

> Jack B. Blumenfeld, Esquire
> Morris Nichols Arsht & Tunnell
> 1201 North Market Street
> Wilmington, DE 19801

I further certify I caused a copy of the foregoing document to be served by hand delivery on the above-listed counsel of record.

YOUNG CONAWAY STARGATT & TAYLOR, LLP

_____
Andrew A. Lundgren (No. 4429)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
(302) 571-6600
alundgren@ycst.com

*Attorneys for GTECH Corporation*