IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GTECH CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>SCIENTIFIC GAMES INTERNATIONAL, INC., SCIENTIFIC GAMES HOLDINGS CORPORATION, SCIENTIFIC GAMES FINANCE CORPORATION, and SCIENTIFIC GAMES CORPORATION,<br><br>Defendants. | C.A. No. 04-138-JJF |

**SCIENTIFIC GAMES' RESPONSE TO GTECH'S MOTION IN LIMINE NO. 5 TO EXCLUDE REFERENCE TO GTECH'S NOT SERVING THE COMPLAINT OR NOT NOTIFYING SCIENTIFIC GAMES THAT GTECH HAD FILED THE LAWSUIT**

Scientific Games International, Inc., Scientific Games Holdings Corporation, Scientific Games Finance Corporation, and Scientific Games Corporation (collectively, "Scientific Games") oppose GTECH's motion in limine to exclude reference to GTECH's failure to serve the Complaint or to notify Scientific Games that it had filed the lawsuit.

GTECH intends to present evidence at trial to prove that Scientific Games has willfully infringed the patents in suit. *See* D.I. 175, Ex. 8. Willfulness is determined, however, based on the totality of the circumstances:

> Determination of willfulness is made on consideration of the totality of the circumstances . . . and may include contributions of several factors . . . . These contributions are evaluated and weighed by the trier of fact, for . . . "'[w]illfulness' in infringement, as in life, is not an all-or-nothing trait, but one of degree. It recognizes that infringement may range from unknowing, or accidental, to deliberate, or reckless, disregard of a patentee's legal rights."

2.

*Knorr-Bremse Systeme Fuer Nutzfahrzeuge GmbH v. Dana Corp.*, 383 F.3d 1337, 1342-43 (Fed. Cir. 2004) (*en banc*) (quoting *Rite-Hite Corp. v. Kelley Co.*, 819 F.2d 1120, 1125-26 (Fed. Cir. 1987)).

GTECH's failure to notify Scientific Games of its patents or that it had filed the lawsuit or to serve the Complaint is part of the totality of the circumstances and is relevant to GTECH's allegation of willful infringement of the patents in suit. GTECH's motion in limine should be denied.

                MORRIS, NICHOLS, ARSHT & TUNNELL LLP

                */s/ Rodger D. Smith II*
                Jack B. Blumenfeld (#1014)
                Rodger D. Smith II (#3778)
                1201 N. Market Street
                P.O. Box 1347
                Wilmington, DE  19899-1347
                (302) 658-9200
                rsmith@mnat.com
                  Attorneys for Defendants

February 2, 2006

504496

## CERTIFICATE OF SERVICE

I, Rodger D. Smith II, hereby certify that on February 2, 2006, I caused to be electronically filed Scientific Games' Response To GTECH's Motion In Limine No. 5 To Exclude Reference To GTECH's Not Serving The Complaint Or Not Notifying Scientific Games That GTECH Had Filed The Lawsuit with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

> Josy W. Ingersoll
> Young, Conaway, Stargatt & Taylor, LLP
> The Brandywine Building
> 1000 West Street, 17th Floor
> P.O. Box 391
> Wilmington, DE  19899

and that I caused copies to be served upon the following in the manner indicated:

### BY HAND

> Josy W. Ingersoll
> Young, Conaway, Stargatt & Taylor, LLP
> The Brandywine Building
> 1000 West Street, 17th Floor
> P.O. Box 391
> Wilmington, DE  19899

### BY FEDERAL EXPRESS

> Thomas J. Meloro
> Kenyon & Kenyon
> One Broadway
> New York, NY  10004

> /s/ Rodger D. Smith II
> Rodger D. Smith II (#3778)
> Morris, Nichols, Arsht & Tunnell LLP
> 1201 N. Market Street
> P.O. Box 1347
> Wilmington, DE  19899
> (302) 658-9200
> rsmith@mnat.com
>     Attorneys for Defendants