IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| GTECH CORPORATION, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C. A. No. 04-138 (JJF) |
| | ) | |
| SCIENTIFIC GAMES INTERNATIONAL, INC., SCIENTIFIC GAMES HOLDINGS CORPORATION, SCIENTIFIC GAMES FINANCE CORPORATION, and SCIENTIFIC GAMES CORPORATION, | ) ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of Scientific Games' Third Supplemental Response to Plaintiff's Interrogatory No. 1 were caused to be served on February 6, 2006 upon the following in the manner indicated:

### BY HAND

Josy W. Ingersoll
Karen L. Pascale
Young, Conaway, Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE  19801

### BY FEDERAL EXPRESS

Thomas J. Meloro, Esquire
Kenyon & Kenyon
One Broadway
New York, NY  10004

2

        MORRIS, NICHOLS, ARSHT & TUNNELL LLP

        */s/ Rodger D. Smith II*

---

        Jack B. Blumenfeld (#1014)
        Rodger D. Smith II (#3778)
        1201 N. Market Street
        P.O. Box 1347
        Wilmington, DE 19801
        rsmith@mnat.com
          Attorneys for Defendants

February 6, 2006
417553

## CERTIFICATE OF SERVICE

I, Rodger D. Smith II, hereby certify that on February 6, 2006, I caused to be electronically filed the foregoing Notice of Service with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

>Josy W. Ingersoll, Esquire
>Karen L. Pascale, Esquire
>Young, Conaway, Stargatt & Taylor, LLP

and that I caused copies to be served upon the following in the manner indicated:

**BY HAND**

>Josy W. Ingersoll, Esquire
>Karen L. Pascale, Esquire
>Young, Conaway, Stargatt & Taylor, LLP
>The Brandywine Building
>1000 West Street, 17th Floor
>Wilmington, DE  19801

**BY FEDERAL EXPRESS**

>Thomas J. Meloro, Esquire
>Kenyon & Kenyon
>One Broadway
>New York, NY  10004

>*/s/ Rodger D. Smith II*
>Rodger D. Smith II (#3778)
>Morris, Nichols, Arsht & Tunnell LLP
>1201 N. Market Street
>P.O. Box 1347
>Wilmington, DE  19899
>(302) 658-9200
>rsmith@mnat.com
>  Attorneys for Defendants