# EXHIBIT E



S.N. EXHIBIT  
DERS  
9/30/05   123 I.D.

Confidential - Outside  
Counsel's Eyes Only  
SGI104830