# EXHIBIT F-H

## Rodger D. Smith

**From:** Soccoli, Larissa [LSoccoli@kenyon.com]
**Sent:** Thursday, November 03, 2005 11:13 AM
**To:** Rodger D. Smith
**Cc:** Jack B. Blumenfeld
**Subject:** Inspection/Production Request

Rodger,

DX 123, which was marked at Jay Perin's deposition, was previously produced to us as SGI 104830 in black and white. DX 123, however, was a color copy of this document. Scientific Games' experts have stated they relied on a color version of this document. We would like to inspect all originals of this document, and the best available copies, that exist and are in either Scientific Games' or Morris Nichols' possession, custody and control, including any version(s) that Scientific Games' experts have reviewed and/or relied on.

Also, Mr. Keefe testified at his deposition that "multiple pictures of the edges" of the tickets depicted in Exhibit 2 of his rebuttal expert report were taken, that he reviewed all the pictures and picked the "best" ones to annex to his report. He further testified that those other photographs were stored on a digital camera maintained by your law firm. Please produce the additional photographs to us. Further, Mr. Keefe testified that he used lottery tickets of varying sizes in connection with the experiment concerning Exhibit 2 of his rebuttal expert report. Please produce to us all the tickets used by Mr. Keefe in connection with those experiments.

Regards,

Larissa

Larissa A. Soccoli, Esq. | KENYON & KENYON | One Broadway | New York, NY 10004 | Phone (212) 908-6449 | Fax (212) 425-5288 | lsoccoli@kenyon.com

*This e-mail message may contain legally privileged and/or confidential information. If you are not the intended recipient(s) or authorized to deliver this message to the intended recipient(s), you are notified that any dissemination, distribution or copying of this e-mail message is strictly prohibited. If you have received this message in error, please immediately notify the sender and delete this e-mail message from your computer and destroy any copies.*

# EXHIBIT G

## Rodger D. Smith

| | |
|---|---|
| **From:** | Rodger D. Smith |
| **Sent:** | Tuesday, November 08, 2005 10:32 AM |
| **To:** | 'Soccoli, Larissa' |
| **Cc:** | Jack B. Blumenfeld; 'Ingersoll, Josy' |
| **Subject:** | RE: Inspection/Production Request |

**Tracking:** 

| Recipient | Delivery |
|---|---|
| 'Soccoli, Larissa' | |
| Jack B. Blumenfeld | Delivered: 11/8/2005 10:32 AM |
| 'Ingersoll, Josy' | |

Larissa,

SGI104830 was produced to you in April, and DX123 was marked at Mr. Perin's deposition on September 30. You nevertheless waited until November 3 to request an inspection of the original document. Moreover, it is our understanding that a color copy of the document was produced to you in April, and a color copy of the document was provided to you at Mr. Perin's deposition.

Nevertheless, our client has located the original document in its files in Georgia, and is sending it to us by overnight delivery. We expect it to arrive at our offices tomorrow morning. Please let me know if you would like to inspect it here tomorrow afternoon.

Rodger

> -----Original Message-----
> **From:** Soccoli, Larissa [mailto:LSoccoli@kenyon.com]
> **Sent:** Monday, November 07, 2005 4:31 PM
> **To:** Rodger D. Smith
> **Cc:** Jack B. Blumenfeld; Ingersoll, Josy
> **Subject:** FW: Inspection/Production Request
>
> Rodger,
>
> Given that summary judgment motions are due this Thursday, we need to make the requested inspection of SGI 104830/DX 123 either tomorrow or Wednesday. Please let us know what time works for you on these days.
>
> Thanks.
>
> Larissa
>
> Larissa A. Soccoli, Esq. | KENYON & KENYON | One Broadway | New York, NY 10004 | Phone (212) 908-6449 | Fax (212) 425-5288 | lsoccoli@kenyon.com
>
> *This e-mail message may contain legally privileged and/or confidential information. If you are not the intended recipient(s), or authorized to deliver this message to the intended recipient(s), you are notified that any dissemination, distribution or copying of this e-mail message is strictly prohibited. If you have received this message in error, please immediately notify the sender and delete this e-mail message from your computer and destroy any copies.*

2/1/2006

**From:** Soccoli, Larissa
**Sent:** Thursday, November 03, 2005 11:13 AM
**To:** 'Rodger D. Smith'
**Cc:** Jack B. Blumenfeld
**Subject:** Inspection/Production Request

Rodger,

DX 123, which was marked at Jay Perin's deposition, was previously produced to us as SGI 104830 in black and white. DX 123, however, was a color copy of this document. Scientific Games' experts have stated they relied on a color version of this document. We would like to inspect all originals of this document, and the best available copies, that exist and are in either Scientific Games' or Morris Nichols' possession, custody and control, including any version(s) that Scientific Games' experts have reviewed and/or relied on.

