## CERTIFICATE OF SERVICE

I, Andrew A. Lundgren, hereby certify that on February 9, 2006, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

>Jack B. Blumenfeld, Esquire
>Morris Nichols Arsht & Tunnell
>1201 North Market Street
>Wilmington, DE 19801

I further certify that on February 9, 2006, I caused a copy of the foregoing document to be served by hand delivery on the above-listed counsel of record.

>YOUNG CONAWAY STARGATT & TAYLOR, LLP
>
>*/s/ Andrew A. Lundgren*
>
>Josy W. Ingersoll (#1088)
>John W. Shaw (#3362)
>Andrew A. Lundgren (#4429)
>The Brandywine Building
>1000 West Street, 17th Floor
>P.O. Box 391
>Wilmington, Delaware 19899-0391
>(302) 571-6600
>alundgren@ycst.com
>
>*Attorneys for GTECH Corporation*