```
         IN THE UNITED STATES DISTRICT COURT
            FOR THE DISTRICT OF DELAWARE
```

GTECH CORPORATION,                  :
                                    :
        Plaintiff,                  :
                                    :
   v.                               :Civil Action No. 04-138-JJF
                                    :
SCIENTIFIC GAMES INTERNATIONAL,     :
INC., SCIENTIFIC GAMES HOLDINGS     :
CORPORATION, SCIENTIFIC GAMES       :
FINANCE CORPORATION, and            :
SCIENTIFIC GAMES CORPORATION,       :
                                    :
        Defendants.                 :

## ORDER

WHEREAS, Defendants filed a Motion For Summary Judgment (D.I. 129);

WHEREAS, Plaintiff filed a Motion For Partial Summary Judgment That The Asserted Claims Of U.S. Patents 4,982,337 And 5,222,624 Are Not Invalid Under 35 U.S.C. § 102 (D.I. 132);

WHEREAS, the Court will issue a "tentative" claim construction, whereby the Court reserves the option of revising its interpretation of the disputed claim language after hearing further evidence at the trial;

WHEREAS, summary judgment is inappropriate in light of the tentative claim construction;

NOW THEREFORE, IT IS HEREBY ORDERED that:

1. Defendants' Motion For Summary Judgment (D.I. 129) is **DENIED**.

2.  Plaintiff's Motion For Partial Summary Judgment That The Asserted Claims Of U.S. Patents 4,982,337 And 5,222,624 Are Not Invalid Under 35 U.S.C. § 102 (D.I. 132) is **DENIED**.

February 13, 2006

*Joseph J. Farnan Jr.*
UNITED STATES DISTRICT COURT