# UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

CHAMBERS OF
JOSEPH J. FARNAN, JR.
JUDGE

LOCKBOX 27
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6155

February 13, 2006

Josy W. Ingersoll, Esquire
Young Conaway Stargatt & Taylor, LLP
P. O. Box 391
Wilmington, DE 19899

Jack B. Blumenfeld, Esquire
Morris Nichols Arsht & Tunnell
P. O. Box 1347
Wilmington, DE 19899

RE:    Gtech Corporation v. Scientific Games International, Inc., et al.
        Civil Action No. 04-138  JJF

Dear Counsel:

After considering the evidence adduced for and at the Markman hearing and reviewing and considering the parties' arguments on summary judgment, I have determined that a "tentative" claim construction is appropriate in this case. By issuing a "tentative" claim construction order, the Court has the option of revising its interpretation of the disputed claim language after hearing further evidence at the trial.

Sincerely,

JOSEPH J. FARNAN, JR.

JJFjr:dk
Enclosure
cc: Clerk, U.S. District Court