IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GTECH CORPORATION,<br><br>                Plaintiff,<br><br>          - v -<br><br>SCIENTIFIC GAMES INTERNATIONAL, INC.,<br>SCIENTIFIC GAMES HOLDINGS<br>CORPORATION, SCIENTIFIC GAMES<br>FINANCE CORPORATION, and SCIENTIFIC<br>GAMES CORPORATION,<br><br>                Defendants. | )<br>)<br>)<br>)<br>)<br>) C.A. No. 04-138-JJF<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### NOTICE OF APPEAL

Notice is hereby given that GTECH Corporation ("GTECH"), plaintiff in the above named case, hereby appeals to the United States Court of Appeals for the Federal Circuit from the Judgment signed by the Court on March 8, 2006 and entered onto the docket on March 9, 2006 (D.I. 232), based on the Court's claim construction rulings (D.I. 228, February 13, 2006; D.I. 229, February 15, 2006), and from any and all other judgments, orders, opinions, and rulings pertinent or ancillary to the foregoing adverse to GTECH.

Of Counsel:
Thomas J. Meloro
Larissa A. Soccoli
Andrew Reibman
KENYON & KENYON LLP
One Broadway
New York, New York 10004

Douglas E. Ringel
KENYON & KENYON LLP
1500 K Street NW
Washington, DC 20005

Dated: April 7, 2006

YOUNG CONAWAY STARGATT &
TAYLOR, LLP

/s/ John W. Shaw

John W. Shaw (No. 3362)
Andrew A. Lundgren (No. 4429)
The Brandywine Building, 17th Floor
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, Delaware 19801
jshaw@ycst.com

*Attorneys for Plaintiff GTECH Corporation*

## CERTIFICATE OF SERVICE

I, John W. Shaw, hereby certify that on April 7, 2006, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

> Jack B. Blumenfeld Esquire
> Morris Nichols Arsht & Tunnell
> 1201 North Market Street
> Wilmington, DE 19801

I further certify I caused a copy of the foregoing document to be served by hand delivery on the above-listed counsel of record.

YOUNG CONAWAY STARGATT & TAYLOR, LLP

_____
John W. Shaw (No. 3362)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
(302) 571-6600
jshaw@ycst.com

*Attorneys for GTECH Corporation*