IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GTECH CORPORATION, | : |
| | : |
| Plaintiff, | : |
| v. | : Civil Action No. 04-138-JJF |
| | : |
| SCIENTIFIC GAMES INTERNATIONAL, | : |
| INC., SCIENTIFIC GAMES HOLDINGS | : |
| CORPORATION, SCIENTIFIC GAMES | : |
| FINANCE CORPORATION, and | : |
| SCIENTIFIC GAMES CORPORATION, | : |
| | : |
| Defendants. | : |

**ORDER**

WHEREAS, the Court issued a Tentative Claim Construction Order on February 13, 2006 (D.I. 228);

WHEREAS, per a stipulation between the parties, the Court made the Tentative Claim Construction Order final and entered judgment in favor of Defendants (D.I. 232);

WHEREAS, Plaintiff has filed a Notice Of Appeal to the Federal Circuit (D.I. 233);

WHEREAS, several motions in limine remain pending in this case;

NOW THEREFORE, IT IS HEREBY ORDERED that:

1. Scientific Games' Motion In Limine No. 1 To Preclude GTECH From Presenting Evidence Or Argument Concerning Scientific Games' Opinions Of Counsel (D.I. 183) is **DENIED AS MOOT**.

2. Scientific Games' Motion In Limine No. 2 To Preclude GTECH From Presenting Expert Testimony From Joseph Perin Concerning The Duty Of Care (D.I. 184) is **DENIED AS MOOT**.

3.  Scientific Games' Motion In Limine No. 3 To Preclude GTECH From Presenting Evidence Concerning Marking That It Failed To Disclose During Discovery (D.I. 185) is **DENIED AS MOOT**.

4.  Scientific Games' Motion In Limine No. 4 To Preclude GTECH From Calling Michael Dolan As A Witness At Trial (D.I. 186) is **DENIED AS MOOT**.

5.  GTECH's Motions In Limine (Nos. 1-8) (D.I. 187) are **DENIED AS MOOT**.

April 12, 2006

_____
UNITED STATES DISTRICT JUDGE