Also, Mr. Keefe testified at his deposition that "multiple pictures of the edges" of the tickets depicted in Exhibit 2 of his rebuttal expert report were taken, that he reviewed all the pictures and picked the "best" ones to annex to his report. He further testified that those other photographs were stored on a digital camera maintained by your law firm. Please produce the additional photographs to us. Further, Mr. Keefe testified that he used lottery tickets of varying sizes in connection with the experiment concerning Exhibit 2 of his rebuttal expert report. Please produce to us all the tickets used by Mr. Keefe in connection with those experiments.

Regards,

Larissa

Larissa A. Soccoli, Esq. | KENYON & KENYON | One Broadway | New York, NY 10004 | Phone (212) 908-6449 | Fax (212) 425-5288 | lsoccoli@kenyon.com

*This e-mail message may contain legally privileged and/or confidential information. If you are not the intended recipient(s), or authorized to deliver this message to the intended recipient(s), you are notified that any dissemination, distribution or copying of this e-mail message is strictly prohibited. If you have received this message in error, please immediately notify the sender and delete this e-mail message from your computer and destroy any copies.*

# EXHIBIT H

## Rodger D. Smith

**From:**     Rodger D. Smith
**Sent:**     Wednesday, November 09, 2005 5:32 PM
**To:**        'Soccoli, Larissa'
**Cc:**        Jack B. Blumenfeld; 'Ingersoll, Josy'; 'Keller, Karen'
**Subject:**  RE: Inspection/Production Request

**Tracking:** **Recipient**              **Delivery**

             'Soccoli, Larissa'

             Jack B. Blumenfeld   Delivered: 11/9/2005 5:32 PM

             'Ingersoll, Josy'

             'Keller, Karen'


Larissa,

Attached is a scanned version of the original of DX123.  We are also sending a photographic reproduction of the document to your attention by overnight mail.

Keefe 01-24 are the photographs of the tickets depicted in Exhibit 2 of Dr. Keefe's Rebuttal Expert Report.  The tickets used by Dr. Keefe in the experiment depicted in Exhibit 2 to his rebuttal report are available at our office for inspection, if you would like.

Regards,
Rodger


        -----Original Message-----
        **From:** Soccoli, Larissa [mailto:LSoccoli@kenyon.com]
        **Sent:** Wednesday, November 09, 2005 2:28 PM
        **To:** Rodger D. Smith
        **Cc:** Jack B. Blumenfeld; Ingersoll, Josy; Keller, Karen
        **Subject:** RE: Inspection/Production Request

        Rodger,

        I understand you will be sending us a color photographic reproduction of the original of DX 123 (SGI 104830) which Karen Keller inspected at your offices this afternoon.  Please provide that to us immediately.  I also understand that you will endeavor to scan in a copy of the photograph and email it to us this afternoon.

        I also received via Fedex today Keefe documents 01-24 which I assume are the digital camera photographs requested in my November 3, 2005 email below.  Please confirm.

        Finally, you have not responded to our request for  all the tickets used by Mr. Keefe in connection with the experiment concerning Exhibit 2 of his rebuttal expert report, per my November 3rd email.  Please provide us with a response on this issue.

        Regards,

        Larissa


        Larissa A. Soccoli, Esq. | KENYON & KENYON | One Broadway | New York, NY 10004 | Phone (212) 908-6449 | Fax (212) 425-5288 | lsoccoli@kenyon.com

2/1/2006

*This e-mail message may contain legally privileged and/or confidential information. If you are not the intended recipient(s), or authorized to deliver this message to the intended recipient(s), you are notified that any dissemination, distribution or copying of this e-mail message is strictly prohibited. If you have received this message in error, please immediately notify the sender and delete this e-mail message from your computer and destroy any copies.*

**From:** Rodger D. Smith [mailto:RSmith@MNAT.com]
**Sent:** Tuesday, November 08, 2005 10:32 AM
**To:** Soccoli, Larissa
**Cc:** Jack B. Blumenfeld; Ingersoll, Josy
**Subject:** RE: Inspection/Production Request

Larissa,

SGI104830 was produced to you in April, and DX123 was marked at Mr. Perin's deposition on September 30. You nevertheless waited until November 3 to request an inspection of the original document. Moreover, it is our understanding that a color copy of the document was produced to you in April, and a color copy of the document was provided to you at Mr. Perin's deposition.

Nevertheless, our client has located the original document in its files in Georgia, and is sending it to us by overnight delivery. We expect it to arrive at our offices tomorrow morning. Please let me know if you would like to inspect it here tomorrow afternoon.

Rodger

-----Original Message-----
**From:** Soccoli, Larissa [mailto:LSoccoli@kenyon.com]
**Sent:** Monday, November 07, 2005 4:31 PM
**To:** Rodger D. Smith
**Cc:** Jack B. Blumenfeld; Ingersoll, Josy
**Subject:** FW: Inspection/Production Request

Rodger,

Given that summary judgment motions are due this Thursday, we need to make the requested inspection of SGI 104830/DX 123 either tomorrow or Wednesday. Please let us know what time works for you on these days.

Thanks.

Larissa

Larissa A. Soccoli, Esq. | KENYON & KENYON | One Broadway | New York, NY 10004 | Phone (212) 908-6449 | Fax (212) 425-5288 | lsoccoli@kenyon.com

*This e-mail message may contain legally privileged and/or confidential information. If you are not the intended recipient(s), or authorized to deliver this message to the intended recipient(s), you are notified that any dissemination, distribution or copying of this e-mail message is strictly prohibited. If you have received this message in error, please immediately notify the sender and delete this e-mail message from your computer and destroy any copies.*

**From:** Soccoli, Larissa
**Sent:** Thursday, November 03, 2005 11:13 AM
**To:** 'Rodger D. Smith'
**Cc:** Jack B. Blumenfeld
**Subject:** Inspection/Production Request

Rodger,

DX 123, which was marked at Jay Perin's deposition, was previously produced to us as SGI 104830 in black and white. DX 123, however, was a color copy of this document. Scientific Games' experts have stated they relied on a color version of this document. We would like to inspect all originals of this document, and the best available copies, that exist and are in either Scientific Games' or Morris Nichols' possession, custody and control, including any version(s) that Scientific Games' experts have reviewed and/or relied on.

Also, Mr. Keefe testified at his deposition that "multiple pictures of the edges" of the tickets depicted in Exhibit 2 of his rebuttal expert report were taken, that he reviewed all the pictures and picked the "best" ones to annex to his report. He further testified that those other photographs were stored on a digital camera maintained by your law firm. Please produce the additional photographs to us. Further, Mr. Keefe testified that he used lottery tickets of varying sizes in connection with the experiment concerning Exhibit 2 of his rebuttal expert report. Please produce to us all the tickets used by Mr. Keefe in connection with those experiments.

Regards,

Larissa

Larissa A. Soccoli, Esq. | KENYON & KENYON | One Broadway | New York, NY 10004 | Phone (212) 908-6449 | Fax (212) 425-5288 | lsoccoli@kenyon.com

*This e-mail message may contain legally privileged and/or confidential information. If you are not the intended recipient(s), or authorized to deliver this message to the intended recipient(s), you are notified that any dissemination, distribution or copying of this e-mail message is strictly prohibited. If you have received this message in error, please immediately notify the sender and delete this e-mail message from your computer and destroy any copies.*

.....

This message, including any accompanying documents or attachments, may contain information that is confidential or that is privileged. If you are not the intended recipient of this message, please note that the dissemination, distribution, use or copying of this message or any of the accompanying documents or attachments is strictly prohibited. If you believe that you may have received this message in error, please contact me at (302) 658-9200 or by return e-mail.

.....

## CERTIFICATE OF SERVICE

I, Rodger D. Smith II, hereby certify that on February 8, 2006, I caused to be electronically filed Scientific Games' Response To GTECH's Motion In Limine No. 8 To Preclude Scientific Games From Offering Color Photographs Of The Iowa PAT (Redacted Version) with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

>Josy W. Ingersoll
>Young, Conaway, Stargatt & Taylor, LLP
>The Brandywine Building
>1000 West Street, 17th Floor
>P.O. Box 391
>Wilmington, DE  19899

and that I caused copies to be served upon the following in the manner indicated:

### BY HAND

>Josy W. Ingersoll
>Young, Conaway, Stargatt & Taylor, LLP
>The Brandywine Building
>1000 West Street, 17th Floor
>P.O. Box 391
>Wilmington, DE  19899

### BY FEDERAL EXPRESS

>Thomas J. Meloro
>Kenyon & Kenyon
>One Broadway
>New York, NY  10004

>*/s/ Rodger D. Smith II*
>Rodger D. Smith II (#3778)
>Morris, Nichols, Arsht & Tunnell LLP
>1201 N. Market Street
>P.O. Box 1347
>Wilmington, DE  19899
>(302) 658-9200
>rsmith@mnat.com
>  Attorneys for Defendants